ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

| Offender Information: | | |
|---|---|---|
| Saffold | Robert | ID#: B70701 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/19/16 9:30 A | **Nurse/CMT Tx Protocol: Muscle Strain / Joint Pain** | |
| | S) "My shoulders and wrists hurt since they started hurting" | P) Refer to MD: MDSC · 7/21/16 |
| | What caused the pain (lifting, sports, etc)? S/P after been at work last week | Any suspected fracture, difficulty walking, (numbness,) severe pain or swelling, deformity |
| | Was there any injury? denies any | And / or fever |
| | How long has pain been present? S/P x 1 week | Inability to bear weight or use the affected body part |
| | Describe location, type, characteristic & pattern of pain S/P bil. wrist & fingers numbness both hands | No MD Referral: |
| | What precipitates the pain? Alleviates the pain? S/P rotating arm behind back / S/P @ rest | Cold compresses times 12 hrs, then warm moist packs as necessary |
| | | Elevate affected part |
| | Was swelling immediate or delayed? S/P 7/12/16 bil. wrist & hands | Acetaminophen 325 mg, 1-2 tablets t.i.d. PRN X 3 days, or ibuprofen 200 mg 1-2 tablets t.i.d. with meals PRN X 3 days |
| | Weakness or numbness? S/P for sure both hands | |
| | Was a "pop" heard when the body was injured? denies any | Crutches ( if indicated ) for 3 days |
| | | Lay in ( if indicated) for up to 3 days |
| | O) A/O x 3, Gait steady. Ambulates @ w/o assistance | Patient Teaching: |
| | T 97.9 P 74 R 16 BP 118/8 Wt 269 lb | - Medication use - Use of hot/cold packs |
| | Note appearance at rest and at movement? bil shoulders & wrist sincerity | - Avoid lifting, sports or strenuous activity until area has healed and free of pain approximately 2 weeks |
| | Ecchymosis, redness, bruising? none observed at this time | Importance of proper body mechanics to avoid injury |
| | Swelling? none observed at this time | If injury could have been prevented, instruct on future safety measures ( warm up before exercises) |
| | Tenderness on examination? S/P tenderness at Nam of shoulder | - Importance of F/U to MD if symptoms fail to resolve within 5 days or if symptoms worsen |
| | Limited ROM? limited 2° S/P pain of wrists | **COMPLETE INJURY REPORT** $5.00 Co-pay applied (yes) or No |
| | A) Muscle strain / Joint Pain | |

CONFIDENTIAL - PRELIMINARY - SUBJECT TO PROTECTIVE ORDER LITIGATION

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Saffold | Robert | | ID#: B10701 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-21-16 | PA. NOTE | 1. motrin 800mg |
| 1105 | 47 y/o- Afm on m/o/sc c̄ c/o | 1 po. BID x 14 days |
| wt 277 | pain ®Shoulder. c̄ numbness/ | 2. pt education/ |
| BP 138/88 | tingling to hand and pain | reassurance. |
| P 80 | ® wrists 2° to shakedown | 3. cont. all meds |
| T 98.2 | last week, pt questioning | and therapies as |
| R 18 | the validity of waist chains | prescribed |
| | O=gen =wd, un, nad #L=ml | 4. heat to ℞ prn |
| | Ext= wrists ® c̄ tent. to | ℞er |
| | palp, good ROM, abrasions | 5. To discuss c̄ |
| | noted lateral ant. area superfis | medical director |
| | ® wrist noted swelling lateral | clarification for. |
| | aspect. WTT, sensation currently | waist chains |
| | intact ® Shoulder c̄ ↓ ROM, ↓ strength ℞er |
| | A= 1. ® wrist pain -acute | |
| | 2. RA. | 4.® Shoulder acute strain |
| | 3. Raynaud's dz. | |

Printed on Recycled Paper

7/21/16

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC MED

CONFIDENTIAL PROTECTED HEALTH INFORMATION

IDOC MED 000011

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: SAFFOLD  First Name: ROBENT  MI:  ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/24/16 1040 | RNSC IN House | P will discuss with |
| S/O | I/M states I was told by a | provider I/M |
| | nurse I would get a low sodium | non balized |
| | diet order and I have not | understanding |
| | received the paper work. Also | scheduled for msc 8/ |
| | when orange crush was here they | |
| | placed my hands behind my back | |
| | and cuffed me back there, I | |
| | am still having numbness to | |
| | both my hands it's getting | |
| | better all the time but it's | |
| | still occuring | |
| A: I/M Boy? c/o hand numbness and swelling | | |
| | to right index finger unable to do | |
| | two point discrimination. CMORAY | |
| | WNL S DIMINISHED | 7 mid g C.NET |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

IDOC MED

IDOC MED  000014

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Last Name: Saffold   First Name: Robert   MI: ___   ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/20/10 @0847 | <u>Med Director Note</u> | |
| W126 T97.0 P.77 R 16 BP120/78 | S post med visit mgll wrist brace advised and ↑ Procardia 90-30d bland diet | increase Procardia dose to 90-30 bland diet x 1 yr |
| | ○ no change | brace both wrist at night 5mg x ½ inch F/u PRN |
| | A mixed Connective tissue disease | |
| | | Noted D. Pagen |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|---|---|---|---|
| Saffold | Robert | | B10701 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/4/16 9:10am | lab note: BUP 10 | |
| 10/18/16 10AM | LPN/Clinic note<br>I/m seen today for HTN clinic — | S Cps<br>(Matthew) |
| 10/26/16 | PT NOTE / EVALUATION | |
| | 48y/o, well known to PT, running c | |
| | c/o ⓇR shldr pain + Dx ob rot cuff impingment | |
| | also has h/o R/F, mixed CTD, Raynaud's | |
| | c/o pain managemt - Bur!, LF!, LBP... | |
| | Exam: palpation - tenderness along LHB tendon | |
| | Ⓡ shldr | AROM* | PROM | MMT | |
| | Flx | 110 | 145 | 4- | |
| | Abd | 105 | 140 | 4 | |
| | IR | 200 | 30° | 4 | |
| | ER | 20° | 25° | 4- | |
| | * suspect full effort not given | |
| | Special test: ① impingement sign | |
| | (+) SS test, (+) X arm test | |

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7.44)

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

Saffold                    Robert                    ID#: B10701
Last Name                  First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/26/16 | PT NOTE CONTINUED | |
| | O: Normal scaph humeral Rythm. | |
| | A: S+S consistent c impingement syndrome P. PT 1-2 x wk | |
| | may benefit from PT for AllPROM | x 3 weeks |
| | AROM strengthening, within HEP. Fair | PT |
| | Rehab potential 2° RAD chronic inflammation | |
| | - unlikely to experience significant pain relief | |
| | Also, inmate seems focused on potential | |
| | lawsuit 2° being cuffed behind his back | |
| 10/31/16 | PT NOTE | P: RTS |
| | N/S 2° scheduling conflict | PT |
| 11/03/16 | PT NOTE | |
| | S: "This really works my shldr" | |
| | O: PO - reviewed HEP - good | P: continue |
| | return demo. Do well cuff | |
| | strengthening, LHS grit posterior | |
| | capsule stretch 30"x3@ | PT |
| | A: tolerated c/ima | |

CONFIDENTIAL PROTECTED HEALTH INFORMATION

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

Saffold                    Robert          ID#: B10201

Last Name                  First Name      (M)

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 11-4-16 | RN Note: *I/m seen todday for Chron Med Clinic* _____ | |
| 11/10/16 | PT NOTE<br>S: "This in really urating my chhs"<br>O: _illegible_<br>_illegible_<br>_illegible_<br>_illegible_<br>_illegible_<br>_illegible_<br>A: _illegible_ | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 714)

IDOC MED

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

IDOC MED  000021

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

SAFFOLD     Ruben 2     ID#: B10701

Last Name     First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/17/16 | PT NOTE | |
| | S: "My shld still hurts, still hard to button" | |
| | O: No as established added scap/shldr retraction E green tband x3x05 o. | P: consist as OT |
| | A: √ sure participation in PT | |
| 11/24/16 | PT NOTE | |
| | S: "My shld feels stronger" | |
| | O: No as established for ① rt cuff shldr scroll strengthening/ stabilization | P: continue PT |
| | A: pt given scroll t/lat cuff exercises | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Last Name: SAFFULD  First Name: ROBERT  MI: ___  ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/01/11 | PT NOTE | |
| | S: "I feel my shift getting stronger" | |
| | O: Doar, established, added pain & common capsule sheet. | |
| | A: J sine Goals - approaching DC | |
| 12/08/11 | PT NOTE | |
| | S: "My child is doing better but, why do my hands still go numb?" | |
| | O: common field ® hand numbness - possibly from Raynaud's. Doar established. Pt demonstrating Normal & common. Look A/P am during heat tx DC soon | |
| | A: good objective Goals | |

CONFIDENTIAL-PROTECTED HEALTH INFORMATION

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
Replaces DC 714 *

Printed on Recycled Paper

IDOC MED

IDOC MED 000023

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____STATEVILLE CORRECTIONAL_____ Center

Offender Information:
Last Name: Safford    First Name: Robert    MI:    ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1-5-17 10:15 | PA Note | 1. motrin 800mg 1 po BID |
| WT 299 | 48 y/o. hx. on unspec | x 14 days prn |
| B/P 142/80 | c̄ intermittant pain | 2. pt education / reassurance |
| P 88 | c̄ numbness/tingling | 3. x-ray (L) shoulder, (R) |
| R 18 | at night (L) shoulder on PT | |
| T 98.7 | O-gen | 4. RTC prn 3 wks |
| | Hd. and Ext. of rom | results. (1-26-17) |
| | ↓ strength LUE, good | 5. A-Balm |
| | sensation; (R) foot | |
| | tend to palp lateral | Notes 1-5-17 |
| | aspect feet symmetrical | |
| | A- 1. (L) shoulder pain | |
| | c̄ tingling manifest | |
| | intermittently | |
| | 2. (R) foot pain | |
| | lateral aspect | |
| | 3. Obesity | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

CONFIDENTIAL PROTECTED HEALTH INFORMATION

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

STATEVILLE CORRECTIONAL Center

| Offender Information: | | | |
|---|---|---|---|
| _Suffold_ | _Antwan_ | | ID#: _310201_ |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 010917 | PT NOTE | |
| | S: "My shld's was sore than before" | |
| | O: I'd C/o pain in LHS tender | |
| | m(L) P/AROM d'd as compared | |
| | to IE: ARom Flx 85°, Abd | |
| | 84°, IR 30°, ER 30° more | |
| | still and ropes, MMT going | |
| | 3+/5 shall places. ↑ | |
| | Improvement sign. | |
| | A: pt had been making | |
| | good [prog]. now C/o'd | |
| | Pain — most likely from poor | P: DC to HEP |
| | sleeping / reaching positions | pt to follow up c MD |
| | Benefit of continued PT | ✓ DPT |
| | Unlikely. ↑ c HEP | |
| | poor compliance suspected. | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

IDOC MED

IDOC MED 000027

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

STATEVILLE CORRECTIONAL Center

Offender Information:

Last Name: Saffold   First Name: Robert   MI:   ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/30/17 | PN Note: | 1. x-ray results discussed |
| 0940 | 48 y/o. ttm on maps | c̄ pt. |
| B/p 129/81 | for x-ray results, states | 2. A's pt. cried |
| P 92 | pt (L) shoulder was | records appt. for |
| R 98 | terminated 1-9-17, pt | Rheumatology clinic |
| T 97.8 | was to return to see | still pending, due soon |
| wt 302 | med dir. for re-evaluation | 3. pt education/ |
| | ⊖ much pain | reassurance |
| | today, ⊖ pain in | 4. refer. to med |
| | foot, the swelling | dir. post discharge |
| | has resolved. | from PT. 1/9/17 |
| | O = gen = well, in no distress | |
| | Ext = ⊖ acute findings/ | MD/per. |
| | Δ ℓ | |
| | A = 1. shoulder pain | 1/30/17 |
| | 2. foot pain resolved | |
| | | |

CONFIDENTIAL-PROTECTED HEALTH INFORMATION

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

STATEVILLE CORRECTIONAL Center

| Offender Information: | | |
|---|---|---|
| SAFFOLD | ROBERT | ID#: B10701 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-9-17 12:30p. wt. 282 BP 127/80 HR 70 | MD note S. post med visit and _____ L shoulder MRI has not been done yet at UIC O. no change A. mixed connective tissue disease disorder | f/u 1 month chronic 9/7/17 chronic |

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC MED

IDOC MED  000046

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

STATEVILLE CORRECTIONAL     Center

Offender Information:

Saffold                    Nerbert                    ID#: B10701
Last Name                  First Name           MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 8/31/17 @ 1140 P 75 R16 BP 144/80 | Med Ren | |
| | S: Renual perit Connective nixed Tissue and lab work result faxed to VIC | R u P RN noted unknought |
| | O: No acute change | |
| | A: nixed Connective Tissue D | |
| | sb m | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

IDOC MED

Printed on Recycled Paper

IDOC MED  000049

CONFIDENTIAL PROTECTED HEALTH INFORMATION

ILLINOIS DEPARTMENT OF OFFENDER

**Offender Health Status Transfer Summary**

Transferring Facility: STA Center

Offender Information: Saffold (Last Name) Robert (First Name) ___ (MI) ID#: B10761

Date: 10 / 6 / 17 Time: ________ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA Food Handler Approved: Yes

Current / Acute Conditions / Problems:

Chronic Conditions / Problems: HTN, Raynauds Disease

**Current Medications** (name, dosage, frequency, and duration):

Acute ~~Short-term~~: Procardia 90mg PO Qday, Luvidermn lotion Qday, Selinium sulfide shampoo 2x/week

Chronic Long-term: Methotrexate 2.5mg (5 tabs) PO weekly, folic acid 1mg Q day

Chronic ~~Psychotropic~~: Plaquenil 400mg Qday, lisinopril 40mg daily

Current Treatments: Ice BID

Therapeutic Diets: Regular

Follow-Up Care: RHC

Chronic Clinics: HTN

Specialty Referrals: UIC - Rheumatology

Significant Medical History: hx of abd GSW c̄ bowel resection (1993), HTN, Raynauds Disease 2° connective tissue disease

Physical Disabilities / Limitations: LBLG, shower daily

Assistive Devices / Prosthetics: Bilateral wrist brace ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: __/__/__ ☐ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ________ ☐ Packet Complete

K. Carnahan, RN (Print Name and Title) [signature] (Signature) 10 / 6 / 17 (Date)

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

**Reception Screening** (completed by receiving facility health care staff):

Facility: Stateville C.C. Date: 10 / 6 / 17 Time: 725 ☐ a.m. ☒ p.m.

Subjective:

Current Complaint: Ø

Current Medications/Treatment: per see above - Ø new orders.

Assessment: I/m retd from UIC - XRAY for MRI of (L) shoulder. Need xray images of previous bullet wounds before MRI can be completed. F/U c̄ MD on 10/10/17.

Objective:

Physical Appearance/Behavior: A+O x3. Speech clear + coherent. Ambulatory

Deformities: Acute/Chronic: Ø

T: ____ P: 79 R: ____ B/P: 148/95

Plan: Disposition:

☐ Health Information Given ☐ Emergency Referral: ________

☐ Sick Call: Urgent / Routine

☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics

☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ________

☐ Infirmary Placement: ________

☒ Other (specify): Unit rtn.

J. Hemmingway (Printed Name and Title) [signature] (Signature) 10 / 6 / 17 (Date)

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

________ Offenders Signature ________ Date ________ Time ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 11/2012)

**Medical Special Services Referral and Report**

ILLINOIS DEPARTMENT OF CORRECTIONS

S + 9
(Facility)

Offender's Name: Saffold Robert ID# B10701

Reason for Referral:
☐ Consult
☐ Evaluation
☐ Procedure/service (specify)
☐ Other (specify)
☐ Non-Formulary Medications
☐ Management
☐ Medical Equipment

Urgent: ☐ Yes ☐ No

Referred to: _____

Rationale for Referral: _F/u Rhuematology UIC in 3-4 mnths_

Print Referring Practitioner's Name: S. Obaisi
Referring Practitioner's Signature
Date: 5/12/16

**Report of Referral (Use Reverse Side, if necessary)**

Findings: Decreased ROM in shoulders Ethel's Phalen + BL digits/hip worse, L ankle H swollen + Hpp

Assessment: UCTD - CPM MTX 3(tabs)/week Folic acid 1mg/d + Hydrox — Worsen ↑ Nifedipine to 40g/d Charpal tunnel + CTI biopsies x2

Recommendations/Plans: Pt does need ice to joint, ↑ Motrin — heating thermas skin medical slippers on floor low salt diet (HTN)

Print Practitioner's Name: S. John
Practitioner's Signature
Date: 9/14/16

Facility Medical Director Use Only

I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name: S. Obaisi
Facility Medical Director's Signature
Date: 9/20/16

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

IDOC MED

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

IDOC MED 000089

Arthritis Note
* Final Report *

SAFFOLD, ROBERT - 80636534

CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: L wrists, L 3rd PIP w sl synovial thickening, nt, +bony enlargement. Tinel neg bl, R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder active abduction 45 deg; decreased IR/ER; b/l; +Hawkins R neg L knees full ROM, no effusion, L ankle no swelling or tenderness, R foot w no swelling, mildly tender on the lat aspect of the foot nr o tip over mtps BL.
Skin: + digital pits in multiple fingers (2nd - 5th BL), but no active ulcerations

LABS:

Past 5 ClinChem Lab Results

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|------|-----|-----|-----|-----|------|-----|-----|------|------|-----|------|
| 09/19/16 15:06 | 141 | 102 | 4.4 | 29 | 10 | 12 | 1.03 | 93.4 | 93.0 | 9.5 | 85 |
| 05/16/16 13:39 | 141 | 101 | 4.2 | 30 | 7 | 14 | 0.91 | 108.2 | 105.8 | 9.2 | 89 |
| 08/26/15 11:27 | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 | 131 |
| 05/19/15 13:08 | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 | 103 |
| 03/03/15 12:20 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 | 99 |

ANA panel negative
RF, antiCCP negative
ANCA negative

Labs from 12/5/16 reviewed (from Prison lab): CBC, CMP, LFTs wnl

ASSESSMENT/PLAN:
48 y/o male with PMH UCTD here for follow up.

1. Overlap sym no surveillance labs available if w/o MTX related toxicity – may cont MTX 5 tab/weekly with daily folic acid – if sy novel thickening persist/worsen may consider increasing the dose to 6 tabs weekly next time. Continue plaquenil 400mg daily; Continue with yearly Eye exams to r/o plaquenil toxicity. Request report of x-ray of hands from PCP.
2. Carpal tunnel sy but stable may use brace at night as needed
3. Knee OA: again encouraged ROM exercises with focus on quadriceps strengthening. May consider CSI next time if worsens.
4. Raynaud's, no active digital ulcerations on exam still w pits continue Procardia to 90mg daily, cont aspirin. consider switching lisinopril to 40 mg daily to ARB (Diovan or similar) for better control of RP and HTN.
5. L and R shoulder pain. Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis. Will request x-ray requested by PCP, however will need MRI w/o contrast for the L shoulder to eval for tear. This was communicated to the PCP via support paperwork at the time of the pt's visit and will also send the note. Pt was encouraged to continue to refrain from heavy weight lifting. He had PT in the past – didn't find it beneficial.
6. HTN: BP again elevated today, pt asymptomatic, will need frequent BP monitoring and medication adjustment, cont nifedipine 90 mg daily, consider changing Lisinopril to ARB.

RTC 3 months.

Note to PCP – need x-ray and shoulder x-ray report as well as labs: CBC, CMP, eSR, UA w micro)

Printed by: Burke MA, Keonna
Printed on: 4/20/2017 7:44 AM

IDOC MED

IDOC MED 000093

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 04/11/201716:28:53

Subject:   Inmate Name:  SAFFOLD, ROBERT
           Inmate Number: B10701
                   Site:  STATEVILLE CC
                Service:
                          99213    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 785426038

Based upon a review of the information provided, Service is Approved.

    Comments:
    Rheum F/U approved by Dr. Ritz in collegial with Dr. Obaisi for a
    patient with undifferentiated connective tissue disease, Raynaud's,
    and carpal tunnel. On Methotrexate weekly, folic acid,
    Hydroxychloroquine, and Plaquenil. Followed by UIC Rhuem, last seen
    4-3-17; recommending MRI L shoulder and f/u after. No IQ.

    **Auth for Rheum f/u (after MRI) at UIC**


                                                8-7



rom: _____
    Dedicated Utilization Management

    -----------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                  412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

IDOC MED

IDOC MED 000095

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Medical Special Services Referral and Report

_Stg_
(Facility)

Offender's Name: Saffold Robert          ID# B10201

**Reason for Referral:**
- [ ] Consult
- [ ] Evaluation
- [ ] Procedure/service (specify) _____
- [ ] Other (specify) _____
- [ ] Non-Formulary Medications
- [ ] Management
- [ ] Medical Equipment

Urgent: [ ] Yes   [ ] No

Referred to: _f u Rhumatology (urc)_

Rationale for Referral: _____

Print Referring Practitioner's Name: S. Obaisi

Referring Practitioner's Signature: _____

Date: 4-4-17

### Report of Referral (Use Reverse Side, if necessary)

**Findings:** Xerosis of palms (R > L)
Decreased ROM of (L) shoulder

**Assessment:** (L) RTC tendonitis v OA
Undifferentiated Connective Tissue Disease - Stable
Raynaud's Stable

**Recommendations/Plans:**
- Continue plaquenil 400mg daily (annual ophthalmologic eval)
- Continue Methotrexate 25mg - 5 tabs/wk + daily folic
- Bloodwork: CBC, CMP, ESR, CRP, UA w/ micro, uric acid, lmg/a in 2 mos
- (L) shoulder MRI w/o contrast
- Topical Diclofenac gel to left knee BID PRN

_(left margin handwritten notes:)_
Medical Ice BID
Fox recent labs to 708-413-7835
medication to hands medication shampoo
Daily Medication Shower

Print Practitioner's Name: Ozair Ziauddin

Practitioner's Signature: _____

Date: 8/7/2017

**Facility Medical Director Use Only**

I have reviewed the recommendations and:

- [ ] Approve.

- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name: S. Obaisi

Facility Medical Director's Signature: _____

Date: 8-8-17

Distribution: Offender's Medical File, and if denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

CONFIDENTIAL PROTECTED HEALTH INFORMATION

IDOC MED

IDOC MED 000096

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED APR 1 2 2017

Date/Time: 04/11/201716:28:53

Subject:   Inmate Name:   SAFFOLD, ROBERT
           Inmate Number: B10701
                  Site:   STATEVILLE CC
               Service:
                          73223   MRI JOINT UPR EXTR W/O&W/DYE

Authorization ID: 105806010

Based upon a review of the information provided, Service is Approved.

   Comments:
   MRI approved by Dr. Ritz in collegial with Dr. Obaisi for a patient
   with undifferentiated connective tissue disease, Raynaud's, and
   carpal tunnel. On Methotrexate weekly, folic acid,
   Hydroxychloroquine, and Plaquenil. Followed by UIC Rhuem, last seen
   4-3-17; recommending MRI L shoulder and f/u after. No IQ.

   **Auth for MRI of L shoulder at UIC**

                                          10-6-17

rom: _____
   Dedicated Utilization Management

------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

           Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
           877-939-2884 or 800-353-8384 - Phone
                                412-937-9151 - Fax
           WWW.WEXFORDHEALTH.COM

IDOC MED

IDOC MED 000097

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 05/26/201608:47:54                    DELIVERED  MAY 2 6 2016

Subject:   Inmate Name:  SAFFOLD, ROBERT
           Inmate Number:  B10701
                   Site:  STATEVILLE CC
                Service:
                          99213   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 394893438

Based upon a review of the information provided, Service is Approved.


   Comments:

   5-23-2016: Rheum f/u at UIC approved by Dr. Ritz in collegial w/
   Dr. Obaisi for a pt w/ undifferentiated connective tissue disease &
   Raynaud's. Pt on Methotrexate weekly, Hydroxychloroquine, and
   Plaquenil. Pt last saw rheumatology on 5/16/16 and they recommended
   for the pt to f/u in 3-4 months. No IQ.

   *auth for rheum f/u*

                                           9.19


   From: _____
         Dedicated Utilization Management

   --------------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

               Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
               877-939-2884 or 800-353-8384 - Phone
                                412-937-9151 - Fax
               WWW.WEXFORDHEALTH.COM

CONFIDENTIAL - PROTECTED INFORMATION

*AWH 9/21/17*

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Offender's Name: _Saffold, Robert_ (Facility) ID# _B10701_

Reason for Referral:
☑ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☑ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: _UIC_    10-17

Rationale for Referral: _@ Rheum f/u after MRI_

_____

Print Referring Practitioner's Name    Referring Practitioner's Signature    Date _9-18-17_

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _B/L shoulder pain / knee creptus / Pain over Right 2nd MCP_
_PIP (osynovitis) Pain as indicated c Right and left shoulder_
_Limited rom @ shoulder to abduction_

Assessment: _Rotator cuff tendonitis (L>R), UCTD, Reynauds,_
_HTN_

Recommendations/Plans: _*please see progress note_ _CT @ Left shoulder w/out contrast_
_Waist chain restriction to avoid bad extension contra MTX 5 tab①_
_Pac and @ Plaquenil 400 d until labs done, CBC, CMP, ESR, CRP_
_continue with, ROU, @ u.sppc/. / medicated Lotion_
_shampoo/day, medicated showers, ice twice a day_

_Vikash Patel_
Print Practitioner's Name    Practitioner's Signature    Date _10/12/15_

**Facility Medical Director Use Only**
**I have reviewed the recommendations and:**

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

_____
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and    Page 1 of 1    DOC 0254 (Eff.4/2007)
if denied/revised, Health Care Unit Administrator    (Replaces DC 7105)

IDOC MED

CONFIDENTIAL PROTECTED HEALTH INFORMATION

IDOC MED 000099

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Offender's Name: Saffold, Robert     ID# B10701

Reason for Referral:
☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☐ Evaluation ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes ☐ No

Referred to: _____

Rationale for Referral: _____

Print Referring Practitioner's Name   Referring Practitioner's Signature   Date 2/20/16

Report of Referral (Use Reverse Side, if necessary)

Findings: BP 153/101 _____

Assessment: UCD - stable cont MTX 12.5g _____

Recommendations/Plans: _____

Print Practitioner's Name   Practitioner's Signature   Date 4/3/17

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name   Facility Medical Director's Signature   Date 4/4/17

IDOC MED

IDOC MED 000104

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED SEP 2 6 2017

Date/Time: 09/25/201716:31:53

Subject:   Inmate Name:  SAFFOLD, ROBERT
           Inmate Number:  B10701
                  Site:  STATEVILLE CC
               Service:
                  99213   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 972179711

Based upon a review of the information provided, Service is Approved.

    Comments:
    Rheum F/U approved by Dr. Ritz in collegial with Dr. Obaisi for a
    patient with undifferentiated connective tissue disease, Raynaud's,
    and carpal tunnel. On Methotrexate weekly, folic acid,
    Hydroxychloroquine, and Plaquenil. Followed by UIC Rhuem, last seen
    8-17-17; MRI of L shoulder approved 4-11-17; not yet completed.
    Rheum requesting F/U with MRI results.

    **Auth for Rheum F/U at UIC**

                            10-17

From: _____
      Dedicated Utilization Management

------------------------------------------------------------------------

    INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

           Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
           877-939-2884 or 800-353-8384 - Phone
                              412-937-9151 - Fax
           WWW.WEXFORDHEALTH.COM

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management                    DELIVERED OCT 2 6 2017

Date/Time: 10/25/201716:31:52

Subject:    Inmate Name:    SAFFOLD, ROBERT
            Inmate Number:  B10701
                  Site:     STATEVILLE CC
               Service:
                  73200     CT UPPER EXTREMITY W/O DYE

Authorization ID: 037912903

Based upon a review of the information provided, Service is Approved.

    Comments:
    CT of L Shoulder approved by Dr. Garcia in collegial with Dr.
    Obaisi for a patient with hx of 3rd degree burns at age 3. Had skin
    grafts. Progressive contracture to R elbow graft area x 1 year.
    Unable to extend elbow. Eval'd by Plastics 10-17-17; recommending
    surgery - Removal of Scar Contracture with skin graft and local
    flap reconstruction.

    **Auth for CT of L Shoulder at UIC**

From: _____
    Dedicated Utilization Management

---------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL
        Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
        877-939-2884 or 800-353-8384 - Phone
                        412-937-9151 - Fax
        WWW.WEXFORDHEALTH.COM

Auth 03791270S

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville
(Facility)

Offender's Name: _Saffold Robert_ ID# _B10701_

Reason for Referral: ☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☐ Evaluation ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes ☐ No

Referred to: _____

Rationale for Referral: _CT Scan L shoulder by Rheumatologist_

Print Referring Practitioner's Name _Sarbais_   Referring Practitioner's Signature _____   Date _10-12-17_

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _CT Lt. Shoulder completed Flu with MD for results._

Print Practitioner's Name _____   Practitioner's Signature _Laimmus Hogan_   Date _4/23/18_

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name _____   Facility Medical Director's Signature _____   Date _4-24-18_

Distribution: Offender's Medical File, and   Page 1 of 1   DOC 0254 (Eff.4/2007)
if denied/revised, Heath Care Unit Administrator   (Replaces DC 7105)
IDOC MED

IDOC MED 000114

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA
From:      Utilization Management                    DELIVERED AUG 1 5 2018
Date/Time: 08/14/201816:57:05
Subject:   Inmate Name:  SAFFOLD, ROBERT
           Inmate Number: B10701
                     Site: STATEVILLE CC
                  Service:
                  99203   OFFICE/OUTPATIENT VISIT NEW

Based upon a review of the information provided, it is my medical opinion that:

1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN

    Comments:
        patient with undifferentiated connective tissue disease, Raynaud's,
        and carpal tunnel. On Methotrexate weekly, folic acid, and
        Plaquenil. Last seen by Rheum 8-6-18; noted that symptoms are not
        well controled in terms of joint pains. Bilateral decreased ROM in
        shoulders.  L shoulder with tenderness anteriorly and decreased
        external rotation.  Recommended restarting hydroxychloroquine,
        Ortho Eval for L shoulder, and F/U in 3 months.

        Request for UIC Ortho Eval discussed in collegial between Dr.
        Garcia and Dr. Okezie.  ATP made to treat onsite.

    From: _____Dr. Garcia_____
        Dedicated Utilization Management Physician

------------------------------------------------------------------------
2.____ Appeal Filed (Date/Time)
    a. Appeal Information


        _____
        Signature of Appellant


    From: _____
        Dedicated Utilization Management Physician

5.____ I want a second opinion of the alternate plan.
        Signature: _____ Date/Time:_____

6.____ I will re-consult upon completion of alternate medical plan, if indicated.
        Signature: _____ Date/Time:_____

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL - PROTECTED - FOR LITIGATION

IDOC MED

IDOC MED  000121

WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management                    DELIVERED AUG 1 5 2018

Date/Time: 08/14/2018 16:56:56

Subject:   Inmate Name:  SAFFOLD, ROBERT
           Inmate Number:  B10701
              Site:  STATEVILLE CC
           Service:
                    99213   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 869952863

Based upon a review of the information provided, Service is Approved.

Comments:
  Rheum F/U approved by Dr. Garcia in collegial with Dr. Okezie for a
  patient with undifferentiated connective tissue disease,
  Raynaud's, and carpal tunnel. On Methotrexate weekly, folic acid,
  and Plaquenil. Last seen by Rheum 8-6-18; noted that symptoms are
  not well controled in terms of joint pains. Bilateral decreased ROM
  in shoulders.  L shoulder with tenderness anteriorly and decreased
  external rotation.  Recommended restarting  hydroxychloroquine,
  Ortho Eval for L shoulder, and F/U in 3 months.

  **Auth for Rheum F/U at UIC**


                                    11-26




From: _____
      Dedicated Utilization Management

------------------------------------------------------------------------

    INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

            Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
            877-939-2884 or 800-353-8384 - Phone
                                    412-937-9151 - Fax
            WWW.WEXFORDHEALTH.COM

IDOC MED

IDOC MED 000123

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

DELIVERED OCT 2 6 2017

From:      Utilization Management

Date/Time: 10/25/201716:31:52

Subject:   Inmate Name:  SAFFOLD, ROBERT
           Inmate Number: B10701
                  Site:  STATEVILLE CC
               Service:
                  99213    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 861052739

Based upon a review of the information provided, Service is Approved.

Comments:
   Rheum F/U approved by Dr. Garcia in collegial with Dr. Obaisi for a
   patient with hx of 3rd degree burns at age 3. Had skin grafts.
   Progressive contracture to R elbow graft area x 1 year. Unable to
   extend elbow.  Eval'd by Plastics 10-17-17; recommending surgery -
   Removal of Scar Contracture with skin graft and local flap
   reconstruction.

   **Auth for Rhuem F/U at UIC**

From: _____
      Dedicated Utilization Management

--------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
                   412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

Auth 861 052 131

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Stateville
(Facility)

Offender's Name: Saffold Robert    ID# B 10701

Reason for Referral:
☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify)
☒ Other (specify) Followup Appt

Urgent: ☐ Yes    ☐ No

Referred to: _F/u Rheumatology 3 mths_

Rationale for Referral: _____

_____

Print Referring Practitioner's Name    Referring Practitioner's Signature    Date 10-12-17

### Report of Referral (Use Reverse Side, if necessary)

Findings: ® hand PIP 2nd + 3rd digit swelling + pain. Bilateral knee crepitus, bilaterally decreased range of motion in shoulders ® shoulder with tenderness anteriorly + decreased external rotation

Assessment: Undifferentiated mixed connective tissue dz - sx not well controlled in terms of joint pains - restart Plaquenil, increase methotrexate, cont. PT #2 Raynauds - cont. nifedipine, if still not well controlled can consider switching lisinopril to ARB instead

Recommendations/Plans: Physical therapy for bilateral knees + shoulders, check CBC, CMP, ESR, CRP every 2 months, if bloodwork is within normal limits, increase methotrexate to 7 tablets of 2.5mg weekly, continue 1mg folic acid daily. Restart hydroxychloroquine 400mg daily. Con't. daily shower, daily extra toilet paper, gloves in cold weather, pca thrice daily, medicated lotion + shampoo

Jacqueline Kannan MD    Print Practitioner's Name    Practitioner's Signature MD    Date 8/6/18

### Facility Medical Director Use Only

I have reviewed the recommendations and:

☒ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name    Facility Medical Director's Signature    Date 8 7 18

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator    Page 1 of 1    DOC 0254 (Eff.4/2007)
(Replaces DC 7105)
IDOC MED

IDOC MED 000127

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 5/17/16 Discontinue 11/17/16 Rx # | Methatrexate 25mg (5 tabs) Q wkly | AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | D Remington | | Matt Andrews RN | | | | | | VG Vogel RN |
| mm | Michelle Miller RN | | R Romanos LPN | | L Lewis RN | | | | |

| Location B423 | Date of Birth or Soc. Sec. No. 8/25/08 | Allergies NKDA | | Diagnosis |
|---|---|---|---|---|
| Inmate Name and Number Saffold Robert B10701 | | Facility STA | Charting for 7/1/16 Through 7/31/16 | |

Form # 6182LMR (Rev. 08/13)

Reorder From: MED·PASS 800-438-8884

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

IDOC MED

IDOC MED 000163

**X-Ray Requisition**

STATEVILLE
Facility

Mailing Address: _____

_____

_____

B409

Phone Number: _____ Ext.: _____

Fax Number: _____

Patient Name: SAFFOLD, ROBERT    Date of Birth: 8-25-68

Offender Number: B10701    ☒ Male    ☐ Female

Examination(s) Requested: (B) SHOULDERS (B) FEET .

Request Date: 1-5-17    Date of Exam: JAN 09 2017

History/Symptoms: INTERMITTANT NUMBNESS/TINGLING (L) HAND C̄ PAIN. X 3mos - 4mos APPROX, (R) FOOT KNOT' LATERAL.

Reports ① Left Sldr - Moderate DJD.
② R Sldr - Neg except bullet high in Axilla.
③ Both feet - Neg. Studie

R Ref MD
10 Jun 2017

Referring Physician: [signature] MD PC    [signature] MD PC
Print Physician Name    Physician Signature

Technologist:

Christy Rogers    C Rogers RT(R)
Print Technologist Name    Technologist Signature

Distribution: X-Ray Tech    *Printed on Recycled Paper*    DOC 0392 (Eff. 01/2013)

CONFIDENTIAL PROTECTED HEALTH INFORMATION

IDOC MED

IDOC MED 000336

STATEVILLE CORRECTIONAL CENTER

FOR X-RAY TECH ONLY

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

X-RAY REPORT

Inmate's Name: _Saffold Robert_ Number: _B10701_ Date: _10-10-17_

_ie: 49_ Exam Date: 10/18/17 Tech: _Angela O'Toole_

Reason for X-Ray: X R R shoulder
X R groin & thigh
X R R rib cage

_____
Ordering Physician

Findings: (1) Single bullet in soft tissues mid thigh post;
femur intact.

(2) 2 Bullets; 1 in soft tissues R prox. arm & the
other in upper R chest wall.
R Ribs neg.

(3) Mild DJD R Shoulder; Otherwise neg.

Date: _____ M.D. 20 Oct 20—

FOR CORRECTIONAL CENTER HEALTH CARE UNIT PERSONNEL ONLY

☐ I have reviewed the recommendations contained in this report.

Date: _S. Obaisi_ _____ 10-23-17
Signature and Title

IL 426-18393    DCA 42066

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

# Illinois Department of Corrections
## MEDICAL PERMIT
### Stateville Correctional Center

Offender Name: _Scifold Robert._  Number: _B10701_

Housing Unit: _B424_

| | |
|---|---|
| ☐ New Order | ☐ Change |
| ☒ Renewal | ☐ Cancel |

| | | |
|---|---|---|
| ☒ Low Bunk | ☐ State Boots / Special Shoes ____ | |
| ☒ Low Gallery | ☐ Slow Walk | ☐ C-Pap Machine |
| ☐ Crutches ____ | ☐ No Gym/Yard | ☐ Medical Lay-in |
| ☐ Shower _Daily_ X week | ☐ Hearing Aid | ☒ Ice _one Bag_ _Twice daily_ |
| ☐ Waist Chain | ☐ Leather Restraints | |

☒ Other: _one extra roll of tolet paper a week ; may use Gloves in cold weather_

Comments: _Bilateral wrist braces._

Start Date: _8-31-17._   Expiration Date: _3-1-18._

Authorized By:
MD _____  Date: _8-31-17_

Reviewed By: _____

Entered into OTS By: _____

Distribution: Inmate
Cell House Sergeant
Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2-16-20...)

IDOC MED

IDOC MED   000369

# Illinois Department of Corrections
# MEDICAL PERMIT
# Stateville Correctional Center

Offender Name: _Scifold Robert._    Number: _B10701_

Housing Unit: _B424_

☐ New Order          ☐ Change
☒ Renewal            ☐ Cancel

☒ Low Bunk              ☐ State Boots / Special Shoes _____
☒ Low Gallery           ☐ Slow Walk              ☐ C-Pap Machine
☐ Crutches _____       ☐ No Gym/Yard            ☐ Medical Lay-in
☐ Shower _Daily_ X week ☐ Hearing Aid            ☒ Ice _one Bag_
☐ Waist Chain           ☐ Leather Restraints         _twice daily_
☒ Other: _one extra roll of toilet paper a week ; may use Gloves in_
          _cold weather_
Comments: _Bilateral wrist braces._
_____

Start Date: _8-31-17._        Expiration Date: _3-1-18_

Authorized By:
     MD _____    Date: _8-31-17_

Reviewed By: _____

Entered into OTS By: _____

Distribution: Inmate
              Cell House Sergeant
              Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2-16-2013)

IDOC MED

IDOC MED    000369

CONFIDENTIAL PROTECTED HEALTH INFORMATION

# Illinois Department of Corrections
# MEDICAL PERMIT
# Stateville Correctional Center

Offender Name: _Saffold Robert_     Number: _B10701_

Housing Unit: _B424_

☐ New Order          ☐ Change
☑ Renewal            ☐ Cancel

☑ Low Bunk           ☐ State Boots / Special Shoes_____
☑ Low Gallery        ☐ Slow Walk          ☐ C-Pap Machine
☐ Crutches_____    ☐ No Gym/Yard        ☐ Medical Lay-in
☐ Shower ___ X week  ☐ Hearing Aid        ☑ Ice_____
☑ Waist Chain        ☐ Leather Restraints
☑ Other: _one extra Roll of Toilet paper a week – Isolated wrist here_
Comments: _Waist chains on wrists_____

Start Date: _10-10-17_          Expiration Date: _10-10-18_

Authorized By:
   MD _____     Date: _10-10-17_

Reviewed By: _____

Entered into OTS By: _____

Distribution: Inmate
Cell House Sergeant
Medical Records

Printed on Recycled Paper          STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED    000370

**Illinois Department of Corrections
MEDICAL PERMIT
Stateville Correctional Center**

Offender Name: Saffold Robert    Number: B10701

Housing Unit: B4-24

| | |
|---|---|
| ☒ New Order | ☐ Change |
| ☒ Renewal | ☐ Cancel |

| | | |
|---|---|---|
| ☒ Low Bunk | ☐ State Boots / Special Shoes _____ | |
| ☒ Low Gallery | ☐ Slow Walk | ☐ C-Pap Machine |
| ☐ Crutches | ☐ No Gym/Yard | ☐ Medical Lay-in |
| ☒ Shower Daily X week | ☐ Hearing Aid | ☒ Ice on bag 2x a day |
| ☐ Waist Chain | ☐ Leather Restraints | |
| ☒ Other: one extra roll of toilet paper a week, may use Gloves in cold weather | | |

Comments: Bilateral wrist braces

Start Date: 3·6·18    Expiration Date: 9·6·18

Authorized By:
MD _____    Date: 3·6·18

Reviewed By: _____

Entered into OTS By: _____

Distribution: Inmate
Cell House Sergeant
Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED    000372

CONFIDENTIAL PROTECTED HEALTH INFORMATION

# Illinois Department of Corrections- Stateville Correctional Center
## MEDICAL PERMIT/ RECEIPT

Offender Name: _Safford Robert_ Number: _B10701_ Housing Unit: _X UE 03_

| | | |
|---|---|---|
| ☐ New Order | ☐ Change | ☒ Renewal | ☐ Cancel |

☐ State Boots / Special Shoes _____     ☐ Slow Walk

☐ C-Pap Machine     ☐ Crutches _____     ☐ No Gym/Yard

☐ Medical Lay-in     ☐ Shower   X week     ☐ Hearing Aid

☐ Ice     ☐ Waist Chain     ☐ Leather Restraints

☐ Other: _Waist Chain Wait Only_

Comments: _____

Start Date: _10-5-18_     Expiration Date: _10-5-19_

Authorized By: MD _____   Date: _10-5-18_

Received   1   2   Crutches from staff _____ on _____

_____
Offender Signature       Date

_____
Staff Signature       Date

Returned   1   2   Crutches to staff _____ on _____

_____
Offender Signature       Date

**Checklist:** ☐ Rubber Arm Pad   ☐ Rubber foot   ☐ Rubber Hand Pad   ☐ Screw, washer and wing nut to hand pad   ☐ 2 Screws, 2 washers and 2 wing nuts to hold foot of crutch on
***If any item is missing; a ticket must be written.**

Staff Signature _____   Date _____

Reviewed by: _____   Entered into O360 By: _____

Distribution: Inmate     Printed on Recycled Paper     STA 0168 (Rev. 3/2018)
      Cell House Sergeant
      Medical Records

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

IDOC MED
IDOC MED   000378

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Salfold
First Name: Robert
MI:
ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | MD Chart Update | |
| 8/30/13 | Inmate has had improvement in | → Cancel order for PT |
| | knee symptoms + is under current | |
| | care of UIC rheumatology c̄ no current | 8/30/13 |
| | indication for PT. | Noted |
| | Dr. Davis | MSOBSN LPN |
| | | |
| 9/26/13 | S: swelling & pn' R knee | |
| 10a | Cortisone inject R knee | |
| BP - 124/77 | was advised by UIC | |
| P - 75 | neurologist | Dependnt exy |
| R - 18 | has diagnoses of undifferentl | + ice sutur |
| T=96.8 | Connective tissue disease | injected R knee |
| | on cellcept 1000 BID + Prednis-10 g | Jt |
| | pasote 20 g BID ASA 81 g d - Piroxicam 20 60 | c̄ hr |
| | O: mild swelling & mild heat R kn Jt | |
| | A: arthritis R knee, undifferentl connctive tissue disea | |

Printed on Recycled Paper

IDOC MED (Eff 8/2002)
(Revised 9/7/47)

IDOC MED 000403

CONFIDENTIAL PROTECTED HEALTH INFORMATION

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Stateville Correctional Center</u>

| Offender Information: | | |
|---|---|---|
| _Seppold_ Last Name | _Robert_ First Name | MI |
| | | ID#: _B10701_ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-9-15 | MD note  Hydroxychloroquin Prescribed by Rheumatology | Hydroxychloroquin 400 mg pod x 1 year |
| | | |
| | _(signature)_ MD  note 6/9/15 6:00pm | _(signature)_ MD |
| | | |
| 7/6/15 | MD note | |
| WT 283 | S: feeling well and has seen by Rheumatology recently. | |
| T: 98.0 | | |
| P: 91 | | _(signature)_ MD 7/6/15 |
| R: 16 | O: no acute change | |
| B/P: 121/84 | A: mixed Connective Tissue disease Post med visit | |
| | | 7/6/15 |

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

Last Name: _Saffold_   First Name: _Robert_   MI: ___   ID#: _B10701_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 08 03 15 | PT NOTE<br>- Level 4 lockdown, no moves | Per RIS<br>~~(signature)~~ PT |
| 08/31/15 | PT NOTE/ EVALUATION<br>⅔ y/o ♂ h/o Mixed connective<br>tissue disease / Raynaud's since ~2009<br>h/o fall in 2012 ⊂ resulting ®knee<br>injury / pain. Pt states that surgery<br>was recommended @ that point for<br>meniscal tear. However, MD note<br>from 08/15/12 indicates normal<br>findings.<br>Exam: palpation - tenderness Marginal<br>jt line (med + lat) + suprapatellar<br>area / patellar fat pad.<br>Circumferential meas ® 46cm, Ⓛ 45cm<br>MMS ® HS/ Quad 4/5 | ~~(signature)~~ PT |

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

| | | | |
|---|---|---|---|
| SAFFOLD | ROBERT | | ID#: B10 701 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 08 13 15 | PT NOTE | |
| | S: "My knee is swollen" | |
| | O: Gam for over for R LE incl | |
| | exer bike × 15 followg began | |
| | in supine + in recumbent + 30+3 | |
| | c̄ 10# resistance. SLR+30+3 | |
| | in 8 plane. R WB small prom | |
| | stretch 30"×3, bilat/ quad sets 30+3 | |
| | gastroc/ soleus stretch 30"×3 | |
| | R: O good tolerance to ser | |
| 08 17 15 | PT NOTE | |
| | S: "I just want my knee to the | |
| | same size as the other one" | |
| | O: b/o established | |
| | A: Slow GA consistent gains | |
| | | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002

IDOC MED 000447

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Last Name: SAFFULD   First Name: ROBERT   MI:   ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 082015 | PT NOTE | |
| | S: "My leg feels stronger now" | |
| | O: Tx as established, added resistive knee flex/ext | |
| | A: Send response to tx | |

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

Distribution: Offender's Medical Record

Printed on Recycled Paper

(Replaces DC 7147)

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

| Offender Information: | | |
|---|---|---|
| Last Name: S AFFOLD | First Name: Robert | MI | ID#: B10701 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 09101 | PT NOTE | |
| | S: "My leg doesn't feel like it's giving out anymore" | |
| | O: Pt on established, strengthen w/ | |
| | proper squats | P: continue |
| | A: good understanding of mvmt | PT |
| 0915 | PT NOTE | |
| | S: "My knee feel a lot better this wk" | |
| | O: Pt as established, leg | |
| | press and 200# x 3x15 in | P: continue, inst. |
| | supine + in recumbent | in DC exer. |
| | A: good ____ condition | PT |
| 092211 | PT NOTE | |
| | S: "My knee still hurts, but it feels | |
| | much ____" | P: continue |
| | O: Pt as established | Instr. to DC ____ |
| | A: good response to tx | PT |

CONFIDENTIAL PROTECTED HEALTH INFORMATION

Printed on Recycled Paper

**IDOC MED 000452**

DOC 0450 (Eff. 9/2002)
(Replaces DC 7147)

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

| Offender Information: | | |
|---|---|---|
| SAFFOLD | ROBERT | ID#: B10701 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 09 24 15 | PT NOTE | |
| | S: "My lw kup smellig up" | |
| | O: There was a 1cm Pu in inc. @ | |
| | jl line (u) x(r). Drean bort. | |
| | GS pm, A 1d h 2'40 P. InhDoc | |
| | x3 x5 L supine + L recumbent | 5 mm |
| | A: Jsonl nupmuhm | P5 |

MEDICAL PROGRESS NOTES

INMATE NAME: Saffold, Robert

INMATE IDOC # B10701    LOCATION _____ DATE 9/25/15 TIME 9:00 am

S: _____    P: _____

O: BMP _____

A: _____

Slaw, PN10

DC710-1195 (EFF 07-98)
IL426-21868

Distrib.

IDOC MED 000455

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Last Name: SAFFORD  First Name: ROBERT  MI:  ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 092815 | PT NOTE | |
| | - Ns for Dr. appt. Callback called, no | CP RS, DCG next |
| | reason given | V. <1/ws |
| 100115 | PT NOTE | |
| | S: "I feel better, my only complaint | |
| | is my (R) knee feels like it, is going | |
| | to buckle backwards sometimes when I'm | |
| | going up stairs" | |
| | O: Seen for 11th session since IE on | |
| | 080715. Pt has consisted of (a) | |
| | HJ/Brace strategy / strengthening, (a) hip | |
| | girdle stabilization, pain management | |
| | hint in HEP. (R) knee AROM - WNL | |
| | C/OM WNL, only 1/m of abnormal | |
| | inflammation noted & jt line. Amt | |
| | (R) HJ/Quads S/S. Gait - normal | |

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

| Offender Information: | | |
|---|---|---|
| SAFFOLD | ROBERT | ID#: B1201 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/01/15 | P.T. NOTE continues | C: pt DC d |
| | B: pt has met excellent gain. | other |
| | other. | |
| 10/6/15 1000 | LPN Note: Offender seen in HCU Clinic today See progress note. | Sangotra |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

Eff. 9/2002
(Replaces DC 7147)

IDOC MED

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Stateville Correctional Center

Offender Information:

Last Name: SAFFOLD    First Name: ROBERT    MI: ____    ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 09 24 15 | PT NOTE | |
| | S: "My leg keeps swelling up" | |
| | O: There was a 1cm [?] [?] | |
| | [?] | |
| | [?] | |
| | [?] | 5 mm |
| | A: [?] | PT |

MEDICAL PROGRESS NOTES

INMATE NAME: Saffold, Robert

INMATE IDOC#: B10701    LOCATION: ____    DATE: 9/25/15    TIME: 9:00am

S: ____    P: ____

O: BMP ____

A: ____

S. Carr, PMD

DC710-1195 (EFF 07-98)
IL426-21868

Printed on Recycled Paper

**IDOC MED 000457**

0084 (Eff. 9/2002
(formerly DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Saffold    First Name: Robert    MI: _____    ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/17/16 2:38 Pm | MD Note | Gen Med Clinic done Today also |
| T 97.3 P 77 R 18 BP 161/93 | S: Post med wrt. and Recul of Pen oozed comclin Tissue | |
| | | F/u prn |
| | O: L shoulder abduct. fuled to 120 degree declined pt to do self exercise instructed by 411 Rhinolology- | |
| | A: Post med wrt | |

CONFIDENTIAL PROTECTED HEALTH INFORMATION

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 07/15/201322:41:32

Subject:   Inmate Name:  SAFFORD, ROBERT
           Inmate Number: B10701
                   Site: STATEVILLE CC
                Service:
                          99212    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 784389062

Based upon a review of the information provided, Service is Approved.

      Comments:
      7/15/13 approval per Dr Garcia with Dr Obasi in collegial review
      for FOLLOW UP RHEUMATOLOGY APPOINTMENT @ UIC   for dx rheumatoid
      arthritis.  Pt on prednisone and captopurine but symptoms seem to
      be getting worse.  no iq.

  From: _____
        Dedicated Utilization Management

  ------------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

               Foster Plaza2 - 425 Holiday Drive - Pittsburgh, PA 15220
               877-939-2884 or 800-353-8384 - Phone
               412-937-9151 or 412-922-5638 - Fax
               WWW.WEXFORDHEALTH.COM

IDOC MED
IDOC MED          000483

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 08/05/201407:42:07

Subject:   Inmate Name:  SAFFORD, ROBERT
           Inmate Number: B10701
                   Site:  STATEVILLE CC
           Service:
                   99212    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 383393766

Based upon a review of the information provided, Service is Approved.

   Comments:
   8-4-14 RCVD REQUEST FOR RHEUMATOLOGY F/U - APPROVED BY DR. GARCIA
   IN COLLEGIAL WITH DR. OBAISI FOR PT W/ MIXED CONNECTIVE TISSUE
   DISEASE. LAST RHEUMATOLOGY APPOINTMENT WAS 3/14/14. NO IQ W/ GIVEN
   INFO.

From:
   Dedicated Utilization Management

----------------------------------------------------------------------

     INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                  412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

IDOC MED

IDOC MED    000485

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: _Saffold Robert_ ID# _B 10701_

Reason for Referral:
- ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
- ☐ Evaluation   ☐ Management
- ☐ Procedure/service (specify) _____   3/3/15
- ☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: _mixed Connective tissue disease_

Rationale for Referral: _Fu_

Print Referring Practitioner's Name _S. Obari's_   Referring Practitioner's Signature _____   Date _2/31/14_

Report of Referral (Use Reverse Side, if necessary)

Findings: _swelling of joints_

```
80638534-0383                    03/03/15
SAFFOLD, ROBERT                  MB 08/25/1968--
STATE, CORRECTIONS
OTHER GOV'T AGENCY
```

Assessment: _Connective Tissue Disease_
_Raynauds_

Recommendations/Plans:
_If cbc, chem, liver stable in 2 weeks can increase methotrexate to 6 tabs/week_
_Discontinue cellcept. Start folic acid 1mg daily._
_Start methotrexate 2.5mg tablets; take 4 tablets weekly._
_Prescribe moisturizing shampoo, conditioner, and lotion._

Print Practitioner's Name _Anjali Shetty_   Practitioner's Signature _____   Date _3/3/15_

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Facility Medical Director's Name _MARTIJA_   Facility Medical Director's Signature _a martija MD_   Date _3/3/15_

Offender's Medical File, and
____, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7195)

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

IDOC MED
IDOC MED   000486

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 04/08/2015 08:23:06              **DELIVERED** APR 0 8 2015

Subject:   Inmate Name:  SAFFOLD, ROBERT
           Inmate Number: B10701
                   Site: STATEVILLE CC
                Service:
                         99212    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 120970915

Based upon a review of the information provided, Service is Approved.

    Comments:
    4-7-15 RCVD REQUEST FOR RHEUMATOLOGY F/U AT UIC - APPROVED BY DR.
    RITZ IN COLLEGIAL WITH DR. OBAISI FOR PT W/ MIXED CONNECTIVE TISSUE
    DISEASE. LAST RHEUMATOLOGY APPOINTMENT WAS 3/3/15. NO IQ.

From: _____
      Dedicated Utilization Management

------------------------------------------------------------------

    INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL
         Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
         877-939-2884 or 800-353-8384 - Phone
                         412-937-9151 - Fax
         WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Stateville Correctional Center
(Facility)

Offender's Name: _Saffold Robert_ ID# _B10781_

Reason for Referral: ☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☐ Evaluation ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes ☐ No

Referred to: _____ U/C rhinaldogy_____ 5/15

Rationale for Referral: _crused Connective tissue disease._

Print Referring Practitioner's Name _S. Obgis_     Referring Practitioner's Signature     Date _4-1-15_

Report of Referral (Use Reverse Side, if necessary)

Findings: Swelling of wrist and 2nd PIP ↓ROM ① shoulder
Fingertips cold with healing digital PTs, & ulcers.

Assessment: Connective Tissue Disease -
Raynauds

Recommendations/Plans:
1) Cont methotrexate 15mg weekly. Start hydroxychloroquine
400mg a day. Needs eye exam w/ visual field testing every year
2) Increase Lisinopril 40mg/day.

Print Practitioner's Name _Anjali Shetty_     Practitioner's Signature     Date _5/19/15_

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name _S. Obgis_     Facility Medical Director's Signature     Date _6-1-15_

Distribution: Offender's Medical File, and     Page 1 of 1     DOC 0254 (Eff. 4/200?
if denied/revised, Heath Care Unit Administrator     (Replaces DC 7495)

IDOC MED

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

IDOC MED     000491

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 06/10/201507:10:02

Subject:   Inmate Name:  SAFFOLD, ROBERT          DELIVERED  JUN 1 0 2015
           Inmate Number: B10701
                  Site:  STATEVILLE CC
               Service:
                 99212   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 667624058

Based upon a review of the information provided, Service is Approved.

    Comments:
    6-9-15 RCVD REQUEST FOR RHEUMATOLOGY F/U AT UIC - APPROVED BY DR.
    RITZ IN COLLEGIAL WITH DR. OBAISI FOR PT WHO IS FOLLOWED BY
    RHEUMATOLOGY FOR CONNECTIVE TISSUE DISEASE, PT LAST SEEN 5/19/15,
    HE WAS TOLD TO CONTINUE METHOTREXATE WEEKLY, START
    HYDROXYCHLORAGINE, AND INCREASE LISINOPRIL AND F/U IN 3 MONTHS. NO
    IQ.

From:
    Dedicated Utilization Management

    -----------------------------------------------------------------

       INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

             Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
             877-939-2884 or 800-353-8384 - Phone
                             412-937-9151 - Fax
             WWW.WEXFORDHEALTH.COM

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Stateville Correctional Center
(Facility)

Offender's Name: _Saffold Robert_   ID# _B10701_

Reason for Referral:   ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: _____ PT (consult Connective Tissue) _____

Rationale for Referral: _R O M knee (see rheumatology_
_recommendation)_

Print Referring Practitioner's Name: _Sobais_   Referring Practitioner's Signature: _____   Date: _6-1-15_

### Report of Referral (Use Reverse Side, if necessary)

Findings: _46 y/o c h/o Rheumatic mixed connective tissue disease since_
_2004, also c Nephritis, had in 2012 resulting in Edema, pain_
_Exam, AIRWWN wnl, No significant edema, Knot ellt Gait normal_
_@ Mac murmurs, @ Apili, @ valgus/varus stress, @ antil/post drawer test_

Assessment: _Suspect symptoms related to degenerative d's in R_
_knee joint_
_* No c/o instability_

Recommendations/Plans: _Pt may benefit from PT to work on_
_Id strength of R quads/lts + instruction in HEP_
_PT 1-2x/wk x 8-12 sessions_

Print Practitioner's Name: _JOSE BECERRA PT_   Practitioner's Signature: _____   Date: _080415_

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name: _Sobais_   Facility Medical Director's Signature: _____   Date: _8-6-15_

CONFIDENTIAL PROTECTED HEALTH INFORMATION

Distribution: Offender's Medical File, and   Page 1 of 1   DOC 0254 (Eff. 4/2007)
if denied/revised, Health Care Unit Administrator   (Replaces DC 7190)

IDOC MED

IDOC MED   000500

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: _Saffold Robert_  ID# _B 10701_

Reason for Referral:
- ☐ Consult
- ☐ Non-Formulary Medications
- ☐ Medical Equipment
- ☐ Evaluation
- ☐ Management
- ☐ Procedure/service (specify) _____
- ☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: _____ 8/26

Rationale for Referral: _F⁄u Rheumatology 3 months_

_____

Print Referring Practitioner's Name: _S. Obais_

Referring Practitioner's Signature: _____

Date: _6-1-15_

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _47 y/o with hx of Undifferentiated CTD, Raynauds_
_⊕ Knee pain in history but joint swelling/pain in hands improved_
_⊛ was given corticosteroid injection today in clinic - to ⓇKnee_

Recommendations/Plans: _May use ice packs for swelling and hot medical showers - daily_
_Continue Methotrexate 15mg qweekly, with folic acid 1mg daily_
_Continue Plaquenil 400mg daily, ✗ needs yearly eye exam with VFT_
_Restart Selenium Sulfide topical 1% shampoo and Eucerin everyday_
_Continue Procardia 60mg ER(D) and Lisinopril 40mg daily_
_Needs CBC, CMP, LFTs, ESP q3 months while on MTX_

Print Practitioner's Name: _Dr. Volkov / Dr. Ravella_

Practitioner's Signature: _____

Date: _8/26/15_

---

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name: _S. Obais_

Facility Medical Director's Signature: _____

Date: _8-26-15_

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7 )

IDOC MED

IDOC MED    000501

WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management

DELIVERED DEC 1 0 2015

Date/Time: 12/10/201507:22:43

Subject:   Inmate Name:  SAFFOLD, ROBERT
         Inmate Number:  B10701
                Site:  STATEVILLE CC
             Service:

                99213    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 199635427

Based upon a review of the information provided, Service is Approved.

   Comments:
   RECD REQUEST FOR RHEUMATOLOGY F/U- APPROVED BY DR. RITZ IN
   COLLEGIAL WITH DR. OBIASI. PT SEEN LAST BY RHEUMATOLOGY ON 8/26/15
   FOR CONNECTIVE TISSUE DX. PT ON METHOTREXATE WEEKLY,
   HYDROXYCHLORAGINE, AND LISINOPRIL. CANNOT MATCH TO IQ.

                                        Scheduled
                                        12-9-15

From: _____Dr. Ritz_____
     Dedicated Utilization Management

-----------------------------------------------------------------

   INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL
              Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
              877-939-2884 or 800-353-8384 - Phone
                              412-937-9151 - Fax
              WWW.WEXFORDHEALTH.COM

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Stateville Correctional Center
(Facility)

Offender's Name: _Saffold, Robert_    ID# _B10701_

Reason for Referral:
- [ ] Consult
- [ ] Non-Formulary Medications
- [ ] Medical Equipment
- [ ] Evaluation
- [ ] Management
- [ ] Procedure/service (specify) _____
- [ ] Other (specify) _____

Urgent: [ ] Yes  [ ] No

Referred to: _UIC - Rheum_          _12-9-15_

Rationale for Referral: _F/U_

_____

Print Referring Practitioner's Name: _Dr. Obaisi_
Referring Practitioner's Signature
Date: _12-8-15_

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _47 y/o with a history of Undifferentiated CTD, Raynauds. Symptoms improved. No corticosteroid injections given today. Will need to continue with regular stretching exercises, Yoga, PT + aught exercises_

Recommendations/Plans: _Massage ice packs for swelling and hot Medical shower-daily. Continue MTX 15mg /week with folic acid 1mg/daily. Continue plaquenil 400mg Daily-needs yearly eye Exam. Restart selenium sulfide topical 1% Shampoo daily & lubiderm daily. Continue prenatal tabs c/o (D) and Lisinopril 40mg ⃝. Needs CBC, CMP/LFTs, ESR, Hep B _____ in 3 months._

Print Practitioner's Name: _SHALINI PAVELLA / GUNCA VOLKOV MD_
Practitioner's Signature
Date: _12/9/15_

Facility Medical Director Use Only
I have reviewed the recommendations and:

- [x] Approve.
- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name: _S. Obaisi_
Facility Medical Director's Signature
Date: _12-9-15_

CONFIDENTIAL PROTECTED HEALTH INFORMATION

WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management

Date/Time: 12/18/201508:33:35

Subject:   Inmate Name:   SAFFOLD, ROBERT
        Inmate Number:  B10701
             Site:   STATEVILLE CC
          Service:
                   99213    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 651575358

Based upon a review of the information provided, Service is Approved.

Comments:
COLLEGIAL ON 12/15/2015 Received request for rheumatology f/u
APPROVED BY DR. RITZ WITH DR.OBSAIS.
pt with undifferentiated connective tissue disease & Raynaud's. Pt
on Methotrexate weekly, Hydroxychloroquine, and Plaquenil. Pt last
saw rheumatology on 12/09/15 who recommend yoga, regular
stretching exercises, ice packs for swelling, hot medical showers
daily, and RTC in 3 months. NO IQ.

*Scheduled 5-16-16*

From: _____
    Dedicated Utilization Management

--------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
                    412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

FAXED MAR 2 2 2016

FAXED JAN 2 2 2016

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: Saffold, Robert    ID# B10701

Reason for Referral:
☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes    ☐ No

Referred to: UIC - Rheum

Rationale for Referral: f/u

_____
Dr Obaisi
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date 12-9-15

**Report of Referral** (Use Reverse Side, if necessary)

Findings: Shoulders - ⊕ Hankins bilaterally + limited active abduction
+ limited internal Rotation ⊕ ↓

Assessment: Undifferentiated Connective Tissue Disease,
Raynaud's Disease,
Rotator Cuff Tendinitis & Impingement Syndrome.

Recommendations/Plan:    Reduce from 6 tab → 5 tab
1) Continue Methotrexate 5 tab/week + daily 1mg folic acid q day
2) ⊕ lisinopril 40mg/d ↑ INCREASE   + Plaquenil 400mg/d    dots +
3) Please provide vests to be worn during night + day    layers
4) continue daily hot showers/medical ice twice daily/lubrication/
   medicated shampoo. RMW    Singh Uvam...
Print Practitioner's Name    Practitioner's Signature    Date 5/16/16
5) SHOULDER PT - re: Rotator Cuff Tendinitis
   + Impingement. 3x/day + up
6) Continue ASA 81mg/d!    to 12 weeks

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

_____
S. Obaisi
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date 5/17/16

Distribution. Offender's Medical File, and    Page 1 of 1    DOC 0254 (Eff. 4/2016)
if denied/revised, Health Care Unit Administrator    (Replaces DC 7459)

# Illinois Department of Corrections
# MEDICAL PERMIT
# Stateville Correctional Center

Offender Name: _Saffold Robert_    Number: _B10781_
                                           _B10781_

Housing Unit: _B423_

☐ New Order          ☐ Change
☒ Renewal            ☐ Cancel

☒ Low Bunk              ☐ State Boots / Special Shoes _____
☒ Low Gallery           ☐ Slow Walk              ☐ C-Pap Machine
☐ Crutches _____      ☐ No Gym/Yard            ☐ Medical Lay-in
☐ Shower _____ X week   ☐ Hearing Aid            ☐ Ice _____
☐ Waist Chain           ☐ Leather Restraints
☒ Other: _Glove_

Comments: _____

Start Date: _2-20-12_         Expiration Date: _2-2-13_

Authorized By:
   MD _Sohair_              Date: _2/20/12_
Reviewed By: _____
Entered into OTS By: _CO_

Distribution: Inmate
              Cell House Sergeant
              Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED    000851

**Illinois Department of Corrections**
**MEDICAL PERMIT**
**Stateville Correctional Center**

Offender Name: _Saffold Robert_ Number: _B10201_

Housing Unit: ~~F 242~~ _B423_

| | |
|---|---|
| ☐ New Order | ☐ Change |
| ☒ Renewal | ☐ Cancel |

☒ Low Bunk     ☐ State Boots / Special Shoes_____   ☒ C-Pap Machine

☒ Low Gallery    ☐ Slow Walk              ☐ Medical Lay-in

☐ Crutches_____   ☐ No Gym/Yard        ☐ Ice_____

☐ Shower ____ X week   ☐ Hearing Aid

☐ Waist Chain        ☐ Leather Restraints

☒ Other: _gloves x 2_

Comments:_____

Start Date: _8/7-12_     Expiration Date: _8-17-13_

Authorized By:
     MD _____ Date: _8-17-12_

Reviewed By: _____

Entered into OTS By: _____

Distribution: Inmate
           Cell House Sergeant
           Medical Records

Printed on Recycled Paper      STA 0168 (Rev. 2/16/20__)

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

# Illinois Department of Corrections
## MEDICAL PERMIT
## Stateville Correctional Center

Offender Name: Saffold, Robert    Number: B10701

Housing Unit: B423

- [ ] New Order
- [x] Renewal
- [ ] Change
- [ ] Cancel

- [x] Low Bunk
- [x] Low Gallery
- [ ] Crutches _____
- [ ] Shower _____ X week
- [ ] Waist Chain
- [x] Other: Gloves x2

- [ ] State Boots / Special Shoes _____
- [ ] Slow Walk
- [ ] No Gym/Yard
- [ ] Hearing Aid
- [ ] Leather Restraints

- [ ] C-Pap Machine
- [ ] Medical Lay-in
- [ ] Ice _____

Comments: _____

Start Date: 7/16/13    Expiration Date: 7/16/14

Authorized By:
MD _____    Date: 7-16-13

Reviewed By: _____ 7/22/13

Entered into OTS By: _____

Distribution: Inmate
Cell House Sergeant
Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

CONFIDENTIAL – PROTECTED HEALTH INFORMATION

IDOC MED

**Illinois Department of Corrections**
**MEDICAL PERMIT**
**Stateville Correctional Center**

Offender Name: _Saffold Robert_    Number: _B 10701_

Housing Unit: _F250_

| | |
|---|---|
| ☐ New Order | ☐ Change |
| ☒ Renewal | ☐ Cancel |

☒ Low Bunk           ☐ State Boots / Special Shoes _____
☒ Low Gallery        ☐ Slow Walk          ☐ C-Pap Machine
☐ Crutches_____      ☐ No Gym/Yard        ☐ Medical Lay-in
☐ Shower ____ X week ☐ Hearing Aid        ☒ Ice_____
☒ Waist Chain        ☐ Leather Restraints
☐ Other: _gloves at cold weather_

Comments: _____

Start Date: _9/26/13_    Expiration Date: _9/26/14_

Authorized By:
    MD _S. ohesi_    Date: _9/26/13_
Reviewed By: _Nirun Health 9/27/13_
Entered into OTS By: _____

Distribution: Inmate
    Cell House Sergeant
    Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED  000862

# Illinois Department of Corrections
# MEDICAL PERMIT
# Stateville Correctional Center

Offender Name: Saffold       Number: B10701

Housing Unit: B423

| | | |
|---|---|---|
| ☐ New Order | ☒ Change | |
| ☐ Renewal | ☐ Cancel | |

☒ Low Bunk    ☐ ~~State Boots / Special Shoes~~ _____

☒ Low Gallery    ☐ ~~Slow Walk~~     ☐ ~~C-Pap Machine~~

☐ ~~Crutches~~ ____   ☐ ~~No Gym/Yard~~    ☐ ~~Medical Lay-in~~

☐ ~~Shower~~ ____ X week   ☐ ~~Hearing Aid~~    ☐ ~~Ice~~ ____

☒ Waist Chain     ☐ ~~Leather Restraints~~

☐ Other: Gloves at cold weather, one additional roll toilet paper per week

Comments: Indication: Medical _____

Start Date: 2/19/14      Expiration Date: 8/19/14

Authorized By:
    MD _Att Davis MD_   Date: 2/19/14

Reviewed By: _Roger B Brown - Oal 2/20/14_

Entered into OTS By: ____

Distribution: Inmate
       Cell House Sergeant
       Medical Records

Printed on Recycled Paper       STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED   000867

CONFIDENTIAL PROTECTED HEALTH INFORMATION

## Illinois Department of Corrections
## MEDICAL PERMIT
## Stateville Correctional Center

Offender Name: _Suffold Robert_   Number: _B 10201_

Housing Unit: _B 423_

| | | |
|---|---|---|
| ☐ New Order | | ☐ Change |
| ☒ Renewal | | ☐ Cancel |

| | | |
|---|---|---|
| ☐ Low Bunk | ☐ State Boots / Special Shoes _____ | |
| ☐ Low Gallery | ☐ Slow Walk | ☐ C-Pap Machine |
| ☐ Crutches _____ | ☐ No Gym/Yard | ☐ Medical Lay-in |
| ☐ Shower ____ X week | ☐ Hearing Aid | ☐ Ice _____ |
| ☐ Waist Chain | ☐ Leather Restraints | |
| ☐ Other: _medical showers_ | | |

Comments: _____

Start Date: _5-13-14_   Expiration Date: _5-13-15_

Authorized By:
   MD _____ Date: _5/13/14_

Reviewed By: _____ _5/14/14_

Entered into OTS By: _____

CONFIDENTIAL – PROTECTED HEALTH INFORMATION

Distribution: Inmate
          Cell House Sergeant
          Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED   000871

**Illinois Department of Corrections**
**MEDICAL PERMIT**
**Stateville Correctional Center**

Offender Name: _Saffold, Robert_     Number: _B10701_

Housing Unit: _B423_

| | |
|---|---|
| ☐ New Order | ☐ Change |
| ☒ Renewal | ☐ Cancel |

| | | |
|---|---|---|
| ☐ Low Bunk | ☐ State Boots / Special Shoes _____ | |
| ☐ Low Gallery | ☐ Slow Walk | ☐ C-Pap Machine |
| ☐ Crutches _____ | ☐ No Gym/Yard | ☐ Medical Lay-in |
| ☐ Shower ____ X week | ☐ Hearing Aid | ☐ Ice _____ |
| ☐ Waist Chain | ☐ Leather Restraints | |

☒ Other: _Medical Shower 3x week_

Comments: _____

Start Date: _6/12/14_     Expiration Date: _6/12/15_

Authorized By:
MD _____   Date: _6/12-15_  _6/17/14_
                    _E Martin_

Reviewed By: _____

~~Entered into OTS By:~~ _CO_

Distribution: Inmate
          Cell House Sergeant
          Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED    000873

# Illinois Department of Corrections
## MEDICAL PERMIT
### Stateville Correctional Center

Offender Name: _Saffold Robert_  Number: _B10701_

Housing Unit: _B 423_

- ☐ New Order
- ☐ Change
- ☒ Renewal
- ☐ Cancel

- ☒ Low Bunk
- ☒ Low Gallery
- ☐ Crutches _____
- ☒ Shower _medical_ 4 X week
- ☒ Waist Chain
- ☐ Other: _Gloves at Cold weather — one Roll of Toile Pap_

- ☐ State Boots / Special Shoes _____
- ☐ Slow Walk
- ☐ No Gym/Yard
- ☐ Hearing Aid
- ☐ Leather Restraints

- ☐ C-Pap Machine
- ☐ Medical Lay-in
- ☐ Ice _____

_onceaweek aditional_

Comments: _____

Start Date: _7-31-14_   Expiration Date: _2-3/8-15_

Authorized By:

MD _olen_ Date: _7/31/14_

Reviewed By: _Jennifer Whut PSA_ _8/1/14_

Entered into OTS By: _____

Distribution: Inmate
Cell House Sergeant
Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED   000874

## Illinois Department of Corrections
## MEDICAL PERMIT
## Stateville Correctional Center

Offender Name: _Saffold Robert_    Number: _B10701_

Housing Unit: _B 4 23_

| | | |
|---|---|---|
| ☐ New Order | ☐ Change | |
| ☒ Renewal | ☐ Cancel | |

| | | |
|---|---|---|
| ☒ Low Bunk | ☐ State Boots / Special Shoes ___ | |
| ☒ Low Gallery | ☐ Slow Walk | ☐ C-Pap Machine |
| ☐ Crutches ___ | ☐ No Gym/Yard | ☐ Medical Lay-in |
| ☐ Shower ___ X week | ☐ Hearing Aid | ☐ Ice ___ |
| ☐ Waist Chain | ☐ Leather Restraints | |

☒ Other: _Gloves at Cold weather_ ___

Comments: ___

Start Date: _8-26-15_    Expiration Date: _8-26-16_

Authorized By:

MD ___    Date: _8-26-15_

Reviewed By: ___

Entered into OTS By: ___

Distribution: Inmate
            Cell House Sergeant
            Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED    000888

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

## Illinois Department of Corrections
## MEDICAL PERMIT
## Stateville Correctional Center

Offender Name: _Saffold Robert_      Number: _B10701_

Housing Unit: _B 421_

| | | | |
|---|---|---|---|
| ☐ New Order | | ☐ Change | |
| ☒ Renewal | | ☐ Cancel | |

| | | | |
|---|---|---|---|
| ☒ Low Bunk | ☐ State Boots / Special Shoes _____ | | |
| ☒ Low Gallery | ☐ Slow Walk | ☐ C-Pap Machine | |
| ☐ Crutches _____ | ☐ No Gym/Yard | ☐ Medical Lay-in | |
| ☒ Shower _meds_ X week _days_ | ☐ Hearing Aid | ☒ Ice _B 30_ | |
| ☐ Waist Chain | ☐ Leather Restraints | | |
| ☐ Other: _Gloves in cold weather_ | | | |

Comments: _one Role Toilet Paper a week_

Start Date: _5-17-16_      Expiration Date: _5-17-17_

Authorized By:
MD _____  Date: _5/17/16_

Reviewed By: _____

Entered into OTS By: _____

Distribution: Inmate
          Cell House Sergeant
          Medical Records

Printed on Recycled Paper          STA 0168 (Rev. 2/16/2012)

IDOC MED

IDOC MED    000892

CONFIDENTIAL - PROTECTED HEALTH INFORMATION

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Stateville Correctional Center

Offender Information:

Saffold          Robert          ID#: B10701

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12.4.18 @ 9:40 T 98.0 P 95 R 16 BP 134/73 W7 280 lb 10.5.18 280 lb | Med Dir Note Pt here for visit return — use rheum 11/26/18. Recom'd reviewed. Pt requested pain meds — tramadol — not on any NSAID's right now. ✓ labs per rheum. CLR for ortho eval due to tear in shoulder. | ✓ Mobic 15mg ⊤ po qd x 6mo ✓ CBC ✓ CMP ✓ XX lg gloves ✓ CLR: rheum 3mo ortho — new CLR shampoo/ortho wrap ✓ F/u 4wks 1/9/18 MD Sgm Noted D. Pagan |

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED DEC 1 2 '2018

Date/Time: 12/11/201817:13:21

Subject:   Inmate Name:   SAFFOLD, ROBERT
           Inmate Number: B10701
                   Site:  STATEVILLE CC
                Service:
                          99203   OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 319899250

Based upon a review of the information provided, Service is Approved.



Comments:
    Ortho Eval approved by Dr. Garcia in collegial with Dr. Henze for a
    patient with undifferentiated connective tissue disease,
    Raynaud's, and carpal tunnel. On Methotrexate weekly, folic acid,
    and Plaquenil.  Symptoms are not well controlled in terms of joint
    pains. Bilateral decreased ROM in shoulders.  L shoulder with
    tenderness anteriorly and decreased external rotation.  CT L
    shoulder done 4-23-18.  Last seen by Rheum 12-4-18; recommended
    referral to Ortho Shoulder based on CT results.  CT showed advanced
    degenerative changes with subchondral cystic change and profound
    collar osteophyte formation along humeral head.

    **Auth for Ortho Eval at UIC**



From: _____
        Dedicated Utilization Management

    -------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

            Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
            877-939-2884 or 800-353-8384 - Phone
                              412-937-9151 - Fax
            WWW.WEXFORDHEALTH.COM

IDOC MED 000894

**Illinois Department of Corrections**
**MEDICAL PERMIT**
**Pontiac Correctional Center**

Offender Name: _Saffold, Robert_  Number: _B10701_

Housing Unit: _B409_

☐ New Order  ☐ Change
☒ Renewal  ☐ Cancel

☒ Low Bunk  ☐ State Boots / Special Shoes _____
☒ Low Gallery  ☐ Slow Walk  ☐ C-Pap Machine
☐ Crutches _____  ☐ No Gym/Yard  ☐ Medical Lay-in
☒ Shower _Daily_ X week  ☐ Hearing Aid  ☒ Ice _one bag twice daily_
☐ Waist Chain  ☐ Leather Restraints
☒ Other: _One extra roll of toilet paper a week; May use gloves in cold weather_
Comments: _Bilateral wrist braces_

Start Date: _9/20/16_  Expiration Date: _9/20/17_

Authorized By:
MD _____  Date: _9/20/16_

Reviewed By: _____

Entered into OTS By: _____

Distribution: Inmate
Cell House Sergeant
Medical Records

Printed on Recycled Paper

STA 0168 (Rev. 2/16/2012)

IDOC MED 000895