

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

## Orthopedic Notes

Result Type:              Orthopedic Note
Result Date:              5/13/2019 00:00 CDT
Result Status:            Auth (Verified)
Performed Information:     Goldberg MD,Benjamin (5/13/2019 19:18 CDT)
Signed Information:        Goldberg MD,Benjamin (5/15/2019 14:36 CDT)

**Clinic Progress Note- ATTENDING:.Benjamin A Goldberg, MD**


```
            University of Illinois Hospital & Health Science Systems

CLINIC NOTE                        PATIENT:  SAFFOLD, ROBERT

DICT:   MARC LIPMAN, MD            MRN:  080636534
ATTNG:  BENJAMIN A GOLDBERG, MD    DATE OF SERVICE:  05/13/2019

DATE OF BIRTH:  08/25/1968


CHIEF COMPLAINT:  Left shoulder pain.

HISTORY OF PRESENT ILLNESS:  The patient is a 50-year-old male presenting for
initial evaluation of left shoulder pain.  The patient states his symptoms
have been present for approximately 3 years.  He endorses primarily pain over
the anterior aspect of his left shoulder, which he describes as deep.  His
pain is exacerbated by any range of motion, particularly overhead and behind
his back.  He has tried physical therapy without relief as well as multiple
injections.  He denies any numbness or tingling of his upper extremity.

REVIEW OF SYSTEMS:  A 12-point review of systems was performed and negative
except as noted in the HPI.

PAST MEDICAL HISTORY:  Hypertension, Raynaud's, gunshot wound x8, and possible
cold agglutinin hemolytic anemia.

PAST SURGICAL HISTORY:  Gunshot wound and exploratory laparotomy.

MEDICATIONS:  Procardia, hydrochlorothiazide, aspirin, lisinopril,
methotrexate, Plaquenil, folic acid, and Tums.

ALLERGIES:  None known.
```

Report Request ID:  38409124
Print Date/Time:  5/30/2019 13:23
CDT

**EXHIBIT D**

UIC 000337



| Patient Name: SAFFOLD, ROBERT | | MRN: 80636534 |
| Sex: MALE | DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | | FInancial Number: n/a |

## Orthopedic Notes

SOCIAL HISTORY: Negative x3.

PHYSICAL EXAMINATION: Alert and oriented x3, in no acute distress. Nonlabored respirations. Extremities well perfused. No visible rashes. Normal mood and affect. Examination of the left shoulder, forward flexion and abduction to 100 degrees with pain. 4/5 strength with forward flexion and supraspinatus testing. Sensation intact to light touch in the median, ulnar, radial, and axillary nerve distributions. 2+ radial pulse. Brisk cap refill to fingers.

IMAGING: CT reviewed of left shoulder from 04/23/2018 demonstrating severe degenerative osteoarthritic changes with subchondral cysts and profound collar osteophyte formation.

ASSESSMENT AND PLAN: The patient is a 50-year-old male presenting for initial evaluation of left shoulder pain with CT demonstrating severe osteoarthritic changes and exam consistent with likely rotator cuff tear. The risks, benefits, and alternatives to procedure were discussed with the patient. The patient elected to proceed with a left reverse total shoulder arthroplasty. He will be scheduled for July 9, 2019. Preoperative testing will be performed prior to operation. Written consent was obtained. The patient expressed understanding of his assessment and plan, and all questions were answered. The patient was also seen and evaluated by Dr. Goldberg, who agreed with the assessment and plan.


DD: 05/13/2019 19:18:10
DT: 05/14/2019 18:57:16
ML/MedQ
JOB: 926571/83813232892657 ∂g®êq
I was present with resident during the history and exam. We reviewed the medication list with the patient and updated it as needed. I discussed the case with the resident and agree with the findings and plan as documented in the resident's note.

*Electronically Signed on 05/15/19 02:36 PM*

_____

*Goldberg MD, Benjamin*

UIC 000338



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
— Changing medicine. For good. —

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE        DOB: 8/25/1968 | Age: 51 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

## *Operative Reports*

Result Type:      Operative Report
Result Date:      12/2/2019 16:00 CST
Result Status:      Modified
Performed Information:      Goldberg MD,Benjamin (12/9/2019 11:24 CST); Saadat MD, Ardavan (12/4/2019 04:34 CST)

Signed Information:      Goldberg MD,Benjamin (12/9/2019 11:24 CST); Saadat MD, Ardavan (12/4/2019 04:34 CST)

**Addendum by Goldberg MD, Benjamin on December 09, 2019 11:24 AM**
I was present for the key portion of the above surgery.  The patient gave informed consent after understanding the risks, benefits, complications, and alternatives.

*Electronically Signed on 12/09/19 11:24 AM*

_____
*Goldberg MD, Benjamin*

**Ortho Operative Report**

Patient:  **SAFFOLD, ROBERT**      **MRN: 80636534**      **FIN: 80636534-0404**
Age:  **51 years**    Sex:  **MALE**    DOB:  **8/25/1968**
Associated Diagnoses:  **None**
Author:  **Saadat MD, Ardavan**

DATE OF PROCEDURE: 12/2/2019

PREOPERATIVE DIAGNOSIS:  left shoulder end-stage arthritis

POSTOPERATIVE DIAGNOSIS:  same

PROCEDURE PERFORMED: left reverse total shoulder arthroplasty

ATTENDING:  Dr. Benjamin Goldberg, MD

Assistants: Ardavan Saadat, MD PGY5, Deena Kishawi MS4, Bradley MS3

ESTIMATED BLOOD LOSS:  300 cc.

---

University of Illinois Hospital & Health Sciences System

Report Request ID:  41126426
Print Date/Time:  1/16/2020 05:55 CST

UIC 000474



| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE  DOB: 8/25/1968 | Age: 51 years |
| Discharge Date  n/a | FInancial Number:  n/a |

## Operative Reports

IMPLANTS:  Tornier Aequalis Reversed total shoulder system size 3B 132.5[2 stem, +0mm low reverse tray with +6mm 36mm UHMWPE component, threaded post baseplate of size 25 mm and 36 mm glenosphere, 4 locking screws

COMPLICATIONS:  None.

INDICATIONS:  The patient presented with significant shoulder pain and functional limitations.  Preoperative clinical evaluation and x-rays revealed advanced arthritic changes of the glenohumeral joint.  After failing conservative management surgical treatment was recommended. Procedure, alternatives, post-operative course, and surgical risks were discussed preoperatively.  Risks discussed included but were not limited to bleeding, infection, pain, stiffness, instability, wear, loosening, damage to nerves or blood vessels, thromboembolic disease, dislocation, cardiac or other significant events related to the physiologic stress of surgery, death and other related risks.  The patient also understood that post-operative anemia due to acute blood loss is an expected and common occurrence after major joint replacement surgery.  The patient voiced an understanding of these risks and benefits and elected to proceed with surgery in an attempt to improve their lifestyle.  All questions were answered preoperatively.

DESCRIPTION OF PROCEDURE:  The patient was met in the preoperative holding area.  Site was marked and verified with the patient as well as consents for the surgery and blood transfusion consents.  The patient was then taken back to the operating room where he was placed in a beachchair position under general anesthesia. All bony prominences were well padded. Once positioned, we went ahead and prepped and draped in the usual sterile fasion. A timeout was performed. Antiobiotics were administered prior to incision. A deltopectoral approach to the shoulder was utilized making an incision at the anterior process of the acromion proximally over the clavicle and distally between the pectoralis major and deltoid in a standard fashion.  The intermuscular raphe was identified and split as well as the tissue along the acromion.  The cephalic vein was protected and taken lateral.  We then identified the subscapularis and the biceps tendon and made an L shaped subscapularis tenotomy taking subscapularis and capsule as one layer.  We placed stay sutures in the subscapularis/capsule. Patient had significant amount of osteophytes anteriorly and medially that had to be resected. Once we removed these osteophytes we were able to have a better exposure of the humerus. At this point, we went ahead and made our humeral head cut using an oscillating saw.  We then used our canal finder followed by subsequent broaches.  It was felt that size 2 broach was the best fit.  We placed our base plate protector on the stem and then turned our attention toward the glenoid.  The humerus was retracted.  The glenoid labrum was excised sharply using a 15 blade knife.  Once all the soft tissue were excised, we marked out the center of the glenoid and placed our guide pin.  We then reamed our glenoid down to subchondral bone.  We used a rongeur to take off

UIC 000475



| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE          DOB: 8/25/1968 | Age: 51 years |
| Discharge Date n/a | FInancial Number: n/a |

## Operative Reports

osteophytes superiorly at this point to make sure any soft tissue and osteophytes were out of the way. We then placed our drill for the glenoid base plate and overdrilled. This measured a 25 mm glenoid post. We then subsequently placed our glenoid base plate, and after this was in position, we drilled for our 4 screws in our base plate and these were subsequently placed. Then, we placed the glenosphere in position. After this was done, we turned our attention back towards the humerus. We placed our neutral humeral base plate in position and trialed polyethylene liners assessing for appropriate tension for the shoulder. At this point, we decided to trial broach 3. We once again trialed. We were happy with stability and soft tissue tensions with this size. Broach was taken out. We then went ahead and drilled 6 tunnels in the anterior humerus and fiberwire sutures were passed through these tunnels for later use to repair subscap/capsule. We then went ahead and irrigated and final implants were placed. We subsequently reduced the shoulder, felt to have outstanding mobility and stability. Went went ahead and repaired our susbscapularis/capsular flap. We then irrigated the wound. We closed the intermuscular raphe using #1 vicryl. The skin was then approximated using 2-0 Vicryl and 3-0 Monocryl. Dermabond, Steri-Strips, Telfa, and Tegaderm dressings were then applied. The patient was awoken from anesthesia without any events and subsequently placed in a sling. She will be admitted to the floor for inpatient stay. Dr. Goldberg was present for all aspects of the case.

*Electronically Signed on 12/04/19 04:34 AM*
_____
*Saadat MD, Ardavan*

UIC 000476



| Patient Name: SAFFOLD, ROBERT | | MRN: 80636534 |
|---|---|---|
| Sex: MALE | DOB: 8/25/1968 | Age: 51 years |
| Discharge Date  n/a | | FInancial Number:  n/a |

## *Orthopedic Notes*

Result Type:                              Orthopedic Note
Result Date:                              7/8/2019 13:23 CDT
Result Status:                            Auth (Verified)
Performed Information:                    Shah MD,Sapan H.(7/8/2019 13:25 CDT)
Signed Information:                       Goldberg MD,Benjamin (7/9/2019 07:38 CDT); Shah MD,
                                          Sapan H.(7/8/2019 13:25 CDT)


Patient had been scheduled for left reverse total shoulder arthroplasty to take place on 7/9/19. Unfortunately had to add on two emergency cases, including a fracture case this week. Thus, case will be moved to 10/7/19.

Sapan Shah MD
Orthopaedic Surgery PGY3
1132/1712

*Electronically Signed on 07/08/19 01:25 PM*
_____
*Shah MD, Sapan H.*

*Electronically Signed on 07/09/19 07:38 AM*
_____
*Goldberg MD, Benjamin*

University of Illinois Hospital & Health Sciences System

Report Request ID:   41126426
Print Date/Time:  1/16/2020 05:55
CST

UIC 000488



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

Result Type:                          Arthritis Note
Result Date:                          5/6/2019 15:44 CDT
Result Status:                        Modified
Performed information:                Volkov MD,Suncica (5/6/2019 21:51 CDT); Kannan MD,
                                      Jacqueline (5/6/2019 15:45 CDT)

Signed Information:                   Volkov MD,Suncica (5/10/2019 17:02 CDT); Volkov MD,
                                      Suncica (5/8/2019 18:31 CDT); Volkov MD,Suncica
                                      (5/6/2019 21:51 CDT); Kannan MD,Jacqueline (5/6/2019
                                      19:37 CDT)

**Addendum by Volkov MD, Suncica on May 06, 2019 9:51 PM**
Pt was seen on 5/6/19. I independently obtained the history & examined the pt. I discussed the case with the fellow and
agree with the findings and plan as documented in the fellow's note.
States he recently had labs doen at correction facility - will ask Barbara JOhnson to assist w obtaining results and to sch
f/u app in 3m

HTN: better controlled goal SBP<120mmHg esp given connective tissue diseasethat is risk factor for CVE
Knee pain stable weight loss and quad muscel strengthening encouraged

PCP: Obaisi MD Referring, Saleh (Statesville Correctional Center)
ADDRESS:   Statesville Correctional Center
                PO Box 112
                Joliet, IL 60434
PHONE # :  (815) 727-3607

FAX # :   (815) 722-7039
*Electronically Signed on 05/06/19 09:51 PM*
_____
*Volkov MD, Suncica*

*Electronically Signed on 05/08/19 06:31 PM*
_____
*Volkov MD, Suncica*

*Electronically Signed on 05/10/19 05:02 PM*
_____
*Volkov MD, Suncica*

**RHEUMATOLOGY FOLLOWUP**

Reason for visit/Pertinent DX:UCTD

UIC 001175



| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

*Medicine Notes*

**LCV: Nov 2018**

**HPI:**
50yo male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biopsy showing thrombi) here for follow up of arthralgia. He is currently on MTX 7 tabs weekly, folic acid daily. He is now on HCQ 400mg daily regularly. Has not been seen for 6 months.

Sts he ran out of MTX 3 weeks ago and developed flare including hand pain, swelling, "tongue bumps". He sts when he was on MTX-he was feeling well. Felt his sx were controlled. Does have 1 hr morning stiffness since being off. Denies rashes.

Raynauds-using nifedipine. Has helped in the past. No new ulcers. Uses gloves

 Denies Rash, oral ulcers, alopecia, joint swelling, dry mouth, dry eyes.


**Rheum Meds:**
**Current:**    MTX 17.5mg weekly, folic acid, HCQ 400mg daily, nifedipine 90mg daily
**Failed; Dates of Tx:**


**Review of Systems**

| Constitutional | (x ) No sweats, chills, fatigue, weight changes | |
|---|---|---|
| Eyes/ENT | (x) No changes in vision. (x) No epistaxis or nasal discharge. (x) No sore throat, ulcers. | |
| Cardiovascular | (x) No chest pain, palpitations, orthopnea | |
| Respiratory | (x) No dyspnea, wheezing, cough, sputum production or hemoptysis | |
| Gastrointestinal | (x) No constipation, diarrhea, melena, hematochezia, (x) No dysphagia, indigestion, heartburn, abdominal pain. (x) No nausea, vomiting | |
| Musculoskeletal | (x) No joint or muscle pain, decreased mobility or joint swelling | As per HPI |
| Skin/Hair/Nails | (x) No rash, itching, mole changes, hair loss, changes in nails | |
| Endocrine | (x) No hirsutism or excessive hair loss, (x) No polyuria or polydipsia, (x) Raynaud's | |

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001176



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

| Neuropsych | (x) No headache, dizziness, vertigo, seizures, syncope, paresthesias or memory loss  (x) No anxiety, depression or suicidal ideation | |

**Other Meds:**

**Home Medications:**

- **emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day**
  As Needed for:< for dry skin >
  Number of refills:< 3 >
- **mycophenolate mofetil(mycophenolate mofetil 500 mg oral tablet): 2 tabs TABLET PO twice a day**
  Instructions:< 1 hour before or 2 hours after meals >
  Number of refills:< 3 >
- **nifedipine(Procardia XL 60 mg oral tablet, extended release):  60 mg  PO EVERY DAY**
  Number of refills:< 3 >
- **prednisone(predniSONE 10 mg oral tablet):  10 mg  PO EVERY DAY**
  Number of refills:< 3 >
- **selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl  TOPICAL (specify area) apply to  EVERY TUESDAY-THURSDAY-SATURDAY**
  Instructions:< scalp >

**VS:**

**Vitals(Past 5 Vitals):**

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
| Weight(kg) | BMI | Pain Scale | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 05/06 15:41 | 98.8/37.1 | 136/70 | 94 | | | | 185 | 126.8 |
| 37.05 | | | | | | | | |
| 11/26 13:35 | 98.2/36.8 | 135/88 | 80 | | | | 185 | 123.6 |
| 36.11 | | | | | | | | |
| 08/06 13:44 | 97.3/36.3 | 154/95 | 77 | | | | 185 | |
| 10/17 11:47 | 97.3/36.3 | 153/84 | 76 | | | | 185 | 129.5 |
| 37.84 | | | | | | | | |
| 08/07 14:40 | 97.5/36.4 | 145/85 | 75 | | | | | |

UIC 001177



| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
|---|---|
| Sex:MALE DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

*Medicine Notes*

**PE:**
General: No acute distress.
Eyes: No conjunctival injection
ENT: No oral ulcers or thrush.
Heart: RRR, no m/r/g
Lungs: Clear to auscultation bilaterally, no wheezes
Abdomen: +BS Soft, nontender.
Skin: No significant lesions
Neuro: MAE

Musculoskeletal:
Shoulders: Limited ROM of bilateral shoulders, left worse than right, limited external rotation, +Hawkins, limited abduction
Elbows:intact ROM, no tenderness,no subcutaneous nodules
Wrists:left wrist minimal swelling
Hands:mild PIP swelling of right 3rd and 4th PIPs
Knees:no effusion, no tenderness,+crepitus
Ankles:no swelling or tenderness

**Labs+Imaging**:

**Past 5 CBC/NoDiff Lab Results:**

| Date | WBC | RBC | MCV | HgB | HCT | Plat | %NEUT | %LYMPH | %MONO |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 5.6 | 5.11 | 85.9 | 14.6 | 43.9 | 263 | 35.3 | 48.5 | 13.4 |
| 05/16/16 13:39 | 5.7 | 5.02 | 85.6 | 14.3 | 43.0 | 251 | 41.9 | 40.8 | 13.8 |
| 08/26/15 11:27 | 5.3 | 4.99 | 87.4 | 14.6 | 43.6 | 277 | 50.9 | 36.3 | 9.6 |
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 | 42.7 | 42.2 | 12.3 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 | 45.2 | 40.9 | 10.2 |

**Past 5 ClinChem Lab Results:**

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 141 | 102 | 4.4 | 29 | 10 | 12 | 1.03 | 93.4 | 93.0 | 9.5 | 85 |

UIC 001178



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE     DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

## *Medicine Notes*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/16 13:39 89 | 141 | 104 | 4.2 | 30 | 7 | 14 | 0.91 | 108.2 | 105.8 | 9.2 |
| 08/26/15 11:27 131 | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 |
| 05/19/15 13:08 103 | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 |
| 03/03/15 12:20 99 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 |

### Past 5 LFTs Lab Results:

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb | |
|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 0.7 | | | 56 | 32 | 34 | 7.5 | 4.2 |
| 05/16/16 13:39 | 0.8 | 0.1 | | 58 | 29 | 35 | 7.3 | 3.9 |
| 08/26/15 11:27 | 0.8 | 0.1 | | 58 | 25 | 36 | 7.4 | 4.2 |
| 05/19/15 13:08 | 0.9 | 0.1 | | 59 | 37 | 69 | 7.6 | 4.1 |
| 03/03/15 12:20 | 1.0 | 0.1 | | 64 | 29 | 35 | 7.4 | 4.0 |

**A/P:**
50 y/o male with PMH UCTD here for follow up.

**#UCTD**
-was previoysly stable with MTX, but has been off of this for 3 weeks
-restarted one week ago, continue MTX 17.5mg weekly, folic acid daily Check CBC, CMP q 3months
-cont HCQ 400mg daily
-Increase MTX to 17.5mg weekly as long as bloodwork (renal function, liver function and blood counts) are WNL
-Recently had bloodwork done, no results yet, will need to obtain from facility

**#Raynaud's-**
-cont nifedipine 90mg daily
-Advised gloves and keeping core warm

**#Left shoulder pain**
-CT of shoulder reviewed, likely multifactorial cause of pain
-Comnpleted PT recently
-Still not seen ortho yet, but hopes to see them soon

-All recommendations were written on sheet of paper for patient and correctional facility

UIC 001179



| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

**Continue with daily showers, daily extrea toilet paper, gloves in cold weather, daily medical showers, ice twice a day, medicated lotion, medicated shampoo.**

RTC 3 months

**Education Provided**
**Education/Instructions given to:** (x) Patient   (_) Spouse   (_) Parent   (_) Other
**Barriers to Learning:** (x) None  (_) Yes (identify):_
**Content:** (x) Refer to note above   (_)Other (identify):_
**Evaluation/Outcome:** (x) Verbalized understanding   (_) Demonstrated understanding (_)  Other:_

Pt seen and examined with Dr. Volkov

Jacqueline Kannan, MD
Rheumatology Fellow
Pager*1415
Rheumatology On Call Pager*4688
*Electronically Signed on 05/06/19 07:37 PM*

_____
*Kannan MD, Jacqueline*

UIC 001180



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
—— Changing medicine. For good. ——

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE    DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

## *Medicine Notes*

Result Type:                        Arthritis Note
Result Date:                        11/26/2018 15:25 CST
Result Status:                      Modified
Performed information:              Volkov MD,Suncica (11/28/2018 21:41 CST); Kannan MD, Jacqueline (11/26/2018 15:25 CST)

Signed Information:                 Volkov MD,Suncica (11/28/2018 21:41 CST); Kannan MD, Jacqueline (11/26/2018 17:54 CST)

**Addendum by Volkov MD, Suncica on November 28, 2018 9:41 PM**
Pt was seen on 11/2618. I independently obtained the history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note.

Neds CBC BMPLFTs and ESR every 2 months while on MTX

Knee  OA stable weight loss and quad msucle strengthening encouraged

HTN: better controlled controlled needs to f/u w PCP re this needs aggressive tx for HTN as pt w CTD are at increased risk for CVE.

Carpal tunnel sy: stabel may use braces as needed.

Note to PCP request records
*Electronically Signed on 11/28/18 09:41 PM*

_____
*Volkov MD, Suncica*

**RHEUMATOLOGY FOLLOWUP**

Reason for visit/Pertinent DX: UCTD

**LCV:**

**HPI:**
50yo male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biopsy showing thrombi) here for follow up of arthralgia. He is currently on MTX 6 tabs weekly, folic acid daily. He is now on HCQ 400mg daily regularly.

Feels like his joint pain is improved since restarting HCQ 400mg daily. Has some morning stiffness, but not really in his hands. He states his joints "crack" every morning.

He notices his Raynaud's is not well controlled. Goes outside and does not have gloves-his fingers do turn purple. Has digital pits that are unchanged from previous. He was on nifedipine 60mg daily for his Raynaud's but he believes his rx ran out and he has not had this in 2 weeks. He states his hands change color less when he is on the nifedipine.

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001181



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
------ Changing medicine. For good. ------

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

Denies Rash, oral ulcers, alopecia, joint swelling, dry mouth, dry eyes.

**Rheum Meds:**
**Current:**    MTX 15mg weekly, folic acid, HCQ 400mg daily, nifedipine 60mg daily
**Failed; Dates of Tx:**


**Review of Systems**

| Constitutional | (x ) No sweats, chills, fatigue, weight changes | +weight loss over several months |
|---|---|---|
| Eyes/ENT | (x) No changes in vision. (x) No epistaxis or nasal discharge.  (x) No sore throat, ulcers. | |
| Cardiovascular | (x) No chest pain, palpitations, orthopnea | |
| Respiratory | (x) No dyspnea, wheezing, cough, sputum production or hemoptysis | |
| Gastrointestinal | (x) No constipation, diarrhea, melena, hematochezia,  (x) No dysphagia, indigestion, heartburn, abdominal pain. (x) No nausea, vomiting | |
| Musculoskeletal | (x) No joint or muscle pain, decreased mobility or joint swelling | As per HPI |
| Skin/Hair/Nails | (x) No rash, itching, mole changes, hair loss, changes in nails | |
| Endocrine | (x) No hirsutism or excessive hair loss, (x) No polyuria or polydipsia, | +raynaud's |
| Neuropsych | (x) No headache, dizziness, vertigo, seizures, syncope, paresthesias or memory loss  (x) No anxiety, depression or suicidal ideation | |


**Other Meds:**


**Home Medications:**


**-emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day**
     As Needed for:< for dry skin >

UIC 001182



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
|---|---|
| Sex:MALE    DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

Number of refills:< 3 >
-mycophenolate mofetil(mycophenolate mofetil 500 mg oral tablet): 2 tabs TABLET PO twice a day
   Instructions:< 1 hour before or 2 hours after meals >
   Number of refills:< 3 >
-nifedipine(Procardia XL 60 mg oral tablet, extended release):  60 mg  PO EVERY DAY
   Number of refills:< 3 >
-prednisone(predniSONE 10 mg oral tablet):  10 mg  PO EVERY DAY
   Number of refills:< 3 >
-selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl  TOPICAL (specify area) apply to
EVERY TUESDAY-THURSDAY-SATURDAY
   Instructions:< scalp >

**VS:**
Vitals(Past 5 Vitals):

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | BMI | Pain Scale | | | | | | |
| 11/26 13:35 | 98.2/36.8 | 135/88 | 80 | | | | 185 | 123.6 |
| 36.11 | | | | | | | | |
| 08/06 13:44 | 97.3/36.3 | 154/95 | 77 | | | | 185 | |
| 10/17 11:47 | 97.3/36.3 | 153/84 | 76 | | | | 185 | 129.5 |
| 37.84 | | | | | | | | |
| 08/07 14:40 | 97.5/36.4 | 145/85 | 75 | | | | | |
| 04/03 14:57 | 97.5/36.4 | 153/101 | 84 | | | | 185 | |

**PE:**
General: No acute distress.
Eyes: No conjunctival injection
ENT: No oral ulcers or thrush.
Neck: No cervical or submandibular lymphadenopathy
Heart: RRR, no m/r/g
Lungs: Clear to auscultation bilaterally, no wheezes
Abdomen: +BS Soft, nontender.
Skin: No significant lesions
Neuro: CN 2-12 grossly intact,

Musculoskeletal:
Shoulders: Limited ROM of bilateral shoulders, left worse than right, limited external rotation, +Hawkins, limited abduction
Elbows:intact ROM, no tenderness,no subcutaneous nodules

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:   5/14/2019 13:15
CDT

UIC 001183



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
— Changing medicine. For good. —

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

### *Medicine Notes*

Wrists:left wrist minimal swelling
Hands:mild PIP swelling of right 3rd and 4th PIPs
Knees:no effusion, no tenderness,+crepitus
Ankles:no swelling or tenderness

**Labs+Imaging:**

#### Past 5 CBC/NoDiff Lab Results:

| Date | WBC | RBC | MCV | HgB | HCT | Plat | %NEUT | %LYMPH | %MONO |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 5.6 | 5.11 | 85.9 | 14.6 | 43.9 | 263 | 35.3 | 48.5 | 13.4 |
| 05/16/16 13:39 | 5.7 | 5.02 | 85.6 | 14.3 | 43.0 | 251 | 41.9 | 40.8 | 13.8 |
| 08/26/15 11:27 | 5.3 | 4.99 | 87.4 | 14.6 | 43.6 | 277 | 50.9 | 36.3 | 9.6 |
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 | 42.7 | 42.2 | 12.3 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 | 45.2 | 40.9 | 10.2 |

#### Past 5 ClinChem Lab Results:

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 141 | 102 | 4.4 | 29 | 10 | 12 | 1.03 | 93.4 | 93.0 | 9.5 | 85 |
| 05/16/16 13:39 | 141 | 104 | 4.2 | 30 | 7 | 14 | 0.91 | 108.2 | 105.8 | 9.2 | 89 |
| 08/26/15 11:27 | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 | 131 |
| 05/19/15 13:08 | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 | 103 |
| 03/03/15 12:20 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 | 99 |

#### Past 5 LFTs Lab Results:

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb |
|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | | 0.7 | | 56 | 32 | 34 | 7.5 |

UIC 001184



| Patient Name: | SAFFOLD, ROBERT | | MRN: 80636534 |
| --- | --- | --- | --- |
| Sex:MALE | | DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | | | FInancial Number:  n/a |

*Medicine Notes*

| 05/16/16 13:39 | 0.8 | 0.1 | 58 | 29 | 35 | 7.3 | 3.9 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/26/15 11:27 | 0.8 | 0.1 | 58 | 25 | 36 | 7.4 | 4.2 |
| 05/19/15 13:08 | 0.9 | 0.1 | 59 | 37 | 69 | 7.6 | 4.1 |
| 03/03/15 12:20 | 1.0 | 0.1 | 64 | 29 | 35 | 7.4 | 4.0 |

**A/P:**
50 y/o male with PMH UCTD here for follow up.

**#UCTD**
-still with mild synovitis on exam today
-Increase MTX to 17.5mg weekly as long as bloodwork (renal function, liver function and blood counts) are WNL
-Check ESR, CRP, CBC with diff, CMP
-cont HCQ 400mg daily, folic acid daily

**#Raynaud's-**
-better control while on nifedipine; advised to restart this medication
-Advised gloves and keeping core warm

**#Left shoulder pain**
-CT of shoulder reviewed, likely multifactorial cause of pain
-Wrote for physcial therapy
-Pt already scheduled to followup with orthopedics for eval

-All recommendations were written on sheet of paper for patient and correctional facility

**Continue with daily showers, daily extrea toilet paper, gloves in cold weather, daily medical showers, ice twice a day, medicated lotion, medicated shampoo.**

RTC 3 months

**Education Provided**
**Education/Instructions given to:** (x) Patient   (_) Spouse   (_) Parent   (_) Other
**Barriers to Learning:** (x) None  (_) Yes (identify):_
**Content:** (x) Refer to note above   (_)Other (identify):_
**Evaluation/Outcome:** (x) Verbalized understanding   (_) Demonstrated understanding (_)  Other:_

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001185



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
········· Changing medicine. For good. ·········

| | |
|---|---|
| Patient Name:  SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

Pt seen and examined with Dr. Volkov

Jacqueline Kannan, MD
Rheumatology Fellow
Pager*1415
Rheumatology On Call Pager*4688
*Electronically Signed on 11/26/18 05:54 PM*

_____

*Kannan MD, Jacqueline*

UIC 001186



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE      DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 8/6/2018 12:55 CDT |
| Result Status: | Modified |
| Performed information: | Volkov MD,Suncica (8/6/2018 21:30 CDT); Kannan MD, Jacqueline (8/6/2018 12:57 CDT) |
| Signed Information: | Volkov MD,Suncica (8/6/2018 21:30 CDT); Kannan MD, Jacqueline (8/6/2018 18:30 CDT) |

**Addendum by Volkov MD, Suncica on August 06, 2018 9:30 PM**
Pt was seen on 8/6/18. I independently obtained the history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note.

UCTD; presenting w synvitis in small joints - stable in hands - if labs stable may cont MTX 6 tabs weekly w folic acid 1mg/d

Raynaud's sy stable stil w pits in fingertips however no digital ulcers. Consider switching lisinopril to Diovan if it worsens cont CCB.

Rotator cuff - no full thickness or partial tear - no need for sx. However w cystic changes in GH joint most likely due to h/o synovitis now OA changes - if it worsens conisder GH joint CSI. Start PT.

Knee pain most likely due to OA weight loss and quad msucle strengthening encouraged restart PT

HTN: still not well controlled needs to f/u w PCP re this needs aggressive tx for HTN as pt w CTD are at increased risk for CVE.

Carpal tunnel sy: stabel may use braces as needed.

**Vitals(All Vitals Since 7am Yesterday):**

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | BMI | Pain Scale | | | | | | |
| 08/06 13:44 | 97.3/36.3 | 154/95 | 77 | | | | | 185 |

Note to PCP request labs
*Electronically Signed on 08/06/18 09:30 PM*

_____

*Volkov MD, Suncica*

UIC 001187



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*-- Changing medicine. For good. --*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE        DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

**RHEUMATOLOGY FOLLOWUP**

Reason for visit/Pertinent DX: Undifferentiated mixed connective tissue disease

**LCV: October 2017**

**HPI**:

48 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biopsy showing thrombi) here for follow up of arthralgia. He is currently on MTX 6 tabs weekly. He states he has not taken HCQ in over amonth. He also only takes folic acid maybe 3 times a week. He states his medicines were taken away a month ago. He feels that overall, his symptoms have remained at the same level of severity since the last visit in Oct.
He still has Raynauds symptoms in cold air. He also has intermittent swelling and pain of joints.
He states he had bloodwork 2 weeks ago.

His left shoulder is still bothersome, he did complete physical therapy. He wants to know the results of his CT of his shoulder.

Has intermittent joint swelling and pain. States his knee was swollen for 3 weeks. Resolved now.
No ulcers in his mouth in several years ago.
Was previously on cellcept and prednisone, but no longer on this.

**Review of Systems**

| Constitutional | (x ) No sweats, chills, fatigue, weight changes | +losing weight |
|---|---|---|
| Eyes/ENT | (x) No decreased visual acuity, loss of vision or diplopia. (x) No hearing loss, tinnitus, otalgia, otorrhea.  (x) No epistaxis or nasal discharge.  (x) No sore throat, hoarseness, ulcers, facial pain or tender gums. | |
| Cardiovascular | (x) No chest pain, palpitations, orthopnea, claudication or PND | |
| Respiratory | (x) No dyspnea, wheezing, cough, sputum production or hemoptysis | +occasional SOB, not always a/w with exertion. |
| Gastrointestinal | (x) No constipation, diarrhea, stool incontinence, melena, hematochezia,  (x) No dysphagia, indigestion, heartburn, abdominal pain. (x) No nausea, vomiting, hematemesis,    or jaundice | |

UIC 001188


**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE      DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

| | | |
|---|---|---|
| **Musculoskeletal** | (x) No joint or muscle pain, decreased mobility or joint swelling | +see HPI |
| **Skin/Hair/Nails** | (x) No rash, itching, mole changes, hair loss, changes in nails | +"little moles on his chest and on neck a few weeks ago". No pruritis or pain |
| **Endocrine** | (x) No hirsutism or excessive hair loss, (x) No polyuria or polydipsia, (x) Raynaud's | |
| **Neuropsych** | (x) No headache, dizziness, vertigo, seizures, syncope, paresthesias or memory loss.  (x) No anxiety, depression or suicidal ideation | |

**Rheum Meds:**
Current:     **MTX, HCQ**
Failed; Dates of Tx:Cellcept

**Other Meds:**

**Home Medications:**

-**emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day**
  As Needed for:< for dry skin >
  Number of refills:< 3 >
-**mycophenolate mofetil(mycophenolate mofetil 500 mg oral tablet): 2 tabs TABLET PO twice a day**
  Instructions:< 1 hour before or 2 hours after meals >
  Number of refills:< 3 >
-**nifedipine(Procardia XL 60 mg oral tablet, extended release):  60 mg  PO EVERY DAY**
  Number of refills:< 3 >
-**prednisone(predniSONE 10 mg oral tablet):  10 mg  PO EVERY DAY**
  Number of refills:< 3 >
-**selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl  TOPICAL (specify area) apply to EVERY TUESDAY-THURSDAY-SATURDAY**
  Instructions:< scalp >

**VS:**

**Vitals(Past 5 Vitals in past 24 hours):**

UIC 001189



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

Date        Temp(F/C)  BP      Pulse  RR  SPO2          Oxygen      POCT-Glucose Height(cm)
Weight(kg)          BMI  Pain Scale

**PE:**
General: No acute distress.
Eyes: Extraocular motion intact, PERRLA
ENT: No oral ulcers or thrush.
Neck: No cervical or submandibular lymphadenopathy
Heart: RRR, no m/r/g
Lungs: Clear to auscultation bilaterally, no w/r/r
Abdomen: Positive bowel sounds. Soft, nontender.
Skin: No significant lesions
Neuro: CN 2-12 grossly intact, sensation intact


Musculoskeletal:
Shoulders: significantly limited ROM. Left shoulder limited external rotation, Right shoulder also limited external rotation
Elbows:intact ROM, no effusion,
Wrists: no effusion, no tenderness,
Hands:Right 2nd and 3rd Pip mild swelling
Knees:no effusion, no tenderness, Right knee tender to palpation
Ankles: no tenderness,no swelling


Swollen joints: 2
Tender joint: 2

**Labs:**


**Past 5 CBC/NoDiff Lab Results:**

| Date | WBC | RBC | MCV | HgB | HCT | Plat | %NEUT | %LYMPH | %MONO |
|------|-----|-----|-----|-----|-----|------|-------|--------|-------|
| 09/19/16 15:06 | 5.6 | 5.11 | 85.9 | 14.6 | 43.9 | 263 | 35.3 | 48.5 | 13.4 |
| 05/16/16 13:39 | 5.7 | 5.02 | 85.6 | 14.3 | 43.0 | 251 | 41.9 | 40.8 | 13.8 |
| 08/26/15 11:27 | 5.3 | 4.99 | 87.4 | 14.6 | 43.6 | 277 | 50.9 | 36.3 | 9.6 |
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 | 42.7 | 42.2 | 12.3 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 | 45.2 | 40.9 | 10.2 |

UIC 001190



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

Patient Name: SAFFOLD, ROBERT          MRN: 80636534
Sex: MALE          DOB: 8/25/1968          Age: 50 years
Discharge Date  n/a          FInancial Number:  n/a

---

*Medicine Notes*

---

**Past 5 ClinChem Lab Results:**

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|------|-----|-----|-----|-----|------|-----|-----|------|------|-----|------|
| 09/19/16 15:06 | 141 | 102 | 4.4 | 29 | 10 | 12 | 1.03 | 93.4 | 93.0 | 9.5 | |
| 85 | | | | | | | | | | | |
| 05/16/16 13:39 | 141 | 104 | 4.2 | 30 | 7 | 14 | 0.91 | 108.2 | 105.8 | 9.2 | |
| 89 | | | | | | | | | | | |
| 08/26/15 11:27 | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 | |
| 131 | | | | | | | | | | | |
| 05/19/15 13:08 | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 | |
| 103 | | | | | | | | | | | |
| 03/03/15 12:20 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 | |
| 99 | | | | | | | | | | | |

**Past 5 LFTs Lab Results:**

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb |
|------|-------|------|----------|-----|-----|------|-----|
| 09/19/16 15:06 | 0.7 | | | 56 | 32 | 34 | 7.5 | 4.2 |
| 05/16/16 13:39 | 0.8 | 0.1 | | 58 | 29 | 35 | 7.3 | 3.9 |
| 08/26/15 11:27 | 0.8 | 0.1 | | 58 | 25 | 36 | 7.4 | 4.2 |
| 05/19/15 13:08 | 0.9 | 0.1 | | 59 | 37 | 69 | 7.6 | 4.1 |
| 03/03/15 12:20 | 1.0 | 0.1 | | 64 | 29 | 35 | 7.4 | 4.0 |

**Imaging:**
**April 2018**
IMPRESSION:

1. Advanced degenerative changes with subchondral cystic change and profound collar osteophyte
formation along the humeral head.

2. No definite full-thickness retracted rotator cuff tear although partial-thickness or pinhole
full-thickness tear difficult to exclude by CT technique.

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001191



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
······ Changing medicine. For good. ······

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE    DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

3. Small 5 mm fragmented osteophyte or loose body at the anterior aspect of the humeral head.

**A/P:**
49 y/o male with PMH UCTD here for follow up.

#Undifferentiated CTD-Continue MTX 6๓ɡ weekly, advised to take folic acid daily, advised to restart HCQ 400mg daily.
-Check CMP, CBC, ESR, CRP.

#Raynaud's-continue nifedipine. If symptoms still not well controlled, can consider changing lisinopril to ARB, gloves in cold weather written

#Left shoulder pain and bialteral knee pain
-Wrote for physcial therapy

**Continue with daily showers, daily extrea toilet paper, gloves in cold weather, daily medical showers, ice twice a day, medicated lotion, medicated shampoo.**

RTC 3 months

**Education Provided**
**Education/Instructions given to:** (x) Patient    (_) Spouse   (_) Parent  (_) Other
**Barriers to Learning:** (x) None  (_) Yes (identify):_
**Content:** (x) Refer to note above   (_)Other (identify):_
**Evaluation/Outcome:** (x) Verbalized understanding   (_) Demonstrated understanding (_)  Other:_

Pt seen and examined with Dr. Volkov

Jacqueline Kannan, MD
Rheumatology Fellow
Pager*1415
Rheumatology On Call Pager*4688
*Electronically Signed on 08/06/18 06:30 PM*

---
*Kannan MD, Jacqueline*

UIC 001192



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE     DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

---

## *Medicine Notes*

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 10/17/2017 11:32 CDT |
| Result Status: | Modified |
| Performed information: | Volkov MD,Suncica (11/14/2017 12:07 CST); Volkov MD, Suncica (10/17/2017 20:04 CDT); Patel DO,Vikash (10/17/2017 11:35 CDT) |
| Signed Information: | Volkov MD,Suncica (11/14/2017 12:07 CST); Volkov MD, Suncica (10/17/2017 20:04 CDT); Patel DO,Vikash (10/17/2017 12:42 CDT); Patel DO,Vikash (10/17/2017 12:37 CDT) |

**Addendum by Volkov MD, Suncica on November 14, 2017 12:07 PM**
Received labs from 8/17 CBC CMP wnl
Left to be scanned ninto cerner

**Addendum by Volkov MD, Suncica on October 17, 2017 8:04 PM**
Pt was seen on 10/17/17. I independently obtained the history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note.

No labs received from correction facillity - MTX can be increased to 6 tabs weekly by PCP only if labs wnl. Email sent to Barbara Jonson at barbaraj@uic.edu to assist w obtaining lab results.

Raynaud's sl worse w worsening digital pits - consider increasign lisinopril from 10 to 20mg/d

**Rheumatology Note**

Patient: **SAFFOLD, ROBERT**     **MRN: 80636534**     **FIN: 80636534-0392**
Age: **49 years**    Sex: **MALE**    DOB: **8/25/1968**
Associated Diagnoses: **HTN (hypertension); Undifferentiated connective tissue disease; Rotator cuff tendonitis; Raynauds disease**
Author: **Patel DO, Vikash**

**History of Present Illness**

### Rheumatology Note

REFERRING PHYS: Obaisi MD Referring, Saleh (Stateville Correctinal Center)
ADDRESS:   Stateville Correctional Center
        PO Box 112
        Joliet, IL 60434
PHONE # :   (815) 727-3607

FAX # :   (815) 722-7039

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:   5/14/2019 13:15 CDT

UIC 001193



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE     DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

**HPI**:

48 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biopsy showing thrombi) here for follow up of arthralgia. He is currently on MTX 12.5 mg weekly with daily folic acid and Plaquenil 400mg daily.  Is taking these meds w/p problems. States that he gets blood work done last week at the correction facility – not aware of results.

He still has issues w both shoulders(L>R). He is even more uncomfortable as he has been handcuffed during the car ride. He continues on the plaquenil and MTX and notes generalized improvement.
Knee pain is still an issue and he notes crepitations on occasion.

**Review of Systems**
**Constitutional**:  No fever, No chills.
**Eye**:  No recent visual problem.
**Ear/Nose/Mouth/Throat**:  No nasal congestion, No sore throat.
**Respiratory**:  No shortness of breath, No cough, No sputum production.
**Cardiovascular**:  No chest pain.
**Gastrointestinal**:  No nausea, No vomiting, No diarrhea, No constipation.
**Genitourinary**:  No dysuria, No hematuria.
**Hematology/Lymphatics**:  No bruising tendency, No bleeding tendency.
**Integumentary**:  No rash, No pruritus.
**Neurologic**:  Alert and oriented X4.
**Psychiatric**:  No anxiety, No depression.

**Health Status**
   **Allergies**:
      Allergic Reactions (All)
         NKA
   **Current medications**: (Selected)
      Prescriptions
        *Prescribed*
            Absorbase topical cream: = 1 app, TOPICAL, BID, PRN PRN for dry skin, Dispense Supply: 454 g, Refills: 3, Effective Date 07/10/13 12:10:00, Medicine 1801 W. Taylor Chicago, IL 60612
            Procardia XL 60 mg oral tablet, extended release: 60 mg = 1 tab, PO, DAILY, Dispense Supply: 30 tab, Refills: 3, Effective Date 03/14/14 11:02:55, Medicine 1801 W. Taylor Chicago, IL 60612
            mycophenolate mofetil 500 mg oral tablet: = 2 tabs, PO, BID, 1 hour before or 2 hours after meals, Dispense Supply: 120 tabs, Refills: 3, Effective Date 03/14/14 11:02:27, Medicine 1801 W. Taylor Chicago, IL 60612

UIC 001194



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE          DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

### *Medicine Notes*

predniSONE 10 mg oral tablet: 10 mg = 1 tab, PO, DAILY, Dispense Supply: 30 tab, Refills: 3, Effective Date 07/10/13 12:11:00, Medicine 1801 W. Taylor Chicago, IL 60612

selenium sulfide topical 1% shampoo: = 1 appl, TOPICAL, Q Tu & Th & Sa, scalp, Dispense Supply: 210 mL, Refills: 0, Effective Date 07/10/13 12:09:00, Medicine 1801 W. Taylor Chicago, IL 60612

**Problem list:**

Diagnosis (Selected)

UNSPECIFIED ESSENTIAL HYPERTENSION / ICD-9-CM 401.9 / Confirmed
Unspecified monoarthritis / SNOMED CT 1464018 / Confirmed
Benign essential HTN / SNOMED CT 3135013 / Confirmed
Bilateral carpal tunnel syndrome / SNOMED CT 95473010 / Confirmed
Long term methotrexate user / SNOMED CT 2916722016 / Confirmed
Raynauds syndrome / SNOMED CT 300496013 / Confirmed
Tendinitis of both rotator cuffs / SNOMED CT 311339017 / Confirmed
Undifferentiated connective tissue disease / SNOMED CT 359479012 / Confirmed

Unspecified

Obesity / SNOMED CT 2535065012 / Confirmed
http://www.cdc.gov/obesity/adult/index.html

**Physical Examination**

**General:**  No acute distress, Alert and oriented.
**Eye:**  PERRLA, Extraocular movements are intact, Normal conjunctiva.
**HENT:**  Normal hearing, Oral mucosa is moist, No pharyngeal erythema, No Oral ulcers.
**Cardiovascular:**  Regular rate, Normal rhythm, No edema.
**Respiratory:**  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
**Gastrointestinal:**  Soft, Non-tender, Non-distended.
**Integumentary:**  Moist, No rash.
**Neurologic:**  No focal defects, Cranial Nerves II-XII are intact.
**Upper Extremity:**  ROM difficult due to handcuffs .
**Lower Extremity:**  ROM difficult due to restraints. Flexion and extension intact. No knee effusion palpated .
**Psychiatric:**  Cooperative, Appropriate mood & affect.
**Musculoskeletal:**

Shoulder:
Flexion: (180*)- Intact
Extension: (45-60*)- Intact
Abduction: Left abduction to left to 120 degrees,
Internal Rotation: Pain b/l
External Rotation: Pain b/l

Pain with yerguson test on left .

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:   5/14/2019 13:15 CDT

UIC 001195



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE     DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

**Review / Management**

**Past 5 CBC/NoDiff Lab Results:**

| Date %MONO | WBC | RBC | MCV | HgB | HCT | Plat | %NEUT | %LYMPH | |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 5.6 | 5.11 | 85.9 | 14.6 | 43.9 | 263 | 35.3 | 48.5 | 13.4 |
| 05/16/16 13:39 | 5.7 | 5.02 | 85.6 | 14.3 | 43.0 | 251 | 41.9 | 40.8 | 13.8 |
| 08/26/15 11:27 | 5.3 | 4.99 | 87.4 | 14.6 | 43.6 | 277 | 50.9 | 36.3 | 9.6 |
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 | 42.7 | 42.2 | 12.3 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 | 45.2 | 40.9 | 10.2 |

**Past 5 LFTs Lab Results:**

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb |
|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 0.7 | | 56 | 32 | 34 | 7.5 | 4.2 |
| 05/16/16 13:39 | 0.8 | 0.1 | 58 | 29 | 35 | 7.3 | 3.9 |
| 08/26/15 11:27 | 0.8 | 0.1 | 58 | 25 | 36 | 7.4 | 4.2 |
| 05/19/15 13:08 | 0.9 | 0.1 | 59 | 37 | 69 | 7.6 | 4.1 |
| 03/03/15 12:20 | 1.0 | 0.1 | 64 | 29 | 35 | 7.4 | 4.0 |

**Past 5 CBC/NoDiff Lab Results:**

| Date %MONO | WBC | RBC | MCV | HgB | HCT | Plat | %NEUT | %LYMPH | |
|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 5.6 | 5.11 | 85.9 | 14.6 | 43.9 | 263 | 35.3 | 48.5 | 13.4 |
| 05/16/16 13:39 | 5.7 | 5.02 | 85.6 | 14.3 | 43.0 | 251 | 41.9 | 40.8 | 13.8 |
| 08/26/15 11:27 | 5.3 | 4.99 | 87.4 | 14.6 | 43.6 | 277 | 50.9 | 36.3 | 9.6 |
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 | 42.7 | 42.2 | 12.3 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 | 45.2 | 40.9 | 10.2 |

**Impression and Plan**

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001196



| | |
|---|---|
| **UNIVERSITY OF ILLINOIS** Hospital & Health Sciences System *Changing medicine. For good.* | Patient Name: SAFFOLD, ROBERT    MRN: 80636534<br>Sex:MALE          DOB: 8/25/1968      Age: 50 years<br>Discharge Date  n/a<br>FInancial Number:  n/a |

*Medicine Notes*

48 y/o male with PMH UCTD here for follow up.

1. Overlap sy:  no surveillance labs available if w/o MTX related toxicity – may cont MTX 5 tab/weekly with daily folic acid  Continue plaquenil 400mg daily; Continue with yearly Eye exams to r/o plaquenil toxicity. **Will increase MTX to 6 tabs once labs recieved**

2. Carpal tunnel sy BL: stable may use brace at night as needed.Wil check TSH

3. Knee OA: again encouraged ROM exercises

4. Raynaud's: stable , no active digital ulcerations on exam still w pits continue Procardia to 90mg daily, cont aspirin. consider switching lisinopril to 40 mg daily to ARB (Diovan or similar) for better control of RP and HTN.

5. L and R shoulder pain(L>R): Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis.  Will request x-ray report form PCP.**Left shoulder CT w/out contrast**.  Pt was encouraged to continue to refrain from heavy weight lifting. He had PT in the past – didn't find it beneficial.

6. HTN: BP mildly elevated today, pt asymptomtic, will need frequent BP monitoring and medication adjustment, cont nifedipine 90mg daily, **Increase lisinopril 10mg to goal of <140/90 and to help with rayanuds**

**Continue with daily showers, daily extra toilet paper, gloves in cold weather, daily medical showers, ice twice a day, medicated lotion, medicated shampoo.**

RTC 3 months.

Patient will need labs as noted below.

**Diagnosis**:      Diagnosis: HTN (hypertension) (ICD10-CM I10, Discharge, Diagnosis), Undifferentiated connective tissue disease (ICD10-CM M35.1, Discharge, Diagnosis), Rotator cuff tendonitis (ICD10-CM M75.80, Discharge, Diagnosis), Raynauds disease (ICD10-CM I73.00, Discharge, Diagnosis).
**Orders**
   Orders (Selected)
     <u>Outpatient Orders</u>
      *Future (On Hold)*
        C-Reactive Protein: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica
        CBC w/ Diff: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica
        CT Shoulder w/o Cont Lt: Outpatient Future Order, Routine, Reason: Rotator Cuff Tendonitis/Chronic Pain, 3530
        ESR: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001197



Patient Name: SAFFOLD, ROBERT                    MRN: 80636534
Sex: MALE            DOB: 8/25/1968            Age: 50 years
Discharge Date  n/a                    Financial Number:  n/a

*Medicine Notes*

Metabolic Profile - Comprehensive: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica
TSH: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica.

University of Illinois Hospital & Health Sciences System

Page 69 of 280

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001198



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
— Changing medicine. For good. —

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 8/7/2017 15:03 CDT |
| Result Status: | Modified |
| Performed information: | Gonzalez RN,Laura M (9/14/2017 10:31 CDT); Ziauddin MD, Ozair (8/7/2017 15:03 CDT) |
| Signed Information: | Gonzalez RN,Laura M (9/14/2017 10:31 CDT); Ziauddin MD, Ozair (8/14/2017 17:25 CDT); Volkov MD,Suncica (8/7/2017 21:49 CDT) |

**Addendum by Gonzalez RN, Laura M on September 14, 2017 10:31 AM**
RECEIVED PHONE CALL FROM BARBARA JOHNSON requesting order to be entered for MRI as recommended by Dr. Volkov on last office visit, see above.  Order for MRI of Left Shoulder w/o contrast entered with instructions to Evaluate for Tear, dx code: I73.00, M17.12.  Ms. Johnson was hopeful to get MRI scheduled prior to next appt. with MD in Oct. 2017.

REFERRING PHYS: Obaisi MD Referring, Saleh (Stateville Correctinal Center)
ADDRESS:   Stateville Correctional Center
           PO Box 112
           Joliet, IL 60434
PHONE # :  (815) 727-3607

FAX # :  (815) 722-7039

**RHEUMATOLOGY CLINIC FOLLOW UP**
**Last Visit: 5/16**

**SUBJECTIVE:**
48 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biopsy showing thrombi) here for follow up of arthralgia. He is currently on MTX 12.5 mg weekly with daily folic acid and Plaquenil 400mg daily.  Is taking these meds w/p problems. States that he gets blood work done last week at the correction facility – not aware of results.

He still has issues w both shoulders(L>R). c/o decreased rom and pain in this shoulder. Unable to lift weights anymore. No room in cell to do exercises and no longer doing PT. States he had shoulder x-ray denies MRI.

Nifedipine was increased to 90mg previously – didn't notice much of a difference w this re RP. Raynauds improved with weather being warmer. No new ulcers.

The patient states that he has left knee pain x 1.5 months. Denies any known trauma.

Still c/o hard skin on palms + peeling. States that the daily hot showers, medical ice daily twice a day, Lubriderm lotion and medicated shampoo help his skin and joints.

**PMH:**

---

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001199



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
------ Changing medicine. For good. ------

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE　　　DOB: 8/25/1968 | Age:　50 years |
| Discharge Date　n/a | FInancial Number:　n/a |

---

*Medicine Notes*

---

Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy with thrombi; low positive ACA IgG; negative ANA panel)
  - Previously on cellcept but was developing frequent night sweats that resolved off cellcept
  - Cellcept was discontinued in 3/2015 and he was started on methotrexate in 3/2015 given active symptoms was synovitis
Raynauds
HTN
HL


**Home Medications:**
  -emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day
  -nifedipine(Procardia XL 60 mg oral tablet, extended release):  60 mg  PO EVERY DAY
  -prednisone(predniSONE 10 mg oral tablet):  10 mg  PO EVERY DAY
  -selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl  TOPICAL (specify area) apply to  EVERY TUESDAY-THURSDAY-SATURDAY
    Instructions:< scalp >
Lisinopril
ASA 81mg daily

**ROS:**
GEN (-)fevers (-) chills (-) night sweats (-) fatigue
HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) alopecia (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (+) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (+) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (+) raynauds (+) dry skin
HEME (-) easy bruising/bleeding
ENDO (-) heat/cold intolerance

**OBJECTIVE:**
 Vitals(Past 5 Vitals in past 24 hours):

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | | BMI | Pain Scale | | | | | |
| 08/07 14:40 | 97.5/36.4 | 145/85 | 75 | | | | | |

**PHYSICAL EXAM:**
Gen: AAOx3, NAD

---

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
                  CDT

UIC 001200


**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

Neck: no cervical LAD
HEENT: no oral ulcers, MMM, sclera clear
CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: +bony enlargement. Tinel neg bl, R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder active abduction 45 deg; decreased IR/ER; b/l; +Hawkins on left; knees full ROM, no effusion. +crepitus of right knee. L ankle no swelling or tenderness, R foot w no swelling, mildly tender on the lat aspect of the foot, no ttp over mtps BL.
TTP of L medial hamstring muscle
Skin: + digital pits in multiple fingers (2nd - 5th BL), but no active ulcerations


**LABS:**
  **Past 5 ClinChem Lab Results:**

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | 85 | 141 | 102 | 4.4 | 29 | 10 | 12 | 1.03 | 93.4 | 93.0 | 9.5 |
| 05/16/16 13:39 | 89 | 141 | 104 | 4.2 | 30 | 7 | 14 | 0.91 | 108.2 | 105.8 | 9.2 |
| 08/26/15 11:27 | 131 | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 |
| 05/19/15 13:08 | 103 | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 |
| 03/03/15 12:20 | 99 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 |

ANA panel negative
RF, antiCCP negative
ANCA negative

Labs from 12/8/15 reviewed (from Prison lab): CBC, CMP, LFTs wnl

Procedure Note
Dx: OA of the L knee
Procedure: CSI of L knee
The left knee was marked and then prepped in the usual sterile fashion.  Using a 25 gauge 1.5 inch needle, 1 mL of lidocaine and 40mg of Kenalog was injected into the joint space without difficulty. The patient tolerated the procedure well. Aftercare discussed.


University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001201



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE   DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

*Medicine Notes*

NDC: 0003-0293-05; Lot: AAQ8320; Exp: 12/2018

**ASSESSMENT/PLAN:**
48 y/o male with PMH UCTD here for follow up.

1. Overlap sy: no surveillance labs available if w/o MTX related toxicity – may cont MTX 5 tab/weekly with daily folic acid  Continue plaquenil 400mg daily; Continue with yearly Eye exams to r/o plaquenil toxicity. Request report of x-ray of hands from PCP.
2. Carpal tunnel sy BL: stable may use brace at night as needed.
3. Knee OA: again encouraged ROM exercises with focus on quadriceps strengthening. will proceeed w CSI  to the L knee as per pt's prefernce. .
4. Raynaud's: stable , no active digital ulcerations on exam still w pits continue Procardia to 90mg daily, cont aspirin. consider switching lisinopril to 40 mg daily to ARB (Diovan or similar) for better control of RP and HTN.
5. L and R shoulder pain(L>R): Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis.  Will request x-ray report form PCP. Needs MRI w/o contrast for the L shoulder to eval for tear. This was communicated to the PCP via support paperwork at the time of the pt's visit (last time and today) and will also send the note. Pt was encouraged to continue to refrain from heavy weight lifting. He had PT in the past – didn't find it beneficial.
6. HTN: BP mildly elevated today, pt asymptomtic, will need frequent BP monitoring and medication adjustment, cont nifedipine 90mg daily, consider changing Lisinopril to ARB.

RTC 3 months.


Note to PCP – request hand and shoulder x-ray report as well as labs (CBC, CMP, ESR, UA w micro). Pt needs L shoulder MRI w/o contrast ASAAP to eval for tear.If tear presnt needs t obe sent ot ortho.

**Education Provided**

**Education/Instructions given to:** (x) Patient   (_) Spouse   (_) Parent   (_) Other

**Barriers to Learning:** (x) None  (_) Yes (identify):_

**Content:** (x) Refer to note above   (_)Other (identify):_

**Evaluation/Outcome:** (x) Verbalized understanding   (_) Demonstrated understanding

(_) Other:_

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001202



Patient Name:  SAFFOLD, ROBERT          MRN: 80636534
Sex:MALE          DOB: 8/25/1968          Age:  50 years
Discharge Date  n/a                      FInancial Number:  n/a

---

*Medicine Notes*

---

**Attending's note (Dr Volkov):**
Pt was seen on 8/7/17. I independently obtained the history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note.
UCTD: stable on MTX, mild synovial thickenign R 3rd PIP, if surveillance lasb stable may cont the same dose of MTX.

University of Illinois Hospital & Health Sciences System

Page 74 of 280

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001203



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE        DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

## *Medicine Notes*

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 4/3/2017 14:40 CDT |
| Result Status: | Auth (Verified) |
| Performed information: | Volkov MD,Suncica (4/3/2017 14:43 CDT) |
| Signed Information: | Volkov MD,Suncica (4/21/2017 16:42 CDT); Volkov MD, Suncica (4/14/2017 17:39 CDT) |

REFERRING PHYS: Obaisi MD Referring, Saleh (Stateville Correctional Center)
ADDRESS:   Statesville Correctional Center
                 PO Box 112
                 Joliet, IL 60434
PHONE # :  (815) 727-3607

FAX # :  (815) 722-7039

**RHEUMATOLOGY CLINIC FOLLOW UP**
**Last Visit: 5/16**

**SUBJECTIVE:**
48 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biopsy showing thrombi) here for follow up of arthralgia. He is currently on MTX 12.5 mg weekly with daily folic acid and Plaquenil 400mg daily.  Is taking these meds w/p problems. States that he gets blood work done at the correction facility – not aware of results.
He still has issues w both shoulders, however more so w the L shoulder. c/o decreased rom and pain in this shoulder. States he decreased repetition in terms of weight lifting 225lbs once a week. He does some yoga as well.
States he had shoulder x-ray denies MRI.

R index finger is often cold, becomes white w cold exposure, feels fingertips are more painful
Nifedipine was increased from 60 to 90mg after the last visit – didn't notice much of a difference w this re RP.
Is on lisinopril and aspirin

His BP is high – denies CP palps SOB HA visual changes, states it was high in correction facility as well however they check it once in 3 monoths. +occ palps w lying down on L side drinking water helps

c/o R knee swells up intermittently
bottom of his feet are bothering him R foot swelling on the lat aspect  no erythema or warmth
consider podiatrist

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
                          CDT

UIC 001204



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
······· Changing medicine. For good. ·······

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

Still c/o hard skin on palms + peeling. States that the daily hot showers, medical ice daily twice a day, Lubriderm lotion and medicated shampoo help his skin and joints.

**PMH:**
Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy with thrombi; low positive ACA IgG; negative ANA panel)
   - Previously on cellcept but was developing frequent night sweats that resolved off cellcept
   - Cellcept was discontinued in 3/2015 and he was started on methotrexate in 3/2015 given active symptoms was synovitis
Raynauds
HTN
HL

**MEDICATIONS:**


**Home Medications:**

   -**emollients, topical**(Absorbase topical cream): 1 app **CREAM TOPICAL** (specify area) apply to  twice a day
   -**nifedipine**(Procardia XL 60 mg oral tablet, extended release):  **60 mg  PO EVERY DAY**
   -**prednisone**(predniSONE 10 mg oral tablet):  **10 mg  PO EVERY DAY**
   -**selenium sulfide topical**(selenium sulfide topical 1% shampoo): 1 appl  **TOPICAL** (specify area) apply to **EVERY TUESDAY-THURSDAY-SATURDAY**
      Instructions:< scalp >
Lisinopril
ASA

**ROS:**
GEN (-)fevers (-) chills (-) night sweats (-) fatigue
HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) alopecia (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (+) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (+) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (+) raynauds (+) dry skin
HEME (-) easy bruising/bleeding
ENDO (-) heat/cold intolerance

**OBJECTIVE:**


University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001205



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
—— Changing medicine. For good. ——

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

**VITALS:**

**Vitals(All Vitals Since 7am Yesterday):**

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | | BMI | Pain Scale | | | | | |
| 04/03 14:57 | 97.5/36.4 | 153/101 | 84 | | | | | 185 |

**PHYSICAL EXAM:**
Gen: AAOx3, NAD
Neck: no cervical LAD
HEENT: no oral ulcers, MMM, sclera clear
CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: L wrists, L 3rd PIP w sl synovial thickening, nt, +bony enlargement. Tinel neg bl, R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder active abduction 45 deg; decreased IR/ER; b/l; +Hawkins R neg L; knees full ROM, no effusion, L ankle no swelling or tenderness, R foot w no swelling, mildly tender on the lat aspect of the foot, no ttp over mtps BL.
Skin: + digital pits in multiple fingers (2nd - 5th BL), but no active ulcerations

**LABS:**

**Past 5 ClinChem Lab Results:**

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/16 15:06 | | 141 | 102 | 4.4 | 29 | 10 | 12 | 1.03 | 93.4 | 93.0 | 9.5 |
| | 85 | | | | | | | | | | |
| 05/16/16 13:39 | | 141 | 104 | 4.2 | 30 | 7 | 14 | 0.91 | 108.2 | 105.8 | 9.2 |
| | 89 | | | | | | | | | | |
| 08/26/15 11:27 | | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 |
| | 131 | | | | | | | | | | |
| 05/19/15 13:08 | | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 |
| | 103 | | | | | | | | | | |
| 03/03/15 12:20 | | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 |
| | 99 | | | | | | | | | | |

ANA panel negative

UIC 001206



| | | |
|---|---|---|
| **UNIVERSITY OF ILLINOIS**<br>Hospital & Health Sciences System<br>*Changing medicine. For good.* | Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| | Sex:MALE       DOB: 8/25/1968 | Age:  50 years |
| | Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

RF, antiCCP negative
ANCA negative

Labs from 12/8/15 reviewed (from Prison lab): CBC, CMP, LFTs wnl

**ASSESSMENT/PLAN:**
48 y/o male with PMH UCTD here for follow up.

1. Overlap sy:  no surveillance labs available if w/o MTX related toxicity – may cont MTX 5 tab/weekly with daily folic acid – if synovial thickening persist/worsen may consider increasing the dose to 6 tabs weekly next time. Continue plaquenil 400mg daily; Continue with yearly Eye exams to r/o plaquenil toxicity. Request report of x-ray of hands from PCP.
2. Carpal tunnel sy BL: stable may use brace at night as needed.
3. Knee OA: again encouraged ROM exercises with focus on quadriceps strengthening. May consider CSI next time if worsens.
4. Raynaud's: No active digital ulcerations on exam still w pits continue Procardia to 90mg daily, cont aspirin. consider switching lisinopril to 40 mg daily to ARB (Diovan or similar) for better control of RP and HTN.
5. L and R shoulder pain: Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis.  Will request x-ray report form PCP, however will need MRI w/o contrast for the L shoulder to eval for tear. This was communicated to the PCP via support paperwork at the time of the pt's visit and will also send the note. Pt was encouraged to continue to refrain from heavy weight lifting. He had PT in the past – didn't find it beneficial.
6. HTN: BP again elevated today, pt asymptomtic, will need frequent BP monitoring and medication adjustment, cont nifedipine 90mg daily, consider changing Lisinopril to ARB.

RTC 3 months.

Note to PCP – request hand and shoulder x-ray report as well as labs (CBC, CMP, ESR, UA w micro)

**Education Provided**

**Education/Instructions given to:** (x) Patient    (_) Spouse   (_) Parent   (_) Other

**Barriers to Learning:** (x) None  (_) Yes (identify):_

**Content:** (x) Refer to note above    (_)Other (identify):_

**Evaluation/Outcome:** (x) Verbalized understanding   (_) Demonstrated understanding

UIC 001207



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE        DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

## *Medicine Notes*

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 9/19/2016 14:25 CDT |
| Result Status: | Modified |
| Performed information: | Volkov MD,Suncica (9/19/2016 21:26 CDT); Volkov MD, Suncica (9/19/2016 14:25 CDT) |
| Signed Information: | Volkov MD,Suncica (9/23/2016 21:26 CDT); Volkov MD, Suncica (9/19/2016 21:26 CDT); Volkov MD,Suncica (9/19/2016 21:20 CDT) |

**Addendum by Volkov MD, Suncica on September 19, 2016 9:26 PM**
Consider L shoulder MRI w/o contrast to eval for the tear.

REFERRING PHYS: Obaisi MD Referring, Saleh (Stateville Correctinal Center)
ADDRESS:   Statesville Correctional Center
               PO Box 112
               Joliet, IL 60434
PHONE # :  (815) 727-3607

FAX # :  (815) 722-7039

**RHEUMATOLOGY CLINIC FOLLOW UP**
**Last Visit: 5/16**

**SUBJECTIVE:**
48 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biopsy showing thrombi) her for follow up. Cellcept was discontinued in 3/2015 and he was started on methotrexate in 3/2015 given active symptoms was synovitis.  He is currently on MTX 12.5 mg weekly with daily folic acid and Plaquenil 400mg daily. Overall doing well, has MS in fingers  for few minutes only denies swelling except for the R 3rd PIP enlargement, nt. c/o decreased rom in shoulder worse on the left, some pain, still lifting weights (stopped it 3m ago) but having had time to lift it. He didn't have PT – states that order is in and they are on the waiting list. Icing helps,
States that in 7/16 he was handcuffed for 4h and ever since then he has intermittent numbness and tingling in fingertips more so on the right – mostly in first 3 fingertips and worse in am.

RP sl worse, digital pitting more pronounced hard occ tender. He takes procardia, lisinopril and aspirin.

c/o hard skin on palms + peeling. Lotion helps some. States that he is feeling the daily hot showers, medical ice daily twice a day and Lubriderm lotion and medicated shampoo help his skin and joints.

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:   5/14/2019 13:15 CDT

UIC 001209



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE        DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

denies fever, chills, sob, chest pain, sicca.  denies rashes, photosensitive rash. denies ulcers. denies hair loss. denies weakness or difficulty climbing up stairs. denies urinary changes denies abdominal pain. change in bowel movements. denies vision changes.

**PMH:**
Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy with thrombi; low positive ACA IgG; negative ANA panel)
  - Previously on cellcept but was developing frequent night sweats that resolved off cellcept
Raynauds
HTN
HL

**MEDICATIONS:**


**Home Medications:**

-**emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day**
    As Needed for:< for dry skin >
-**mycophenolate mofetil(mycophenolate mofetil 500 mg oral tablet): 2 tabs TABLET PO twice a day**
-**nifedipine(Procardia XL 60 mg oral tablet, extended release):  60 mg  PO EVERY DAY**
-**prednisone(predniSONE 10 mg oral tablet):  10 mg  PO EVERY DAY**
-**selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl  TOPICAL (specify area) apply to**
**EVERY TUESDAY-THURSDAY-SATURDAY**



**ROS:**
GEN (-)fevers (-) chills (-) night sweats (-) fatigue
HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) alopecia (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (-) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (+) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (+) raynauds
HEME (-) easy bruising/bleeding
ENDO (-) heat/cold intolerance

UIC 001210



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

**OBJECTIVE:**
**VITALS:**

Vitals(Past 5 Vitals in past 24 hours):

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | BMI | Pain Scale | | | | | | |
| 09/19 13:54 | 97.2/36.2 | 154/83 | 67 | | | | | 185 |

**PHYSICAL EXAM:**
Gen: AAOx3, NAD
Neck: no cervical LAD
HEENT: no oral ulcers, MMM, sclera clear
CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: No synovitis in hands/wrists, R 3rd PIP w bony enlargement. Tinel + more so on the L, R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder active abduction 45 deg; decreased IR/ER; b/l; +hawkins bilaterally; knees full ROM, no effusion, L ankle trace swelling and tenderness.
Skin: + digital pits in multiple fingers, but no active ulcerations

**LABS:**

ANA panel negative
RF, antiCCP negative
ANCA negative

Labs from 12/8/15 reviewed (from Prison lab): CBC, CMP, LFTs wnl

**ASSESSMENT/PLAN:**
48 y/o male with PMH UCTD here for follow up.

1.  Overlap sy:  Surveillance labs w/o MTX related toxicity – may cont MTX 5 tab/weekly with daily folic acid.
    Continue plaquenil 400mg daily; Continue with yearly Eye exams to r/o plaquenil toxicity. States he had hand x-ray of hands w PCP.
2.  Carpal tunnel sy: worse on the left, start using brace at night, consider gabapentin if not well controlled next time.
3.  Knee OA: encouraged ROM exercises with focus on quadriceps strengthening. No need for CSI today.

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001211



| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

4.  Raynauds: No active digital ulcerations on exam but worsening pits will increase Procardia to 90mg daily, cont aspirin. lisinopril to 40 mg daily due to persistent pits.
5.  L and R shoulder pain: Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis.  Still an issue, encouraged to stop w heavy weight lifting and have PT. recommend physical therapy for shoulder ROM.
6.  HTN: BP again elevated today, increase nifedipine to 9mg daily, cont Lisinopril.


RTC 3 months.


Note to PCP – request hand x-ray report

**Education Provided**

**Education/Instructions given to:** (x) Patient    (_) Spouse   (_) Parent   (_) Other

**Barriers to Learning:** (x) None  (_) Yes (identify):_

**Content:** (x) Refer to note above    (_)Other (identify):_

**Evaluation/Outcome:** (x) Verbalized understanding   (_) Demonstrated understanding

              (_)  Other:_

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15 CDT

UIC 001212



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE        DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 5/16/2016 13:06 CDT |
| Result Status: | Modified |
| Performed information: | Volkov MD,Suncica (5/17/2016 17:34 CDT); Virupannavar MD,Shanti (5/16/2016 13:06 CDT) |
| Signed Information: | Volkov MD,Suncica (5/18/2016 17:13 CDT); Volkov MD, Suncica (5/17/2016 17:34 CDT); Virupannavar MD,Shanti (5/16/2016 17:42 CDT) |

**Addendum by Volkov MD, Suncica on May 17, 2016 5:34 PM**
Pt was seen on 5/16/16. I independently obtained the history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note.
Overlap sy well controlled synovitis w MTX - surveillance labs w/o MTX related toxicity - may decrease the dose as outlined above.
Raynaud's phenomenon: still w pits in fingertips, cont above listed meds (incriese lisinopril) however it is crucial to keep core and esp hands warm - needsgloves/socks as his room is cold. Using lotion helps w skin dryness/tightness.
HTN: BP elevated today, we are increasing lisinopril to tx Raynaud's but this will also help HTN.

Note to PCP will fax labsas well

### Past 5 ClinChem Lab Results:

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/16 13:39 | 141 | 104 | 4.2 | 30 | 7 | 14 | 0.91 | 108.2 | 105.8 | 9.2 | |
| 89 | | | | | | | | | | | |
| 08/26/15 11:27 | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 | |
| 131 | | | | | | | | | | | |
| 05/19/15 13:08 | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 | |
| 103 | | | | | | | | | | | |
| 03/03/15 12:20 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 | |
| 99 | | | | | | | | | | | |
| 03/14/14 14:42 | 140 | 104 | 4.0 | 31 | 5 | 13 | 0.91 | 109.2 | 108.1 | 8.8 | |
| 80 | | | | | | | | | | | |

**Education Provided**

**Education/Instructions given to:** (x) Patient   (_) Spouse   (_) Parent   (_) Other

**Barriers to Learning:** (x) None  (_) Yes (identify):_

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time: 5/14/2019 13:15 CDT

UIC 001213



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE        DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

**Content:** (x) Refer to note above    (_)Other (identify):_

**Evaluation/Outcome:** (x) Verbalized understanding   (_) Demonstrated understanding

(_) Other:_

REFERRING PHYS: Obaisi MD Referring, Saleh (Stateville Correctinal Center)
ADDRESS:   Stateville Correctional Center
          PO Box 112
           Joliet, IL 60434
PHONE # :  (815) 727-3607

FAX # :  (815) 722-7039

**RHEUMATOLOGY CLINIC FOLLOW UP**
**Last Visit:12/9/15**

**SUBJECTIVE:**
46 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biposy showing thrombi) her for
follow up. Cellcept was discontinued in 3/2015 and he was started on methotrexate in 3/2015 given active symptoms was
synovitis.  He is currently on MTX 15 mg weekly with daily folic acid.  Plaquenil 400mg daily was started 5/19/15.

States that he is doing very well. denies significant joint pain. occ stiffness after activity in shoulders. AM stiffness is
minimal -lasting only a few minutes. state that knees are doing well-CSI in 8/2015.

 states his symptoms have been under good control with current medical regimen.  He is also doing PT exercises and
yoga daily.

 he takes procardia, lisinopril and aspirin.

states that his cell has been cold and he doesn't have access to gloves. denies new ulcers.

states that he is feeling the daily hot showers, medical ice daily twice a day and lubiderm lotion and medicated shampoo.
would like to lower methotrexate 15 mg po q  week.

denies fever, chills, sob, chest pain, sicca.  denies rashes, photosensitive rash. denies ulcers. denies hair loss.denies
weakness or difficulty climbing up stairs. denies urinary changes denies abdominal pain. change in bowel movements.
denies vision changes. \

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
                  CDT

UIC 001214



| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE        DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

**PMH:**
Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy with thrombi; low positive ACA IgG; negative ANA panel)
- Previously on cellcept but was developing frequent night sweats that resolved off cellcept
Raynauds
HTN
HL

**MEDICATIONS:**

**Home Medications:**

-**emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day**
    As Needed for:< for dry skin >
-**mycophenolate mofetil(mycophenolate mofetil 500 mg oral tablet): 2 tabs TABLET PO twice a day**
-**nifedipine(Procardia XL 60 mg oral tablet, extended release):  60 mg  PO EVERY DAY**
-**prednisone(predniSONE 10 mg oral tablet):  10 mg  PO EVERY DAY**
-**selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl  TOPICAL (specify area) apply to EVERY TUESDAY-THURSDAY-SATURDAY**


**ROS:**
GEN (-)fevers (-) chills (-) night sweats (-) fatigue
HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) alopecia (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (-) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (-) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (-) raynauds
HEME (-) easy brusing/bleeding
ENDO (-) heat/cold intolerance

**OBJECTIVE:**
**VITALS:**


**Vitals(Past 5 Vitals in past 24 hours):**


University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001215



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE      DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

### *Medicine Notes*

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|------|-----------|-----|-------|-----|------|--------|--------------|------------|
| **Weight(kg)** | **BMI** | **Pain Scale** | | | | | | |
| 05/16 12:59 | 97.0/36.1 | 150/86 | 73 | | | | | 185 |

**PHYSICAL EXAM:**
Gen: AAOx3, NAD
Neck: no cervical LAD
HEENT:no oral ulcers, MMM, sclera clear
CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: No synovitis in hands/wrists. R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder active abduction 60 deg; decreased IR/ER; b/l; +hawkins bilaterally; knees full ROM, no effusion
Skin: + digital pits in multiple fingers, but no active ulcerations

**LABS:**

### Past 5 CBC/NoDiff Lab Results:

| Date | WBC | RBC | MCV | HgB | HCT | Plat |
|------|-----|-----|-----|-----|-----|------|
| 08/26/15 11:27 | 5.3 | 4.99 | 87.4 | 14.6 | 43.6 | 277 |
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 |
| 03/14/14 14:42 | 6.8 | 4.93 | 90.9 | 14.6 | 44.8 | 289 |
| 07/10/13 12:41 | 5.1 | 5.03 | 84.1 | 14.6 | 42.3 | 267 |

### Past 5 LFTs Lab Results:

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb | |
|------|-------|------|----------|-----|-----|------|-----|---|
| 08/26/15 11:27 | 0.8 | 0.1 | | 58 | 25 | 36 | 7.4 | 4.2 |
| 05/19/15 13:08 | 0.9 | 0.1 | | 59 | 37 | 69 | 7.6 | 4.1 |
| 03/03/15 12:20 | 1.0 | 0.1 | | 64 | 29 | 35 | 7.4 | 4.0 |
| 03/14/14 14:42 | 0.7 | 0.1 | | 50 | 23 | 29 | 7.4 | 4.2 |
| 07/10/13 12:41 | 0.6 | 0.1 | | 48 | 19 | 27 | 7.1 | 4.0 |

ANA panel negative

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001216


**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
······· Changing medicine. For good. ·······

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE        DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

RF, antiCCP negative
ANCA negative

Labs from 12/8/15 reviewed (from Prison lab): CBC, CMP, LFTs wnl

**ASSESSMENT/PLAN:**
47 y/o male with PMH UCTD here for follow up.

1. UCTD: No active digital ulcerations on exam but persistent pits;  Will reduce MTX 5 tab/weekly as no synovitis with good relief, with daily folic acid.  Continue plaquenil 400mg daily;  will obtain labs today including cbc, cmp, esr.  Continue with yearly Eye exams to r/o plaquenil toxicity.
2. Knee pain: Likely 2/2 OA; encouraged ROM exercises with focus on quadriceps strengthening. No need for CSI today.
3. Raynauds: Cont aspirin, procardia. increase lisinopril to 40 mg daily to persistent pits.
4. L and R shoulder pain: Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis.  worsened since previous. would recommend physical therapy for shoulder ROM.

RTC 3 months.

Pt understands and agrees with plan. Plan was discussed and pt was seen with Dr.Volkov

Shanti Virupannavar #1415

---

University of Illinois Hospital & Health Sciences System

Page 88 of 280

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001217



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE    DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

Result Type:                    Arthritis Note
Result Date:                    12/9/2015 11:14 CST
Result Status:                  Modified
Performed information:          Volkov MD,Suncica (12/9/2015 22:05 CST); Ravella MD,
                                Shalini (12/9/2015 11:17 CST)
Signed Information:             Volkov MD,Suncica (12/9/2015 22:05 CST); Ravella MD,
                                Shalini (12/9/2015 11:53 CST)

---

**Addendum by Volkov MD, Suncica on December 09, 2015 10:05 PM**
Pt was seen on 12/9/15. I independently obtained the history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note. Denies RP does have some pits in fingertips but no ulcers - cont procardia and the same dose of lisinopril - thsi was increased last time.
L rotator cuff tendinitis: still w mildly decreased abd IR - encouraged to perform rom and muscle strenghtening exercises-some shown today in the clinic
UCTD: recent labs w/o toxicity related to MTX - will cont the same dose for now consider decreasign the dose next time if still doing fine.
Knee OA: stable no CSI given today - recevied CSI last time

**RHEUMATOLOGY CLINIC FOLLOW UP**
**Last Visit: 8/26/15**

**SUBJECTIVE:**
46 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biposy showing thrombi) her for follow up. Cellcept was discontinued in 3/2015 and he was started on methotrexate given active symptoms was synovitis. He is currently on MTX 15 mg weekly with daily folic acid.  Plaquenil 400mg daily was started 5/19/15.  He was last seen on 8/26/15 at which time he had a CSI to the right knee.
Today he states his knee pain has improved after CSI at last visit - no need for repeat injection.  Denies joint pain/swelling elsewhere - states his symptoms have been under good control with current medical regimen.  He is also doing PT exercises and yoga daily. His raynauds symptoms have improved (doesn't notice color changes at fingertips anymore) with no new digital ulcerations; he takes procardia, lisinopril and aspirin.

**PMH:**
Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy with thrombi; low positive ACA IgG; negative ANA panel)
   - Previously on cellcept but was developing frequent night sweats that resolved off cellcept
Raynauds
HTN
HL

**MEDICATIONS:**

---

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
                  CDT

UIC 001218



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
····· Changing medicine. For good. ·····

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

## Home Medications:

  **-emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day**
    As Needed for:< for dry skin >
    Comments:<Apply to Skin Only>
    Number of refills:< 3 >
  **-mycophenolate mofetil(mycophenolate mofetil 500 mg oral tablet): 2 tabs TABLET PO twice a day**
    Instructions:< 1 hour before or 2 hours after meals >
    Comments:<Tablets should not be crushed, and capsules should not be crushed or opened.  Do not mix suspension with other medications.>
    Number of refills:< 3 >
  **-nifedipine(Procardia XL 60 mg oral tablet, extended release):  60 mg  PO EVERY DAY**
    Number of refills:< 3 >
  **-prednisone(predniSONE 10 mg oral tablet):  10 mg  PO EVERY DAY**
    Number of refills:< 3 >
  **-selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl  TOPICAL (specify area) apply to EVERY TUESDAY-THURSDAY-SATURDAY**
    Instructions:< scalp >

## ROS:
GEN (-)fevers (-) chills (-) night sweats (-) fatigue
HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) alopecia (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (-) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (-) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (-) raynauds
HEME (-) easy brusing/bleeding
ENDO (-) heat/cold intolerance

## OBJECTIVE:
## VITALS:

 Vitals(Past 5 Vitals in past 24 hours):

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | | BMI | Pain Scale | | | | | |
| 12/09 11:18 | 97.2/36.2 | 147/82 | 84 | | | | | 185 |

UIC 001219



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

---

*Medicine Notes*

**PHYSICAL EXAM:**
Gen: AAOx3, NAD
Neck: no cervical LAD
HEENT: no oral ulcers, MMM, sclera clear
CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: No synovitis in hands; R wrist mild fullness; R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder abduction 60 deg; decreased IR/ER; b/l; knees full ROM, no effusion
Skin: + digital pits, but no active ulcerations

**LABS:**

**Past 5 CBC/NoDiff Lab Results:**

| Date | WBC | RBC | MCV | HgB | HCT | Plat |
|---|---|---|---|---|---|---|
| 08/26/15 11:27 | 5.3 | 4.99 | 87.4 | 14.6 | 43.6 | 277 |
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 |
| 03/14/14 14:42 | 6.8 | 4.93 | 90.9 | 14.6 | 44.8 | 289 |
| 07/10/13 12:41 | 5.1 | 5.03 | 84.1 | 14.6 | 42.3 | 267 |

**Past 5 LFTs Lab Results:**

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb |
|---|---|---|---|---|---|---|---|
| 08/26/15 11:27 | | 0.8 | 0.1 | 58 | 25 | 36 | 7.4 | 4.2 |
| 05/19/15 13:08 | | 0.9 | 0.1 | 59 | 37 | 69 | 7.6 | 4.1 |
| 03/03/15 12:20 | | 1.0 | 0.1 | 64 | 29 | 35 | 7.4 | 4.0 |
| 03/14/14 14:42 | | 0.7 | 0.1 | 50 | 23 | 29 | 7.4 | 4.2 |
| 07/10/13 12:41 | | 0.6 | 0.1 | 48 | 19 | 27 | 7.1 | 4.0 |

**Past 5 ClinChem Lab Results:**

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/15 11:27 | | 139 | 102 | 4.2 | 30 | 7 | 12 | 1.02 | 94.9 | 94.9 | 9.2 |
| | 131 | | | | | | | | | | |
| 05/19/15 13:08 | | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 |
| | 103 | | | | | | | | | | |

UIC 001220



| Patient Name: SAFFOLD, ROBERT | | MRN: 80636534 |
| Sex: MALE | DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | | FInancial Number: n/a |

## *Medicine Notes*

| 03/03/15 12:20 99 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 |
| 03/14/14 14:42 80 | 140 | 104 | 4.0 | 31 | 5 | 13 | 0.91 | 109.2 | 108.1 | 8.8 |
| 07/10/13 12:41 90 | 141 | 106 | 4.0 | 28 | 7 | 18 | 0.98 | 74.7 | 81.5 | 9.2 |

ANA panel negative
RF, antiCCP negative
ANCA negative

Labs from 12/8/15 reviewed (from Prison lab): CBC, CMP, LFTs wnl

PROCEDURE NOTE:
After obtaining verbal consent area was cleaned with sterile technique. A mixture of 2 cc lidocaine 1% and 1 cc Kenalog 40mg was injected into right knee joint. Hemostasis achieved. Pt tolerated the procedure with no complications. Post injections instructions given to patient.


**ASSESSMENT/PLAN:**
47 y/o male with PMH UCTD here for follow up.

1. UCTD: No active digital ulcerations on exam; Will cont MTX 15 mg weekly with daily folic acid. Continue plaquenil 400mg daily; Labs stable- will repeat cbc, chem, liver in three months. Continue with yearly Eye exams to r/o plaquenil toxicity.
2. Knee pain: Likely 2/2 OA; encouraged ROM exercises with focus on quadriceps strengthening. No need for CSI today.
3. Raynauds: Cont aspirin, procardia. Will increase lisinopril to 40 mg daily.
4. L shoulder pain: Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis. Resolved/improved today- continue PT.

RTC 3 months.

Pt understands and agrees with plan. Plan was discussed and pt was seen with Dr.Volkov

S. Ravella, Fellow
x9036

**Education Provided**

**Education/Instructions given to:** (x) Patient (_) Spouse (_) Parent (_) Other

UIC 001221



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
·········· Changing medicine. For good. ··········

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 8/26/2015 10:41 CDT |
| Result Status: | Modified |
| Performed information: | Volkov MD,Suncica (8/30/2015 17:55 CDT); Ravella MD, Shalini (8/26/2015 10:46 CDT) |
| Signed Information: | Volkov MD,Suncica (8/30/2015 17:55 CDT); Ravella MD, Shalini (8/27/2015 08:06 CDT) |

**Addendum by Volkov MD, Suncica on August 30, 2015 5:55 PM**
Pt was seen on 8/26/15. I independently obtained the history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note. Synovitis beter controlled w MTX no toxicity form MTX noted on the surveillance labs - may cont the same dose. Fungal rash noted in the scalp - woudl beenfit from medicated shampoo - note sent to PCP. Sicca - dry skin - would benefit from using moisturizing lotion - note sent to PCP.

**RHEUMATOLOGY CLINIC FOLLOW UP**
**Last Visit: 5/19/15**

**SUBJECTIVE:**
46 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biposy showing thrombi) her for follow up. Cellcept was discontinued in 3/2015 and he was started on methotrexate given active symptoms was synovitis. He is currently on MTX 15 mg weekly with daily folic acid.  Plaquenil 400mg daily was started at last visit 5/19/15.  He also had CSI to the right knee and left shoulder which significantly helped with pain.  Has lost 14lbs and is currently doing PT. He reports joint pain and swelling improved but still with some swelling in the right knee and pain with using stairs.  He continues to have raynauds with no new digital ulcerations; he takes procardia, lisinopril and aspirin.

**PMH:**
Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy with thrombi; low positive ACA IgG; negative ANA panel)
   - Previously on cellcept but was developing frequent night sweats that resolved off cellcept
Raynauds
HTN
HL

**MEDICATIONS:**

**Home Medications:**

-emollients, topical(Absorbase topical cream): 1 app CREAM TOPICAL (specify area) apply to  twice a day
    As Needed for:< for dry skin >
    Comments:<Apply to Skin Only>
    Number of refills:< 3 >

UIC 001223


**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
········· Changing medicine. For good. ·········

| | | |
|---|---|---|
| Patient Name: SAFFOLD, ROBERT | | MRN: 80636534 |
| Sex:MALE | DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | | FInancial Number: n/a |

---

*Medicine Notes*

-**mycophenolate mofetil(mycophenolate mofetil 500 mg oral tablet): 2 tabs TABLET PO twice a day**
    Instructions:< 1 hour before or 2 hours after meals >
    Comments:<Tablets should not be crushed, and capsules should not be crushed or opened. Do not mix suspension with other medications.>
    Number of refills:< 3 >
-**nifedipine(Procardia XL 60 mg oral tablet, extended release): 60 mg PO EVERY DAY**
    Number of refills:< 3 >
-**prednisone(predniSONE 10 mg oral tablet): 10 mg PO EVERY DAY**
    Number of refills:< 3 >
-**selenium sulfide topical(selenium sulfide topical 1% shampoo): 1 appl TOPICAL (specify area) apply to
EVERY TUESDAY-THURSDAY-SATURDAY**
    Instructions:< scalp >

**ROS:**
GEN (-)fevers (-) chills (-) night sweats (-) fatigue
HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) alopecia (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (-) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (-) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (-) raynauds
HEME (-) easy brusing/bleeding
ENDO (-) heat/cold intolerance


**OBJECTIVE:**
**VITALS:**

 Vitals(Past 5 Vitals in past 24 hours):

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | BMI | Pain Scale | | | | | | |
| 08/26 10:33 | 97.7/36.5 | 126/72 | 67 | | | | 185 | 125.0 |
| 36.52 | | | | | | | | |


**PHYSICAL EXAM:**
Gen: AAOx3, NAD
Neck: no cervical LAD
HEENT:no oral ulcers, MMM, sclera clear

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
                  CDT

UIC 001224



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE       DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

### *Medicine Notes*

CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: No synovitis in hands; R wrist mild fullness; R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder abduction 60 deg; decreased IR/ER; b/l; knees full ROM, no effusion
Skin: + digital pits, but no active ulcerations
Neuro: nonfocal

**LABS:**

**Past 5 LFTs Lab Results:**

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb | |
|---|---|---|---|---|---|---|---|---|
| 05/19/15 13:08 | 0.9 | 0.1 | 59 | 37 | 69 | 7.6 | 4.1 |
| 03/03/15 12:20 | 1.0 | 0.1 | 64 | 29 | 35 | 7.4 | 4.0 |
| 03/14/14 14:42 | 0.7 | 0.1 | 50 | 23 | 29 | 7.4 | 4.2 |
| 07/10/13 12:41 | 0.6 | 0.1 | 48 | 19 | 27 | 7.1 | 4.0 |
| 08/15/12 14:57 | 0.5 | | 50 | 33 | 36 | 7.2 | 4.0 |

**Past 5 CBC/NoDiff Lab Results:**

| Date | WBC | RBC | MCV | HgB | HCT | Plat |
|---|---|---|---|---|---|---|
| 05/19/15 13:08 | 6.6 | 5.30 | 86.4 | 15.1 | 45.8 | 297 |
| 03/03/15 12:20 | 5.9 | 5.26 | 88.3 | 15.0 | 46.4 | 284 |
| 03/14/14 14:42 | 6.8 | 4.93 | 90.9 | 14.6 | 44.8 | 289 |
| 07/10/13 12:41 | 5.1 | 5.03 | 84.1 | 14.6 | 42.3 | 267 |
| 08/15/12 14:57 | 5.4 | 4.74 | 92.0 | 13.7 | 43.6 | 285 |

**Past 5 ClinChem Lab Results:**

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/19/15 13:08 | 138 | 99 | 3.9 | 29 | 10 | 8 | 1.02 | 95.3 | 96.0 | 9.2 | |
| | 103 | | | | | | | | | | |
| 03/03/15 12:20 | 137 | 102 | 3.9 | 26 | 9 | 10 | 1.06 | 91.2 | 92.5 | 9.2 | |
| | 99 | | | | | | | | | | |
| 03/14/14 14:42 | 140 | 104 | 4.0 | 31 | 5 | 13 | 0.91 | 109.2 | 108.1 | 8.8 | |
| | 80 | | | | | | | | | | |

UIC 001225



| Patient Name: SAFFOLD, ROBERT | | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | | Age: 50 years |
| Discharge Date  n/a | | FInancial Number:  n/a |

### *Medicine Notes*

| 07/10/13 12:41 | 141 | 106 | 4.0 | 28 | 7 | 18 | 0.98 | 74.7 | 81.5 | 9.2 |
| 90 | | | | | | | | | | |
| 08/15/12 14:57 | 138 | 102 | 4.3 | 27 | 9 | 8 | 1.01 | 72.5 | 80.0 | 9.4 |
| 81 | | | | | | | | | | |

ANA panel negative
RF, antiCCP negative
ANCA negative

**IMAGING:**
reviewed

**PROCEDURE NOTE:**
After obtaining verbal consent area was cleaned with sterile technique. A mixture of 2 cc lidocaine 1% and 1 cc Kenalog-40mg was injected into right knee  joint. Hemostasis achieved. Pt tolerated the procedure with no complications. Post-injections instructions given to patient.

**ASSESSMENT/PLAN:**
47 y/o male with PMH UCTD here for follow up.

1. UCTD: No active digital ulcerations on exam;  Will cont MTX 15 mg weekly with daily folic acid.  Continue plaquenil 400mg daily;  Labs stable- will repeat cbc, chem, liver today.
2. Knee pain: Likely 2/2 OA; encouraged ROM exercises with focus on quadriceps strengthening. Will proceed with R knee joint CSI
3. Raynauds: Cont aspirin, procardia.  Will increase lisinopril to 40 mg daily.
4. L shoulder pain: Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis.  Resolved/improved today- continue PT.

RTC 3 months.

Pt understands and agrees with plan. Plan was discussed and pt was seen with Dr. Volkov.


S. Ravella, Fellow
x9036

**Education Provided**

**Education/Instructions given to:** (x) Patient    (_) Spouse   (_) Parent   (_) Other

**Barriers to Learning:** (x) None  (_) Yes (identify):_


University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001226



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE      DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

Result Type:                         Arthritis Note
Result Date:                         5/19/2015 12:01 CDT
Result Status:                       Modified
Performed information:               Volkov MD,Suncica (5/19/2015 19:39 CDT); Volkov MD,
                                     Suncica (5/19/2015 19:24 CDT); Shetty MD,Anjali (5/19/2015
                                     12:08 CDT)
Signed Information:                  Volkov MD,Suncica (5/19/2015 19:39 CDT); Volkov MD,
                                     Suncica (5/19/2015 19:24 CDT); Shetty MD,Anjali (5/19/2015
                                     14:33 CDT)

**Addendum by Volkov MD, Suncica on May 19, 2015 7:39 PM**
REFERRING PHYS: Obaisi M.D., Saleh (internal) ()
ADDRESS:  Logan Correctional Center
              Lincoln,  62656
FAX # :

**Addendum by Volkov MD, Suncica on May 19, 2015 7:24 PM**
Pt was seen on 5/19/15. I independently obtained the history & examined the pt. I discussed the case with the fellow and
agree with the findings and plan as documented in the fellow's note. Surveillance labs ordered - AST sl elevated most
likely related to MTX, will need f/u LFTs in 2-3 wks. COnsider decreasing NSAID/Tylenol use if he has this ordered for
pain. Advised not to do heavy lifting for the next 7-10d after the shoulder CSI due to concern for tendon tear. WIll send this
note to his PCP re surveillance labs. FIngertips cold, still w some Raynaud's + pits - persit , no digital ulcers, SBP 139-
mayincrease lisinopril for better Raynaud's control.

**RHEUMATOLOGY OUTPATIENT NOTE**

**SUBJECTIVE:**
46 y/o male with PMH UCTD (raynauds, digital ulcers, synovitis, oral ulcers, rash with skin biposy showing thrombi) her for
 follow up.  Last visit cellcept was discontinued and he was started on methotrexate given active symptoms was synovitis.
His MTX was increased to 15 mg weekly with daily folic acid. He reports joint pain and swelling improved but still with
some swelling.  He continues to have raynauds with no new digital ulcerations; he takes procardia, lisinopril and aspirin.
He has joint pain worse in right hand, left shoulder, and right knee.

**PMH:**
Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy
with thrombi; low positive ACA IgG; negative ANA panel)
   - Previously on cellcept but was developing frequent night sweats that resolved off cellcept
Raynauds
HTN
HL

**MEDICATIONS:**

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:   5/14/2019 13:15
CDT

UIC 001228



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE      DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

MTX 15 mg weekly
Folic acid 1 mg daily
Aspirin 81 mg daily
Lisinopril 20 mg daily
Procardia XL 60 mg daily
Pravastatin 20 mg daily

**ROS:**
GEN (-)fevers   (-) fatigue (-) unintentional weight loss
HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) hair loss (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (-) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (+) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (+) raynauds
HEME (-) easy brusing/bleeding
ENDO (-) heat/cold intolerance

**OBJECTIVE:**
**VITALS:**

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | BMI | Pain Scale | | | | | | |
| 05/19 13:20 | 98.2/36.8 | 139/79 | 81 | | | | | |

**PHYSICAL EXAM:**
Gen: AAOx3, NAD
Neck: no cervical LAD
HEENT:no oral ulcers, MMM, sclera clear
CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: R hand with synovitis R 2nd PIP and R wrist fullness; L wrist full ROM; R elbow cannot fully extend; shoulders decreased abduction b/l significantly worse on left- left shoulder abduction 60 deg; decreased IR/ER; b/l; knees full ROM, no effusion
Skin: + digital pits, but no active ulcerations
Neuro: nonfocal

**LABS:**
**Past 5 CBC/NoDiff Lab Results:**

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
                              CDT

UIC 001229



| | | |
|---|---|---|
| Patient Name: SAFFOLD, ROBERT | | MRN: 80636534 |
| Sex: MALE | DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | | FInancial Number: n/a |

*Medicine Notes*

**PROCEDURE NOTE:**
After obtaining verbal consent area was cleaned with sterile technique. A mixture of 2 cc lidocaine 1% and 1 cc Kenalog-40mg was injected into right knee joint. Hemostasis achieved. Pt tolerated the procedure with no complications. Post-injections instructions given to patient.

**ASSESSMENT/PLAN:**
46 y/o male with PMH UCTD here for follow up.

1. UCTD: No active digital ulcerations on exam; still with some synovitis. Will cont MTX 15 mg weekly with daily folic acid. Will also start hydroxychloroquine and increase to 400 mg daily; discussed side effects including skin/gi/retinal toxicity; will need annual eye exam with VF testing. Labs stable- will repeat cbc, chem, liver today.
2. Knee pain: Likely 2/2 OA; encourage ROM exercises with focus on quadriceps strengthening. Will proceed with R knee joint CSI
3. Raynauds: Cont aspirin, procardia. Will increase lisinopril to 40 mg daily.
4. L shoulder pain: Likely combination of arthritis in glenohumeral joint and rotator cuff tendonitis. Will proceed with L glenohumeral joint CSI.

RTC 3 months.

Pt understands and agrees with plan. Plan was discussed and pt was seen with Dr. Volkov.

A.Shetty, Fellow
x3530

**Education Provided**

**Education/Instructions given to:** (x) Patient  (_) Spouse  (_) Parent  (_) Other

**Barriers to Learning:** (x) None  (_) Yes (identify):_

**Content:** (x) Refer to note above  (_)Other (identify):_

**Evaluation/Outcome:** (x) Verbalized understanding  (_) Demonstrated understanding

(_) Other:_

University of Illinois Hospital & Health Sciences System

Report Request ID: 38235196
Print Date/Time: 5/14/2019 13:15 CDT

UIC 001231



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
······ Changing medicine. For good. ······

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

*Medicine Notes*

---

| | |
|---|---|
| Result Type: | Arthritis Note |
| Result Date: | 3/3/2015 12:11 CST |
| Result Status: | Modified |
| Performed information: | Volkov MD,Suncica (3/4/2015 13:22 CST); Shetty MD,Anjali (3/3/2015 12:15 CST) |
| Signed Information: | Volkov MD,Suncica (3/4/2015 13:22 CST); Shetty MD,Anjali (3/3/2015 14:18 CST) |

**Addendum by Volkov MD, Suncica on March 04, 2015 1:22 PM**
Pt was seen on 3/3/15. I independently obtained history & examined the pt. I discussed the case with the fellow and agree with the findings and plan as documented in the fellow's note. LCV a year ago, last seen by me in '12. States that MMF was d/c at one point by his local doc when he again developed rashes on scalp and joint pain adn swelling. Has been taking it for few months now but is not able to take 1g bid due to sweating - ends up taking 1 - 1.5g daily. Rashes resolved w restarting it, but still w some pain and swelling in joints. Is interested in trying other medications for UCTD - MTX side effects including BM suppression and liver toxicity d/w pt today. Agrees to start 10mg MTX weekly (2.5mg tabs - 4 weekly) have las checked in 2wks - consider increasing the dose to 6tabs (15mg) weekly if labs stable and pt still symptomatic at that point. This plan was written in the form that was brought to us for his PCP's consideration. Today's labs stable - may stop MMF and start MTX instead.

**RHEUMATOLOGY OUTPATIENT NOTE**

**SUBJECTIVE:**
46 y/o male with PMH UCTD here for follow up; has not been seen in a year. He is on cellcept 100 mg BID however usually is only taking 2-3x/day because feels he gets night sweats.  He reports increased joint pains worse in R hand, wrist, and knees. He otherwise is on aspirin, and procardia for rayanuds; no new digital ulcers.  He otherwise deneis active rash, dysphagia, pleuritic chest pain, sob, cough, or blood in urine.

**PMH:**
Undifferentiated Connective Tissue Disease (raynauds, digital ulcers, synovitis, oral ulcers, rash, weight loss; skin biopsy with thrombi; low positive ACA IgG; negative ANA panel)
HTN
HL

**MEDICATIONS:**
Cellcept 500 mg BID
Aspirin 81 mg daily
Lisinopril 20 mg daily
Procardia XL 60 mg daily
Pravastatin 20 mg daily

**ROS:**
GEN (-)fevers    (-) fatigue (-) unintentional weight loss

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001232



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

---

### *Medicine Notes*

HEENT (-) oral ulcers (-) dry mouth (-) dry eyes (-) hair loss (-) changes in vision
RESP (-) shortness of breath (-) cough (-) sputum production
CV (-) chest pain (-) palpitations
GI (-) abdominal pain (-)nausea (-)vomiting (-) diarrhea (-) brbpr or black stools
MSK (+) arthralgias (-) back pain
NEURO  (-) numbness (-) tingling (-) seizures
PSYCH (-) depression
SKIN (-)rashes (+) raynauds
HEME (-) easy brusing/bleeding
ENDO (-) heat/cold intolerance

**OBJECTIVE:**
**VITALS:**

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| Weight(kg) | | BMI | Pain Scale | | | | | |
| 03/03 11:27 | 97.2/36.2 | 144/86 | 75 | | | | | |

**PHYSICAL EXAM:**
Gen: AAOx3, NAD
Neck: no cervical LAD
HEENT:no oral ulcers, MMM, sclera clear
CV: RRR, no murmurs
Resp: CTA b/l
Abd: nontender, nondistended
MSK: R hand with synovitis R 2nd PIP with TTP and R wrist fullness; L wrist full ROM; R elbow cannot fully extend; shoulders decreased abduction b/l; knees full ROM, no effusion
Skin: + digital pits, but no active ulcerations
Neuro: nonfocal

**LABS:**
**Past 5 CBC/NoDiff Lab Results:**

| Date | WBC | RBC | MCV | HgB | HCT | Plat |
|---|---|---|---|---|---|---|
| 03/14/14 14:42 | 6.8 | 4.93 | 90.9 | 14.6 | 44.8 | 289 |
| 07/10/13 12:41 | 5.1 | 5.03 | 84.1 | 14.6 | 42.3 | 267 |
| 08/15/12 14:57 | 5.4 | 4.74 | 92.0 | 13.7 | 43.6 | 285 |
| 04/07/11 12:54 | 6.0 | 4.69 | 84.7 | 13.5 | 39.7 | 406 |
| 11/29/10 15:53 | 7.3 | 4.73 | 85.5 | 14.0 | 40.5 | 314 |

**Past 5 ClinChem Lab Results:**

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15 CDT

UIC 001233


**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

Patient Name: SAFFOLD, ROBERT          MRN: 80636534
Sex: MALE          DOB: 8/25/1968          Age: 50 years
Discharge Date  n/a          FInancial Number:  n/a

---

### *Medicine Notes*

| Date | Na+ | Cl- | K+ | CO2 | AGAP | BUN | Cr | eGFR | CrCl | CA | GLUC |
|------|-----|-----|-----|-----|------|-----|-----|------|------|-----|------|
| 03/14/14 14:42 | 140 | 104 | 4.0 | 31 | 5 | 13 | 0.91 | 109.2 | 108.1 | 8.8 | |
| | 80 | | | | | | | | | | |
| 07/10/13 12:41 | 141 | 106 | 4.0 | 28 | 7 | 18 | 0.98 | 74.7 | 81.5 | 9.2 | |
| | 90 | | | | | | | | | | |
| 08/15/12 14:57 | 138 | 102 | 4.3 | 27 | 9 | 8 | 1.01 | 72.5 | 80.0 | 9.4 | |
| | 81 | | | | | | | | | | |
| 05/07/12 17:31 | 138 | 98 | 4.5 | 29 | 11 | 13 | 1.25 | 56.7 | 65.3 | 9.8 | |
| | 119 | | | | | | | | | | |
| 04/07/11 12:54 | 138 | 103 | 3.8 | 26 | 9 | 15 | 1.1 | 70.1 | 78.8 | 9.1 | |
| | 88 | | | | | | | | | | |

**Past 5 LFTs Lab Results:**

| Date | TBili | Bili | Alk-Phos | ALT | AST | Prot | Alb |
|------|-------|------|----------|-----|-----|------|-----|
| 03/14/14 14:42 | 0.7 | 0.1 | 50 | 23 | 29 | 7.4 | 4.2 |
| 07/10/13 12:41 | 0.6 | 0.1 | 48 | 19 | 27 | 7.1 | 4.0 |
| 08/15/12 14:57 | 0.5 | | 50 | 33 | 36 | 7.2 | 4.0 |
| 05/07/12 17:31 | 0.7 | | 61 | 19 | 25 | 8.1 | 4.3 |
| 04/07/11 12:54 | 0.6 | | 47 | 24 | 28 | 7.8 | 3.9 |

ANA panel negative
RF, antiCCP negative
ANCA negative

**ASSESSMENT/PLAN:**
46 y/o male with PMH UCTD here for follow up.

1. UCTD: No active digital ulcerations on exam; on cellcept however pt would like to switch as attributes side effects to taking cellcept. Given synovitis and arthritis as main complaints today will start methotrexate 10 mg weekly with daily folic acid. He should get cbc, chem, liver profile in 2 weeks and if stable can increase methotrexate to 15 mg weekly.  Check cbc, chem, liver profile today.
2. Knee pain: Likely 2/2 OA; encourage ROM exercises with focus on quadriceps strengthening.
3. Raynauds: Cont aspirin, procardia, lisinopril. No digital ulcers.

RTC

Pt understands and agrees with plan. Plan was discussed and pt was seen with Dr. Volkov.

---

University of Illinois Hospital & Health Sciences System

Report Request ID:   38235196
Print Date/Time:  5/14/2019 13:15
CDT

UIC 001234



| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

*Medicine Notes*

Result Type:  Arthritis Note
Result Date:  3/14/2014 12:50 CDT
Result Status:  Auth (Verified)
Performed information:  Vila MD,Olga M (3/14/2014 12:54 CDT)
Signed Information:  Vila MD,Olga M (3/14/2014 12:54 CDT)

After verbal consent under sterile conditions a mixture of 10 mg of triamcinolone and 0.2 cc of lidocaine 1% was injected to the second Right pip.  Hemostasis achieved.

Vila, 4515

―――――――――――――――

UIC 001236



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

Result Type:                          Arthritis Note
Result Date:                          3/14/2014 12:39 CDT
Result Status:                        Auth (Verified)
Performed information:                Vila MD,Olga M (3/14/2014 12:47 CDT)
Signed Information:                   Vila MD,Olga M (3/14/2014 12:47 CDT)

Problems

UCTD
HTN

Medications

Cellcept 1000 mg BID
Vasotec 20 mg daily
procardia XL 60 mg daily
 ASA 81mg daily

Comes today for follow up, says his second finger of the right hand has been painful.  He is not albe to bedn his finger completely and without pain.  He has not had any new rashes or muscle weakness.

Physical Exam

General in no apparent distress
Vitals T 98.1 P 83 BP 128/77
Heent mom, eomi, no oral ulcers
Chest clear to auscultation
Heart RR, no murmurs or gallops
Upper Extremities
          Hands pits noted in the finger tips no synovitis noted, second right pip is swollen and tender
Lower Extremites
          Knees + crepitus, no ballotment, no laxity
Skin no rashes

Assessment/Plan

45 year old male patient with UCTD, he is doing well on MMF.  He has one joint that is swollen, this joint has been injected.

UCTD
-continue MMF
-monitoring labs done

MonoArthritis
-injection given

UIC 001237



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
Changing medicine. For good.

| | |
|---|---|
| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
| Sex:MALE          DOB: 8/25/1968 | Age:  50 years |
| Discharge Date  n/a | FInancial Number:  n/a |

*Medicine Notes*

Result Type:                       Arthritis Note
Result Date:                       3/14/2014 10:07 CDT
Result Status:                     Auth (Verified)
Performed information:             Spencer Medical Student,Jenna (3/14/2014 10:10 CDT)
Signed Information:                Vila MD,Olga M (4/24/2014 12:55 CDT); Spencer Medical
                                   Student,Jenna (3/14/2014 11:27 CDT)

**Rheumatology Follow-up**
**Last Visit 7/10/13**

Problems
UCTD
HTN

Medications
Cellcept 1000 mg BID
Vasotec 20 mg daily: switched to lisinopril per patient's report
procardia XL 60 mg daily
ASA 81mg daily
Prednisone 10 mg qdaily

HPI: 45 y/o M with UCTD, subacromial bursitis presents for follow-up. Last visit 7/10/13 he received subacromoial bursa
CSI which provided great relief. Also had CSI to R knee since last visit. Denies any knee or shoulder pain today. States
that he has been taking all his meds, although reports missing doses of prednisone. Today reports that his joint pains have
 largely improved with exception of R 2nd digit. This finger has been swollen and painful for about 2-3 weeks. Difficulty
with full flexion. No other joint pains.

Repoerts has a chronic ulcer on R lateral side of tongue for about 2 years. Still present. Reports  Raynaud's about 1-2X
per week.  Reports that rash on scalp has been much improved and has been using topical steroid cream.

Denies fever/chills/SOB/nausea/vomiting/diarrhea/blood in stool/LOC/dizziness/headaches.

**Physical Exam**
Gen: NAD, AOx3
Eyes: PERRLA, EOMI, anicteric sclera, mild injection b/l
HEENT: no cervical LAD
CV:RRR, no m/r/g
Resp: CTAB, no w/r/r
Abd: soft, NT/ND, + normoactive bowel sounds
MSK:
-full ROM without effusion/warmth of b/l shoulders, knees, and elbows

University of Illinois Hospital & Health Sciences System

UIC 001239



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

| Patient Name: SAFFOLD, ROBERT | MRN: 80636534 |
|---|---|
| Sex: MALE    DOB: 8/25/1968 | Age: 50 years |
| Discharge Date n/a | FInancial Number: n/a |

---

## *Orders*

---

Order Date/Time: **10/17/2017 12:30 CDT**

Order: Metabolic Profile -Comprehensive

| Order Status: Canceled | Catalog Type: Laboratory | Activity Type: Chemistry |
|---|---|---|

Ordering Physician: Patel DO,Vikash

Entered By: Patel DO,Vikash on 10/17/2017 12:28 CDT

Order Details: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica

Order Comment: This profile includes Na, K, Cl, BUN, Creat, Glucose, CO2, Total Protein, Albumin, Ca, Total Bili, Alk Phos, AST, and ALT. Tests from Basic Metabolic Profile and Liver Profile are included in this profile. Direct Bilirubin must be added to obtain complete

---

Order Date/Time: **10/17/2017 12:30 CDT**

Order: C-Reactive Protein

| Order Status: Canceled | Catalog Type: Laboratory | Activity Type: Chemistry |
|---|---|---|

Ordering Physician: Patel DO,Vikash

Entered By: Patel DO,Vikash on 10/17/2017 12:28 CDT

Order Details: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica

Order Comment:

---

Order Date/Time: **10/17/2017 12:30 CDT**

Order: CBC w/Diff

| Order Status: Canceled | Catalog Type: Laboratory | Activity Type: Hematology |
|---|---|---|

Ordering Physician: Patel DO,Vikash

Entered By: Patel DO,Vikash on 10/17/2017 12:29 CDT

Order Details: Outpatient - Routine Draw, 10/17/17, Lab to Draw Specimen, Blood, Not Collected, Volkov MD, Suncica

Order Comment:

---

Order Date/Time: **10/6/2017 14:00 CDT**

Order: MRI Shoulder w/o Cont Lt

| Order Status: Canceled | Catalog Type: Radiology | Activity Type: Radiology |
|---|---|---|

Ordering Physician: Volkov MD,Suncica

Entered By: Gonzalez RN,Laura M on 9/14/2017 10:25 CDT

Order Details: Outpatient Future Order, Routine, Reason: Left Shoulder pain, EVALUATE FOR TEAR, Shoulder - HS 10/5, NO sedation, Mtl Implant: no, Mtl Work: No, No, Pregnant: No, 6219

Order Comment:

UIC 001332



| | | |
|---|---|---|
| Patient Name: SAFFOLD, ROBERT | | MRN: 80636534 |
| Sex: MALE    DOB: 8/25/1968 | | Age: 50 years |
| Discharge Date  n/a | | FInancial Number:  n/a |

## *Radiology*

| ACCESSION | EXAM DATE/TIME | STATUS |
|---|---|---|
| CT-18-0010502 | 4/23/2018 13:16 CDT | Auth(Verified) & Reviewed |

**Reason For Exam**
Rotator Cuff Tendonitis/Chronic Pain

**Report**
EXAMINATION:  CT Shoulder w/o Cont Lt

DATE:  4/23/2018 12:55 PM

INDICATION:  Rotator Cuff Tendonitis/Chronic Pain

COMPARISON: None available

TECHNIQUE: Noncontrast CT imaging of the left shoulder performed with multiplanar reformats.

FINDINGS:

There is marked degenerative changes with subchondral cystic change and profound collar osteophyte formation along the humeral head . Advanced subchondral cystic changes also noted within the glenoid. There is markedly decreased acromiohumeral distance superiorly. No large full-thickness retracted rotator cuff tear is visualized. Partial tear or patella full-thickness tear is difficult to exclude by CT technique. Small fragmented osteophyte or loose body noted in the anterior joint measuring up to 5 mm.

IMPRESSION:

1. Advanced degenerative changes with subchondral cystic change and profound collar osteophyte formation along the humeral head.

2. No definite full-thickness retracted rotator cuff tear although partial-thickness or pinhole full-thickness tear difficult to exclude by CT technique.

3. Small 5 mm fragmented osteophyte or loose body at the anterior aspect of the humeral head.

These images were reviewed and interpreted with attending radiologist Dr. Bauml before dictation of this final report by resident Dr. M.T. Babbitt

UIC 001387