```
 1        IN THE UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF ILLINOIS

 3                EASTERN DIVISION

 4  ROBERT SAFFOLD,          )
                Plaintiff,   )
 5     vs.                   )
    ILLINOIS DEPARTMENT OF   )
 6  CORRECTIONS, WEXFORD     )  No. 18 CV 3301
    HEALTH SOURCES, INC.,    )
 7  DANIEL ARTL, RANDY       )
    PFISTER, CHRISTOPHER     )
 8  MEDIN, JOHN DOE #1, JOHN )
    DOE #2, GHALIAH OBAISI,  )
 9  Independent Executor of  )
    the Estate of SALEH      )
10  OBAISI,                  )
                Defendants.
11         The discovery deposition of SUNCICA
```

12  VOLKOV, M.D., taken in the above-entitled cause,

13  before Dina M. Crivellone, a notary public of

14  Cook County, Illinois, on October 22, 2019 at

15  835 South Wolcott, Chicago, Illinois, at the

16  hour of 2:01 p.m., pursuant to notice.

17

18

19

20

21

22

23  Dina M. Crivellone

24  License No.: 084-004157

**Exhibit E**



1    APPEARANCES:

2         LAW OFFICES OF LAWRENCE V. JACKOWIAK.

3         By:  Lawrence V. Jackowiak, Esq.

4         111 West Washington Street

5         Suite 1500

6         Chicago IL 60602

7         (312) 795-9595

8         ljackowiak@jackowiaklaw.com

9             Representing the Plaintiff;

10

11        OFFICE OF THE ILLINOIS ATTORNEY GENERAL

12        MR. NICHOLAS V. ALFONSO, Esq.

13        General Law Bureau

14        100 West Randolph Street

15        13th Floor

16        Chicago IL 60601

17        (312) 814-7201

18        nalfonso@atg.state.il.us

19            Representing The Illinois Department

20            of Corrections;

21

22

23

24



```
1    APPEARANCES: (CONTINUED)

2          CASSIDAY SCHADE, LLP

3          BY:  MR. EDWARD A. KHATSKIN

4          222 West Adams Street, Suite 2900

5          Chicago, Illinois  60606

6          (312) 641-3100

7          ekhatskin@cassiday.com

8               Representing Wexford;

9

10         ANDERSON RASOR & PARTNERS, LLP,

11         BY:  MS. MILLIE M. KOPPEAN,

12         150 South Wacker Drive

13         Suite 350

14         Chicago, Illinois  60606

15         (312) 673-7800

16         millie.koppean@arandpartners.com

17               Representing the Deponent.

18

19

20

21

22

23

24
```



1                    I N D E X

2    WITNESS                      EXAMINATION

3    SUNCICA VOLKOV, M.D.

4      By Mr. Khatskin                  5, 53

5      By Mr. Alfonso                  45, 55

6

7

8

9

10              E X H I B I T S

11   NUMBER                      MARKED FOR ID

12   VOLKOV Deposition

13     Exhibit No. 1                    5

14     Exhibit No. 2                    5

15

16

17

18

19

20

21

22

23

24

1           (Whereupon, VOLKOV Deposition

2            Exhibit No. 1-2 were marked for

3            identification.)

4        (Whereupon, the witness was

5            duly sworn.)

6            SUNCICA VOLKOV, M.D.,

7   called as a witness herein, was examined and

8   testified as follows:

9                EXAMINATION

10  BY MR. KHATSKIN:

11      Q.   Dr. Volkov, my name is Edward Khatskin.  I

12  represent defendants Wexford defendants Dr. Obaisi.

13  To the left of me is Mr. Nicholas Alfonso, he's

14  with the attorney general's office, he represents

15  the Illinois Department of Correction employees,

16  and to his left is Lawrence Jackowiak, and he

17  represents the plaintiff.

18          We're going to be taking your deposition

19  today.  I'm going to start, and then these

20  gentlemen might have some questions for you as

21  well.

22          Have you ever had your deposition taken

23  before?

24      A.   No.



1    Q.   First one?

2    A.   Yeah.

3    Q.   Great.

4         Since you haven't had your dep taken

5    before, let's go over some ground rules.  Your

6    answers should be verbal with a yes, no, any other

7    verbal response.  You can't nod your head or shake

8    your head as you're doing right now, because the

9    court reporter is taking down everything you're

10   saying, and she really can't record a nod or shake

11   of the head.  Does that make sense?

12   A.   Yes.

13   Q.   And if I see you doing that, and if I

14   catch you, I'll clarify with you is it a yes or no.

15   A.   Okay.

16   Q.   If you don't understand a question, and

17   sometimes I ask terrible questions, please let me

18   know that you don't understand the question, and

19   I'll ask it in a different way.  We're asking

20   medical questions, so we're not medically trained,

21   so sometimes I ask something really silly.  And you

22   let me know if it doesn't make sense, and I'll ask

23   it in a different way.  If you answer a question

24   that I ask, can I assume that you understood it?



1      A.   Yes.

2      Q.   And I always -- I have to ask this, I'm

3  sure the answer is no.  Are you under the influence

4  of any drugs or alcohol today that would prevent

5  you from remembering or testifying truthfully?

6      A.   No.

7      Q.   All right.  Where were you born?

8      A.   In Serbia.

9      Q.   You grew up in Serbia, I'm assuming?

10     A.   Yes.

11     Q.   You attended medical school there as well?

12     A.   Yes.

13     Q.   Did you attend residency there as well?

14     A.   Pediatric residency.  But my residency in

15 internal medicine was done here.

16     Q.   In internal medicine.  Okay.

17          And are you --

18     MR. JACKOWIAK:  Where was your residency in

19 internal medicine?

20     THE WITNESS:  It was done here.

21     MR. JACKOWIAK:  UIC?

22     THE WITNESS:  No. I mean in Chicago.  It was at

23 Weiss Memorial Hospital, which was associated with

24 University of Chicago.  I did my fellowship in



1  rheumatology at the University of Chicago.

2  BY MR. KHATSKIN:

3      Q.   And you have a fellowship in rheumatology?

4      A.   Correct.

5      Q.   Any experience in orthopaedics?

6      A.   No.

7      Q.   All right.  Did you take any classes on

8  orthopaedics while you were in med school or in

9  your rotations?

10     A.   Probably in the medical school, that's

11  all.

12     Q.   Okay.  I'm going to mark this as Exhibit

13  No. 2.

14          Dr. Volkov, this is your CV.  Is

15  this -- you can look at it.  Is this current and up

16  to date?

17     A.   Yes.

18     MR. KHATSKIN:  Okay.  I'm not going to ask her

19  any more questions.  Can we stipulate that

20  everything in there is accurate?

21     MR. JACKOWIAK:  Sure.

22  BY MR. KHATSKIN:

23     Q.   Everything is accurate in there?

24     A.   That's correct.



```
 1       Q.   Any updates to this CV?

 2       A.   No.

 3       Q.   How long have you been treating patients

 4   at UIC?  How long have you been employed here?

 5       A.   Treating.

 6       MR. ALFONSO:  Treating or cheating?  You said

 7   cheating.

 8       MR. KHATSKIN:  Treating.  I have an accent

 9   also.

10       THE WITNESS:  I understood.

11           So since 2006.

12   BY MR. KHATSKIN:

13       Q.   Do you know how long you've been treating

14   Mr. Saffold?

15       A.   Since 2009, apparently.

16       Q.   Okay.  So you're somewhat familiar with

17   Mr. Saffold?

18       A.   Yes.

19       Q.   Do you remember him outside of what you've

20   noted in the medical records?

21       A.   I don't understand what you mean.

22       Q.   Sure.  Thank you.

23           Do you remember Mr. Saffold based on your

24   memory, or can you only rely on your medical
```

Suncica Volkov, M.D. 10/22/2019

1  records

2      A.   I remember him and medical records also

3  are beneficial.

4      Q.   All right.  Generally speaking, the

5  subjective portion of the progress notes that you

6  made, is that -- are those notes taken

7  contemporaneously with him telling you things?

8      A.   That's correct.

9      Q.   Okay.  I'll narrow my example a little bit

10  more.

11          There are several places, and we'll go

12  through them, where you note that he's

13  weightlifting, and you tell him to stop

14  weightlifting?

15      A.   Correct.

16      Q.   The notation, is that based on him telling

17  you hey, Doc, I'm weightlifting?

18      A.   That's correct.

19      Q.   Generally speaking, what is his condition

20  as far as his shoulders are concerned?  What is his

21  medical condition?

22      MS. KOPPEAN:  When?  What time period.

23  BY MR. KHATSKIN:

24      Q.   Since 2009.  It's the same.

Suncica Volkov, M.D. 10/22/2019

1      MS. KOPPEAN:  If you recall.

2   BY MR. KHATSKIN:

3      Q.   Only if you know.

4      A.   Yeah.

5      Q.   And I understand, Doctor, this is several

6   years ago.

7           Are any of the medications that he has, is

8   MTX something that is designed to treat arthritis

9   of the glenohumeral joint

10     A.   MTX is Methotrexate, it's used to treat

11  rheumatoid arthritis.  So if the part of his

12  glenohumeral joint was related to rheumatoid

13  arthritis, then yes.

14     Q.   Are there any other medications that are

15  designed specifically to treat glenohumeral joint

16  arthritis that he was taking at the time?

17     A.   I see on the medication list that there

18  was Prednisone and then hydroxychloroquine or

19  Plaquenil, which is also for the treatment of

20  rheumatoid arthritis.

21     Q.   What is Prednisone?  Is that a --

22     A.   Steroid.

23     Q.   And that's essentially designed to be an

24  antiinflammatory?



1      A.   Decrease inflammation.

2      Q.   Next encounter is September 19th, 2016.

3   This is Page 83 through 86, for the record.

4           So this is the one I want to ask you

5   about.

6           Middle of the subjective it says, still

7   lifting weights, stopped it three months ago, but

8   having had time to lift it.

9           Do you know what that means?

10     A.   I'm not sure exactly what it means, but it

11  sounds like at some point he did stop and then

12  resume it.

13     Q.   Okay.  This is the first time you noted

14  it.  Does that sound -- the reason -- well, since

15  you've noted it in this medical record, did he

16  report to you that he recently resumed it?

17     A.   I don't remember if he reported it in such

18  a manner.  All I can see is what's written in here.

19     Q.   Okay.  Well, he said -- so it says in

20  parentheses, stopped it three months ago.  So as of

21  September 19th, 2016, going back three months, that

22  would be approximately middle of June.  Does that

23  make sense?  So he stopped it in the middle of

24  June, and then recently resumed it?  Is that a fair



1  way to read this?

2      A.   I assume so.

3      Q.   Did he tell you on this day about that he

4  was handcuffed behind his back for a prolonged

5  period of time?

6      A.   Well, it says here states that in July

7  2016, he was handcuffed for four hours and ever

8  since then, he has intermittent numbness in

9  fingertips.

10      Q.   And what was your diagnosis on that day?

11      A.   So we -- regarding the shoulder, we

12  continued to state that he has a condition of the

13  shoulder that is involving joint and tendon, that

14  it's ongoing issue, and he was encouraged to stop

15  heavy weightlifting and resume physical therapy.

16      Q.   So two things.

17          Number one, if you're encouraging him to

18  stop weightlifting, does that mean that he reported

19  to you that he was recently weightlifting?

20      A.   That's correct.

21      Q.   If he had told you, Doctor, I stopped

22  weightlifting six months ago, would you tell him

23  don't lift weights?

24      A.   That would not make sense.



Suncica Volkov, M.D. 10/22/2019

1     Q.   All right.  Thank you.

2          Another question, Doctor, he told you that

3    he was handcuffed for four hours behind his back.

4    But your diagnosis on that date is the same as it

5    has been for every other medical encounter that

6    we've discussed so far.  Is that fair?

7     MS. KOPPEAN:  Regarding the shoulder?

8    BY MR. KHATSKIN:

9     Q.   Regarding the shoulder.  Thank you.

10    A.   That's correct.

11    Q.   Your diagnosis did not change at all based

12   on those subjective complaints?

13    A.   No.

14    Q.   His medical condition did not change based

15   on those subjective complaints?

16    A.   The ones that I'm treating him for, no.

17    Q.   Okay.  Did he appear -- did he present

18   with an acute injury on that date?

19    A.   If I can go back to his subjective

20   statement.

21          No.  It was just that complaint.

22    Q.   I guess my question, Doctor, from a

23   medical standpoint, did you assess him of having

24   anything other than a chronic condition that he has



1    had for over two years at this point in time?

2        A.   I mean, it's a continuation of the same

3    issue with the shoulder.

4        Q.   And that's what I'm talking about, Doctor,

5    is the glenohumeral joint.

6             That is something that was present in his

7    body prior to July of 2016, correct?

8        A.   That's correct.

9        Q.   He also complained about -- I believe you

10   also assessed him with carpal tunnel syndrome?

11       A.   Correct.

12       Q.   Is carpal tunnel also a degenerative

13   condition, as far as I understand it?

14       A.   It's more complex than that.  It's -- the

15   etiology of it can be various.  I don't want to go

16   into too much detail, but it could be related to

17   overuse, that's a classic one that we think about

18   carpal tunnel.

19       Q.   Sure.

20       A.   Could be typing.  But also it could be

21   related to diabetes, the thyroid.  Whenever there

22   is a swelling in the wrist, so let's say rheumatoid

23   arthritis, the patient has swelling in the wrist

24   and may develop symptoms because of that.



Suncica Volkov, M.D. 10/22/2019

```
 1        Q.   So because he has rheumatoid arthritis, is
 2   it fair to say he's more likely to develop carpal
 3   tunnel?
 4        A.   Potentially if the rheumatoid arthritis is
 5   not well controlled.
 6        Q.   Okay.  Why did you tell him to stop
 7   lifting weights, heavy weights?
 8        A.   Potentially making the tendon inflammation
 9   worse.
10        Q.   As tendon inflammation gets worse, is
11   there a risk that the tendon may tear?
12        A.   Correct.
13        Q.   Can someone tear a tendon while lifting
14   weights?
15        A.   Yes.
16        Q.   And I believe you considered prescribing
17   gabapentin, which I believe it's a nerve pain
18   medication, is that right?
19        A.   That's correct.
20        Q.   Is that just to treat the carpal tunnel?
21        A.   Well, in his situation, yes.  It can be
22   used to treat the pain in general.
23        Q.   Okay.  Nerve type pain, right?
24        A.   Correct.
```



1    Q.    Okay.  Then we're going to go to April

2  3rd, 2017.

3    MR. ALFONSO:  That's Page 78 and then 81 -- or

4  82.

5  BY MR. KHATSKIN:

6    Q.    Based on your notes, did Mr. Saffold again

7  tell you that he was lifting weights?

8    A.    So in the subjective part it says that --

9  it states decreased repetition in terms of the

10  weightlifting 225 pounds to once a week.

11    Q.    So based on this note, can you just tell

12  me what you remember him telling you or what you

13  think he told you?

14    A.    Well, based on the notes, that, you know,

15  he's lifting a lot.

16    Q.    Okay.  But he's decreased the frequency,

17  he only does it once a week now?

18    A.    Correct.

19    Q.    Okay.

20    A.    How often does he do it, I don't know.

21    Q.    Well, he said decreased repetition --

22  well, you said once a week.  Does that mean he told

23  you he's only lifting once a week now?

24    A.    Or he's lifting this heavy weight only



Suncica Volkov, M.D. 10/22/2019

```
 1        A.    No.
 2        Q.    Would it be somebody else informing you
 3   that the MRI was cancelled, this is the reason, and
 4   then you ordered the CT?
 5        A.    Probably.
 6        Q.    Do you know who would inform you?
 7        A.    So whoever cancelled the order.
 8        Q.    Is there any way to find out who cancelled
 9   the order?
10        A.    I don't know.  It was the radiology
11   resident, I think.  It was ordered on the 14th of
12   September.
13        Q.    You don't know?
14        MS. KOPPEAN:  If you don't know, you can say
15   you don't know.
16        THE WITNESS:  No, I'm not sure.  Probably
17   someone in the radiology department.  Usually
18   radiology residents.
19   BY MR. KHATSKIN:
20        Q.    Do they typically take an x-ray before
21   they do an MRI?
22        A.    Typically.
23        Q.    So they took an x-ray and found that
24   there's bullets in his body, so they would
```

1    scratch the MRI, is that kind of reasonable to

2    assume that?

3        A.    I don't think so because he already had

4    the x-ray done by his primary care doctor.

5        Q.    Okay.  And then his MRI was taken, I

6    believe Mr. Saffold's MRI was -- I'm sorry, his CT

7    scan was taken on April 23rd, 2018.  Is that

8    correct?

9        A.    That's correct.

10       Q.    All right.  The CT findings, did they rule

11   out a tear, or what was the result?

12            It's Page 261, for the record?

13       A.    So of the report, it says that there was

14   no definitive full thickness rotator cuff tear,

15   although, they couldn't rule out partial thickness

16   tear or full thickness tear due to technique.

17       Q.    Okay.  And then you saw him on August 6th,

18   2018, and that's Page 61.

19            And the assessment I'm talking about the

20   rotator cuff, no full thickness or partial tear, no

21   need for SX.

22            Does SX stand for surgery?

23       A.    For surgery.  Based on the report, I

24   didn't see that full thickness tear that would



1  require surgery.

2      Q.   Okay.  Now, I also -- the next sentence

3  says, however, with cystic changes in GH joint,

4  most likely due to HO synovitis, now OA changes,

5  could you kind of break that down for us.

6      A.   Sure.  So on the CT of the shoulder, they

7  noted that he has a lot of changes in the

8  joint -- shoulder joint that potentially could be

9  related to rheumatoid arthritis, and now he's left

10 with the osteoarthritis.  So I said it could be two

11 conditions, chronic inflammation -- I mean

12 tendonitis and then also his rheumatoid arthritis.

13     Q.   Okay.  And these are both progressive

14 degenerative conditions?

15     A.   Not necessarily.  I mean, it depends what

16 you do or you don't do.  So if you continue to

17 exercise and strengthen the muscles around the

18 tendon, the muscle that is affected, you may

19 stabilize the disease or get better.  For the

20 glenohumeral joint itself, you want to control

21 rheumatoid arthritis.  He does have some changes

22 that are already to some degree permanent, which is

23 osteoarthritis.

24     Q.   And those changes you said are permanent,



1    the osteoarthritic changes?

2        A.    Yes.

3        Q.    And what are those changes, more

4    specifically?

5        A.    Well, so these cystic changes, we found

6    that it was related more so now once upon time I

7    had inflammation and now it's more osteoarthritis,

8    wear and tear.

9        Q.    Okay.  Is being handcuffed behind his back

10   in 2016 the cause of any of these conditions?

11       MS. KOPPEAN:  If you know.

12   BY MR. KHATSKIN:

13       Q.    If you know.

14       A.    I mean, as a physician, we're more focused

15   on the disease itself.  So I see the reason for him

16   to have these conditions based on his past medical

17   history.

18       Q.    Okay.  So not an acute event?

19       A.    Well, this is chronic.

20       Q.    Okay.  This is chronic?

21       A.    This is chronic.

22       Q.    Okay.

23       MR. ALFONSO:  What does chronic mean?

24       THE WITNESS:  Longstanding, over years

1        MR. ALFONSO:  So occurring over time?

2        THE WITNESS:  Yeah

3   BY MR. KHATSKIN:

4        Q.   Let me specify that a little more.

5             Occurring over time earlier than July of

6   2016?

7        A.   That's correct.

8        Q.   THEN let's go to November 26th, 2018.  And

9   that is Page 53 for the record.  This is page 55,

10  not 53.  And then on Page 59 is where you have the

11  assessment.  And I just wanted to ask you about the

12  left shoulder pain.

13            It says CT of shoulder reviewed, likely

14  multifactorial cause of pain.  Wrote for physical

15  therapy.  When you say multifactorial, what did you

16  mean by that in this record?

17       A.   So rheumatoid arthritis, osteoarthritis

18  and inflammation of the tendon.

19       Q.   Okay.  And all three of these conditions

20  are the chronic conditions that we just discussed?

21       A.   That's correct.

22       Q.   As these conditions progress, can a

23  shoulder tear happen?

24       A.   Yes.



1    Q.   Do you know if Mr. Saffold had a torn left

2  shoulder?

3    A.   I don't know.

4    Q.   No opinion on that?

5    A.   No.

6    Q.   Just a few more questions and I'm almost

7  done.

8        Mr. Saffold's shoulder condition or the

9  multifactorial issues with the shoulder, can they

10  cause nerve damage?

11    MS. KOPPEAN:  If you know.

12    THE WITNESS:  Yeah, I'm not sure.

13  BY MR. KHATSKIN:

14    Q.   You're not sure?

15    A.   I'm not sure.

16    MR. KHATSKIN:  Thank you.  I have nothing

17  further.

18    MR. JACKOWIAK:  I have nothing.

19    MR. ALFONSO:  I just have a couple, not too

20  much.

21                   EXAMINATION

22  BY MR. ALFONSO:

23    Q.   I want to turn your attention to Pages 83

24  and 85.  This is the September 19th, 2016 diagnosis

1    under assessment or note, I guess, overall.

2          Taking a step back, I want to talk to you

3    about Raynaud's syndrome.  What again is Raynaud's

4    syndrome or disease?

5      A.   Okay.  So the way it presents is the color

6    in the fingertips changes, it becomes blue or

7    white.  But behind it is the spasms, the thinning

8    of the blood vessels as a reaction to cold or

9    stress.

10     Q.   Okay.  So stiffening of the blood vessels,

11   does that deal then with circulation?

12     A.   Right.  But those are small blood vessels.

13     Q.   Okay.  When you lose circulation to a body

14   part, are there any symptoms associated with that

15   loss of circulation that a person would feel?

16     A.    In Raynaud's condition specifically, you

17   will have like numbness, tingling, pain in the

18   fingertips.

19     Q.   So numbness, tingling and pain

20   intermittently, would that be a symptom of

21   Raynaud's syndrome?

22     A.   Only with cold exposure.

23     Q.   Okay.  So if somebody with Raynaud's was

24   sitting in a cold gym for hours, would they feel



1   BY MR. ALFONSO:

2        Q.   I want to go through your understanding of

3   the findings here.

4             So the first sentence, there's marked

5   degenerative changes with the subchondral cystic

6   change and profound collar osteophyte formation

7   along the humeral head.  What does that sentence

8   mean?

9        A.   There is -- degenerative changes means

10  wear and tear arthritis, wear and tear changes in

11  the joint itself, and there are osteophytes, which

12  are spurs, on the collarbone.

13       Q.   How do osteophytes or spurs form, if you

14  know?

15       A.   Well, it's a hallmark of osteoarthritis,

16  so you start developing extra bones.

17       Q.   Is there -- if you know, why would a

18  person develop extra bone?

19       A.   Most the time it's related to

20  osteoarthritis.  It can happen in some other

21  conditions as well.

22       Q.   Are there any other known causes for

23  osteoarthritis?

24       A.   It's considered to be wear and tear



Suncica Volkov, M.D.  10/22/2019

1    arthritis, aging arthritis.  However, injury,

2    inflammation can lead to it.

3        Q.   Okay.  The next sentence is advanced

4    subchondral cystic changes also noted within the

5    glenoid.  What, if anything, does that sentence

6    mean?

7        A.   So literally what it means, the little

8    holes in the socket of the shoulder joint.

9        Q.   Okay.  So the little holes, do you

10   mean -- do you have any idea what the little holes

11   would come from?

12       A.   It could be related to osteoarthritis or

13   inflammatory arthritis, like rheumatoid arthritis.

14       Q.   Okay.  So that would be related to the

15   preexisting conditions that he already had?

16       A.   Correct.

17       Q.   We spoke earlier about there being no full

18   thickness tear, but there being possibly a partial

19   tear that wasn't noticed.  So I'll skip that.

20       A.   Well, they say they could not rule out.

21       Q.   That's what I mean.  So they couldn't rule

22   out a partial tear based on the CT results.

23           The next sentence is small fragmented

24   osteophyte or loose body noted in the anterior



1    joints measuring up to five millimeters.  What

2    would that mean for the laymen?

3        A.   So what literally it says, I can just kind

4    of translate what it says, the small fragments of

5    the osteophytes, the osteophyte is that extra bone

6    that you make when you have osteoarthritis, that

7    got chipped off, and then now it's kind of a loose

8    body.

9        Q.   Okay.  How, if you know, would an

10   osteophyte then get chipped off?

11       A.   It's hard to tell.

12       Q.   All right.  I want to talk about the

13   records generally, just sort of your opinions as a

14   physician here.

15           In some of the records it is noted

16   that Mr. Saffold complained about being handcuffed

17   behind his back, and it causing him shoulder

18   stiffness, shoulder pain, things like that.

19           If you as his physician thought that that

20   was making his symptoms worse, would you have made

21   a recommendation that he no longer be handcuffed

22   behind his back?

23       A.   So my problem is that I really don't

24   know the dynamics in the jail, so I would not dare



1   to make any recommendation of such a nature,

2   whether that particular person needs to be

3   handcuffed for safety or not.

4       Q.   Okay.  So even if you knew that he was

5   being handcuffed behind his back and it was hurting

6   him, you wouldn't put in his note that, okay, maybe

7   you should consider handcuffing him differently?

8       A.   I would have actually made a notation if

9   there is an option for him to be, like, whatever

10  handcuffed in some other way, that it's not

11  injuring him if it was injuring him.

12      MR. ALFONSO:  That's all I have.

13      MR. KHATSKIN:  I have several more questions,

14  Doctor.  Sorry.

15              FURTHER EXAMINATION

16  BY MR. KHATSKIN:

17      Q.   Page 22 of Exhibit 1.

18          So 22 is -- yeah.  So this is -- it looks

19  like these are notes of various physical therapy

20  exercises that Mr. Saffold was to do.  Is my

21  understanding correct, that this is something that

22  would have been shown to him or somebody would have

23  told him these are the exercises you need to do?

24      MS. KOPPEAN:  If you know.



1    BY MR. KHATSKIN:

2        Q.    If you know.

3        A.    I assume.

4        Q.    These are different ones, there's

5    different ones if you look through them.

6        A.    Uh-huh.

7        Q.    Am I to understand that on Page 22,

8    there's some sort of a range of motion exercise

9    where Mr. Saffold would be holding his arms behind

10   his back?

11       A.    That's correct.

12       Q.    If that movement was not clinically

13   recommended or was medically dangerous, would

14   somebody recommend this movement to Mr. Saffold?

15       A.    The goal of physical therapy is to

16   increase the range of motion in each patient and

17   adjust these exercises to their -- his or her

18   condition.  So if he feels comfortable, he can do

19   any of these exercises.

20       Q.    My question is slightly different.  I

21   appreciate that.

22            My question is if objectively this is

23   something that is dangerous for an individual with

24   his condition, would somebody recommend it?



1    A.   No.

2    MR. KHATSKIN:  Thank you, Doctor.

3    MR. ALFONSO:  Let me follow up on that.  I

4  wasn't sure about assuming this was something that

5  he was given.

6              FURTHER EXAMINATION

7  BY MR. ALFONSO:

8    Q.   So as a matter of record keeping in a

9  hospital, does a patient file -- if somebody is

10  prescribed for physical therapy, would the file

11  include physical therapy that he wasn't prescribed?

12    A.   I'm sorry?

13    Q.   So --

14    MS. KOPPEAN:  I would object.  She's not a

15  keeper of the records, I don't think she can

16  competently testify to the hospital's recordkeeping

17  policies.

18    MR. KHATSKIN:  I'll join.

19    MR. ALFONSO:  That's fine.  Then I have nothing

20  further.

21    MS. KOPPEAN:  I just ask that if this does go

22  to trial, you give the doctor a copy of her

23  deposition transcript before.

24    MR. KHATSKIN:  Of course.

