Page 1

1       IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF ILLINOIS

2               EASTERN DIVISION

3

4       ROBERT SAFFOLD,                    )
                                           )
5                   Plaintiff,             )
                                           )
6            vs.                           )  No. 18-cv-3301
                                           )
7       ILLINOIS DEPARTMENT OF             )
        CORRECTIONS; WEXFORD HEALTH        )
8       SOURCES, INC.; DANIEL ARTL;        )
        RANDY PFISTER;                     )
9       CHRISTOPHER MEDIN; JOHN            )
        DOE #1; JOHN DOE #2; GHALIAH       )
10      OBAISI, Independent Executor       )
        of the Estate of                   )
11      SALEH OBAISI,                      )
                                           )
12                  Defendants.            )

13

14           The discovery deposition of ROBERT SAFFOLD,

15      taken before Christina Basis-Prinzi, Certified Shorthand

16      Reporter, Registered Professional Reporter, taken pursuant to

17

18      the Federal Rules of Civil Procedure thereof pertaining to

19

20      the taking of depositions at 16830 South Broadway,

21

22      Crest Hill, Illinois 60403, commencing on June 17, 2019,

23

24      at 10:37 a.m.

Page 2

```
 1   APPEARANCES:
 2     LAW OFFICES OF LAWRENCE V. JACKOWIAK
       LAWRENCE V. JACKOWIAK
 3       111 West Washington Street, Suite 1500
         Chicago, Illinois 60602
 4       Phone: (312) 795-9595
         Email: ljackowiak@jackowiaklaw.com
 5          On behalf of the Plaintiff.
 6
       CASSIDAY SCHADE, LLP
 7     EDWARD A. KHATSKIN
         222 West Adams Street, Suite 2900
 8       Chicago, Illinois 60606
         Phone: (312) 641-3100
 9       Email: ekhatskin@cassiday.com
10          On behalf of Wexford Health Sources, Inc. and
            Saleh Obaisi.
11
       OFFICE OF THE ILLINOIS ATTORNEY GENERAL
12     NICHOLAS V. ALFONSO
         100 West Randolph Street, 13th Floor
13       Chicago, Illinois 60601
         Phone: (312) 814-7201
14       Email: nalfonso@atg.state.il.us
15          On behalf of Daniel Artl, Randy Pfister, and
            Christopher Medin.
16
17              * * * * * *
18
19
20
21
       Christina Basis-Prinzi
22     Certified Shorthand Reporter and
       Registered Professional Reporter
23     CSR No. 084-001769
       One North Franklin Street, Suite 3000
24     Chicago, Illinois 60606
       Phone: (312) 442-9087
```

Page 3

```
 1              I N D E X
 2
 3
 4   ROBERT SAFFOLD
 5   Examination By Mr. Khatskin             4
 6   Examination By Mr. Alfonso            131
 7   Examination By Mr. Jackowiak          170
 8   Further Examination By Mr. Alfonso    171
 9   Further Examination By Mr. Khatskin   172
10
11
12   Exhibit Number 1 UIC Medical Records       30
13   Exhibit Number 2 Medical Special Services  64
14       Referral and Report Form
15   Exhibit Number 3 Medical Records          103
16   Exhibit Number 4 Emergency Grievance July 13,  135
17       2016
18   Exhibit Number 5 Medical Permit           145
19
20
21
22
23
24
```

Page 4

```
 1      MR. KHATSKIN: Would you swear in the witness?
 2      (Witness affirmed.)
 3      THE WITNESS: Yes, ma'am.
 4          ROBERT SAFFOLD,
 5   called as a witness, having affirmed, was examined and
 6   testified as follows:
 7          EXAMINATION
 8   BY MR. KHATSKIN:
 9      Q   Mr. Saffold, my name is Edward Khatskin. I
10   represent Dr. Obaisi's estate. As you're aware, he's
11   deceased. I represent his estate. Also here is Nick
12   Alfonso. He's from the attorney general's office. He's
13   going to be representing the IDOC defendants.
14      A   Okay.
15      Q   Have you ever had your deposition taken?
16      A   This one, no. I've had one before.
17      Q   How many depositions have you given in the past?
18      A   I've had one.
19      Q   All right. That, I'm assuming, is in a previous
20   case?
21      A   Yes.
22      Q   What was that case?
23      A   People vs. The Sheriff of Winnebago County.
24      Q   So somebody was prosecuting the sheriff for a
```

Page 5

```
 1   crime?
 2      A   No. When I caught this case, they -- they
 3   violated my rights. And I put it in a lawsuit against the
 4   sheriff there at the county. Gasparini, I think, is his
 5   name.
 6      Q   So you sued the sheriff?
 7      A   Yes.
 8      Q   All right. And what was the result of that case?
 9      A   We got dismissed because I wasn't injured.
10      Q   So you lost the case basically?
11      A   Yes.
12      Q   All right. And is that the only other lawsuit you
13   filed besides this one?
14      A   No.
15      Q   How many lawsuits have you filed?
16      A   This is the third one -- three.
17      Q   This is the third lawsuit?
18      A   Yes.
19      Q   What is the one lawsuit that we haven't talked
20   about yet?
21      A   The one against Dr. Ghosh and the IDOC.
22      Q   Is that Saffold vs. Ghosh?
23      A   When I ended up getting sick down here, just out
24   of the blue.
```

2 (Pages 2 - 5)

Page 6

1  Q  And?
2  A  I ended up getting sick down here, and I almost
3 died.
4  Q  And you sued Dr. Ghosh?
5  A  Yes.
6  Q  Since you've done a deposition before, I'm sure
7 people have explained some ground rules to you, but let's,
8 kind of, go over them again. My biggest rule, number one, if
9 you don't understand a question that I ask, do not answer.
10 Does that make sense?
11  A  Yes.
12  Q  Sometimes I ask terrible questions --
13  A  All right.
14  Q  -- I understand that. If you don't get it, don't
15 answer it. I'm not kidding. Just don't answer.
16  A  Right.
17  Q  If you do answer, then can I assume you understood
18 what I asked you?
19  A  Right. If I don't understand, I'll ask you again.
20  Q  You can ask me again, but I don't want you to
21 answer. Here's the one thing that I don't want to happen: I
22 don't want you to later say, I didn't understand. Does that
23 make sense?
24  A  Yes.

Page 7

1  Q  Are you under the influence of drugs or alcohol or
2 anything else like that that could impact your ability to
3 remember today?
4  A  I mean, I take medication. That's it.
5  Q  Okay. What kind of meds do you take?
6  A  Methotrexate.
7  Q  What is that?
8  A  It's a medication dealing with my disease that I
9 have.
10  Q  All right. You have many. So is that
11 antipsychotic? Is that something that affects your --
12  A  No, it's not psychotic.
13  Q  It has nothing to do with mental health?
14  A  Right.
15  Q  Do you feel like you know the difference between
16 truth and not truth right now?
17  A  Yeah, I know the difference between truth and not
18 truth.
19  Q  Do you feel like your memory is not impacted
20 today?
21  A  No.
22  Q  It's not impacted?
23  A  No, it's not impacted.
24  Q  That's all -- I was trying to make sure that you

Page 8

1 in a mental state where you can give a deposition.
2  A  Yes.
3  Q  All right. Did you handwrite the original
4 complaint in this case?
5  A  No. I had someone go over it with better
6 handwriting.
7  Q  I did notice. It was very nice penmanship.
8  A  I appreciate that.
9  Q  But you read all of it?
10  A  I wrote the original one, but my handwriting is
11 sloppy. So I had somebody go over it.
12  Q  So the complaint that was submitted to the Court,
13 did you read it to make sure that everything in there was
14 truthful?
15  A  Yes.
16  Q  Did you understand that you have to be truthful
17 with the Court when you submitted it?
18  A  Yes.
19  Q  So all of the factual things, the stuff you say in
20 the complaint, we can assume that you intended that to be
21 true?
22  A  They are true.
23  Q  Okay. What's your date of birth?
24  A  8/25/68.

Page 9

1  Q All right. Where were you born?
2  A Jackson Park -- Jackson Park Hospital, Chicago,
3 Illinois.
4  Q And did you grow up in Chicago?
5  A No. My mom passed away when I was four months
6 old, so my grandparents came and got me. And I was raised in
7 Rockford, Illinois.
8  Q So Rockford is where you were raised?
9  A Yes.
10  Q Did you go to high school?
11  A Yes.
12  Q In Rockford?
13  A Yes.
14  Q Did you graduate?
15  A No. I left my sophomore year to go to Job Corps
16 in Golconda, Illinois.
17    THE COURT REPORTER: In what Illinois.
18    THE WITNESS: Golconda.
19 BY MR. KHATSKIN:
20  Q So besides sophomore-level education while you
21 were out, I'm assuming, did you get a GED as --
22  A I have my GED since '86.
23  Q '86, GED. Where did you get your GED?
24  A At Golconda Job Corps Center.

3 (Pages 2 - 5)

Page 10

1  Q So they provided additional training?
2  A Yes.
3  Q  When were you first incarcerated?
4  A 1990.
5  Q Okay. What was that for?
6  A   For boot camp aggravated battery on police
7 officers. I went to Dixon Springs Impact Incarceration
8 Program and went to boot camp. And then they kicked me out
9 of there. And I went to Menard and then Shawnee and then
10 down to Danville.
11  Q So that was one sentence?
12  A Yes.
13  Q When were you out on that sentence?
14  A When was I out?
15  Q (Indicating.)
16  A In '92.
17  Q So you did two years, bounced around a bunch of
18 prisons in Illinois?
19  A Yes.
20  Q When was your next sentence?
21  A '93.
22  Q All right. What was that for?
23  A It was for simple robbery.
24  Q All right. How many years did you do on that?

Page 11

1  A   18 months.
2  Q  Do you remember where?
3  A   Centralia.
4  Q  What was next?
5  A   That was it. This is next.
6  Q  When was "this"?
7  A   1996.
8  Q  All right. This is for murder?
9  A   Yep.
10  Q  And I'm assuming it's life?
11  A   Yes.
12  Q  Do you have any medical training?
13  A   No.
14  Q  Not at all? Not barely?
15  A   When you say "training," I mean, I know about
16 medical, but I don't have any training.
17  Q   Okay. I wanted to -- good. I wanted to
18 distinguish that. So you don't have any formal training, but
19 you said you know about medical. How do you know about
20 medical?
21  A   Because my daughter's mom who I've known for
22 18 years, she was a nurse at the hospital when I lived with
23 her. And her grandmother was also a nurse at the hospital.
24  Q   All right.

Page 12

1  A So I've been dealing with her for years.
2  Q So you know several nurses?
3  A Yes.
4  Q I'm married to one.
5  A Okay. And my daughter is an RN too.
6  Q So your medical training or your medical knowledge
7 comes from the nurses that you familiar with?
8  A That and experience.
9  Q  Experience.  Have you read any medical books?
10  A   No.  Besides Merck's Medical Dictionary, no.
11  Q The Merck's Medical Dictionary?
12  A Yeah.
13  Q That would basically define terms?
14  A It defines terms and everything and the
15 medications you take and the symptoms you're going through.
16  Q An encyclopedia?
17  A Yes.
18  Q Are you familiar with the inmate handbook?
19  A Am I familiar with it?
20  Q Yes.
21  A The AR-504?
22  Q The handbook that you receive whenever you enter a
23 prison facility?
24  A I mean, it's been 22 years ago, but, yeah, I'm

Page 13

1 familiar with it.
2  Q   Do you have a copy?
3  A   No.
4  Q   Were you given a copy at some point in time?
5  A   Yeah, when I first came in 1998.
6  Q   And you signed for it?
7  A   I can't even remember.
8  Q   Okay. Did you read it?
9  A   Yes, for the -- for the most part.
10  Q   Okay. Are you familiar with what is called the
11 sick-call process or how you're supposed to request medical
12 care?
13  A   Well, back then, you could just tell the nurse
14 that I need to go to sick call. And they'd let you out, and
15 you go down there. So since then, the situation has changed.
16 Are you referring to how they practiced it in the early 2000s
17 or how they practice it right now?
18  Q   Well, let's fast-forward to, say, 2016. How did
19 they do it in 2016?
20  A   How did they do it in 2016?
21  Q   Yes.
22  A   When you go out of your cell, there's a sheet of
23 paper on the wall and/or you can talk to a nurse. And when
24 the nurse comes by, you can tell her, Hey, sign me up for

4 (Pages 34 - 37)

Page 14

1 sick call. And then she would be, like, Give me your ID.
2 You hand over your ID, and then she'll write your information
3 down. And then you basically would be put on the sick-call
4 list.
5 Q Any other way you can request sick call?
6 A You can get a chance to sign up. You might be
7 able to holler down at the nurse who is doing the sick call
8 and talk to a sergeant, and he'll ask what your issue is. If
9 he's cool with you, he might be able to let you go down to
10 speak with the nurse.
11 Q Is there a process where you can send in what used
12 to be called a kite?
13 A Yes, they don't do that anymore. They changed the
14 boxes on that.
15 Q When did they stop doing that?
16 A I'm not for sure.
17 THE COURT REPORTER: Did you say "kite"?
18 MR. KHATSKIN: Kite.
19 THE WITNESS: A letter.
20 BY MR. KHATSKIN:
21 Q Are you familiar with the grievance process?
22 A Yes.
23 Q What is the grievance process? Can you describe
24 that for me?

Page 15

1 A The grievance process is where something goes
2 wrong and you feel that that is an injustice to you, you can
3 write a grievance hoping that the IDOC will remedy the
4 situation.
5 Q I'm not asking for the purpose. I'm actually
6 asking the process. What do you do first?
7 A Well, you get a grievance, and you write it down.
8 Q All right.
9 A And then --
10 Q And that's on a grievance form, right?
11 A Yes.
12 Q All right.
13 A Now, if it's an emergency grievance, you can send
14 the emergency straight to the warden --
15 Q Okay.
16 A -- because the regular grievance, you can send it
17 in a grievance box down. Like I said, the procedure has
18 changed.
19 Q Now, the difference between an emergency and a
20 nonemergency from your standpoint is you check an emergency
21 box, right?
22 A Right.
23 Q And if it's not an emergency, you don't check the
24 box?

Page 16

1 A Right.
2 Q And it's a form that you essentially hand to your
3 counselor? Is that my correct understanding?
4 A No, you don't hand it to your counselor now.
5 Q Okay.
6 A They changed it. Now it just goes downstairs, and
7 you just put it in the box --
8 Q Okay.
9 A -- whenever you leave out your cell. Nobody else
10 is supposed to touch it.
11 Q So you put it in a box?
12 A Yes.
13 Q And then you get a response from your counselor if
14 it's not an emergency; is that right?
15 A If it's an emergency grievance --
16 Q I'm asking if it's not an emergency.
17 A Yes.
18 Q And if it is an emergency, it goes to the warden?
19 A Yes.
20 Q And then the warden may issue some sort of an
21 opinion or can deem it not an emergency, correct?
22 A Yes.
23 Q And if it's deemed not an emergency, then you're
24 supposed to send it through the regular channel, right? You

Page 17

1 have to resend the grievance as a regular grievance?
2 A No.
3 Q You're not supposed to?
4 A No.
5 Q What are you supposed to do?
6 A If the warden signs off on your grievance, that
7 means that you have exhausted all the grievances. He's the
8 chief administrative officer. And once the warden signs off
9 on it, you can send it straight to Springfield.
10 Q And my question is, what if the warden -- the
11 signature says this is not an emergency (sic). Is it your
12 understanding that you just send it straight to Springfield?
13 A Well, he signed off on it.
14 Q All right. Have you read the actual grievance
15 form?
16 A Did I read the grievance form?
17 Q Yes.
18 A Yes.
19 Q Isn't there a spot that says -- when it's deemed
20 not an emergency, doesn't it instruct you to send it through
21 the regular channels?
22 A Yes.
23 Q But you're saying that that's not the rule that
24 you follow?

5 (Pages 34 - 37)

1    A   I'm saying once I send the grievance in and the
2 warden signed the signature, that means this no longer has to
3 stay in Stateville. You send it downstate.
4    Q   And then where do you send it?
5    A   Downstate to the ARB Board.
6    Q   The ARB? Okay. How much time do you have to
7 appeal your grievance to the ARB after a decision?
8    A   I think 30 days or 60 days. I'm not for sure.
9    Q   If I told you it's 30 days, any reason to disagree
10 with that?
11   A   I wouldn't see why you're lying to me.
12   Q   Does that mean that you have no reason to disagree
13 with me?
14   A   Right.
15   Q   Within how many days of an event taking place are
16 you supposed to write a grievance about that event?
17   A   I'm assuming it's 60.
18   Q   And that's something that you just remember or
19 just, kind of, common knowledge?
20   A   Well, I'm assuming -- assuming 60.
21   Q   And in order for that time to start clicking --
22 you're right, by the way, about the 60 days. In order for
23 the time to start clicking on that 60 days, in your
24 grievance, you, kind of, have to put a date on when stuff

1 happened, right?
2    A   Yes.
3    Q   So you have to be specific. On this date, this
4 happened, blah, blah, blah. This is why it's wrong. Is that
5 fair?
6    A   Well, I mean, at the grievance at the top of it,
7 you can put the date the incident happened. You don't
8 necessarily have to put the date on it once you write it down
9 in there.
10   Q   Right. We'll go through your grievances. You're
11 telling me that on the grievance form there's a date that
12 says this is the date of the incident?
13   A   No. I'm telling you that on the grievance form,
14 if I was to fill it out --
15   Q   Yeah.
16   A   -- as an example would it be June 4 today --
17   Q   Sure.
18   A   -- I would write that. On the top, that's the
19 date right there.
20   Q   So to you, that's the date of the incident --
21   A   Yes.
22   Q   -- that you're grieving about?
23   A   Yes.
24   Q   What if something happened on, say, three days

1 ago, and you just got to the grievance today? How would
2 you --
3    A   I still have to -- I can't backtrack on the
4 grievance. I would still put -- if it happened three days
5 ago, I would put today's date down there. And then I would
6 put on such and such a date, and then I would put three days
7 ago on there.
8    Q   So are you telling me that if you don't put a date
9 in the body of the grievance, that means that the date that
10 you put on the top of the grievance is the date that governs
11 the grievance? Is that what you saying?
12   A   No.
13   Q   Okay. In a situation where you do not designate a
14 date in the body of the grievance, how do we know when the
15 stuff happened?
16   A   Well, as an example, if Orange Crush came down
17 here on -- we'll say, July 12. If they came down here --
18   Q   Yeah.
19   A   -- on July 12 --
20   Q   Of 2016?
21   A   -- everybody in the institution knows what day
22 that the Orange Crush came down here.
23   Q   Okay.
24   A   It's impossible for them to not work at the

1 institution and not realize when they came down. So that's
2 easy to distinguish right there.
3    Q   So if it's a readily distinguishable event, then
4 you feel like you don't need to put a date down on the
5 grievance?
6    A If it's readily what?
7    Q   A distinguishable event. If it's something that
8 everybody knows about?
9    A   I mean, if I'm explaining it to a counselor, yeah.
10   Q   All right. Could you just describe -- I don't
11 need the full description, but just generally describe your
12 medical condition that is the subject of this lawsuit. From
13 what I understand it's called connective tissue disease; is
14 that right?
15   A   That's not the subject of this lawsuit.
16   Q   I understand, but that's -- that's not the subject
17 of this lawsuit?
18   A   No.
19   Q   All right. What medical condition is the subject
20 of this lawsuit?
21   A   That I have a torn shoulder.
22   Q   You have a torn shoulder?
23   A   Yes.
24   Q   All right. Is this entire lawsuit about a torn

6 (Pages 34 - 37)

Page 22

1 shoulder?
2     A     Yes.
3     Q     And when did you suffer the shoulder tear?
4     A     July 12 of 2016.
5     Q     All right. Has a medical professional told you
6 that your shoulder has been torn?
7     A     Yes.
8     Q     All right. When did a medical professional tell
9 you that?
10    A     When I went to go see the -- when I went to go see
11 the person to get a CT scan at the UIC Hospital.
12    Q     And when was that?
13    A     Last year Dr. Okazi, the medical director, sent me
14 out there, and I had a CT scan. I think it was around May or
15 June or something like that.
16    Q     So that would be, like, May of 2018?
17    A     Yes.
18    Q     So you're telling me that an event took place in
19 July of 2016 --
20    A     Yes.
21    Q     -- and you had a shoulder tear in 2018 as a result
22 of it?
23    A     You're saying and I had a shoulder tear?
24    Q     Do you believe --

Page 23

1         MR. JACKOWIAK: He was diagnosed in 2018.
2 BY MR. KHATSKIN:
3     Q     Got it. So you're saying the event tore your
4 shoulder in 2016?
5     A     Yes.
6     Q     And the event -- let's just be very direct about
7 it, July 12, 2016, right?
8     A     Yes.
9     Q     You're saying that you were handcuffed behind your
10 back?
11    A     Yes.
12    Q     And you had a shoulder tear as a result of the
13 handcuffs behind your back?
14    A     Yes.
15    Q     And you're telling me that in 2018 a doctor told
16 you that your shoulder was torn?
17    A     Yes.
18    Q     Have any doctors told you that your shoulder is
19 not torn?
20    A     No.
21    Q     Okay.
22    A     It took a long time to get diagnosed.
23    Q     All right. And this diagnosis is not something
24 that a doctor just told you? This is something that's in

Page 24

1 your medical records?
2     A Yes.
3     Q A shoulder tear?
4     A Yes.
5     Q And when I say "medical records," your UIC medical
6 records?
7     A Yes.
8     Q     Now, your grievance -- and I can show it to you,
9 but do you remember writing a grievance on July 12, 2016?
10    A Yes.
11    Q And you said something in that grievance about a
12 "frozen shoulder." Do you remember that?
13    A Yes.
14    Q And then you said, That means no cuffs behind the
15 back?
16    A Yes.
17    Q So on July 12, 2016, how did you know that frozen
18 shoulder equals no cuffs behind the back?
19    A Because I had seen my rheumatologist. And when I
20 seen my rheumatologist, she --
21    Q I appreciate that answer, but let's be a little
22 bit more specific. When did you see your rheumatologist?
23    A I think it was in May of 2016.
24    Q All right. So there was an appointment, I

Page 25

1 remember, in May of 2016 at UIC --
2     A     Yes.
3     Q     -- and you're telling me that that rheumatologist
4 told you what?
5     A     She told me that there's limited movement in my
6 shoulder, that I have tendinitis of my shoulder --
7     Q     Yes.
8     A     -- and something that she calls frozen shoulder.
9     Q     Sure. And did she use the term "range of motion"
10 maybe?
11    A     Yes.
12    Q     All right.
13    A     She said I had limited range of motion.
14    Q     Got it. And then what? What else did she say?
15    A     That's basically it. I've got the report here
16 somewhere.
17    Q     No, I've got the report. I came prepared. She
18 never said no cuffs behind the back, did she?
19    A     This is what it is. When I --
20    Q     I'm sorry. That was a bad question. Let me ask a
21 better question. Nothing in the medical record on May -- in
22 May of 2016 says no cuffs behind the back, right?
23    A     Nothing in the record says that?
24    Q     Nothing in the medical record says no cuffs behind

Page 26

1 the back.

2     A No.

3 Q All right. In fact, that medical record doesn't

4 contain the word "handcuffs," right?

5     A Are you referring to going to see the outside

6 hospital?

7 Q Yeah.

8 A No, it doesn't say that.

9 Q It doesn't say waist chains, right?

10 A No.

11 Q It doesn't say any restraint system whatsoever,

12 right?

13     A Right.

14 Q Now, that doctor knew you were a prisoner when you

15 came in?

16 A Yes.

17 Q I'm not going to ask, but do you know if that

18 doctor is aware that prisoners have to be restrained at

19 certain times?

20     MR. JACKOWIAK: Objection. Calls for speculation.

21     You just said you weren't going to ask, and you

22 asked.

23     MR. KHATSKIN: Fair enough. I was trying to see

24 if you were paying attention.

Page 27

1     MR. JACKOWIAK: Do you plan to run for office?

2     MR. KHATSKIN: No, I don't.

3     MR. JACKOWIAK: You can answer that question, if

4 you know.

5     THE WITNESS: When a prisoner goes in there,

6 they're handcuffed two different ways. They either have a

7 box --

8 BY MR. KHATSKIN:

9     Q Yeah.

10 A -- a black box --

11     Q Yeah.

12 A -- that's contained. It's a lot of pain to the

13 wrist and shoulders --

14     Q Yeah.

15 A -- or either they have a waist chain going around

16 there that takes pain off of your body. With me having a

17 condition --

18 Q I didn't ask you all of that. I appreciate that.

19 Let me ask this question, when you walked into the room to

20 see that doctor, were you handcuffed?

21 A   Yes.

22 Q So she's aware --

23 A With a waist chain.

24 Q Got it. So she's aware that you are restrained

Page 28

1 periodically?

2     A I mean, it's self-explanatory.

3     Q Now, you would agree that inmates in prisons have

4 to be restrained at times, right?

5     A Restrained?

6     Q Yes.

7     A No.

8     Q You don't think so?

9     A No.

10     Q You don't think prisoners should be in handcuffs?

11     A No.

12     Q Are you wearing handcuffs right now?

13     A No.

14     Q Okay.

15     A And when I go to the outside hospital, the

16 handcuffs come off to adequately be able to see my specialist

17 out there.

18     Q Absolutely. So there are certain situations where

19 your handcuffs do have to come off?

20     A Yes.

21     Q When you're traveling to a hospital, for example,

22 you're handcuffed, correct?

23     A Yes.

24     Q All right. When the tactical team over there

Page 29

1 comes in, you have to be handcuffed?

2 A Yes.

3 Q Like any other inmate?

4 A Right.

5 Q You talked about a black box.

6 A Yes.

7 Q Is that a painful thing?

8 A Yes.

9 Q That's painful for everybody, right? Every inmate

10 complains about that?

11 A Right.

12 Q It's just a mechanism nobody likes, but it's part

13 of prison life, fair?

14     A I guess.

15 Q All right. You know, let's talk about that

16 appointment a little bit more in -- that was in May of 2015,

17 right?

18 A Yes.

19     MR. JACKOWIAK: Is there a document that you

20 looking at or referring to?

21     MR. KHATSKIN: Yes. So I've a UIC Bates numbering

22 on it. Is that just mine?

23     MR. ALFONSO: Yes. I don't have UIC

24 Bates-numbered documents. Can you get those to me?

8 (Pages 34 - 37)

Page 30

1 MR. KHATSKIN: Yes.

2 MR. ALFONSO: All I have are the IDOC --

3 MR. KHATSKIN: Do you have these right here that

4 are Bates? Or is that me?

5 MR. ALFONSO: So those are the ones that I have

6 provided.

7 MR. JACKOWIAK: That doesn't look familiar.

8 MR. KHATSKIN: These are UIC medical records.

9 MR. JACKOWIAK: Yes.

10 MR. KHATSKIN: You don't have these medical

11 records?

12 MR. JACKOWIAK: I'm saying it doesn't look

13 familiar. I'm not saying whether we got them or not.

14 MR. KHATSKIN: I have two copies here. We can

15 share, and you can keep those afterwards.

16 So we've got these medical records -- I'm going to

17 mark this as Exhibit 1, and then I will produce all of these.

18 Off the record for a second.

19 (Proceedings were had off the record.)

20 (Exhibit Number 1 was marked for

21 identification.)

22 BY MR. KHATSKIN:

23 Q Mr. Saffold, before we go back on to review these

24 medical records, you reviewed these UIC medical records,

Page 31

1 right?

2 A Some of them.

3 Q Are there any inaccuracies on your outside

4 treater's medical records?

5 A She doesn't write down everything I tell her to.

6 Q Okay. She writes down the pertinent stuff?

7 A Well, what's important to her, yeah.

8 MR. JACKOWIAK: Objection. Calls for speculation.

9 BY MR. KHATSKIN:

10 Q Is there anything that you can tell me that, you

11 know, she wrote down this and I actually told her the exact

12 opposite?

13 MR. JACKOWIAK: Counsel, it's a very vague

14 question. It calls for speculation. Why don't we just go

15 through the record that you want to specifically address?

16 MR. KHATSKIN: Is that an objection?

17 MR. JACKOWIAK: Yes, it's an objection.

18 BY MR. KHATSKIN:

19 Q Subject to that objection, answer my question,

20 please. Should I reask it?

21 THE WITNESS: Do I answer his question?

22 MR. KHATSKIN: Are you instructing your client not

23 to answer?

24 MR. JACKOWIAK: Let's hear the question again.

Page 32

1 BY MR. KHATSKIN:

2 Q Are there any inaccuracies in the medical records?

3 A I don't have all the medical records.

4 MR. JACKOWIAK: He answered your question already.

5 He said yes.

6 MR. KHATSKIN: He didn't.

7 THE WITNESS: Yes. Yes. Yes.

8 BY MR. KHATSKIN:

9 Q There are inaccuracies --

10 A Yes.

11 Q -- in UIC medical records?

12 A Yes.

13 Q What are they?

14 MR. JACKOWIAK: Counsel, come on. Let's go

15 through the medical records.

16 MR. KHATSKIN: Absolutely not. He just said

17 there are --

18 THE WITNESS: Are you going to give me the medical

19 records?

20 MR. JACKOWIAK: Do we have to go through every

21 single page of these?

22 THE WITNESS: We'll be here all day then. Let me

23 see. We'll read one page by one page. It doesn't matter to

24 me.

Page 33

1 MR. JACKOWIAK: We are not going to go through the

2 records one page by one page.

3 MR. KHATSKIN: Your client --

4 MR. KHATSKIN: He answered your question. Just

5 ask another question.

6 MR. KHATSKIN: No. Absolutely -- your client,

7 without looking at the medical records, said there are

8 inaccuracies --

9 THE WITNESS: You asked me --

10 MR. JACKOWIAK: There are inaccuracies in all

11 medical records.

12 MR. KHATSKIN: Okay.

13 MR. JACKOWIAK: All medical records.

14 MR. KHATSKIN: Great. I want to know about these

15 ones. Are you telling me I'm not entitled?

16 MR. JACKOWIAK: Let's go through them page by

17 page. We'll be here for days.

18 MR. KHATSKIN: Do you know what? I will ask it in

19 an interrogatory letter.

20 BY MR. KHATSKIN:

21 Q On May 16, 2016, do you remember receiving a home

22 exercise program?

23 A I don't know what you mean.

24 Q Okay. Did somebody teach you to do, like,

9 (Pages 34 - 37)

Page 34

1 physical activity and exercises on that date?

2    A    In May of 2016?

3    Q    Yes.

4    A    I mean, my -- I don't recall.

5    Q    You don't recall?

6    A    No.

7    Q    If you don't recall, no reason to think it didn't

8 happen, right?

9    A    I don't recall.

10    Q    Okay --

11        MR. JACKOWIAK: Is it in the medical records?

12        MR. KHATSKIN: Yeah, it's in the medical records.

13 Let's look at Page UIC 00021.

14        MR. JACKOWIAK: Do you have this?

15        THE WITNESS: No, I don't have -- the only medical

16 records I have are -- I don't have a complete copy of my

17 medical records.

18        MR. JACKOWIAK: This one here?

19        MR. KHATSKIN: Sure.

20        MR. JACKOWIAK: This is what you talking about?

21        MR. KHATSKIN: Yes.

22 BY MR. KHATSKIN:

23    Q    So you see right there it says May 16, 2016, is

24 the result day?

Page 35

1    A    Show me where it says that. Okay.

2    Q    All right.

3    A    You know, when I go out there if the

4 rheumatologist gives something, they give it to the officer.

5 They don't give anything directly to me.

6    Q    Do they show you anything?

7    A    Yeah.

8    Q    All right. So on that date, I'm trying to say,

9 you have no memory of them showing you how to do any

10 exercises?

11    A    They gave me some form with, like, yoga exercises

12 on there.

13    Q    All right. There you go.

14    A    And the officer took it.

15    Q    Got it. Later on you told the doctor on multiple

16 times that you're doing your exercises and you're doing your

17 yoga exercises. I can show that to you in subsequent medical

18 records.

19    A    A big stretch, yes.

20    Q    You said that to a doctor?

21    A    Yes.

22    Q    All right. The yoga exercises and the exercises

23 that you were referring to when you were talking to your

24 doctor -- are those the exercises that they showed you how to

Page 36

1 do?

2    A    I can't -- if you ask me right now, Show me an

3 exercise and you'll go out of here, I'd be locked up still.

4    Q    What?

5    A    If you asked me right now if I could remember the

6 exercises on that paper --

7    Q    Yes.

8    A    -- and I would be able to go home, I'd be locked

9 up still.

10    Q    I understand what you saying. You don't remember?

11    A    The exercises, no.

12    Q    All right. Do you remember doing any type of

13 exercises that you told the doctor about?

14    A    Yeah.

15    Q    Okay.

16    A    Getting up in the morning, doing sit-ups, jogging

17 in place.

18    Q    All right. Were some of the exercises and the

19 yoga that you just referred -- you just referred to doing

20 yoga.

21    A    Yes.

22    Q    You didn't know how to do yoga before they showed

23 it to you, right?

24    A    Well, actually I went to a yoga retreat here --

Page 37

1    Q    Okay.

2    A    -- and I watch a lot of yoga on TV also. Yes, I

3 knew how to do yoga before that.

4    Q    Got it. Have you done any exercises out of what

5 they showed you on May 16, 2016?

6    A    If I did any exercises out of -- are you talking

7 about out of the pamphlet?

8    Q    Yes.

9    A    I'd have to see what's in the pamphlet.

10    Q    All right. Let's go to Page 25. Hopefully this

11 will jog your memory. You see there are some exercises that

12 they suggest you do. It's called wall push-up. Have you

13 ever done a wall push-up?

14    A    Yes.

15    Q    Does this jog -- there's, like, a lot of different

16 exercises they wanted you to do?

17 A Right.

18    Q    Does this help you remember that you were doing

19 this one?

20    A Yeah.

21    Q All right.  When you were doing these exercises,

22 did you just, kind of, go down the list of all the stuff they

23 showed you? Like, I'll do this one, this one, that one?

24 A Our cells are set up different (sic). You can't

10 (Pages 34 - 37)

Page 38

1 do every exercise inside a cell when you've got another guy
2 right there in your space.
3    Q    Got you. Fair enough. Space allowing, did you do
4 all the exercises that they showed you?
5    A    Everyone that I could do in the cell.
6    Q    Perfect. Let's go on to the next page. I'm
7 sorry, two pages down. That's Page 27, for the record. This
8 one, I think, is called -- well, it's a picture of a guy
9 extending his arm and then, kind of, putting it on top of his
10 head?
11    A    Right.
12    Q    Do you remember doing that exercise?
13    A    Yes.
14    Q    All right. Great. Let's go to Page 28. So this
15 one is called the side raise. Do you remember doing that
16 exercise? That's something that you could do in a cell?
17    A    Yeah.
18    Q    You just did it for now, for the record. I think
19 you could extend your hand at a perpendicular angle?
20    A    Yeah.
21        MR. ALFONSO: It was his right arm, for the
22 record.
23        THE WITNESS: Thank you.
24

Page 39

1 BY MR. KHATSKIN:
2    Q    Right arm?
3    A    Thank you.
4    Q The next one is on Page 29. There's a thing
5 called the shoulder press. I'm assuming they don't give you
6 dumbbells in your cell?
7    A Right.
8    Q But you could do that without the dumbbells,
9 right?
10    A Yes.
11    Q Did you do that?
12    A Yes.
13    Q All right. Let's see. Let's skip a couple. We
14 don't have to go through everyone here. There's one
15 called -- on Page 33, they call this one the wall walk?
16    A I did that one in her office.
17    Q Yeah, you did that one.
18    A Remember --
19    Q Got it. So you could do that one. Then there's
20 one --
21    A With my right hand.
22        THE COURT REPORTER: Did you say in her office?
23        MR. KHATSKIN: Yeah.
24        THE WITNESS: When I went out there, she showed me

Page 40

1 how to do that one right there.
2 BY MR. KHATSKIN:
3    Q    So could you do that with your left arm?
4    A    No, not all the way.
5    Q    Not all the way. Could you do it partially?
6    A    Yes.
7    Q    The next one is called the pendulum exercise.
8 It's on Page 84.
9    A    I've never even seen that right there.
10    Q    You haven't seen that one?
11    A    No.
12    Q    All right. Got you.
13    A    This whole booklet right here --
14    Q    Yes.
15    A    -- I never did get this to take to my cell.
16    Q    Got it.
17    A    That's why I don't know about the exercises you
18 keep referring to.
19    Q    Got it. So how were you able to just agree that
20 you did all these other exercises?
21    A    Because -- because I watch a lot of yoga programs,
22 and I do exercise in my cell for my other condition. So I
23 know what exercises I'm able to do, and I know what I did
24 before.

Page 41

1    Q Got it. So somebody else has instructed you,
2 like, a yoga program has instructed you?
3    A Yoga programs don't instruct you. You watch the
4 yoga program.
5    Q All right. No, I understand that. How did you
6 know that would be okay for your medical condition?
7    A You said how does it know?
8    Q How do you know that it's okay for you to do those
9 exercises?
10    A Because of -- because of --
11    Q Mr. Saffold, let me finish my question. Let's not
12 talk over each other. Here's my question again: By watching
13 a yoga program on your TV, right, how did you know that the
14 yoga program is giving you proper instruction to do exercises
15 that are compatible with your condition?
16    A Oh, this is simple. From going through physical
17 therapy, Dr. Jose told me what exercises I can do --
18    Q Got it.
19    A    -- and what exercises I wasn't supposed to do.
20    Q    Perfect. So Dr. Jose, kind of, said, You can do
21 all of these?
22    A Most of them.
23    Q If Dr. Jose says that an exercise is acceptable
24 for you, then that's okay. You, kind of, take him as an

11 (Pages 34 - 37)

Page 42

1  authority on this?
2      A    I mean, if I can do an exercise and it doesn't
3  hurt, I might try it.
4      Q    So let's go to Page 36. So there's not a name for
5  this exercise, but you see how it's, kind of, like putting
6  your arms behind your back?
7      A    Yes.
8      Q    One hand grabbing the other hand --
9      A    Yeah.
10     Q    -- kind of, going up and down? Did you do this
11  exercise?
12     A    No.
13     Q    You couldn't do it with either arm?
14     A    No. I could do it with the right arm. Yeah.
15     Q    You could do it with the right arm?
16     A    Yeah.
17     Q    But you couldn't do it with the left arm?
18     A    No.
19     Q    Why not?
20     A    What do you mean "why not"?
21     Q    Why not?
22     A    Because my shoulder was hurting, I can't grab both
23  of my hands like that.
24     Q    How far could you go?

Page 43

1      A    I can grab my arm at the bottom, but I couldn't
2  grab it at the top right there.
3      Q    But you could grab it at the bottom?
4      A    Yeah.
5      Q    So that's extending your arms?
6      A    When I'm bringing my right arm over to my left.
7      Q    Got it. If you bring your right arm to your left,
8  you could have both arms behind your back?
9      A    No, at the bottom of my butt, yeah.
10     Q    At the bottom of your butt --
11     A    Yeah.
12     Q    -- you could have both of your arms behind your
13  back?
14     A    Right.
15         MR. ALFONSO: In that position, was there any pain
16  in your shoulder when you had both your arms behind your
17  back?
18         THE WITNESS: Yes. That's why I don't do that
19  exercise.
20  BY MR. KHATSKIN:
21     Q    Now, somebody at UIC who suggested these
22  exercises, having examined you, decided that these are
23  exercises that they could suggest for you, correct?
24     A    Right.

Page 44

1      Q    And somebody at UIC who suggested these exercises,
2  after having examined you, has more medical training than you
3  do?
4      A    Yeah, of course.
5      Q    Let's go to Page 39. I think this one is actually
6  called frozen shoulder. Right there.
7      A    Yes.
8      Q    Could you do that exercise?
9      A    Yeah, I could do that in my cell.
10     Q    Both arms?
11     A    Yeah.
12     Q    All right.
13     A    It's going to hurt on my left, but I can do it.
14     Q    You have a condition, so a lot of physical therapy
15  is going to be painful --
16     A    Yeah.
17     Q    -- but that's expected, right?
18     A    Right.
19     Q    And the UIC doctors told you that? When you do
20  physical therapy, it doesn't feel good, it's a medical
21  treatment, right?
22     A    No. They never tell me it don't feel good (sic).
23     Q    Has a physical therapist ever informed you that
24  physical therapy doesn't always feel good?

Page 45

1      A    No.
2      Q    Your thinking --
3      A    My physical therapist only tells me, If it hurts,
4  let me know. If you feel a sharp pain, let me know --
5      Q    Okay.
6      A    -- and we'll withdraw or stop immediately.
7      Q    Got it. Let's go to the next one. This is on
8  Page 40. This one is called the broom stretch. Yeah, that
9  one right there. Could you do that exercise?
10     A    With what?
11     Q    Could you do it without the broom? Just kind of
12  lifting your arm that high?
13     A    Yeah.
14     Q    Both arms?
15     A    Yeah, but I never seen that exercise.
16     Q    I appreciate it, but my question is, could you do
17  this one?
18     A    Yes. With my right arm, yeah.
19     Q    What about with your left?
20     A    No.
21     Q    Let's go to the next one. That's on Page 41.
22  This one, I take it, is called the back scratch. Could you
23  do that exercise?
24     A    Yes.

12 (Pages 34 - 37)

Page 46

1  Q Both arms?
2  A No.
3  Q Just your right arm?
4  A Yes.
5  THE COURT REPORTER: Did you say back scratch?
6  MR. KHATSKIN: Back scratch. Yes.
7  THE WITNESS: You asked could I do it or did I do
8  it?
9  BY MR. KHATSKIN:
10  Q Could you do it?
11  A I probably could, but I -- I didn't do it though.
12  Q You did not do it?
13  A No.
14  Q Here's the next one. This one is called -- this
15  is on Page 42. It's called the adduction.
16  A Yeah. That was in the yoga class right there.
17  Q And you could do that one?
18  A Yeah, I did that before.
19  Q Both arms?
20  A Yes.
21  Q All right. Let's go to Page 94 of these records.
22  Let's see. So this is December 9, 2015, right?
23  A Okay.
24  Q So you saw Dr. Suncica Volkov. Am I pronouncing

Page 47

1  her first name correctly?
2  A Yes. Yes.
3  Q And you told her you didn't want to repeat
4  injections. I'm assuming that's a pain management injection
5  of some sort?
6  A It's a cortisone shot.
7  Q You didn't want that?
8  A Yeah. Because my physical therapist told me the
9  more cortisone shots I get, the worse off it's going to be.
10  Q Then you denied pain, swelling elsewhere?
11  A Also when you're referring to where, I was getting
12  them in my knee and in my shoulder that was actually injured
13  at the time.
14  Q Which was which shoulder?
15  A My right shoulder.
16  Q It says right here, Denies joint paint, swelling
17  elsewhere. So I'm assuming that wouldn't involve your left
18  shoulder as well?
19  A Correct.
20  Q And you told the doctor you're doing physical
21  therapy exercises and yoga daily?
22  A Yes. I was in physical training at that time --
23  physical therapy.
24  Q All right. Do you remember what kind of physical

Page 48

1  therapy exercises you were doing at the time?
2  A I was doing it for my leg.
3  Q Uh-huh.
4  A And for my upper body. So it varies. I might go
5  in there and I might ride the exercise bike. I might get a
6  big ball and hold my arm up and bounce up against the wall.
7  I might get some of those bands and do my arm like this and
8  do my other arm -- raise it up.
9  Q When you say "do my arm like this," the record
10  doesn't make it very clear. Did you just, essentially, show
11  me with your right arm --
12  A Yes.
13  Q -- that you're doing essentially I think what is
14  called an abduction, right?
15  A I don't know the name of it. I can describe it.
16  Q Go ahead.
17  A There's a machine with a band on this end. And
18  then you take your arm and you might hold it out in front of
19  you and go down. That would be one rep right there.
20  Q On your side, you mean? It goes up, kind of,
21  laterally on your side?
22  A In -- in front of you.
23  Q Oh, this way?
24  A Yes, that's in front of you.

Page 49

1  Q It would go in front of you --
2  A Yes.
3  Q -- up to a 90-degree angle?
4  A Yes.
5  Q And that would engage the shoulder muscle?
6  A Yes.
7  Q Any other physical therapy exercises you were
8  doing at that time?
9  A There's a host of -- they've got a leg machine
10  inside.
11  Q I'm not interested in the legs.
12  A Well, you just asked, right?
13  Q Sure. Anything for shoulders?
14  A I think there was a lot of shoulder stretching.
15  Q A lot of shoulder stretching?
16  A Yeah, a lot of shoulder stretching.
17  Q And while this was happening, again, you told the
18  doctor no pain, swelling anywhere as far as your shoulders
19  are concerned?
20  A Right.
21  Q Okay. And that's at the same time -- during that
22  time frame, you did not have a waist cuff permit?
23  A You said during that time frame?
24  A Yeah, during that time frame.

13 (Pages 34 - 37)

Page 50

1    A Whenever I go to the outside hospital, I always
2  have one.
3    Q My question is, Dr. Obaisi, at the time, didn't
4  give you a waist cuff permit, right?
5    A Right. I'm assuming that you're right.
6    Q We'll go through those records in a second. Do
7  you remember any instructions Dr. Volkov gave you during that
8  medical session?
9    A When?
10   Q We're still on December 9, 2015.
11   A I don't remember back then.
12   Q You don't remember? Okay. No reason to deny then
13  that she suggested you do ROM, which is range of motion, and
14  muscle strengthening exercises?
15   A No.
16   Q And she also noted that some shown today in the
17  clinic?
18   A Some what?
19   Q It says, some shown today in the clinic?
20   A Yes, okay.
21   Q We don't quite know what those are because you
22  don't remember, fair?
23   A You said "some shown," that's where she tried to
24  raise my arm up and she asked my arm -- she asked me to climb

Page 51

1  up the wall to see how high my arm could go up there.  About
2  and once I went down like that, she put it in the front and
3  asked me how high I could lift it up over my head.
4    Q That would be a physical examination. My question
5  is did she ask you any exercises you could do when you leave?
6    A No.
7    Q You don't remember those?
8    A No.
9    Q This is going to be Page -- I have my index here.
10  Let's go to Page 89 of those records. This is an arthritis
11  note on May 16, 2016, right?
12   A I'm assuming. Okay, yeah, it says arthritis note
13  up there.
14   Q Yep. Do you remember that? You were seen by
15  Dr. Volkov on that date as well?
16   A Yes.
17   Q Now, this is the immediate medical appointment
18  prior to this incident that happened in July of 2016, right?
19   A Yeah, before it, yes.
20   Q And at that time, fair to say, you did not have a
21  waist chain permit, correct?
22   A No.
23   Q You did not have one?
24   A No.

Page 52

1    Q    And you talked to Dr. Volkov on that day -- let's
2  go through the next page here. Let's go to Page 90. So
3  that's the same appointment, but this is the subjective
4  section.  This is where she takes notes with you after she
5  talked to you.  You told that doctor you were doing very
6  well?
7    A    Yes.
8    Q    You denied significant joint pain. Do you see
9  that?
10   A    Yes.
11   Q    Then it says, OCC stiffness after activity in
12  shoulders. Do you see that?
13   A    Yeah, I see it right here.
14   Q    I believe OCC stands for only current complaint.
15  Do you want me to point it out?
16   A    I see it right here.
17   Q    There you go.
18      MR. JACKOWIAK: I still don't see it.
19      THE WITNESS: It's right here. It's right here.
20  OCC --
21      MR. JACKOWIAK: Yeah.
22  BY MR. KHATSKIN:
23   Q    Do you see that?
24   A    Yes.

Page 53

1    Q    So when she's talking about activity, can I assume
2  it was exercise? Weightlifting, that type of stuff?
3    A Exercise.
4    Q Were you doing weightlifting at the time?
5    A Before that, yeah.
6    Q Before that?
7    A Yes.
8    Q When did you do weightlifting?
9    A I mean, I had a 340 bench. I'm locked up in
10  prison.
11   Q That's not an answer. So when did you do
12  weightlifting?
13   A    Before this date right here.  I had a 340 bench.
14  I used to work out all the time.  It's what you do in prison.
15      MR. ALFONSO:  Are you saying that you would bench
16  340 pounds?
17      THE WITNESS: Yes. Yes. Prior to this incident,
18  yes.
19  BY MR. KHATSKIN:
20   Q So could you give me a date range when you could
21  bench 340?
22   A Probably, I think, in 2017, somewhere around
23  there.
24   Q Well, this is in 2016 here. So this is May of

14 (Pages 34 - 37)

Page 54

1 2016.

2    A Okay. Probably 2000- -- 2009 is when I last was

3 able to do that before I -- before I got sick and lost all

4 that weight.

5    Q All right. So in 2009, you could bench 340?

6    A Yes.

7    Q How much could you bench at -- you know, during --

8 on or around May 16, 2016?

9    A My shoulder was hurting.

10    Q So how much could you bench?

11    A Probably about 225.

12    Q That's still very impressive.

13    A Well, I was actually out on the yard and somebody

14 dropped this weight, and it hurt this rotator cuff here --

15    Q Uh-huh.

16    A    -- so it was messed up trying to lift one arm?

17    Q So now it messed up your right rotator cuff?

18    A Yes.

19    Q So when you were lifting with one arm, you mean,

20 like, you had to put more on the left --

21    A No.

22    Q -- shoulder?

23    A I didn't lift after that.

24    Q You didn't lift after that?

Page 55

1    A Right. I was injured.

2    Q When did this injury happen?

3    A In 2000- -- either '11 or '12.

4    Q So after 2012, you stopped lifting?

5    A No, you can lift light. You can lift --

6    Q That's what I'm trying to figure out. Did you do

7 more chest press exercises after 2012?

8    A Yes.

9    Q Okay. With lighter weights?

10    A Yes.

11    Q But you still did that one?

12    A Yes.

13    Q So let me -- let me go back to my original

14 question. On May 16, 2016, around that time frame --

15    A Right.

16    Q -- did you do bench press?

17    A No.

18    Q Maybe lighter weight, but --

19    A No.

20    Q -- did you do it? You did not? After May 16,

21 2016, did you do bench press?

22    A Are you talking about, period?

23    Q Yes.

24    A Yes.

Page 56

1    Q You were lifting weights afterwards?

2    A Yes.

3    Q Just not that -- on that date or around that time

4 frame?

5    A Right.

6    Q Okay.

7    A Once the physical therapist agrees for you to

8 start working out, that's when you can start going --

9 practicing lifting weights again.

10    Q But you did tell the doctor that you have

11 stiffness after activity in the shoulders. Otherwise, you

12 denied significant joint pain, right?

13    A Well, what takes place is she asks you a series of

14 questions. Like, on your last visit, your arm was hurting --

15 on a scale of 5 to 10, it was hurting on an 8 -- that level.

16 She asked that question. I said, No, it's not -- it's

17 moveable right now. It doesn't hurt as bad. And that's when

18 she pushed down right there.

19    Q Okay. And then you told her that your symptoms

20 have been under good control with current medical regimen?

21    A Yes.

22    Q All right. And you also told her that you were

23 doing physical therapy and yoga on that date as well?

24    A Yeah. I probably was in physical therapy at the

Page 57

1 time.

2    Q You were?

3    A I said I probably was in physical therapy at that

4 time.

5    Q And then July 12 happened?

6    A Yes.

7    Q What happened on that date?

8    A Well, it was -- I was laying in my bed. All of a

9 sudden, you can hear guys yelling, screaming, saying, They

10 cut the water off. They cut the water off. You heard a

11 whole bunch of people yelling, Orange Crush in the cell

12 house. Orange Crush in the cell house. So you get up.

13    And the first thing I usually do is when I get up,

14 I try to urinate -- get my daily urine out of the way and try

15 to brush my teeth, wash up, and stuff. There was absolutely

16 no time. The Orange Crush started running on the gallery.

17 Once the Orange Crush running (sic) on the gallery, two

18 officers stop in front of your door and say, Turn the light

19 on. Turn the light on. Then they want to strip search you

20 out.

21    Now, at the time I had a special service report

22 from the UIC Hospital explaining --

23    Q So let me stop you right there. That's real

24 important. This special services report that you're talking

15 (Pages 34 - 37)

1 about --

2   A Yes.

3   Q -- that's the form that's filled out -- that's

4 something that you would get when you request your medical

5 records, right?

6   A If I requested the medical records, yes.

7   Q And that's --

8   A Or it's something that you can get -- once you go

9 to the hospital, you can get a copy of it.

10   Q All right. And how did you get your version?

11   A How did I get my version?

12   Q Yeah.

13   A When I came back, I asked the nurse to give a

14 copy.

15   Q All right. And what date was on that special

16 services report?

17   A May 16, 2016, I think.

18   Q Do you have a copy of that one that you had in

19 your possession?

20   A Do I have a copy of it?

21   Q Yeah.

22       THE WITNESS: I think you have it?

23       MR. JACKOWIAK: I may.

24       THE WITNESS: I sent it in.

1       MR. JACKOWIAK: I can look for it.

2       MR. KHATSKIN: Okay. Do you need a formal request

3 for production or -- or -- because we specifically requested

4 that specific document.

5       MR. JACKOWIAK: Send me an email or give me a

6 phone call. If we've got it, you'll get it.

7       MR. ALFONSO: We join in that request.

8 BY MR. KHATSKIN:

9   Q Now, that special services report, that is not

10 a -- that's not a -- Mr. Saffold, are you --

11       MR. JACKOWIAK: One second. Do you think maybe

12 you have it?

13       THE WITNESS: I might have it.

14       MR. KHATSKIN: Oh, I'm not going to ask questions

15 if you're looking for it. Go ahead.

16       THE WITNESS: I can still -- I can walk and chew

17 bubble gum at the same time.

18       MR. KHATSKIN: You're a better man than I am.

19       THE WITNESS: I'm just looking to see if I have

20 it --

21       MR. KHATSKIN: That's fine.

22       THE WITNESS: -- because I was asking --

23       MR. KHATSKIN: We can go off the record.

24       MR. ALFONSO: We can go off the record for a

1 second.

2       MR. KHATSKIN: We can go off the record.

3       (Proceedings were had off the record.)

4       MR. KHATSKIN: Back on.

5 BY MR. KHATSKIN:

6   Q So, Mr. Saffold, from what I understand, you have

7 not been able to locate the actual document that you're

8 referring to in your complaint. But you, kind of, were able

9 to find a piece of paper that, kind of, looks like it, right?

10   A Yes.

11   Q All right. These special -- medical special

12 services requests, they are basically filled out every time

13 you go to -- to UIC, right?

14   A Yes.

15   Q And this is a form that lets UIC, kind of, know

16 what's going on, why you're being referred, yes?

17   A You said it lets UIC know what's going on?

18   Q Yes. It's a form that is filled out that spells

19 out a reason why you're going to UIC.

20   A Actually -- actually the follow-up that I go out

21 to, that's for the rest of my life -- having to go to UIC.

22   Q Sure.

23   A So UIC informs the medical director of Stateville

24 what's going on with me. That's how that is.

1   Q On that form, there is language that basically

2 explains the reason why you're going out?

3   A Yes.

4   Q All right. And that form is not a medical permit,

5 correct?

6   A Right.

7   Q And you showed that form to Orange Crush?

8   A Yes.

9   Q You did not show them a medical permit?

10   A I didn't have one at the time.

11   Q Okay. And you believe that that form -- it's a

12 medical in nature form, right?

13   A Yeah, it is.

14   Q It spells out a medical diagnosis?

15   A Right.

16   Q Medical condition?

17   A Right.

18   Q Medical reasoning?

19   A I don't know about the "medical reasoning."

20   Q And then it also usually has notes on what

21 happened afterwards, right?

22   A What do you mean?

23   Q Well, show me the form that you just turned

24 around.

1      MR. JACKOWIAK: What do you mean "what happened

2  afterwards"? What happened after what? I'm confused too.

3      MR. KHATSKIN: That's okay. You haven't done any

4  of these cases. Let me -- let me explain this.

5  BY MR. KHATSKIN:

6      Q There's stuff that happens before a medical

7  appointment -- I'll call that beforewards (sic). And there's

8  stuff that happens after a medical appointment. I'll call

9  that afterwards. And on that form, there's stuff that

10  happens afterwards, right?

11     A I'm assuming, yeah.

12     MR. JACKOWIAK: Do you mean are there any

13  restrictions?

14     MR. KHATSKIN: Let's take a look. Do you mind?

15  He brought it to a dep. I can look at it.

16     MR. JACKOWIAK: I don't care.

17  BY MR. KHATSKIN:

18     Q This one right here is a form dated December 9,

19  2015. You were referred to UIC rheumatology, right?

20     A Right.

21     Q The findings are shoulders, let's see, positive

22  Hawkins Test bilaterally, limited activity on abduction, and

23  limited intake rotation.  There's also an assessment of what

24  happens, right?

1      A Correct.

2      Q That's what happened at the -- at the actual

3  medical appointment, right?

4      A Yeah. That's what she wrote down.

5      Q  So this happened on -- so were you referred out on

6  12/9/15, right?

7      A Yeah.

8      Q And you were seen on -- this one is 5/16/16?

9      A Yes.

10     Q You were referred out here? And this is what

11  happened afterwards?

12     A Right.

13     Q That's what I was referring to.

14     A Right. That's the one I was looking for right

15  there.

16     Q Oh, this is the one?

17     A Where it says 5/16 there.

18     Q This is the form that you gave to the -- to the

19  Orange Crush?

20     A Yes.

21     MR. KHATSKIN: We would like to exhibit this form.

22  Any objections?

23     MR. JACKOWIAK: That's fine.

24     MR. KHATSKIN: So let's mark that as Exhibit 2.

1      MR. ALFONSO: Is this the only copy that you have?

2      THE WITNESS: Yes. You definitely can't have

3  mine.

4      MR. KHATSKIN:  Well, we have to exhibit it, but I

5  promise you your counsel will give you a new copy.

6      MR. JACKOWIAK: No. You can mark it. We can ask

7  him questions about it. It's his copy.

8      MR. KHATSKIN: Okay.

9      MR. JACKOWIAK: That's all we can do.

10     MR. KHATSKIN: Well, let's mark it.

11     MR. ALFONSO: We need a copy for the court

12  reporter.

13     MR. KHATSKIN: Can you mark this as Exhibit --

14     MR. JACKOWIAK:  Can you make a copy of it?

15     THE WITNESS:  I mean, it might take a while, but

16  I'm sure I can get a copy.

17     MR. JACKOWIAK: He'll do his best.

18     THE WITNESS: You guys have -- you guys have all

19  of my copies of the original version.

20     MR. ALFONSO: Off the record for a second.

21         (Proceedings were had off the record.)

22         (Exhibit Number 2 was marked for

23          identification.)

24     MR. KHATSKIN: On the record.

1  BY MR. KHATSKIN:

2      Q   So, Mr. Saffold, what we marked as Exhibit 2 is a

3  special -- it's a medical special services referral and

4  report form, correct?

5      A   Yes.

6      Q   It's dated 12/9/15. That's when you were --

7  that's one of the dates on this form?

8      A   This date is 5/16/16. That's where it's dated at.

9      Q   Fair enough. Is this right here not a date, sir?

10     A   Yes, it's a date. You said, Is it dated? That's

11  when I was referred. This is when I was seen.

12     Q   Got it. Exactly. So initially this form was

13  prepared, I believe, on 12/9/15 referring you out. And then

14  the result of what happened after the referral -- afterwards,

15  as I referred to, is on 5/16/16, correct?

16     A   Yes.

17     Q   You had that form in your possession when the

18  Orange Crush entered your cell on July 12, 2016?

19     MR. ALFONSO: I would like to state a standing

20  objection to the tactical team being referred to as

21  Orange Crush. There's no such entity within IDOC as

22  "Orange Crush." It is the state-wide tactical unit.

23     MR. KHATSKIN: I apologize.

24     THE WITNESS: If you were to go out and ask any of

Page 66

1 those officers right now, Who are the Orange Crush, they
2 could describe them to you.
3        MR. ALFONSO: I understand that. Standing
4 objection.
5        MR. KHATSKIN: No problem.
6 BY MR. KHATSKIN:
7     Q The tactical unit that entered your cell on that
8 date --
9     A Orange Crush.
10    Q -- on July 12, 2016, you gave them that form?
11    A Yes, I showed it to them.
12    Q You believe that they were supposed to read that
13 form?
14    A Well, I've been through --
15    Q It's a yes or no.
16    A   Yes.
17        MR. JACKOWIAK:  Let him answer a question.  Don't
18 tell him to say yes or no, okay?
19        MR. KHATSKIN: That is a yes or no.
20        MR. JACKOWIAK: Let him answer your questions.
21 You keep interrupting him.
22        MR. KHATSKIN: I'm asking a yes or no question,
23 and I'm allowed to --
24        MR. JACKOWIAK: To your yes or no question, he can

Page 67

1 talk for an hour if he wants.
2        MR. KHATSKIN: Correct.
3        MR. JACKOWIAK: Let him finish.
4        MR. KHATSKIN: Then we're going to be here for
5 that long.
6        THE WITNESS: I don't have anywhere to go.
7        MR. KHATSKIN: I know. We do.
8 BY MR. KHATSKIN:
9     Q    You expected them to read that form, fair?
10    A    Yes, I did. And with me being a big guy, most of
11 the time, they put two cuffs on you anyway.
12    Q    That's not what I'm talking about. I'm talking
13 about the form right now.
14    A    Yes. Yes, I did expect.
15    Q    Mr. Saffold, the other thing I forgot to tell you.
16 Your lawyer is going to have an opportunity to question you
17 today as well. If there's stuff that I didn't ask you that
18 you didn't get to put in the record, he'll take care of it.
19 You'll say your piece. I just want to know my stuff right
20 now.
21    A    Okay.
22    Q    Besides your expectation that you wanted them to
23 read that form, you expected them to understand that form,
24 correct?

Page 68

1     A Yes. Yes.
2     Q All right. And that form contains a bunch of
3 medical knowledge, correct?
4     A No, because I can understand it.
5     Q All right. But you told me that you have
6 two sisters that are nurses --
7     A   I never said that.
8        MR. JACKOWIAK: Counsel, this is all
9 argumentative.
10       THE WITNESS: I never mentioned that.
11       MR. KHATSKIN: Okay.
12       THE WITNESS: I don't have --
13       MR. JACKOWIAK: Now, we are talking about --
14       THE WITNESS: I have one sister.
15       MR. KHATSKIN: Got it.
16       THE WITNESS: So that's false right there.
17 BY MR. KHATSKIN:
18    Q Sorry. You related to nurses --
19    A Excuse me?
20       THE COURT REPORTER: Do you know what? I can't
21 take all of you at once.
22       MR. KHATSKIN: Yeah.
23       THE WITNESS: No, I'm not related to any nurses.
24 I told you my daughter's mom --

Page 69

1 BY MR. KHATSKIN:
2     Q    Okay. Got it.
3     A    -- was a nurse. Not anybody in my family, not my
4 sister, not nobody (sic) who's related to me.
5     Q    Got you. So there's a source of medical knowledge
6 that you have?
7     A    I mean, I read a lot too. Yes.
8     Q    And that's how you could understand that form?
9     A    Yes.
10    Q    You have no --
11    A    By experience.
12    Q    Do you know if the tactical unit officers had any
13 medical knowledge when they --
14    A    Did I know if they had any medical knowledge?
15    Q    Yeah.
16    A    No, I don't.
17    Q    But you still have an expectation that they
18 understood the medical purpose of this form?
19    A    Yeah. I assume they had a GED or been to -- high
20 school graduates. Yes, I assumed that.
21    Q    So someone with a GED could understand what
22 "undifferentiated connective tissue disease" is?
23    A    No. They could understand what limited movement
24 of the shoulder is.

18 (Pages 34 - 37)

Page 70

1  Q This form did not say no handcuffs, right?

2  A No, it doesn't.

3  Q Does it mention handcuffs in any way, shape, or

4  form?

5  A No.

6  MR. ALFONSO: Does the form mention waist

7  restraints in anyway?

8  THE WITNESS: No.

9  BY MR. KHATSKIN:

10  Q Let's go on to the next medical appointment that

11  you have which is September 19, 2016. That's on Page 85 in

12  the UIC records. That's Exhibit 1.

13  MR. ALFONSO: What was the date again?

14  MR. KHATSKIN: September 19, 2016.

15  THE WITNESS: I don't have a copy of what you guys

16  are reading from.

17  MR. KHATSKIN: It's right here. That's yours.

18  It's Exhibit 1. Your counsel has been helping me with this.

19  MR. JACKOWIAK: Actually you have been helping him

20  with it. I screw it up. The numbers are backwards.

21  MR. ALFONSO: That's the exhibit that she is going

22  to be using at the end of this.

23  THE WITNESS: That's what?

24  MR. ALFONSO: This is the exhibit that the court

Page 71

1  reporter will take along with her at the end of this. We'll

2  obviously provide you guys with a copy of it, but I don't

3  want it mixing in with your documents.

4  THE WITNESS: This right here?

5  MR. ALFONSO: Yes.

6  THE WITNESS: This is mine.

7  MR. KHATSKIN: We're talking about this one right

8  here.

9  MR. ALFONSO: Pardon me. I retract my statement.

10  THE WITNESS: Wow.

11  MR. KHATSKIN: You get to keep yours.

12  THE WITNESS: I appreciate it. Thank you, man.

13  MR. KHATSKIN: Off the record.

14  (Proceedings were had off the record.)

15  BY MR. KHATSKIN:

16  Q So Page 85 -- do you see that? So that's right

17  here?

18  A Where it says arthritis note on it?

19  Q Yes. That's a date, 9/19/2016. Do you see that?

20  A Yes.

21  Q In the subjective portion right here in the

22  middle, the doctor basically notes you're doing -- overall

23  doing well. This is after your encounter with the tactical

24  unit, correct?

Page 72

1  A Yes.

2  Q MS in fingers for a few minutes only. Denies

3  swelling except for the third PIP -- I believe that's one of

4  your digits, enlargement. Was one of your fingers inflamed?

5  A Yes.

6  Q Complains of decreased range of motion in the

7  shoulder, worse on the left. Some pain. Then it says, Still

8  lifting weights.

9  A That's what's incorrect.

10  Q That's what's incorrect? Then it says, Stopped at

11  three months ago but having had time to lift it (sic). So

12  you stopped for a while, it seems like, then you found time

13  to lift it again?

14  A No, it all depends if I'm injured or not, if I'm

15  hurt or not.

16  Q All right. So --

17  A Remember prior to that, I told you that my

18  shoulder was hurting?

19  Q Yes. So the doctor noted that incorrectly?

20  A Yes.

21  Q All right. Any reason you're aware of why she

22  would note that incorrectly?

23  A Well, a lot of times if she asks questions, if she

24  didn't go get a clearcut definition from me, she just

Page 73

1  interprets it to be her answer (sic). She'll put that down.

2  Q Okay. And then you told her that you were

3  handcuffed in July of 2016? See? It says right there

4  states --

5  A Yes.

6  Q -- for four hours?

7  A Yes.

8  Q And ever since then --

9  A 3.5 to four hours.

10  Q And ever since then, you have intermittent

11  numbness and tingling in your fingertips?

12  A Yes.

13  Q Moreso in the right?

14  A Right.

15  Q Mostly in the first three fingers and worse in the

16  morning?

17  A Yes.

18  Q Is all of that accurate?

19  A Yes.

20  Q You told her that?

21  A Yes.

22  Q And the tingling in your fingers, that's more due

23  to how tight the handcuffs were, correct?

24  A Yes.

19 (Pages 34 - 37)

Page 74

1    Q It has nothing to do with the position of your
2  arms behind your back, correct?
3         MR. JACKOWIAK: Objection. It calls for a medical
4  opinion. It's totally not the truth.
5  BY MR. KHATSKIN:
6    Q You have no medical opinion on that issue,
7  correct?
8    A Do I have a medical opinion on that?
9    Q Yeah.
10   A Yeah. I'm going to say it's from behind the back.
11 It's from behind --
12   Q If you have an opinion, it wouldn't be a medical
13 one?
14   A That comes from having my arms forced behind my
15 back, being handcuffed all the time.
16   Q Got it. So your arms being handcuffed behind your
17 back is what's causing the tingling in your fingers?
18   A Yes, cut off circulation. I think I suffered
19 nerve damage or something.
20        MR. JACKOWIAK: There are three different nerves
21 that go from the shoulder down to the hand from the spinal
22 column. It could have been damaged at --
23        THE COURT REPORTER: I'm sorry?
24        MR. JACKOWIAK: It could have been damaged at any

Page 75

1  one of those three.
2         MR. KHATSKIN: And is that your medical opinion?
3         MR. JACKOWIAK: That's my medical opinion. That's
4  my medical knowledge.
5         Next question.
6         MR. KHATSKIN: I'll disagree with your medical
7  opinion.
8         THE WITNESS: I agree with yours.
9  BY MR. KHATSKIN:
10   Q Has this doctor mentioned anything about this?
11   A What doctor?
12   Q Dr. Volkov, has she -- has she mentioned anything
13 about the handcuffing causing the tingling?
14   A Has she mentioned anything about it?
15   Q Yeah. Has she --
16   A I don't know what you mean.
17   Q Has she made any objective findings relating to
18 that complaint?
19   A No.
20   Q Did she express an opinion when you told her that?
21 Did you say, Yeah, that's how it works?
22   A No, she didn't say anything.
23   Q Okay. Let's go to Page 88. Flip it over. There
24 you go.

Page 76

1    A 89 is gone. 88 is right here.
2    Q Perfect. And then so she notes that you have left
3  and right shoulder pain?
4    A Yeah.
5    Q That's her assessment now?
6    A Right.
7    Q So we're talking about her assessment?
8    A Right.
9    Q So this is her diagnosis?
10   A Right.
11   Q And it's due to arthritis in the glenohumeral
12 joint and rotator cuff tendonitis? Do you see that?
13   A Right.
14   Q It's still an issue. And then she encouraged you
15 to stop heavy weightlifting?
16   A Yes.
17   Q She told you to do that?
18   A Yes.
19   Q Did you say, Wait, I'm not lifting?
20   A Yes, I did.
21   Q You did say that? But she still noted all of that
22 in the record?
23   A She asked -- she asked have I ever worked out
24 before? Had I lifted weights? And I told her, Prior to me

Page 77

1  being hurt, I used to be able to bench press 340 pounds.  I
2  said, it all depends on my condition of the undifferentiated
3  connective tissue disease disorder and the blood clots
4  throughout my body whether I'm able to go out there and work
5  out or not. That's how that situation occurred right there.
6    Q And did she also recommend physical therapy for
7  your shoulder and range of motion?
8    A That might have been.  I've been through physical
9  therapy three times, and all three times she recommended it.
10   Q Let's go on to the next record.  That's on Page 80
11 now.  Let's go to Page 80.  When we got these records, they
12 were in reverse chronological order. That's why we're
13 skipping back.
14        All right. You saw Dr. Volkov again on April 3,
15 2017?
16   A Yeah, I'm assuming -- yes.
17   Q Do you remember that one?
18   A Arthritis note, right?
19        THE COURT REPORTER: I'm sorry?
20        THE WITNESS: Arthritis note at the top, right?
21 BY MR. KHATSKIN:
22   Q Yes.
23   A That's what you pointed out to me earlier. I want
24 to make sure I'm accurate.

20 (Pages 34 - 37)

Page 78

1  Q   So here, subjectively, she notes that you still
2  have issues with both shoulders, however, more so with the
3  left shoulder?
4  A   Right.
5  Q   So your left shoulder hurts more?
6  A   Yes.
7  Q   You're complaining of decreased range of motion
8  and pain in the shoulder, right?
9  A   Right.
10  Q   And you have decreased repetition in terms of
11  weightlifting. 225 pounds once a week. You told her you
12  were lifting weights?
13  A   She asked if I'm lifting weights. And I told her,
14  I can hit 225 one time.
15  Q   In order to hit 225 one time --
16  A   That would mean that I would have to do it.
17  Q   Yeah.
18  A   She asked was I still lifting weights? And I told
19  her if I wanted to, I could still hit 225 one time.
20  Q   Got it. That's not what this note says though,
21  right?
22  A   Right.
23  Q   That's what I'm trying to figure out. This note
24  doesn't say what you telling me right now, fair?

Page 79

1  A   Yes.
2  Q   And you're doing some yoga? So that's accurate?
3  A   Right.
4  Q   And you had a shoulder X-rayed, but you didn't
5  have an MRI?
6  A   Yes.
7  Q   Was that accurate as well?
8  A   I had several shoulder X-rays.
9  Q   Okay. So based on this medical record, everything
10  is accurate except the weightlifting portion; is that right?
11  A   I have to read it in its entirety to say that.
12  Q   I'm talking about what we just discussed.
13  A   Yes.
14  Q   Everything is accurate except the weightlifting
15  portion?
16  A   Right.
17  Q   And that's twice she's made this mistake?
18  A   Right.
19  Q   She keeps misunderstanding the weightlifting
20  portion of what you telling her, right?
21  A   In your words, yeah.
22  Q   Well, in your words --
23  MR. JACKOWIAK: Come on. He's answering the
24  question.

Page 80

1  MR. KHATSKIN: Yes. All right.
2  BY MR. KHATSKIN:
3  Q   Let's go to Page 83 now. So, again, she notes --
4  MR. JACKOWIAK: One second. What's the date of
5  this?
6  MR. KHATSKIN: It's the same one.
7  MR. JACKOWIAK: The same date?
8  MR. KHATSKIN: Yes, this is the assessment plan.
9  BY MR. KHATSKIN:
10  Q   So let's just look at Paragraph 5.
11  A   Okay.
12  Q   Left and right shoulder pain, likely combination
13  of arthritis and glenohumeral joint and rotator cuff
14  tendinitis?
15  A   Right.
16  Q   So that's her same assessment? That your pain in
17  your shoulder is caused by arthritis?
18  A   Right.
19  Q   And tendinitis essentially, fair?
20  A   Right.
21  Q   Both of those are chronic conditions as I
22  understand it; is it that fair?
23  MR. JACKOWIAK: Wait a minute. That calls for
24  medical opinion and speculation.

Page 81

1  MR. KHATSKIN: And I'm asking if he's aware.
2  BY MR. KHATSKIN:
3  Q   Are you aware that those are chronic conditions?
4  A   Yes. Something that lasts longer than a period of
5  six months. Yes.
6  Q Good. She does not note that your shoulder pain
7  is caused by you being handcuffed behind the back, fair?
8  A I told her that, remember? Remember when I told
9  her that?
10  Q Yes. I'm saying her assessment, right, her
11  diagnosis -- you tell her stuff, that's the subjective
12  portion?
13  A Well, I can't go inside of her mind and see if I
14  was --
15  Q Absolutely.
16  A -- mistaken at the time.
17  Q Absolutely.
18  MR. JACKOWIAK: Counsel, both of those conditions
19  can be asymptomatic and symptomatic. An acute injury like
20  this one could turn to symptomatic. It does have to do --
21  MR. KHATSKIN: Counsel, you're testifying --
22  MR. JACKOWIAK: Let's move on.
23  MR. KHATSKIN: -- and this is not your deposition.
24  MR. JACKOWIAK: I am clarifying your question.

21 (Pages 34 - 37)

Page 82

1    MR. KHATSKIN: No, you're not.

2    MR. JACKOWIAK: Yes, I am.

3    MR. KHATSKIN: You're coaching your witness.

4 Please restrain from doing that. We're in federal court.

5 The thing that you can do is object as to form of my

6 question. If you continue doing this, we'll make a record, I

7 will terminate this deposition, and I will go to the Court.

8    MR. JACKOWIAK: Okay.

9    MR. KHATSKIN: So what would you like to do?

10    MR. JACKOWIAK: The thing we can do is you can ask

11 that kind of question, and I'll make that kind of objection.

12    MR. KHATSKIN: You may not make that type of an

13 objection. Do you intend to make these types of objections

14 again?

15    MR. JACKOWIAK: I am not going to answer your

16 questions. You ask him questions.

17 BY MR. KHATSKIN:

18    Q My question right now, Mr. Saffold, is the

19 assessment plan portion of this medical record -- so this is

20 this thing right here?

21    A Right. I see it.

22    MR. ALFONSO: Which record are you referring to by

23 Bates number?

24    MR. KHATSKIN: Sorry. Page 83.

Page 83

1    THE WITNESS: I thought we were already on this

2 page.

3 BY MR. KHATSKIN:

4    Q Correct, but then your counsel gave me a long

5 lecture.

6    A But I thought you were talking to me, asking me

7 questions.

8    Q I am.

9    A Well, let's get to it.

10    Q  I'm going to keep it clear, and I will ask you

11 again.  Paragraph 5 of the doctor's assessment does not

12 mention that your left or right shoulder pain is caused by

13 anything other than chronic condition; is that a fair

14 assessment?

15    MR. JACKOWIAK: Objection. Inaccurate medical

16 foundation. Calls for speculation. Calls for medical

17 opinion.

18    THE WITNESS: She wouldn't put that down either

19 any ways because she's just going to put down what she

20 sees.

21 BY MR. KHATSKIN:

22    Q Let me ask that question again. She doesn't note

23 anything other than arthritis and tendinitis essentially?

24    MR. JACKOWIAK: Objection. Calls for speculation.

Page 84

1    MR. KHATSKIN: I'm asking about this document.

2    MR. JACKOWIAK: You just asked him what she knows.

3 My objection is as to speculation.

4    MR. KHATSKIN: I did not say knows. I said what

5 she "notes".

6 BY MR. KHATSKIN:

7    Q  Mr. Saffold, I'll make this easier.  Could you

8 please read Paragraph 5 into the record?

9    A It says by my rheumatologist, Left and right

10 shoulder pain. Likely combination of arthritis and

11 glenohumeral joint and rotator cuff tendinitis. Request

12 X-ray report from PCP. However, we'll need MRI without

13 contrast for the left shoulder to eval for tear.

14    THE COURT REPORTER: Could you do me a favor,

15 please? Slow it down.

16    MRI without contrast for the left shoulder?

17    THE WITNESS:  To eval for tear.  This is

18 communicated through the PCP via support paperwork at the

19 time of the PT's visit and will also send a note. PT was

20 encouraged to continue to refrain from heavy weightlifting.

21 He had PT in the past, didn't find it beneficial.

22 BY MR. KHATSKIN:

23    Q That's it. Thank you.

24    A Okay.

Page 85

1    Q  None of what you read mentioned being handcuffed

2 behind your back, right?

3    A  Why would she put that in there?

4    MR. JACKOWIAK: Objection. Relevance.

5    THE WITNESS: If we're talking about the doctor's

6 visit, she wouldn't put that in there.

7 BY MR. KHATSKIN:

8    Q  Okay. So right now, this is my deposition. I get

9 to ask you questions. Your counsel just objected to

10 relevance.

11    A  I heard it.

12    MR. JACKOWIAK: The record speaks for itself.

13 We're going to be spending all day on this.

14    MR. KHATSKIN:  It's a real easy answer.

15    MR. JACKOWIAK: It's a real dumb question.

16 BY MR. KHATSKIN:

17    Q  This assessment does not talk about anything

18 causing your left or right shoulder pain that happened from

19 you being handcuffed; is that fair?

20    A  Why would she put the cause in there? She's not

21 going to do that. It's just like my underlying connective

22 tissue disease disorder. They're not going to say what cause

23 that is in there. They're not going to put that in there.

24    Q  Well, she just said -- she does say what the cause

22 (Pages 34 - 37)

Page 86

1 of your shoulder pain is in this record?

2    MR. JACKOWIAK: No. It says a diagnosis of what

3 the condition is.

4    MR. KHATSKIN: Correct.

5 BY MR. KHATSKIN:

6    Q    The diagnosis of your pain is arthritis and

7 tendinitis, right?

8    A    You said the what?

9    Q    The cause of your left and right shoulder pain is

10 arthritis and tendinitis essentially?

11    A    That's her -- that's her medical opinion. I don't

12 know what --

13    Q    That's all I was trying to get. Thank you.

14    Let's go to Page 75 -- 75, sir. So this record is

15 dated August 7, 2017, right?

16    A    Right.

17    Q    Also an arthritis note?

18    A    Right.

19    Q    Okay. And then in the subjective portion --

20    A    Can I say something? You know, every time that I

21 go see her -- she's the rheumatoid arthritis -- so every note

22 is going to be an arthritis note, every single one of them.

23 That's her specialty right there.

24    Q    Okay. I've got you. In the subjective portion

Page 87

1 here, it says, He still has issues with both shoulders. It

2 says, Left more than right. Do you see that?

3    A Right.

4    Q Decreased range of motion and pain in the

5 shoulder. She notes you're unable to lift weights anymore.

6 So did you tell her you could no longer lift weights?

7    A Do you know when you go through physical therapy

8 there are weights in the physical therapy? Did you know

9 that? Maybe you didn't understand how I was talking to you

10 before. But whenever you go through physical therapy, we

11 always lift weights in there. Always.

12    Q So she notes you can't lift weights anymore?

13    A Right.

14    Q And there's no room in the cell for you to do

15 physical therapy exercises?

16    A Is that what it says on there?

17    Q Yes.

18    A Yes, I told her that.

19    Q Okay.

20    A I probably had --

21    THE COURT REPORTER: Probably what?

22    THE WITNESS: I probably had exchanged cells. We

23 move around a lot.

24

Page 88

1 BY MR. KHATSKIN:

2    Q Let's go to Page 78. And then we're in that

3 same -- same record that you really don't like to talk about.

4 It's Paragraph 5 right there. It stays, Left and right

5 shoulder pain. Left more than right, right?

6    A Yes.

7    Q It says, Likely combination of arthritis and

8 glenohumeral joint and rotator cuff tendinitis. That's her

9 diagnosis for the right and left shoulder pain, right?

10    A Okay. Right.

11    Q No mention of anything relating to being

12 handcuffed behind the back in this record either, correct?

13    A Can I ask you a question?

14    MR. JACKOWIAK: Counsel, I'm sorry --

15    THE WITNESS: This is still prior to knowing that

16 my shoulder was torn. So as far as she could have known, she

17 could think that it was the arthritis.

18    MR. KHATSKIN: Okay. All right.

19    MR. JACKOWIAK: Objection. Asked and answered.

20 And just --

21    MR. KHATSKIN: It hasn't been.

22    MR. JACKOWIAK: -- the document speaks for itself.

23 This is an opinion about a diagnosis. There's nothing about

24 causation.

Page 89

1    MR. KHATSKIN: The document doesn't speak for

2 itself. It's a piece of paper. It can't speak. I'm allowed

3 to ask him questions about a document.

4    MR. JACKOWIAK: You're asking him questions about

5 documents --

6    MR. KHATSKIN: Counsel, any judge -- any judge in

7 any federal district will tell you that I'm allowed to

8 question him about a document. Your objections are beyond

9 silly right now.

10    MR. JACKOWIAK: Okay. Well, you're asking him,

11 Does the document say this? Then you're asking him to read

12 the document.

13    MR. KHATSKIN: How many cases do you need me to

14 cite to you or actually show you --

15    MR. JACKOWIAK: Just ask a question.

16    MR. KHATSKIN: -- that says that I can ask him

17 about a document. Stop objecting. This is BS. You're going

18 to ask my clients about documents too.

19    I've actually never had that happen to me before.

20 I've never had a lawyer tell me that I can't ask a question

21 about a document. That has never happened to me. I've only

22 been practicing since 2012, but that has not happened to me.

23 Please stop.

24    THE WITNESS: Is that the end of the questions?

23 (Pages 34 - 37)

Page 90

1     MR. KHATSKIN: Sorry?

2     THE WITNESS: Is that the end of the questions?

3     MR. KHATSKIN: No.

4     THE WITNESS: Can we take a break?

5     MR. KHATSKIN: Yeah, we'll take a break. We'll go

6 off the record.

7          (Proceedings were had off the record.)

8     MR. KHATSKIN: Back on, please.

9 BY MR. KHATSKIN:

10    Q     Let's fast-forward. When did you say you were

11 diagnosed with your shoulder tear?

12    A     I think in May -- I'm not for sure. I'd have to

13 get my medical files.

14    Q     What year?

15    A     '18.

16    Q     All right. August 2018? Does that sound --

17    A     No, it was before that.

18    Q     Before that?

19    A     Whenever I went out to see the -- to get a

20 CT scan.

21    Q     Let's look at Page 63. How about that? Are you

22 on Page 63?

23    A     Yes.

24    Q     For the record, this is dated August 6, 2018.  Do

Page 91

1 you see that?

2     A Yes.

3     Q This is Dr. Volkov again?

4     A Yes.

5     Q Let's go down to where it says rotator cuff, which

6 is right there. Do you see that?

7     A Yes.

8     Q Would you read that into the record, please?  It's

9 just two lines.

10    A It says, No full thickness or partial tear.

11    Q Hold on. It starts before that.  What are the

12 first two words?

13    A Rotator cuff?

14    Q Yeah. Start off with that.

15    A It says, Rotator cuff, no full thickness or

16 partial tear. No need for SX --

17       THE COURT REPORTER: Could you say that again? No

18 need for what?

19    MR. KHATSKIN: SX.

20       THE WITNESS: However, with cystic changes in

21 GH joint, most likely due to H/O -- I don't know what that --

22 synovitis now, OA changes. If it worsens, consider GS joint

23 CSI. Start physical training.

24

Page 92

1 BY MR. KHATSKIN:

2     Q     So on August 6, 2018, Dr. Volkov, did not think

3 you had a shoulder tear, fair?

4     A     Right.

5     Q     Okay. But you think you did have a shoulder tear?

6     A     Yes. He said it was a partial tear. He said he

7 couldn't rule it out.

8     Q     Who said that?

9     A     Dr. O- -- Okazi, I think, is his name.

10    Q     Dr. Okazi is here?

11    A     No, he's not here anymore. He got fired. He was

12 the medical director.

13    Q     Got it.

14    A     He's the one who sent me out to get the CT scan

15 there.

16    Q     My question is that Dr. Okazi, who was the medical

17 director here, he's not a specialist, right?

18    A     Right.

19    Q     He told you he couldn't rule it out?

20    A     Right.

21    Q     He didn't say "you have it"?

22    A     Right.

23    Q     He just couldn't tell you that you do not have it,

24 right?

Page 93

1     A     You said he couldn't tell me that I do not have

2 it?

3     Q     Let's start it again.

4     A     We had the report -- an actual report from the --

5 from getting the CT scan.

6     Q     Uh-huh.

7     A     This isn't the actual report right there.

8     Q     Got you. Let me ask my question again. Dr. Okazi

9 told you he could not rule it out?

10    A     Right.

11    Q     That means that he could not say you don't have

12 it?

13    A     Right.

14    Q     He did not say you do have it?

15    A     Right. He said he couldn't rule it out.

16    Q     Exactly. And Dr. Volkov seems like she ruled it

17 out?

18    A     Right. I don't think she had that report.

19    Q     You don't think she had that report?

20    A     Right.

21    Q     Your attorney doesn't want you to speculate. So

22 you don't actually know whether she did or did not have that

23 report, fair?

24    A     How did my attorney get in this?

24 (Pages 34 - 37)

1  Q Are you speculating about this report? Did you
2  know that Dr. Volkov did not have that report?
3      A   Yeah, I know that she didn't have it.
4  Q You know that she didn't have it?
5  A Yeah.
6  Q How do you know?
7      MR. JACKOWIAK: Does it say that?
8      THE WITNESS: Because he --
9      MR. JACKOWIAK: Did he review the report anywhere?
10     THE WITNESS: Yeah. Does it say that in there
11 that she said that she seen the CT scan diagnosis?
12     MR. JACKOWIAK:  Off the record.
13         (Proceedings were had off the record.)
14     MR. KHATSKIN: These are UIC records?
15     MR. JACKOWIAK: You brought these, right?
16     MR. KHATSKIN: Yes.
17     MR. JACKOWIAK: I mean, to your knowledge, do you
18 know if the report's in there? I mean, we're looking at it
19 really fast.
20     MR. KHATSKIN: To my knowledge, I have no idea.
21     MR. JACKOWIAK: Okay. That's fine.
22     MR. KHATSKIN: I'm not qualified to read a report,
23 but I can certainly read a doctor's opinion.
24     MR. JACKOWIAK: The radiologist interpreting the

1 film, saying there's some sort of tear possible or not. It
2 sounds like we don't have the report.
3      MR. KHATSKIN: And if a radiologist says that a
4 tear is possible and the doctor says there's no tear, I'll
5 still go with the doctor because "possible" doesn't mean it's
6 there.
7      MR. JACKOWIAK: She's looking at the film, but --
8 I don't want to argue semantics.
9      MR. KHATSKIN: Fair enough.
10     MR. JACKOWIAK: I'm sure if there is a report,
11 we'll find it.
12 BY MR. KHATSKIN:
13     Q   All right. So how was this tear -- did you have
14 any repair of this tear -- shoulder tear?
15     A   Did I have the repair?
16     Q   Yes.
17     A   No, not yet.
18     Q   All right. Has any other doctor told you that you
19 have a shoulder tear?
20     A   Has any other doctor? I don't see no other
21 doctors.
22     MR. JACKOWIAK: Let's go off the record for a
23 second.
24         (Proceedings were had off the record.)

1 BY MR. KHATSKIN:
2      Q   I wanted to ask you a question about your
3 complaint. Your attorney prepared a complaint for you as
4 well. It's called a first amended complaint.  Are you aware
5 of this document?
6      A   Would you give me a copy of that? Is that what
7 you sent me?
8      MR. JACKOWIAK: Yeah, you got it.
9      THE WITNESS: Yeah, I'm aware of it.
10 BY MR. KHATSKIN:
11     Q   Do you review it before it was filed with the
12 Court?
13     A   Before it was filed?
14     Q   Yes, to verify that everything in there is
15 truthful.
16     Mr. Saffold, my question is, right now, did you
17 review that document before it was filed with the Court?
18     A   I just got this document recently.
19     Q   So that means, no, you did not review it?
20     A   No.
21     Q   Okay. How do you know everything in there is
22 truthful if you didn't review it before it was filed with the
23 Court?
24     A   Because my attorney has tried hundreds of these

1 cases, and I'm fully confident that he has the ability to --
2      Q   Got you.
3      A   -- put together a motion accurately.
4      Q   Paragraph 66 allegation. Do you see that?
5      A   Yeah.
6      Q   Plaintiff suffered, continues to suffer pain and
7 suffering as a direct and proximate cause of defendant's
8 actions and/or omissions?
9      A   Yes.
10     Q   Can I assume that you're saying that you're
11 suffering, you have suffered, and you're continuing to suffer
12 pain because you were cuffed behind your back?
13     A   Yes.
14     Q   All right.
15     A   My arm wasn't hurting to that extent prior to
16 that.
17     Q   Got it. How do you know -- without medical
18 training, how do you know that the pain that you're suffering
19 allegedly is caused by being cuffed behind your back and not
20 a chronic condition that you've had for -- since 2010?
21     A   Because I know what certain pain feels like. That
22 pain right there was caused -- it didn't start hurting like
23 that until after this incident happened. As you can see in
24 one of the reports, she said -- after the fact, she said

25 (Pages 34 - 37)

Page 98

1 patient's condition is significantly worse after that
2 incident took place.
3    Q She said that in one of the reports?
4    A Yes, it's in there somewhere.
5    Q It's in there somewhere?
6    A Yes.
7       MR. KHATSKIN: We will request that from your
8 attorney as well -- that report.
9       MR. ALFONSO: I'll join in that request.
10      THE WITNESS: What was the first document that you
11 asked me that I had? I think it was the one from -- the one
12 after -- the one after 5/16 -- the next one after that?
13 BY MR. KHATSKIN:
14   Q Yeah, that one --
15   A Where she said it was significantly worse --
16   Q We're talking about --
17   A -- in there.
18   Q So we're talking about September 19, 2016. Is
19 that what you're talking about?
20   A What page is that on?
21   Q Let's go back. That's on Page 85.
22   A Okay.
23      Q    Let's look at that one again. I'll start with the
24 subjective. Let's see. So she describes you, 48-year-old

Page 99

1 male with certain conditions, right?
2    A    Right.
3    Q    And then it says -- it talks about the medications
4 you're taking, right?
5    A    Yes.
6    Q    And then the next line -- this is after you told
7 her about your cuffing incident, it says, Overall doing well.
8 Has shoulder, worse on the left (sic)?
9    A    Right.
10   Q    And you've been complaining about worse on the
11 left prior to that date as well, correct? That was always
12 consistent?
13   A    Actually the right was hurting all that time, but
14 it's worse -- worse meaning the last time I seen her was in
15 May. Now it's worse. That didn't have anything to do with
16 no arthritis since then.
17   Q    Okay. You didn't have any arthritis in your left
18 shoulder before?
19   A    I said it didn't have anything to do with
20 arthritis. Now you're asking me if I had arthritis prior to
21 that?
22   Q    Yes.
23   A    You know I have arthritis prior to that.
24   Q    All right.

Page 100

1    A    You know that.
2    Q    Okay. Then it says -- let's see -- then it
3 says -- the medical record that you're choosing to believe
4 also says, Still lifting weights, right?
5    A    Yes.
6    Q    And then let's go to Page 88. We can review that
7 since you brought this up again. And the pain that she's
8 associating is -- the left and right shoulder pain is a
9 likely combination of arthritis and tendinitis, right?
10   A Right.
11   Q Now, let me ask this question: Do you have any
12 verifiable medical evidence to support your allegation in
13 Paragraph 66?
14   A I have me.
15   Q Okay.
16   A I have me and my experience, what I've gone
17 through.
18   Q    All right. Got you. Can I then, kind of -- as I
19 understand you, sir, the only current medical evidence that
20 connects the cuffing incident to your pain saying that's
21 causally related is coming from you, fair?
22   A    Yes.
23   Q    No medical records you're aware of that have
24 backed up that theory?

Page 101

1    A    Well, the medical records -- when they ask what
2 happened, I tell them what happened. I think she wrote that
3 down that I was handcuffed for four hours on there.
4    Q    She did.
5    A    Did she write that down?
6    Q    Yes. That's in --
7    A    Why won't you take her word now on that?
8    Q    That's in the subjective portion, sir. Do you
9 understand how medical records work?
10   A    No. I'm new to this.
11   A    There's the subjective portion.
12   Q    Okay.
13   Q    That's what you tell her. She writes down what
14 you say. Then there's the subjective portion (sic) which is
15 the middle stuff we didn't even get through. That's, like,
16 all of her observations --
17      MR. ALFONSO: You said "subjective."
18      MR. JACKOWIAK: Objective.
19      MR. KHATSKIN: I'm talking about the objective.
20 BY MR. KHATSKIN:
21   Q    Objective is her observations, her physical
22 examination, any diagnostics she's doing --
23   A    Right.
24   Q    Then that's subjective. Then it's objective.

26 (Pages 34 - 37)

Page 102

1 Then there's this thing called assessment.

2    A Right.

3    Q That's a diagnosis. And then there's this thing

4 called plan. So plan is, like, get physical therapy. Let's

5 prescribe medication. It's called a SOAP note. It's how all

6 medical records are kept.

7    A Correct.

8    Q All right. So the part when you say "handcuffed

9 for four hours," that's the subjective portion?

10    A Right. That's from me.

11    Q That's from you?

12    A Right.

13    Q Then she takes all that information and what her

14 observations are and then she comes up with an assessment or

15 a diagnosis?

16    A Right.

17    Q And her diagnosis is his shoulder pain is caused

18 by arthritis and tendinitis, even though you told her that

19 you were handcuffed?

20    A Yes.

21    Q She took that into consideration, but her

22 diagnosis was pain caused by arthritis and tendinitis.

23    A Got it.

24    Q My question to you, sir, is, has a doctor

Page 103

1 mentioned in a medical record that your shoulder pain was

2 caused by you being handcuffed?

3    A No. I haven't talked to no doctor.

4    Q Got it. I just want to briefly go through the

5 waist -- the different permits that you have.

6    A Right.

7    MR. KHATSKIN: Then I think I'll be done.

8    Off the record.

9       (Proceedings were had off the record.)

10    MR. KHATSKIN: This is going to be Exhibit 3.

11       (Exhibit Number 3 was marked for

12       identification.)

13 BY MR. KHATSKIN:

14    Q This is Exhibit 3. Do you see there are page

15 numbers on the top. So this is a portion of the medical

16 records. We're going to produce this to your counsel just so

17 he has the right Bates numbering. We're going to, kind of,

18 go back.

19    Page 892, let's start with that one. These are

20 your medical permits, sir, right?

21    A Yes.

22    Q Do they look familiar?

23    A Yes.

24    Q This one is dated 5/17/2016, right?

Page 104

1    A Yes.

2    Q That's right immediately before the -- before the

3 incident at issue, correct?

4    A Yes.

5    Q And this one does not have a waist chain permit,

6 correct?

7    A Correct.

8    Q Okay. It does have low bunk and low gallery?

9    A Yes.

10    Q And ice, yes?

11    A Yes.

12    Q And this one was prepared by Dr. Obaisi. Do you

13 remember?

14    A Yes.

15    Q So Dr. Obaisi, obviously, determined that you

16 needed certain permits but not others, correct?

17    A Right.

18    Q Let's go to the next page. This is 891. This is

19 a permit from December 9, 2015. This one just seems to be

20 for shower -- medical daily shower, right?

21    A No.

22    Q No? What does it say?

23    A You said it "just seems to be."

24    Q Oh, sorry about that. It's also ice twice a

Page 105

1 day --

2    A Oh, yeah.

3    Q -- and medical shower?

4    A Yes.

5    Q All right. And that's dated December 9, 2015,

6 yes?

7    A Yes.

8    Q Let's go to the next one. This is Page 874, for

9 the record. This is a medical permit, again by Dr. Obaisi,

10 correct?

11    A Yes.

12    Q July, I think, it's 31, 2014?

13    A Yes.

14    Q All right. That was for low bunk, low gallery.

15 It has that medical shower?

16    A Yes.

17    Q And it has a waist chain permit?

18    A I can't even see it.

19    Q It's checkmarked.

20    A Okay.

21    Q Right there.

22    A Yes, I see it.

23    Q All right. So is that one of the -- and that one

24 is -- was going to expire, I believe, in -- is that 2 or 7.

27 (Pages 34 - 37)

Page 106

1 Probably 7?

2    A    7/31/15.

3    Q    Yes. So it expired in July of 2015?

4    A    Right.

5    Q    And you could have a waist chain permit at that
6 time?

7    A    Yes.

8    Q    All right. And you remember you were doing a
9 waist chain?

10    A    Whenever I get cuffed up, that's what I do. I
11 used to get double handcuffs.

12    Q    All right. Well, there is no double handcuff
13 permit, is there?

14    A    No. I mean if an officer sees you and he knows
15 that you're big --

16    A    Yeah.

17    A    -- and he knows if he puts your hands behind your
18 back and they just don't go, they'll put two cuffs in front
19 of you or either two behind you.

20    Q    And that has nothing do with a permit? That's
21 just more of a practical thing, right?

22    A    Yes.

23    Q    All right. And let's go back to Page 873.

24        MR. JACKOWIAK: Back?

Page 107

1        MR. KHATSKIN: I'm sorry, forward. 873.

2 BY MR. KHATSKIN:

3    Q    That's just a medical shower permit, correct?

4    A    Yes.

5    Q    Let's go to Page 867. This is dated February 19,
6 2014. It has low bunk, low gallery, and it has waist chain
7 permit, right?

8    A    Yes.

9    Q    All right. And then let's go to Page 862. This
10 one has low bunk, low gallery, and waist chain permit also,
11 right?

12    A    Yes.

13    Q    And that's dated September 26, 2013, by
14 Dr. Obaisi?

15    A    Yes.

16    Q    All right. I've gone through the rest of these.
17 I don't want to go through the rest of these with you, but
18 would you agree with me that the rest of these records prior
19 to the waist chain permits that you received -- they do not
20 have a waist chain permit?

21    A    I don't know. I haven't seen these records.

22    Q    Okay. Got it. Let's go to Page 859.

23    A    That's 859 right there.

24    Q    Dated 7/16/13.

Page 108

1    A    Yes.

2    Q    Low bunk, low gallery. Do you see?

3    A    Yes.

4    Q    No waist chain, right? It's marked through?

5    A    Right.

6    Q    And then you get two pairs of gloves -- you get
7 two gloves?

8    A    Yes.

9    Q    All right. Let's go to 855. That's dated
10 8/17/12, also Dr. Obaisi? Yes?

11    A    Yes.

12    Q    You have low bunk, low gallery, gloves, but you
13 don't have a waist chain permit on that one either?

14    A    Right.

15    Q    Prior to -- I mean, we can go -- I don't want to
16 go by page by page because it'll take a while, but I don't
17 want you to, at some point in time, basically say, Well,
18 there's a permit missing. I had a prior -- do you remember
19 if you had a waist chain permit prior to the dates I just
20 described?

21    A    I know when I got -- initially got sick in 2009 --

22    Q    Yeah.

23    A    -- everywhere I go, I had a waist chain permit
24 because I had stuff that was cutting off my circulation. I

Page 109

1 wasn't supposed to be -- whenever I go in the box, my wrist
2 would be cut off and my hands would swell up. So I would
3 always have stuff on my side. I never had the handcuffs
4 behind my back at the time once I had this disease that I
5 got.

6    Q    But then in 2012, you didn't have a waist chain
7 permit. So then you did have handcuffs?

8    A    Every time when I go to the outside hospital, I
9 always had that. Prior to that, whenever the officers come,
10 they don't never give me just single cuffs. That never
11 happens right there.

12    Q    I understand. I'm talking about the permit, sir.

13    A    Right.

14    Q    We just went through a bunch of permits. You
15 don't have waist -- you do not have waist cuff permits on
16 many of these occasions that you described?

17    A    Yes, on many of them.

18    Q    All right. And then let's look at Page 378.

19    A    All right.

20    Q    This is this is a permit dated October 5, 2018?

21    A    Yes.

22    Q    And then it says, Waist chain, writ only? Do you
23 see that?

24    A    Yes.

28 (Pages 34 - 37)

Page 110

1 Q So that means they're going to put you in a waist
2 chain if you were writted out, meaning, like, outside to a
3 hospital or --
4 A Yes.
5 Q But if there's a tactical team shakedown or
6 something like that, you don't get a waist chain?
7 A It doesn't say that. Nothing about no tactical
8 team on there.
9 Q Sure. My point is right here the waist chain
10 permit you have now is only if you were writted out, right?
11 A The waist chain I have -- permit I have now at
12 this time?
13 Q Yes.
14 A No. I just seen the medical director. So I have
15 one for all of the time now.
16 Q That's -- that's not in these medical records --
17 A You just asked me for a waist chain permit that I
18 have now. You just said that.
19 Q So that as of today, you have a new one?
20 A Yes.
21 Q When did you see the medical director?
22 A May 30.
23 Q Of this year? Of 20- --
24 A Yes.

Page 111

1 Q So they, kind of, amended this permit?
2 A It expires. It expires periodically.
3 Q Sure. So this permit that we're talking about
4 that is on Page 378 expires on October 5, 2019?
5 A Yes.
6 Q So it amended this permit? It hasn't expired yet,
7 right?
8 A Yeah.
9 Q That's what I was trying to get at.
10 Prior to you just seeing this medical director,
11 your waist chain permit prior to May 30, 2019, was only if
12 you were leaving Stateville, correct?
13 A Yes.
14 Q All right. If you were in Stateville, you did not
15 get a waist chain permit prior to May 30, 2019?
16 A That's false. If you're in Stateville and you
17 weigh 310 pounds, it's just not feasible for you to be
18 handcuffed behind your back. They're going to bring a waist
19 chain for you.
20 You've got to understand. I've been down here --
21 this is 22 years being down here. I know a lot of officers
22 throughout -- during my time. They're just not going to
23 force me into pain like that, put me in one pair of
24 handcuffs. I work for a lot of them. I had a lot of jobs

Page 112

1 working for them. So they're going to recognize my condition
2 and say, Do you know what? We're going to put you -- get a
3 waist chain or give you two pairs of handcuffs. They just
4 don't do that right there.
5 Q You're talking about correctional officers, and I
6 represent Dr. Obaisi, remember?
7 A Okay.
8 Q So he's a doctor. He's not a correctional
9 officer?
10 A Right.
11 Q He would never put handcuffs on you?
12 A Well, you just asked me a question.
13 Q And I asked you a question about a permit. So the
14 permit prior to May 30, 2019, for a waist chain was only if
15 you were to leave Stateville.
16 A Yeah, I asked -- I answered that already.
17 Q That's all I'm trying to determine.
18 A Then you said --
19 Q And inside Stateville, you did not have a waist
20 chain permit, right?
21 A No.
22 Q Whatever a correctional officer would choose to do
23 had nothing to do with your permit that did not mandate a
24 waist chain inside Stateville --

Page 113

1 A Right.
2 Q -- prior to May 30, right?
3 A Right.
4 Q That's all I was trying to get to. Thank you.
5 Let's look at Page 369 just one more -- this is
6 also, I believe, Dr. Obaisi, right?
7 A 369?
8 Q Uh-huh. That's August 31, 2017, correct?
9 A You said 369?
10 Q Yes, sir.
11 A Okay.
12 Q That's also Dr. Obaisi?
13 A Yeah.
14 Q Yes?
15 A Yes.
16 Q And this is dated August 31, 2017?
17 A Yes.
18 Q Dr. Obaisi gives you a bunch of permits, correct?
19 A Yes.
20 Q He does not give you a waist chain permit on this
21 one either, right?
22 A Right.
23 Q Okay.
24 A Do you want to know why?

29 (Pages 34 - 37)

Page 114

1    Q    Sure.
2    A    Because he said that it has to go through the
3  warden to get the waist chain --
4    Q    Okay.
5    A    -- for security reasons.
6    Q    Okay. That's what he said?
7    A    Yes, that's what he said.
8    Q    And so he refused to give you a waist chain permit
9  on that date?
10   A    I haven't had one all this time.
11   Q    My question is, on that date, he didn't --
12   A    Yes, he refused to give me one.
13   Q    And he told you, Sorry, it has to go through the
14  warden?
15   A    Yes.
16   Q    To your knowledge, did he go and talk to the
17  warden afterwards?
18   A    No. Some- -- something had happened with the --
19  with an escape or something like that or a guy trying to
20  escape out of the van or something like that. And the warden
21  had came in and said he was reviewing everybody's permit.
22  Everybody had who had waist chain permits and all of that
23  stuff. It put a hold on everybody's stuff. He said that he
24  couldn't give it to me unless he went through the warden.

Page 115

1    Q  Okay. Did he go through the warden?
2    A  Not to my knowledge because I didn't get one.
3    Q  You didn't get one?
4    A  Right.
5    Q  Did he go to the warden -- well, he died in
6  December, right?
7    A  I'm assuming he died.
8    Q  December of '17?
9    A  Yes.
10   Q  So between August 2017 and December, you never got
11  your waist chain permit?
12   A  No.
13   Q  Okay. So let's flip to Page 370. So this is
14  dated October 10, 2017?
15   A  Yes.
16   Q  I see you have a waist chain permit?
17   A  Yes.
18   Q  You told me 25 seconds ago that you didn't?
19   A  I didn't know the date was this.
20   Q  Okay. And right there it says -- you see there's
21  a comment that says, Waist chain on writs again. Dr. Obaisi
22  apparently did say --
23   A  I've always had waist chains on writs. Whenever I
24  got out, that's what I'm usually supposed to have, a waist

Page 116

1  chain. I'm not supposed to be in the box.
2    Q  Again, I'm talking about the paperwork and the
3  paperwork that we went through for quite a while now actually
4  doesn't say that, Always waist chain on writs. There are
5  many times when you don't have a waist chain permit?
6    A  Right.
7    Q  Okay. So why are you suing Dr. Obaisi?
8    A  I'm suing Dr. Obaisi because he had full knowledge
9  of my injury, and he knew --
10   Q  Sir, when you say "injury," do you mean your
11  condition?
12   A  Yes. He had full knowledge of that. And he knew
13  about the pain I was going through because he would ask me
14  about the pain I was going through. He knew about the pain I
15  was going through because the rheumatologist would tell him
16  that he was -- that I was in pain every time. Instead of
17  taking --
18   Q  Hold on a second. When you say a rheumatologist
19  would tell him, did you witness a conversation between
20  Dr. Obaisi and the rheumatologist?
21   A  Really?
22   Q  I'm asking you.
23   A  Paperwork. Paperwork.
24   Q  Through paperwork?

Page 117

1    A    Yes, through paperwork.
2    Q    So your expectation is that Dr. Obaisi would read
3  the paperwork that the rheumatologist --
4    A    The special service report goes to them.
5    Q    Got it. And the paperwork from the medical
6  records -- from the UIC?
7    A    Yes.
8    Q    -- these records too?
9    A    That's what I'm talking about.
10   Q    So the records contained notations of you working
11  out, weightlifting, telling the rheumatologist that you don't
12  have a lot of issues? All of these records would go to
13  Dr. Obaisi, fair?
14   A    If that's how you want to say it, yeah.
15   Q    Well, it's not how I say it. As your lawyer
16  points out, the record speaks for itself. So as the record
17  speaks for itself, that's what Dr. Obaisi would know, right?
18   A    Yes.
19   Q    Got it. And you're suing him because with all
20  that knowledge that is contained in UIC's medical records, h
21  refused to give you a waist chain permit?
22   A    I'm suing him for numerous reasons.
23   Q    Okay. Let's go back to the first amended
24  complaint that puts me on notice of why you're suing

30 (Pages 34 - 37)

Page 118

1  Dr. Obaisi. Please tell me in this complaint, why are you

2  suing Dr. Obaisi?

3      A    Where is all of the Obaisi stuff so I can read it?

4      MR. KHATSKIN:  Can we go off the record?

5      (Proceedings were had off the record.)

6      MR. KHATSKIN: Back on the record.

7  BY MR. KHATSKIN:

8      Q  Why are you suing my doctor?

9      A  Because, basically, he's been -- he's been my

10  doctor since I had the undifferentiated connective disease

11  disorder.

12      Q  Yeah.

13      A  And he knew about the symptoms as far as -- as far

14  as when the antibodies in my body produced too much protein.

15  And once they coagulate up, my body goes below body

16  temperature. He knows that my body formed blood clots --

17      Q  Yeah.

18      A    -- and cut off the oxygen and the blood flow.  I

19  would prefer for my body -- not to have blood clots in my

20  body or have a stroke. I have to have the full circulation

21  through there. So at first, he was giving me the waist

22  chains and medical permit. He knew of my injury.

23      When Dr. Volkov sent the special service report --

24  from her sending everything from the outside hospital, he

Page 119

1  knew that my shoulder had limited -- when he asked me about

2  how I was feeling, I told him about my shoulder was hurting,

3  and I told him what was going on with my body. He knew about

4  all of that. And instead of taking the proper steps to get

5  me a waist chain permit and everything that I needed, he

6  didn't do that.  And he's the medical director responsible

7  for the safety and well-being of my person while I'm kept

8  here at Stateville Correctional Center.

9      If I have a chronic illness, an illness that lasts

10  longer than six months, he's supposed to take care of you.

11  I'm not asking for much. I just don't want to be hurting

12  every time I go somewhere. I don't want to be subjected to

13  cruel and unusual punishment.

14      Those are a few reasons right there off the bat.

15  And then sometimes Brian (sic) actually acted like he don't

16  -- he didn't have the capacity to get it done on his own,

17  saying that he would have to go through other people when he

18  was the medical director.

19      Q  I'm sorry. Do you want me to stop?

20      Q  No. No. No. I'm listening.

21      A  I don't want to -- I don't want to keep on talking

22  while you're reaching down --

23      Q  She's taking everything down. Go ahead.

24      A  That's the main reasons right there. I feel that

Page 120

1  this incident could have been prevented with me having a

2  waist chain, instead of having my hand jammed behind my back.

3      Q  So let me unpack that a little bit.

4      A  Okay.

5      Q  What I was trying -- and I appreciate all of that,

6  sir. What I'm trying to figure out is you're suing

7  Dr. Obaisi essentially for multiple failures that led to him

8  not giving you a waist chain permit?

9      A  I'm suing Dr. Obaisi because he was the medical

10  director. He was my doctor during all this time. And he

11  knew about my injuries ever since I got this disease.

12      Q  Correct. What I'm trying to unpack -- just to

13  simplify it, because I'm a fairly simple guy --

14      A  You just asked me, and I just answered.

15      Q  What I'm saying is he should have done something

16  on a date and he didn't do?

17      A  He should have did something a long time ago, and

18  he didn't do it.

19      Q  Okay. And that "something" is to give you a waist

20  chain permit?

21      A  Yeah, among other things.

22      Q  When you say "among other things," that's what I'm

23  entitled to find out. What "other things" are you talking

24  about?

Page 121

1      A  I've been going through this since 2010.

2      Q  You have a chronic condition, sir. You're going

3  to be going through this the rest of your life?

4      A  Meaning what?

5      Q  Your connective tissue disease and everything

6  else.

7      A  Okay. Meaning that the medical director -- I'm

8  sure he knows about the chronic condition, right?  He was

9  supposed to prevent me from being injured further with my

10  condition, and he didn't do that.

11      Q  Okay.

12      A  He didn't do that at all.

13      Q  And what I'm trying to go back to is, we're still

14  talking about this waist chain permit, right?

15      A  Actually we were talking about Dr. Obaisi. You

16  asked me why I was suing him.

17      Q  Yeah. You're suing Dr. Obaisi for failure to give

18  you a waist chain permit --

19      A  Yeah, among other things.

20      Q    -- which resulted in you being cuffed behind your

21  back --

22      A  Yes.

23      Q    -- which resulted allegedly in an injury?

24      A  Yeah. I feel that Dr. Obaisi being the medical

31 (Pages 34 - 37)

1 director -- with me being his patient, he has a Hippocratic

2 Oath to make sure that I'm not --

3     Q You're not suing him for the failure of a

4 Hippocratic Oath, sir. You're suing him for a constitutional

5 violation. So my question is, how did he violate your

6 constitutional rights by not giving you a waist chain permit?

7     A He knew about my injury, and he didn't prevent me

8 from further being injured.

9     Q Got it. And so he did not prevent you from

10 further being injured.

11     A You just asked me the question, and I answered it.

12     Q Other reasons you're suing him for? Are there

13 other reasons?

14     A Are there other reasons?

15     Q Yes.

16     A I just explained to you the "other reasons." I

17 told you -- I told you that he's been my doctor, right? With

18 him knowing about my chronic illness, he was supposed to take

19 all the steps that he could to prevent me from going through

20 pain, prevent me from any kind of harm.

21     Q Let me stop you right there. When you say

22 "prevent" you from going through pain, are you saying from

23 2010 when you got the chronic illness, he was supposed to --

24     A Ever since he's been the medical director here.

1 Ever since --

2     Q You're suing him for multiple failures since he's

3 been the medical director here?

4     A Did you hear when I said he's responsible for the

5 safety --

6     Q Yeah.

7     A -- and the well-being of my injuries?

8     Q Yeah.

9     A Okay.

10     Q Are these allegations in this complaint?

11     A Oh, unbelievable, Man.

12     Q Well, I'm asking you, are these allegations you

13 just talked about --

14     A No.

15     Q -- are they in your complaint?

16     A Would you like me to read that?

17     Q No. You don't need to read it. Are the

18 allegations that you're talking about, are they in your

19 original complaint?

20     A I haven't even seen the original complaint.

21     Q I thought you testified earlier you did see the

22 original complaint?

23     A This is mine right here.

24     Q Yeah, it's that one.

1     A Let me read it. It says, Defendant Dr. Saleh

2 Obaisi was employed by Wexford until approximately

3 December 17 and at times relevant to this complaint acted as

4 the medical director position at --

5     THE COURT REPORTER: Could you do me a favor? Can

6 you slow down the tempo?

7 BY MR. KHATSKIN:

8     Q You can read it to yourself? I'm trying to figure

9 out --

10     A You said read it to myself?

11     Q Yeah.

12     A What's the sense of asking me the question?

13     Q My question wasn't for you to read it. My

14 question was, what are you suing Dr. Obaisi for? And your

15 answer was, I'm suing him since 20- --

16     A Right. And I answered that. And then you turned

17 around and you asked something referring to the waist chain.

18 And then you rephrased it and it went right back to the exact

19 question. So do you want me to answer the whole thing over

20 again?

21     Q Here's my question: -- don't answer if you don't

22 get it, remember? I asked you about that. My question is

23 this: Other than the waist chain issue, did you put any

24 other complaints you have against Dr. Obaisi in your original

1 complaint?

2     A No.

3     Q No? Okay. And other than the waist chain issue,

4 did you put any other complaints you have against Dr. Obaisi

5 in your first amended complaint?

6     A Everything that I said -- hold on. Let me find it

7 real quick --

8     Q Okay. There you go.

9     A -- to make sure. Yes, I did.

10     Q Got you. What page?

11     A What page?

12     Q Yeah.

13     THE WITNESS: Do you see this right here?

14     (Deponent conferring with his lawyer.)

15     THE WITNESS: Should I read it?

16     MR. JACKOWIAK: (Indicating.)

17     THE WITNESS: I got in here that Obaisi didn't

18 follow the specialist's recommendation. Based upon

19 information and belief, Defendant Obaisi, again, did not

20 follow the Specialist Patel's recommendations for plaintiff

21 to receive a CT scan and failed to do the paperwork.

22 Plaintiff will need to issue discovery to obtain medical

23 records.

24     THE COURT REPORTER: I'm sorry? Plaintiff?

32 (Pages 34 - 37)

1    THE WITNESS: To obtain medical records. It says,
2  Plaintiffs (sic) went back to UIC on October 17, 2017, and
3  was seen by Specialist Patel who made recommendations for
4  plaintiff to get a CT scan on his left shoulder. Plaintiff
5  never did get an MRI recommended by Obaisi -- I mean, by my
6  rheumatologist. I don't know if you have this or not, but
7  this is mine.
8  BY MR. KHATSKIN:
9    Q I'm looking at it.
10   A Okay.
11   Q So why is this --
12   A   Hold on. I'm going to just start -- start at the
13  page before that and just read it so that way there will be
14  no misinterpretation about that. Start out reading at 38.
15   Q What paragraph are you on?
16   A Right here, 38.
17   Q Okay.
18   A At a later date, plaintiff was sent to
19  Defendant Obaisi where he explained all of the (inaudible)
20  events, his shoulder pains, and the numbness and tingling in
21  his fingers. Defendant Obaisi scheduled plaintiff to go see
22  a specialist at the University of Illinois Hospital at
23  Chicago. Plaintiff will need to (inaudible) discovery -- on
24  September 9 -- September 19, 2016, plaintiff went to go see a

1  rheumatologist at the UIC, where he explained all of the
2  aforementioned events --
3    THE COURT REPORTER: Do me a favor. Do you know
4  what? This has been -- you're all talking on top of each
5  other. It's going to make for a sloppy transcript. So bear
6  with me. At the UIC where he explained? If you could start
7  reading from there? Plaintiff went to see a rheumatologist
8  at the UIC where he explained?
9    MR. KHATSKIN: Slow down.
10   THE WITNESS: All of the above-mentioned events --
11   THE COURT REPORTER: Thank you.
12   THE WITNESS: -- his shoulder pains and the
13  numbness and tingling in his fingers. Defendant Obaisi
14  scheduled plaintiff to go see a specialist at the University
15  of Illinois Hospital at UIC. Plaintiff will need to
16  see/issue discovery to obtain medical records.
17  BY MR. KHATSKIN:
18   Q   Essentially, your complaints against Dr. Obaisi
19  are contained -- additional complaints are contained in
20  Paragraph 38?
21   A 38 through -- 38 through 19.
22   Q 38 through what?
23   A Through 19. Do you want me to read them?
24   Q No, you don't need to read them. Paragraph 38 at

1  19 or Paragraph 38 --
2    A   38 -- start at 38, Page 16 to Page 19.
3    Q   Okay. Page 19 ends on Paragraph 47?
4    A   Yes.
5    Q   Now, after you filed your original complaint, you
6  filed an amended complaint, correct?
7    A   Yes.
8    Q   The amended complaint does not contain any of
9  these allegations, correct?
10   A   You asked if I had that? What did it say,
11  correct?
12   Q   Correct.
13   Q   Correct?
14   Q   Okay. So why are these allegations contained in
15  the first amended complaint?
16   A   I have no idea.
17   Q   Got it. Okay.
18   A   Can I read that for the record? You asked me to
19  read it.
20   Q   This is in the record because it's --
21   A   Okay.
22   Q   This was filed with the Court. You don't need to
23  read it.
24   A   So you had it the whole time?

1    Q   Yeah, I was looking at it. But I wasn't going to
2  rely on an old complaint because you have an amended
3  complaint?
4    A   Okay.
5    Q   So it's fair to say that these allegations are not
6  contained in your first amended complaint?
7    A   Right.
8    Q   Fair to say I wasn't aware that you would be
9  making these allegations today at the -- at the date of this
10  deposition because I was just relying on the notice provided
11  by your first amended complaint?
12   A   Right. But you did ask me what --
13   Q   Absolutely. I appreciate that. But I wasn't
14  prepared for you to make these additional allegations today,
15  all right? Did you grieve these additional issues?
16   A   Yes.
17   Q   You did?
18   A   Yes.
19   Q   Those grievances are contained in your ARB
20  grievance record?
21   A   Somewhere along the line, yes.
22   Q   Somewhere along the line? And if they are not
23  found, is it fair to say that you did not grieve them?
24   A   Yes.

33 (Pages 34 - 37)

1  Q    When I say "not found," I mean not contained in

2 the ARB's records. If they're not contained in the ARB's

3 records --

4  A    Some of them were -- some of them could be still

5 at Stateville level. Because when I send it in, the

6 grievance officer is going to send it to the medical office.

7 They're going to say they don't have no medical expertise.

8  Q So besides the allegations -- now I just want to

9 summarize it because I don't want anything new to come up.

10  A    Well, you asked me.

11  Q    I know. I appreciate it. So you have allegations

12 in your first original complaint is what you're claiming --

13  A    Yes.

14  Q    -- that -- Pages 16 through --

15  A    19. You asked me why I was suing.

16  Q    Through 19.

17  A    Right.

18  Q    And then we have the waist chain permit issue?

19  A    Right.

20  Q    Is that the universe of stuff of why you're suing

21 Dr. Obaisi for?

22  A    Yes. Yes.

23      MR. KHATSKIN: I'm going to let Nick ask some

24 questions now.

1           EXAMINATION

2 BY MR. ALFONSO:

3  Q    Mr. Saffold, I represent the IDOC defendants in

4 this matter. That would be Daniel Artl, Randy Pfister, and

5 Christopher Medin.

6  A    Medin.

7  Q    Medin.

8  A    Yes.

9  Q Thank you. So I wanted to start out by going

10 through something that we, sort of, explored shortly earlier,

11 but I want to explore in more detail now. At the beginning

12 of the deposition, we talked about grievance procedures.

13  A    Yes.

14  Q    I believe, if I recall your testimony correctly,

15 you said that you are aware and have knowledge of the

16 procedures for an inmate to grieve up an issue or a

17 complaint; is that correct?

18  A    Yes.

19  Q    Is it correct that the first step in the inmate

20 grievance procedure is for the inmate to speak with their

21 correctional counselor?

22  A    No, that's not the first step.

23  Q    So you believe that that is not the first step?

24  A    The first step is you have to write the grievance

1 and send it in.

2  Q    Okay. You said you received a copy of the

3 orientation manual upon your arrival at Stateville?

4  A    Yeah, 22 years ago.

5  Q    Okay. Would you disagree with the manual if it

6 said that the first step in the grievance procedure is

7 actually to talk to your counselor?

8  A    That's not the first step in there because the way

9 they have it right now is that you put a grievance in and

10 that you have to put it in the box. They're going to

11 document that the grievance is in the box, and they are going

12 to send that to the counselor. The counselor is going to

13 sign off on it and send it back to you.

14  Q    So, Mr. Saffold, there's a grievance officer and

15 there are correctional counselors on each wing?

16  A    Yes.

17  Q    Do you have a correctional counselor assigned to

18 you?

19  A    Yes.

20  Q    Do you speak with that correctional officer on --

21  A    Whenever she comes around, yes. If she happens to

22 make her rounds, yes.

23  Q    And have you ever spoken to that correctional

24 counselor about any issues that you were having?

1  A    Yes, but that wasn't the first step. The first

2 step -- do you know what she's going to say? If I had to

3 talk to her, she would say, Well, write a grievance.

4  Q    You would speak to her first?

5  A    No. You put the grievance in first. I've been

6 doing this for a long time.

7  Q    Okay.

8  A    So that would be redundant to talk to her first

9 when I know I have to write a grievance. I know that.

10  Q    All right. So after you filed the grievance

11 then --

12  A    Yes.

13  Q    -- what happens next?

14  A    It gets put in the mail or in the box. The

15 grievance officer -- the counselor gets it. When she gets

16 it, she sends it back to you. Once you get it, you've got to

17 send it to the grievance office -- get a copy of it and send

18 it to the grievance office.

19  Q    By the grievance office, are you talking about the

20 ARB or are you talking about the grievance office?

21  A    Grievance office. It all depends. There's a

22 difference between an emergency grievance. There's a

23 difference between a regular grievance.

24  Q    In terms of a regular grievance then -- so once

Page 134

1 you get the grievance back from the counselor with the
2 counselor's response --
3   A Yes.
4   Q -- what happens then?
5   A Then you send it to the grievance office.
6   Q And what happens after you send it to the
7 grievance office?
8   A The grievance office is going to hold it from
9 anywhere -- from probably, like, 60 to 90 days. And then
10 they're going to send it back to you.
11   Q And what happens or what are you supposed to do if
12 the grievance office sends back the grievance and you don't
13 like the result?
14   A You put in for an appeal at the ARB.
15   Q Okay. How do you that?
16   A Sign your name at the bottom and put it in the
17 mail.
18   Q   Now, with regards to an emergency grievance now,
19 what's the process for that? How do you start an emergency
20 grievance?
21   A If something happened to me, if I was injured,
22 like, in physical pain, I'd just fill out the grievance the
23 normal way and I would mark the box emergency grievance. And
24 that goes straight to the warden.

Page 135

1   Q What happens after the grievance goes to the
2 warden, if you know?
3   A If the warden signs off on it, you've exhausted
4 all of your administrative rules (sic). And they'll send it
5 back to you in the mail, and you can send that to the
6 ARB Board.
7   Q So are you saying if the warden signs off and
8 checks the box which says, No, an emergency is not
9 substantiated, offender should submit this grievance in the
10 normal manner -- you have it right there -- that means that
11 you've exhausted your remedies at the prison and you can send
12 it to the ARB?
13   A Did he sign on it when he sent it?
14   Q I believe so.
15   A So he signed off on it then.
16   MR. ALFONSO: Okay. But actually let's just have
17 this marked. It's this exhibit that I handed you. We'll
18 mark this as exhibit -- I believe we are on 4 now.
19       (Exhibit Number 4 was marked for
20       identification.)
21 BY MR. ALFONSO:
22   Q I want to direct your attention to Page 2 of
23 Exhibit 4 or the second page of Exhibit 4. Correct me if I'm
24 wrong, but this appears to be an emergency grievance which

Page 136

1 you filed on July 13 of 2016; is that correct?
2   A Yes.
3   Q I want to talk, first, about the grievance. Can
4 you please read the grievance to yourself and let me know
5 who, if any, correctional officers or employees of IDOC you
6 mentioned in the grievance?
7   A Yeah. CO Medin is mentioned in there.
8   Q Okay.
9   A Medin is mentioned in there.
10   Q Is there any other officer or employee of IDOC
11 that you mentioned in the 7/13 of '16 emergency grievance?
12   A Any other officer?
13   Q Did you mention any other officers or employees of
14 the Department of Corrections or any employees of Wexford,
15 for that matter, in the July 13, 2016, grievance?
16   A No.
17   Q Now, let's talk about Mr. -- or Warden Pfister
18 returning the grievance. You see there at the bottom where
19 it says, An emergency is not substantiated. Offender should
20 submit this grievance in the normal manner. Now, you said a
21 moment ago that you believe that once he returns this to you,
22 you can go ahead and send it to the ARB to exhaust your
23 remedies?
24   A Yes.

Page 137

1   Q My question is, why do you believe that, given
2 that you're specifically instructed here to resubmit the
3 grievance in the normal manner?
4   A Because I've seen that done before. Once --
5 once -- he's not going to sign off on it until it's done with
6 the whole process. And once he signed off on it, he's the
7 chief administrative officer, it's over with. I signed it.
8 I sent it down to Springfield. Springfield sent it back and
9 said, Hey, take it back through the normal process.
10   Q Let's talk about Page 1 of Exhibit 4 then. I
11 believe that this is in reference -- this is an
12 Administrative Review Board Return of Grievance or
13 Correspondence dated August 30, 2016, in response to your
14 July 13, 2016, grievance that we just discussed?
15   A Right.
16   Q Now, this says, and I'll quote it, correct me if
17 I'm wrong, Provide a copy of your written offender's
18 grievance, DOC 0046, comma, including -- and there's parts
19 underlined by I believe, Ms. Benton, the counselor's
20 response if applicable. Then the second part where it has a
21 circle and checkmark -- or a square and a circle, Provide a
22 copy of the response to the offender's grievance, comma, DOC
23 0047, comma, including -- and this part here is underlined as
24 well, the grievance officer's and chief administrative

35 (Pages 34 - 37)

Page 138

1 officer's response, to appeal. Have I read that right?
2   A I'm assuming you did. I wasn't really paying
3 attention.
4   Q And at the bottom it says in the box marked Other,
5 Now provide both of the above to this office with an --
6 within established time frames. Now, based upon the
7 information that you were provided by the Administrative
8 Review Board, do you still believe that simply sending along
9 an emergency grievance after it's returned to you is a
10 complete exhaustion of your administrative remedies when they
11 are, in fact, telling you that it isn't?
12   A Yeah. I was told that by a jailhouse lawyer that
13 that's how you do it.
14   Q Okay. So a jailhouse lawyer told you that? IDOC
15 didn't?
16   A Right.
17   Q Okay. I want to talk next about -- this will be
18 Page 6 of Exhibit 4. Let me know when you're there, please.
19 Sorry. They're not numbered. It's a grievance dated
20 July 12, 2016. That's it.
21   MR. JACKOWIAK: Yes.
22 BY MR. ALFONSO:
23   Q Now, Mr. Saffold, is this a grievance that you
24 authored and submitted on July 12, 2016?

Page 139

1   A Yes.
2   Q Take a moment to read the grievance for me. And
3 please let me know who, if any, IDOC officers or employees
4 you reference or name in this grievance.
5   A I named the --
6   THE COURT REPORTER: I'm sorry?
7   THE WITNESS: I named the Orange Crush. I named
8 RO Medin. It was the only name I knew at that time.
9 BY MR. KHATSKIN:
10   Q Outside of RO Medin and the Orange Crush Unit,
11 also known as the tactical team --
12   A Yes.
13   Q -- did you name any other IDOC employees?
14   A No, I didn't know anybody's name at that time.
15   Q Okay. Did you name Randy Pfister in this
16 grievance?
17   A No.
18   Q How about the July 13 of 2016 grievance? Did you
19 name Randy Pfister in that grievance?
20   A Pfister?
21   Q Pfister, yeah.
22   A No.
23   Q Did you name Daniel Artl in the July 13, 2016,
24 grievance?

Page 140

1   A I wasn't aware of their names at the time.
2   Q Okay.
3   A I knew the warden's name, but I wasn't aware of
4 Artl's name.
5   Q When did you become aware of Daniel Artl's name?
6   A When did I become aware?
7   Q Yes.
8   A Once I asked around about that.
9   Q Okay.
10   A He was the commander, and he was over running the
11 whole (inaudible) that was going on back then.
12   Q And when did you find that out?
13   A Like about -- probably about a month later.
14   Q A month later?
15   A I knew -- I knew Pfister was over there, and I
16 knew there was a commander over there, but he didn't have a
17 name tag on. Medin's -- you could see his on his shirt.
18   Q Okay.
19   A The rest of them had vests on, but they had things
20 covering their name tags. And they had helmets on.
21   Q So you said you found out Daniel Artl's position
22 in relation to the Orange Crush tactical team about a month
23 after you filed the July 12/13, 2016, grievances?
24   A He was the commander there.

Page 141

1   Q You never filed any grievance against Daniel Artl
2 after finding out his name, did you?
3   A No.
4   Q You never filed any grievance against Randy
5 Pfister after filing these grievances?
6   A When I say the Orange Crush, that's together as a
7 unit. And it's one person right there.
8   Q Going back to my question, you never filed a
9 grievance against Randy Pfister other than -- well, actually
10 at all, did you?
11   A No, Pfister.
12   Q Pfister. Pardon me.
13   A See the warden brings the Orange Crush inside the
14 institution, and he's supposed to have a say-so of what goes
15 on. And the commander is supposed to tell the guys up under
16 him how to properly run that.
17   Q And I want to turn your attention now to the last
18 two pages of Exhibit 4, which is a grievance dated
19 October 20 -- I can't tell if it's the 25th or the 26th of
20 2015.
21   A The 26th.
22   Q The 26th, okay. So it isn't --
23   MR. JACKOWIAK: October?
24   MR. ALFONSO: Pardon me, August 26.

36 (Pages 34 - 37)

Page 142

1 THE WITNESS: August.

2 MR. ALFONSO: My mistake. August 26, 2015.

3 BY MR. ALFONSO:

4 Q So is it correct to say that this is a grievance

5 you drafted on or -- filed on or about August 6 -- 26, 2015?

6 A Yes.

7 Q Can you take a look at the grievance? Read it

8 silently. Once you're done reading, tell me what this

9 grievance is about.

10 A Do you have a copy of it?

11 Q I do, but I want your interpretation on it.

12 A Do you want me to read it out loud?

13 Q No. I want you to read it and then just give me

14 the basic gist of what the grievance is about.

15 A It's about me going out to UIC Hospital.

16 Q Okay.

17 A And once I spoke with my specialist out there, my

18 specialist told me that I have limited movement of my

19 shoulder.

20 Q Okay.

21 A And when I came back and spoke with Obaisi and

22 told him about this issue going on and he read the paperwork

23 from UIC, I asked him to give me a waist chain permit.

24 Q So this grievance is about getting a waist chain

Page 143

1 permit?

2 A I mean, can I go on? You asked me to tell my

3 story. So that's what you're trying to do.

4 Q I didn't mean to cut you off. I thought you were

5 done.

6 A No, I wasn't done. I asked for a waist chain

7 permit, and he gives me a low gallery, low bunk, medical

8 showers.

9 And then the waist chain -- he wanted me to --

10 only for when I go out to the UIC Hospital. He didn't want

11 me to have it inside the institution which really doesn't

12 make any sense because I need it more here than I do in the

13 outside hospital. Because why would I need it out at the

14 outside hospital when he knows about my condition here? And

15 I have the same condition when I come back in there. That's

16 basically what the grievance was filed for, because he knew

17 that I had the same condition. Going out to the outside

18 hospital, I had the same condition here.

19 Q So in this grievance, did you mention

20 Randy Pfister at all?

21 A No.

22 Q Did you mention Daniel Artl at all?

23 A No.

24 Q Did you mention Christopher Medin at all?

Page 144

1 A No. It's a whole different issue.

2 Q Well, earlier today you testified that -- actually

3 let me ask this a different way. You said that you found out

4 that Randy Pfister after something had happened with an

5 attempted escape --

6 A Pfister.

7 Q Pfister? -- decided that he needed to review all

8 of the waist chain permits?

9 A Yeah, because he was the warden at the time.

10 Q How did you find that out?

11 A Through Dr. Obaisi.

12 Q So Dr. Obaisi told you that -- what did Dr. Obaisi

13 tell you exactly?

14 A Dr. Obaisi said that there's been a hold put on

15 the waist chain permits, that he's not giving them out. And

16 when he does give them out, they have to be reviewed by the

17 warden because something about some guy escaped from out of

18 the institution. From now on, he's going on a case-by-case

19 basis, and everything will have to be reviewed.

20 Q Okay.

21 A And I told him that Pfister is clearly interfering

22 with the doctor's prescribed course of treatment.

23 Q Okay. Did you ever file any grievance to

24 Director -- to Warden Pfister about that policy?

Page 145

1 A I'd probably have to look at my old medical

2 records. I mean, I'd have to look at everything that I sent

3 to my lawyer.

4 MR. ALFONSO: Okay. If I may have a moment?

5 (Exhibit Number 5 was marked for

6 identification.)

7 BY MR. ALFONSO:

8 Q These are actually Bates-stamped so it should go

9 easier. So I want to direct your attention to the first page

10 of Exhibit 5. That would be IDOC MED 363. This is a medical

11 permit dated -- starting on June 3 of 2016. So about a month

12 or so before the events in question in your complaint?

13 A Right.

14 Q And expiring on June 3 of 2017?

15 A Right.

16 Q Well, as you can see from this document, it does

17 not provide you for a waist chain permit?

18 A Right.

19 Q My question is, did you ever grieve the fact of

20 your not being provided a waist chain permit in this

21 document?

22 A I'm not for sure if I have that.

23 Q You're not sure if you did or not?

24 A I'm not sure if I have the grievance.

37 (Pages 34 - 37)

Page 146

1   Q   Did you grieve it?

2   A   Yes.

3   Q   Okay.

4   A   But I'm not for sure if I have the grievance. I

5 know I wrote several letters concerning that.

6   Q   Okay. Did you receive a response to the

7 grievance?

8   A   Yes.

9   Q   What was the response, if you recall?

10   A   They said that they can't deal with it. It has to

11 be -- it has to be dealt with by the medical people.

12   Q   Okay. So you were told that medical permits are a

13 matter left to the discretion of medical personnel?

14   A   Yes.

15   Q   I want to turn your attention to page

16 IDOC MED 366.

17   A   I'm sorry?

18   Q   366. This is another medical permit from

19 September 20 of 2016 to September 20 of 2017?

20   A   Yes.

21   Q   Again, this permit does not provide you with a

22 waist chain. My question to you is, did you ever grieve not

23 being provided a waist chain by this permit?

24   A   Well, actually this grievance does provide me with

Page 147

1 a waist chain because it says, Bilateral wrist braces. You

2 can't have handcuffs on them with that. That's the wrist

3 braces that she has on -- the lady right here, that she has

4 on -- the braces. Handcuffs won't go on the outside of

5 those. So you have to put -- the restraints are either the

6 waist chain for that (sic).

7   Q   Based upon the document here, it doesn't appear

8 that you were provided a waist chain, but you're saying that

9 you were provided a waist chain?

10   A   No. I'm telling you that you can't put no regular

11 handcuffs on this right here.

12   Q   Okay.

13   A   Around the braces.

14   Q   My question is specific to this document. But

15 based on this document which I assume -- were you provide

16 this medical permit?

17   A   Was I provided the permit?

18   Q   Yes.

19   A   Yes.

20   Q   This permit does not permit you a waist chain.

21 Did you ever grieve that fact?

22   A   Just because the document doesn't permit a waist

23 chain -- if you come and get me for a medical shower and

24 you're a CO, hypothetically, and I have these braces on my

Page 148

1 wrist that your handcuffs won't go into, what are you going

2 to do? Are you going to take the time to try to delay it for

3 a half hour? Or are you just going to put me in something

4 else where I can take a shower with it that's convenient for

5 you?

6   Q   Okay. But did you ever grieve that this

7 document -- this permit failed to provide you a waist chain?

8   A   No.

9   Q   Okay.

10   A   No.

11   Q   I want to turn your attention to IDOC 369. This

12 is a medical permit starting August 31, 2017, going to

13 March 1 of 2018?

14   A   Right.

15   Q   Again, this permit does not provide you with a

16 waist chain?

17   A   Right.

18   Q   Did you ever grieve this permit's failure --

19   A   No.

20   Q   -- to provide you with a waist chain?

21   A   No.

22   Q   Okay.

23   A   Can I ask you a question? It says, Bilateral

24 wrist braces on there, right? That means my wrists -- my

Page 149

1 wrists have numbness in there, like carpal tunnel syndrome.

2 Don't you think there should have been a remedy to that right

3 there as opposed to being handcuffed? I'm talking to him

4 now.

5      MR. KHATSKIN: I know, and I'm objecting on the

6 record. I'm allowed to object.

7      THE WITNESS: What are you objecting for? I'm

8 talking --

9      MR. JACKOWIAK: Just let him finish.

10      MR. KHATSKIN: No. No. I'm going to object.

11      THE WITNESS: I knew he was going to do that. I

12 woke him up. I woke him up.

13      MR. KHATSKIN: Yeah, I can. Thank you.

14      THE WITNESS: I woke him up.

15      MR. KHATSKIN: I'm going to object to the deponent

16 asking questions of the deposing counsel. Subject to that --

17      MR. JACKOWIAK: Next question.

18 BY MR. ALFONSO:

19   Q   Okay. I want to talk to you now about the events

20 of July 12, 2016.

21   A   Okay.

22   Q   So tell me about how the day started or the

23 shakedown started? What happened when the Orange Crush or

24 the tactical team first arrived at where your cell was?

Page 150

1  A Do you mind if I just read this from my original
2  complaint?
3      Q I would mind actually. I'd like you to give me
4  your recollection, if you have any?
5      A My recollection is -- as I started answering
6  before but it got swayed (sic) to the next question and never
7  brought up again -- it was, like, 7:00 o'clock in the
8  morning. And I heard some inmates yelling that, Water got
9  shut off. A few minutes after that, you hear people yelling
10 Orange Crush was in the cell house.
11     When the Orange Crush is in the cellhouse, by the
12 time I got to the door you see a whole bunch of people
13 running past, running past. Two officers stop in front of
14 your cell -- two Orange Crush guys. Once they stop in front
15 of the cell, they're barking, yelling at you, woofing,
16 telling you to turn on a light. You know, trying to act
17 tough. Got sticks and hitting them in the palm of their
18 hand. He said, Turn on the lights. Turn on the lights.
19 Turn on the light and he's going to tell -- tell you --
20     THE COURT REPORTER: Could you do me a favor?
21 Just please slow your tempo down a little bit for me. That
22 would be helpful.
23     So it's, Turn on the light. Turn on the light.
24     THE WITNESS: Right. Turn on the light.

Page 151

1      THE COURT REPORTER: Thank you.
2      THE WITNESS: Once he tells you to turn on the
3  light, he's going to say --
4      MR. KHATSKIN: Slow down. She has to type.
5      THE WITNESS: That's why I wanted to read it
6  because everything --
7      MR. KHATSKIN: You have to speak slightly slower.
8  We all do it.
9      THE WITNESS: Once they say, Turn on the light, he
10 said that he wanted one of us at the front of the cell. He
11 wanted us -- one of us at the rear of the cell. Now, it just
12 so happens that my cellmate had went first. So he told me to
13 go to the back of the cell, put my nose on the wall, and just
14 face that way. So I went to the back of the cell. I didn't
15 put my nose on the wall. I just faced that way because I
16 didn't want to see another naked man.
17     So after about five minutes' time, I reached and
18 grabbed my special services permit and thought this was going
19 to do some good. And I brought that to the door to show him
20 I have a permit right here. So he didn't want to hear
21 anything. The only thing he was concerned about was me.
22 BY MR. ALFONSO:
23     Q Can I stop you?
24     A I thought you wanted me to explain.

Page 152

1      Q I understand.
2      A How can I explain my story?
3      MR. JACKOWIAK: He wants to tell the story.
4      MR. ALFONSO: Well, that's a narrative response.
5  I'd like to break this up a little.
6      MR. KHATSKIN: We're entitled to.
7  BY MR. ALFONSO:
8      Q We can get back to that in a moment, but I just
9  want to ask you a quick question. You just referred to a
10 special services document.
11     A Yes.
12     Q What document is that that you referring to?
13     A Same document that I talked to him about.
14     Q Okay.
15     A Same document from the UIC hospital -- the exact
16 same document.
17     Q So that would be --
18     MR. KHATSKIN: That's not a permit though, is it?
19     THE WITNESS: It's special services form.
20     MR. KHATSKIN: You called it a permit.
21     THE WITNESS: Okay.
22     MR. KHATSKIN: That's not the same document we
23 talked about earlier.
24     THE WITNESS: Right. Well, it still works inside

Page 153

1  here. It works with the police.
2      MR. KHATSKIN: It does not.
3  BY MR. ALFONSO:
4      Q So did you at any time, prior to being handcuffed,
5  present either of the officers at your cell with a medical
6  permit? That is, the documents that have been marked as
7  Exhibit 5, IDOC Page 363 --
8      A No.
9      Q Did you present them that document?
10     A No.
11     Q Continue your story, please.
12     A He told me to take off all my clothes. So I ended
13 up taking off all my clothes. He had me do the little
14 shakedown where you wiggle your fingers, do the arm pits. He
15 wanted me to bend forward and spread at the waist. It's
16 crazy because I've never been through this. He started
17 saying, Turn around. I want to see your ass. Come on, Man.
18 Do you think I'm going to pull my butt hole apart? Do you
19 think I'm just going to put my fingers in my mouth? You
20 know, that's what he wanted me to do. I got, kind of, upset
21 about that. So I wouldn't turn me around. He threatened to
22 take me to seg. I was like, Oh, no. Okay. Let me turn
23 around. So when I turned around, he wanted me to bend at the
24 waist --

39 (Pages 34 - 37)

Page 154

1 THE COURT REPORTER: Slow down. Slow down.
2 THE WITNESS: He wanted me to bend at the waist
3 and (inaudible). He wanted me to spread my butt cheeks.
4 Then once I turned around, he wanted -- he expected me to put
5 my finger inside my mouth, inside my gums, and show him that
6 I didn't have nothing in my mouth. And I thought that was,
7 kind of, belligerent for him to even ask me anything like
8 that.
9 So I started telling him, Hey, look. After this
10 incident occurred, I started telling him, I have an injured
11 shoulder already. I said, I can't put two -- one pair of
12 cuffs behind my back. I'm not flexible. I told him, I'm not
13 a contortionist.
14 Then his thing is, Cuff up right now. We will get
15 it straightened up once we get you to the dining room. I
16 kept telling him, I cannot do this. He grabbed the back of
17 my hand, twisted it behind my back, and then he tried to
18 bring this arm, which was hurt at the time, and he kept on
19 pulling and pulling. And even though I was like, Ow, Man,
20 you're hurting me, he was, like, Man, don't be a baby and
21 it'll go away.
22 BY MR. ALFONSO:
23 Q Let me stop you there for a second. Sorry. I
24 just want more specifics here. So you told him that you have

Page 155

1 a shoulder issue you just said?
2 A Yeah. I told him that I can't put my arm behind
3 my back like that. I have limited movement in my shoulder.
4 I'm not trying to hear any of that.
5 Q Did you tell him that you had a medical diagnosis
6 for any --
7 A Tell him I had what?
8 Q A medical diagnosis of any kind.
9 A No. I told him I had that sheet of paper. What
10 do you mean by "a medical diagnosis"? As an example --
11 Q So you said --
12 A So I can misspeak.
13 Q As you just testified, you told the officer that
14 you had limited movement of your shoulder?
15 A Yeah. I told him I had a hurt shoulder.
16 Q Okay. Did you tell the officer when he was moving
17 your arm behind your back --
18 A That it hurts. Yes, I did.
19 Q Did you tell him that you would be able to move
20 your right arm closer to your left arm?
21 A No.
22 Q As opposed to having both arms?
23 A No.
24 Q So you never told the officer that?

Page 156

1 A By me being big like I am, it's hard to put my
2 handcuffs -- my hands behind my back anyways like that. All
3 the way -- this is the way your arms have to be. It's not
4 the traditional way. Your arms have to be twisted like that
5 behind your back.
6 MR. ALFONSO: Let the record reflect he has his
7 arms outstretched in front of him with his palms facing
8 outward, palms down.
9 BY MR. ALFONSO:
10 Q Earlier in this deposition, I recall you did say
11 that when you handcuffed behind the back you're able to be
12 that way because you able to --
13 A No.
14 THE COURT REPORTER: Do you know what? Please,
15 please, please let him finish his question, and then you can
16 say all you want.
17 BY MR. ALFONSO:
18 Q Earlier in the deposition you testified that
19 you're able to be handcuffed behind the back by pulling your
20 right arm across your back and keeping your left arm closer
21 to your side? Did you tell the officer that on June 7 --
22 pardon me, July 12, 2016?
23 A No, I didn't tell him that. No.
24 Q Okay. Continue with your story.

Page 157

1 A I mean, I'm not -- what's the sense of me
2 continuing? You keep on interrupting me.
3 Q I just want to --
4 A -- when I keep trying to tell you.
5 Q As we go through, I want to --
6 A This is why I wanted -- this is why I wanted to
7 read it from out of the gate. So that way I could pick up
8 word-for-word and everything. Can I just read this? And
9 it'll be a lot better.
10 MR. KHATSKIN: Can we go off the record for a
11 second?
12 (Proceedings were had off the record.)
13 BY MR. ALFONSO:
14 Q Mr. Saffold, after you were handcuffed by the
15 two officers, where were you taken?
16 A Dining room.
17 Q Okay. And where in the dining room were you
18 situated?
19 A What do you mean "where in the dining room" was I
20 situated?
21 Q Where did they take you within the dining room?
22 A They took us in one of the three dining rooms and
23 sat us down.
24 Q Where in the dining room were you seated?

40 (Pages 34 - 37)

Page 158

1 A On a metal table bench.

2 Q Were you towards the front of the dining room or
3 the back of the dining room?

4 A Towards the back.

5 Q Okay. Once you're in the dining room, what did
6 you do then?

7 A We sat down. We were told to sit at certain
8 tables. I think there were six people that sit at the table.
9 Once the Orange Crush have you come in, he's going to say,
10 you, you, you. You guys sit there and fill up that table.
11 Then he's going to go to the next six people, and they're
12 going to fill up that table face out.

13 Q After you were seated at the tables, what, if
14 anything, happened after that?

15 A Yeah. Medin gave us a hero speech.

16 Q Okay. After Medin's speech, what happened after
17 that?

18 A Everybody started complaining about how -- after
19 the hero speech, my arm -- it was too bearable (sic) -- it
20 was unbearable from the pain in there. And I started telling
21 him, I need a med tech. Take the cuffs off. I need a med
22 tech. He's more or less saying there won't be no med tech
23 called.

24 Q Let me stop you there. Who did you tell that you

Page 159

1 needed med tech?

2 A Medin.

3 Q Okay.

4 A Who was the only officer in there. He was the
5 sergeant guy in there.

6 Q Did you tell anybody else in that room?

7 A Everybody who was walking past.

8 Q Well, CO Medin and the officer that's named in
9 your complaint. I take it that CO Medin is the only person
10 that you told about the need for a medical tech at that
11 time --

12 A No.

13 Q -- that had the authority to get you one?

14 A At that time?

15 Q Yes.

16 A No, because I seen -- I seen the -- the
17 bald-headed dude walking with Pfister at the time, and I told
18 him. A big bald-headed, like a burly dude, walking with him.

19 Q Okay. So talking about what you said to Mr. Medin
20 or Officer Medin, what exactly did you say to Officer Medin?

21 A I told him, My shoulder is killing me. I need
22 these cuffs taken off. He told me he's not taking the cuffs
23 off. He told me that I'm acting like a big baby. He told me
24 that I'm not using the bathroom. There was going to be no

Page 160

1 bathroom breaks. No cuffs put to the front or anything. And
2 I told her that the cuffs are on so tight I'm starting to get
3 dizzy and lightheaded. I was leaned over there breathing
4 very, very heavy.

5 Q Okay. You said that you told Pfister and the
6 bald-headed guy?

7 A That's once I got up to the top.

8 Q What did you tell Pfister and the bald-headed guy?

9 A That this guy wasn't allowing us to see the med
10 tech.

11 Q Did you request Pfister provide you with a med
12 tech?

13 A Yes.

14 Q Did you request the bald guy?

15 A Yes, both of them.

16 Q Later in your complaint, it talks about a nurse
17 instructing the officers to loosen your cuffs. Do you
18 remember who that nurse was?

19 A Page. Nurse Page.

20 Q Nurse Page?

21 A Yes. And I think Nurse Leslie also.

22 Q Do you remember or know who she told to remove or
23 loosen your cuffs?

24 A One of them Orange Crush dudes.

Page 161

1 Q After she told them to remove or loosen your
2 cuffs, what did they do?

3 A They took them off.

4 Q Okay. Your complaint alleges that they put them
5 back on at some point. How long after they put them back on
6 took them off did they put them back on?

7 A Soon as she left. Maybe -- maybe seven minutes.

8 Q At the point where your cuffs had been taken off,
9 how long had you been, give an estimate, in the dining hall?

10 A Probably about -- I'd say about two-plus hours.

11 Q Would it be closer to two hours and 3 -- 2.5 hours
12 or earlier in the hour?

13 A Probably earlier in the hour.

14 Q So closer to two hours and 15 minutes or so?

15 A I mean, you're -- you're trying to narrow it down,
16 Man.

17 Q I know I'm trying to narrow it down.

18 A I know that I had been in there longer than
19 two hours.

20 Q Okay.

21 A I know that. I don't know the precise time. I
22 don't know that.

23 Q Earlier you testified that you were in holding in
24 the dining hall for three hours total?

41 (Pages 34 - 37)

Page 162

1    A    Yes, 3.5 to 4 hours.

2    Q    How long after your cuffs were put back on did --

3 was it between then and when you left the dining room area?

4    A An hour and a half to two hours.

5    Q    Okay.  Once you got back to your cell and you were

6 uncuffed, what happened then? When was the first time that

7 you requested a sick call or anything like that?

8    A Soon as he -- as soon as took the cuffs off.

9    Q Okay.

10    A    One of us -- the first time I requested a sick

11 call?

12    Q    Yes.

13    A    Right then and there I was hollering for the med

14 tech, but it was the next shift.

15    Q    Okay. When was the first time you did go to sick

16 call after this incident?

17    A    I seen them -- the sick call nurse, Lydia. I have

18 to look at this exact date. I don't want to misquote myself.

19 A couple of days after July 12.

20    Q    A couple of days after July 12?

21    A    Yes, because you have to -- you have sign up for

22 it.

23    Q    Okay.

24    A    And we were on Level 1 lockdown.

Page 163

1    Q Before we get into the post-event treatment -- I

2 forgot to ask you a couple of questions about the event

3 itself. You testified that you told Christopher Medin,

4 Randy Pfister, and a bald-headed gentleman who I'm going to

5 assume was Daniel Artl --

6    A Right.

7    Q -- that your cuffs were too tight and that being

8 restrained behind your back was causing you shoulder pain; is

9 that correct?

10    A I almost fainted out there.

11    Q Okay. Is there anything else that you told them

12 that we haven't discussed?

13    A Yeah. I told them that I had to use the restroom.

14    Q Okay.

15    A I pissed on myself out there.

16    Q So you told them that your handcuffs were on too

17 tight and they were hurting your wrists, that your hands

18 being behind your back was causing you shoulder pain, and

19 that you had to use the restroom?

20    A I told them that -- all the way from my shoulder

21 down to my fingertips were numb. My hands were -- I had a

22 ring around this wrist right here. I had a black-and-blue

23 ring around this. My fingertips were big, and my hands were

24 big, swollen. Circulation was cut off.

Page 164

1    Q    Subsequent to telling -- oh, pardon me.

2    Other than what you just described, did you tell

3 Randy Pfister, Daniel Artl, or Christopher Medin anything

4 else?

5    A    You know, I told the med tech everything that I

6 needed to tell medical. I was just telling them I need to

7 see a med tech.

8    Q    As you stated earlier and in your complaint, you

9 were, in fact, seen by a nurse after telling them?

10    A    After the fact. After going through a whole bunch

11 of nonsense and shenanigans.

12    Q    Okay. A nurse did see you, correct?

13    A    Yes.

14    Q    And after the nurse saw you, your handcuffs were

15 removed, correct?

16    A    Yes, for seven whole minutes.

17    Q    Okay.

18    A    Barely enough time for the circulation to get back

19 in there.

20    Q    I want to talk about your treatment after. So I'm

21 referring now to Exhibit 5, IDOC MED Page 364. This is a

22 medical services refusal form, it appears dated July 14 of

23 2016, 9:47.  It doesn't note whether it's p.m or a.m.  Now,

24 based on this document, it would appear that you refused to

Page 165

1 RNSC, which I believe is nurse sick call, on July 14, 2016?

2    A I know exactly what it is right there. That was

3 the form where you have to do the co-pay for $5 to go down

4 there.

5    Q Okay.

6    A And after I showed her my wrist, she said, You've

7 got to pay $5. I said, I'm not paying no $5 for an incident

8 that the Orange Crush caused me.

9    Q Okay. So --

10    A That's what that was.

11    Q So it is correct that you refused treatment --

12    A I didn't refuse --

13    Q -- on July 14?

14    A    I didn't refuse treatment.  I refused to sign the

15 $5 co-pay because I was sent to the hospital afterwards.

16    Q Again, here it says you refused to authorize the

17 performance upon myself --

18    THE COURT REPORTER: Please. Please. You said

19 you refused to authorize?

20 BY MR. ALFONSO:

21    Q The performance upon myself or -- then there is a

22 blank, name of patient, of the following treatment, RNSC

23 which I'm given to believe is nurse sick call?

24    A I know.

42 (Pages 34 - 37)

Page 166

1  Q  I thought you just testified that you refused to
2  pay the co-pay, correct?
3  A  Yeah. I wasn't paying no co-pay for something
4  that the officers caused me, Man. That's not going to
5  happen.
6  Q  As a result of that, were you treated?
7  A  Yes, I was treated.
8  Q  That day?
9  A  That day they just examined me and told me that
10  they were going to forward me to see Dr. Williams.
11  Q  And because you refused to pay the co-pay, you did
12  not see the doctor that day; is that right?
13  A  You don't see the -- that's not the procedure that
14  they do like that. Once you go see the med tech, the med
15  tech asks, What's going on with you? Once you explain that,
16  then they're going to refer you to go over to the hospital.
17  It's like a two- to three-day process.
18  Q  Okay.
19  A  You're never going to see a doctor in the cell
20  house, never, ever. I've been here 22 years, and you'll
21  never see the doctor in the cell house. You'll see the sick
22  call person. Once you see them, they're going to recommend
23  that you go to the hospital after that.
24  Q  So on July 14, 2016, based on this document, it

Page 167

1  says that you refused treatment, RNSC?
2  A  I never refused treatment. I'm telling you that I
3  refused to sign the $5 co-pay.
4  Q  What is the $5 co-pay for?
5  A  What is it for?
6  Q  Yeah.
7  A  It's for taking half of your State pay. If you
8  get $10 a month and you suffer some kind of harm or injury,
9  you've got to give up half of your State pay to go talk to --
10  to get some medical treatment. That's what it's for right
11  there.
12  Q  If you don't pay the co-pay, what happens?
13  A  Nothing happens. You still have to go to the
14  hospital.
15  Q  Well, say you were to go to sick call right now,
16  and they said, Before we can do anything, you have to pay the
17  co-pay. If you don't pay the co-pay, what happens?
18  A  Nothing is going to happen. They're still going
19  to send you to the hospital. They're still going to send you
20  to the hospital no matter what.
21  Q  I understand that you were sent to the hospital in
22  this case.
23  A  Right.
24  Q  What I'm asking you is on July 14, 2016, were you

Page 168

1  seen by the nurse and examined?
2  A  Yes, I was. Yes.
3  Q  Okay.
4  A  Yes. Once she initially tells you -- the only way
5  that you sign a co-pay if she does the whole physical thing
6  and all that stuff right there. She's seen my wrists. She
7  documented it down. She said, I'm going to recommend that
8  you go see Dr. L. Williams. She said, Do you want to sign
9  this $5 co-pay. I said, No. That didn't deter me getting to
10  the hospital.
11  Q  But it didn't deter the nurse conducting a full
12  examination on you?
13  A  I got the full examination when I went over there.
14  Q  To the hospital?
15  A  Yes.
16  Q  But the nurse didn't give you one?
17  A  The nurse? She didn't give me one.
18  Q  That's because you refused to pay the co-pay?
19  A  Oh, my God.
20  Q  Is that correct?
21  A  She don't give you no -- she wasn't going to have
22  me take my shirt off anyways.
23  Q  I didn't ask you what she was going to do. I'm
24  asking you what happens after you pay the co-pay? Now, you

Page 169

1  just testified that once you pay the co-pay, the nurse will
2  do the full rundown physical?
3  A  Yeah. She's going to do the blood pressure.
4  She's going to do the temperature check. That's it.
5  Q  And she didn't do that on July 14 of 2016 because
6  you refused to pay the co-pay?
7  A  No. Because she gave me the option and said that
8  I could still go over there.
9  Q  Yes or no, the nurse did not perform a full
10  physical rundown on you on July 14, 2016?
11  A  No, not a full physical rundown. No.
12  Q  I want to turn your attention to IDOC MED 365.
13  This is a medical services refusal form dated July 18, 2016,
14  at 10:40 a.m.
15  Now, let me back up a second. When did you go to
16  the hospital?
17  A  Oh, Man. Let me see. We probably have to see my
18  medical files because it says on a later date I was seeing
19  Dr. Williams right there. And as you know, I don't ever sign
20  no co-pay.
21  Q  Okay.
22  A  You can probably go through a hundred of those. I
23  don't sign that stuff.
24  Q  So based upon this document, is it accurate to say

43 (Pages 34 - 37)

Page 170

1  that while it appears that you may have seen the nurse that
2  day and she may have seen your wrists, she did not conduct a
3  full physical rundown on you because you refused to pay the
4  co-pay?
5     A  Yeah. They don't do no full physical rundown
6  anyways.
7        MR. ALFONSO: Okay. If I may have a moment?
8  Let's take a two-minute break.
9        THE WITNESS: I thought we just took a break.
10          (A recess was taken.)
11       MR. ALFONSO: We can go back on.
12       That concludes my questions at this time.
13       THE WITNESS: Both of you guys are done asking me
14  questions?
15       MR. ALFONSO: We may have follow-ups depending on
16  what your attorney asks you.
17         EXAMINATION
18  BY MR. JACKOWIAK:
19    Q  Mr. Saffold, the shoulder problems you had -- the
20  problems and issues you're having with your shoulder, did
21  that change after the incident of July 12, 2016?
22    A  Yes.
23    Q  Describe how that changed.
24    A  I could -- it hurt my shoulder. I was having

Page 171

1  numbness and tingling in my arm. I couldn't do all of the
2  activities I was doing prior to that. And I had limited
3  movement prior to that. But after this incident, my movement
4  really was bad. If I laid down on my shoulder wrong, it
5  would hurt. If I tried to get up and lift something up, it
6  would hurt. I could barely go in the shower and wash my
7  back. Prior to that, I was able to do that. Just
8  excruciating pain all that time.
9     Q  And what are some other activities, if any, that
10  you couldn't do or you couldn't do as well or you had
11  problems doing?
12    A  I couldn't play football anymore. I couldn't play
13  baseball. I'm left-handed so I couldn't draw no pictures and
14  send them to my daughter as I used to do before. I used to
15  be a pretty good artist. I can't do nothing near that now.
16  It's just that my shoulder is lopsided now.
17       MR. JACKOWIAK: That's all I've got.
18       MR. ALFONSO: I have got one follow-up.
19         FURTHER EXAMINATION
20  BY MR. ALFONSO:
21    Q  Are football and baseball offered as recreational
22  activities here at Stateville?
23    A  Are they offered here?
24    Q  Yeah.

Page 172

1     A  We can make the stuff to do that with. As an
2  example, we used to make footballs and go out there and tak
3  a pop bottle and put it inside of a piece of sheet and you
4  could tie it together. It's about this big. And you'll be
5  able to throw it and play tackle football in the yard. You
6  can't do that now.
7     Q  So are you right-handed or left-handed?
8     A  I write with my left hand and -- and throw with my
9  right hand.
10    Q  Your injury in this case is your left shoulder,
11  correct?
12    A  Yes.
13    Q  Okay.
14    A  But everything I do, I lead with my left hand.
15       MR. ALFONSO: Okay. I've got nothing further.
16         FURTHER EXAMINATION
17  BY MR. KHATSKIN:
18    Q  Do you have any medical records that substantiate
19  anything of what you just testified to?
20    A  As far as?
21    Q  Did you tell a doctor you can't play football or
22  baseball anymore?
23    A  No.
24    Q  All right. If we look at your medical records, is

Page 173

1  there --
2     A  I told my physical therapist that I can't do
3  everything that I was doing before -- Jose.
4     Q  Right.
5     A  And he told me my arm is weak in the inside.
6     Q  Now, you did earlier testify that you have some
7  medical knowledge, right, about your condition?
8     A  Yeah. About my condition?
9     Q  About your condition?
10    A  Yes.
11    Q  Are you familiar with the word "degenerative"?
12    A  Degenerative joint disease? I've heard of that
13  before.
14    Q  Just the word "degenerative" in general?
15    A  No, I've heard it mentioned before.
16    Q  Okay.
17    A  Can you give me the definition of that?
18    Q  Sure. It just means it degenerates. It gets
19  worse, progresses. As time progresses, the conditions get
20  worse?
21    A  Right.
22    Q  Are you aware whether your condition is
23  degenerative?
24    A  I don't know. I think that undifferentiated

44 (Pages 34 - 37)

Page 174

1  connective disease disorder -- I think that tops everything
2  right there.
3      Q Sure.
4      A Because there's no cure for that.
5      Q And my question is, the connective tissue disease,
6  it gets worse, progresses as time progresses, correct? It
7  gets worse?
8      A Not that I know of.
9      Q Not that you know of?
10     A Right. Because the medications that I take --
11 that I have to take the rest of my life -- if there was an
12 issue where I stopped taking medication and I get the
13 flare-ups and it starts all over again, then I could see it
14 worsening.
15     Q Otherwise, it just stays stagnant?
16     A Right. If I stop taking care of myself, then I
17 can see it worsening.
18     Q What about tendinitis?
19     A Yeah, she mentioned that I have tendinitis.
20     Q Do you know if that's progressive?
21     A No.
22         MR. JACKOWIAK: Counsel, this is beyond the scope
23 of my questions.
24         MR. KHATSKIN: Not at all.

Page 175

1  BY MR. KHATSKIN:
2      Q    What about arthritis? Do you know if that's a
3  progressive disease?
4      A    No.
5      Q    You don't know? Or you know it's not progressive?
6      A    I don't know if it's not progressive. I know
7  that's what she said I have. Arthritis, rheumatoid
8  arthritis.
9      Q    So rheumatoid arthritis, is that a progressive
10 disease?
11     A    I don't know if it's progressive.
12         MR. JACKOWIAK: Arthritis isn't even a
13 disease.
14         MR. KHATSKIN: Sorry?
15         MR. JACKOWIAK: Arthritis isn't even a
16 disease.
17 BY MR. KHATSKIN:
18     Q Do you know if it's a progressive condition?
19     A No, I don't.
20     Q Do you have any reason to disagree that arthritis
21 is a progressive condition? Meaning, it gets worse with
22 time?
23     A I believe --
24         MR. JACKOWIAK: Objection. Foundation.

Page 176

1          MR. ALFONSO: You can answer.
2  BY MR. KHATSKIN:
3      Q To your knowledge, do you know?
4      A No, I don't know.
5      Q If a doctor was to testify to, say, arthritis
6  being a progressive condition that gets worse with time, any
7  reason to disbelieve that?
8      A No.
9          MR. KHATSKIN: No further questions.
10         MR. JACKOWIAK: I've got nothing.
11         MR. KHATSKIN: Okay.
12         He waives or -- is he signing? Reading? Signing?
13 What's he doing?
14         MR. JACKOWIAK: We'll reserve.
15         MR. KHATSKIN: Okay. Would you please take
16 custody of the exhibits?
17         MR. ALFONSO: I think he wants to keep his.
18         MR. KHATSKIN: Except for you get to keep yours.
19 We're not taking that one. I will get you a copy of that
20 one.
21         THE COURT REPORTER: Is this being ordered?
22         MR. KHATSKIN: Yes, ma'am.
23         MR. ALFONSO: Yes.
24         THE COURT REPORTER: Do you just want E-Tran?

Page 177

1          MR. ALFONSO: Yes, that should do it.
2          MR. JACKOWIAK: Nothing for me as of right now.
3          THE COURT REPORTER: Okay.
4              (The deposition concluded at 1:49 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

45 (Pages 34 - 37)

Page 178

1  STATE OF ILLINOIS )
                     ) SS:
2  COUNTY OF COOK      )
3
4        I, Christina Basis-Prinzi, Certified Shorthand
5  Reporter and Registered Professional Reporter, do hereby
6  certify that I reported in machine shorthand the proceedings
7  had in the above-entitled cause and that the foregoing is a
8  true and correct transcript of said proceedings.
9
10       The signature of the witness, ROBERT SAFFOLD, was
11
12  reserved.
13
14       The undersigned is not interested in the within
15
16  case, nor of kin or counsel to any of the parties.
17
18
19
20           *Christina Basis-Prinzi*
21           CHRISTINA BASIS-PRINZI
22
23
24  CSR No. 084-001769

---

Page 179

1            Veritext Legal Solutions
                 1100 Superior Ave
2                   Suite 1820
              Cleveland, Ohio 44114
3               Phone: 216-523-1313
4  June 17, 2019
5  To: Mr. Lawrence V. Jackowiak
6  Case Name: Saffold, Robert v. Illinois Department of Corrections, et
   al.
7
    Veritext Reference Number: 3289861
8
   Witness:  Robert Saffold      Deposition Date: 6/4/2019
9
   Dear Sir/Madam:
10
   The deposition transcript taken in the above-referenced
11
   matter, with the reading and signing having not been
12
   expressly waived, has been completed and is available
13
   for review and signature. Please call our office to
14
   make arrangements for a convenient location to
15
   accomplish this or if you prefer a certified transcript
16
   can be purchased.
17
   If the errata is not returned within thirty days of your
18
   receipt of this letter, the reading and signing will be
19
   deemed waived.
20
21  Sincerely,
22  Production Department
23
24  NO NOTARY REQUIRED IN CA

---

Page 180

1            DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3289861
3  CASE NAME: Saffold, Robert v. IL. Dept. of Corrections, et al.
   DATE OF DEPOSITION: 6/4/2019
4  WITNESS' NAME: Robert Saffold
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
   as transcribed by the court reporter.
8
9  Date _____   Robert Saffold
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11  the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
         Statement; and
14     Their execution of this Statement is of
         their free act and deed.
15
       I have affixed my name and official seal
16
   this_____day of_____, 20____.
17
       _____
18     Notary Public
19     _____
20     Commission Expiration Date
21
22
23
24
25

---

Page 181

1            DEPOSITION REVIEW
             CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 3289861
3  CASE NAME: Saffold, Robert v. IL. Dept. of Corrections, et al.
   DATE OF DEPOSITION: 6/4/2019
4  WITNESS' NAME: Robert Saffold
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9       I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
   that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____
    Date          Robert Saffold
14
       Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
   the referenced witness did personally appear
16  and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18       in the appended Errata Sheet;
       They signed the foregoing Sworn
19       Statement; and
       Their execution of this Statement is of
20       their free act and deed.
21     I have affixed my name and official seal
22  this_____day of_____, 20____.
23     _____
       Notary Public
24     _____
25     Commission Expiration Date

46 (Pages 34 - 37)

Page 182

1          ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2          ASSIGNMENT NO: 6/4/2019
3   PAGE/LINE(S) /        CHANGE        /REASON
4   _____
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19

    _____
20  Date          Robert Saffold
21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22  DAY OF_____, 20_____.
23      _____
        Notary Public
24
        _____
25      Commission Expiration Date

47 (Page 182)

**0**

**00021** 34:13
**0046** 137:18
**0047** 137:23
**084-001769** 2:23
178:24

**1**

**1** 1:9 3:12 30:17
30:20 70:12,18
137:10 148:13
162:24
**10** 56:15 115:14
167:8
**100** 2:12

**103** 3:15

**10:37** 1:24
**10:40** 169:14
**11** 55:3
**1100** 179:1
**111** 2:3
**12** 20:17,19 22:4
23:7 24:9,17 55:3
57:5 65:18 66:10
138:20,24 149:20

156:22 162:19,20

170:21
**12/13** 140:23
**12/9/15** 63:6 65:6
65:13
**13** 3:16 136:1,15
137:14 139:18,23
**131** 3:6
**135** 3:16
**13th** 2:12
**14** 164:22 165:1,13
166:24 167:24
169:5,10
**14033** 178:20

**15** 161:14
**1500** 2:3
**16** 33:21 34:23
37:5 51:11 54:8
55:14,20 58:17
128:2 130:14
136:11
**16830** 1:20
**17** 1:22 115:8
124:3 126:2 179:4
**170** 3:7
**171** 3:8
**172** 3:9
**18** 1:6 11:1,22
90:15 169:13
**1820** 179:2
**19** 70:11,14 98:18
107:5 126:24
127:21,23 128:1,2
128:3 130:15,16
**1990** 10:4
**1996** 11:7
**1998** 13:5
**1:49** 177:4

**2**

**2** 1:9 3:13 63:24
64:22 65:2 105:24
135:22
**2.5** 161:11
**20** 110:23 124:15
141:19 146:19,19
180:16 181:22
182:22
**2000** 54:2 55:3
**2000s** 13:16
**2009** 54:2,5 108:21
**2010** 97:20 121:1
122:23

**2013** 107:13
**2014** 105:12 107:6
**2015** 29:16 46:22
50:10 62:19
104:19 105:5
106:3 141:20
142:2,5
**2016** 3:17 13:18,19
13:20 20:20 22:4
22:19 23:4,7 24:9
24:17,23 25:1,22
33:21 34:2,23
37:5 51:11,18
53:24 54:1,8
55:14,21 58:17
65:18 66:10 70:11
70:14 73:3 98:18
126:24 136:1,15
137:13,14 138:20
138:24 139:18,23
140:23 145:11
146:19 149:20
156:22 164:23
165:1 166:24
167:24 169:5,10
169:13 170:21
**2017** 53:22 77:15
86:15 113:8,16
115:10,14 126:2
145:14 146:19
148:12
**2018** 22:16,21 23:1
23:15 90:16,24
92:2 109:20
148:13
**2019** 1:22 111:4,11
111:15 112:14
179:4
**216-523-1313**
179:3

**22** 12:24 111:21
132:4 166:20
**222** 2:7
**225** 54:11 78:11,14
78:15,19
**25** 37:10 115:18
**25th** 141:19
**26** 107:13 141:24
142:2,5
**26th** 141:19,21,22
**27** 38:7
**28** 38:14
**29** 39:4
**2900** 2:7

**3**

**3** 3:15 77:14
103:10,11,14
145:11,14 161:11
**3.5** 73:9 162:1
**30** 3:12 18:8,9
110:22 111:11,15
112:14 113:2
137:13
**3000** 2:23
**31** 105:12 113:8,16
148:12
**310** 111:17
**312** 2:4,8,13,24
**3289861** 179:7
180:2 181:2
**33** 39:15
**3301** 1:6
**340** 53:9,13,16,21
54:5 77:1
**36** 42:4
**363** 145:10 153:7
**364** 164:21
**365** 169:12
**366** 146:16,18

| **145** 3:18 | **2012** 55:4,7 89:22 109:6 | | **369** 113:5,7,9 148:11 |

**370**  115:13
**378**  109:18 111:4

**38**  126:14,16
    127:20,21,21,22
    127:24 128:1,2,2
**39**  44:5

**4**

**4**  3:5,16 19:16
    135:18,19,23,23
    137:10 138:18
    141:18 162:1
**40**  45:8

**41**  45:21
**42**  46:15
**44114**  179:2
**442-9087**  2:24
**47**  128:3
**48**  98:24

**5**

**5**  3:18 56:15 80:10
    83:11 84:8 88:4
    109:21 111:4
    145:5,10 153:7
    164:21 165:3,7,7
    165:15 167:3,4
    168:9
**5/16**  63:17 98:12
**5/16/16**  63:8 65:8
    65:15
**5/17/2016**  103:24
**504**  12:21

**6**

**6**  90:24 92:2
    138:18 142:5
**6/4/2019**  179:8
    180:3 181:3 182:2
**60**  18:8,17,20,22
    18:23 134:9

**60601**  2:13
**60602**  2:3

**60606**  2:8,24
**63**  90:21,22
**64**  3:13
**641-3100**  2:8
**66**  97:4 100:13

**7**

**7**  86:15 105:24
    106:1 156:21
**7/13**  136:11
**7/16/13**  107:24

**7/31/15**  106:2
**75**  86:14,14
**78**  88:2
**795-9595**  2:4
**7:00**  150:7

**8**

**8**  56:15
**8/17/12**  108:10
**8/25/68**  8:24
**80**  77:10,11
**814-7201**  2:13
**83**  80:3 82:24
**84**  40:8
**85**  70:11 71:16
    98:21
**855**  108:9
**859**  107:22,23
**86**  9:22,23
**862**  107:9
**867**  107:5
**873**  106:23 107:1
**874**  105:8
**88**  75:23 76:1
    100:6
**89**  51:10 76:1
**891**  104:18

**9**

**9**  46:22 50:10
    62:18 104:19
    105:5 126:24
**9/19/2016**  71:19
**90**  49:3 52:2 134:9
**92**  10:16
**93**  10:21
**94**  46:21
**9:47**  164:23

**a**

**a.m.**  1:24 164:23
    169:14
**abduction**  48:14
    62:22
**ability**  7:2 97:1
**able**  14:7,9 28:16
    36:8 40:19,23
    54:3 60:7,8 77:1,4
    155:19 156:11,12
    156:19 171:7
    172:5
**absolutely**  28:18
    32:16 33:6 57:15
    81:15,17 129:13
**acceptable**  41:23
**accomplish**  179:15
**accurate**  73:18
    77:24 79:2,7,10,14
    169:24
**accurately**  97:3
**acknowledge**
    180:11 181:16
**act**  150:16 180:14
    181:20
**acted**  119:15
    124:3
**acting**  159:23

**activities**  171:2,9
    171:22
**activity**  34:1 52:11
    53:1 56:11 62:22
**actual**  17:14 60:7
    63:2 93:4,7
**acute**  81:19
**adams**  2:7
**additional**  10:1
    127:19 129:14,15
**address**  31:15
**adduction**  46:15
**adequately**  28:16
**administrative**
    17:8 135:4 137:7
    137:12,24 138:7
    138:10
**affirmed**  4:2,5
**affixed**  180:15
    181:21
**aforementioned**
    127:2
**aggravated**  10:6
**ago**  12:24 20:1,5,7
    72:11 115:18
    120:17 132:4
    136:21
**agree**  28:3 40:19
    75:8 107:18
**agrees**  56:7
**ahead**  48:16 59:15
    119:23 136:22
**al**  179:6 180:3
    181:3
**alcohol**  7:1
**alfonso**  2:12 3:6,8
    4:12 29:23 30:2,5
    38:21 43:15 53:15
    59:7,24 64:1,11,20
    65:19 66:3 70:6

| **60403** 1:22 | **892** 103:19 | **actions** 97:8 | 70:13,21,24 71:5,9 |

82:22 98:9 101:17
131:2 135:16,21
138:22 141:24
142:2,3 145:4,7
149:18 151:22
152:4,7 153:3
154:22 156:6,9,17
157:13 165:20
170:7,11,15
171:18,20 172:15
176:1,17,23 177:1
**allegation** 97:4
100:12
**allegations** 123:10
123:12,18 128:9
128:14 129:5,9,14
130:8,11
**allegedly** 97:19
121:23
**alleges** 161:4
**allowed** 66:23
89:2,7 149:6
**allowing** 38:3
160:9
**amended** 96:4
111:1,6 117:23
125:5 128:6,8,15
129:2,6,11
**angle** 38:19 49:3
**answer** 6:9,15,15
6:17,21 24:21
27:3 31:19,21,23
53:11 66:17,20
73:1 82:15 85:14
124:15,19,21
176:1
**answered** 32:4
33:4 88:19 112:16
120:14 122:11
124:16

**answering** 79:23
150:5
**antibodies** 118:14
**antipsychotic** 7:11
**anybody** 69:3
159:6
**anybody's** 139:14
**anymore** 14:13
87:5,12 92:11
171:12 172:22
**anyway** 67:11
70:7
**anyways** 156:2
168:22 170:6
**apart** 153:18
**apologize** 65:23
**apparently** 115:22
**appeal** 18:7
134:14 138:1
**appear** 147:7
164:24 180:11
181:15
**appearances** 2:1
**appears** 135:24
164:22 170:1
**appended** 181:11
181:18
**applicable** 137:20
**appointment**
24:24 29:16 51:17
52:3 62:7,8 63:3
70:10
**appreciate** 8:8
24:21 27:18 45:16
71:12 120:5
129:13 130:11
**approximately**
124:2
**april** 77:14
**ar** 12:21

**arb** 18:5,6,7
129:19 133:20
134:14 135:6,12
136:22
**arb's** 130:2,2
**area** 162:3
**argue** 95:8
**argumentative**
68:9
**arm** 38:9,21 39:2
40:3 42:13,14,15
42:17 43:1,6,7
45:12,18 46:3
48:6,7,8,9,11,18
50:24,24 51:1
54:16,19 56:14
97:15 153:14
154:18 155:2,17
155:20,20 156:20
156:20 158:19
171:1 173:5
**arms** 42:6 43:5,8
43:12,16 44:10
45:14 46:1,19
74:2,14,16 155:22
156:3,4,7
**arrangements**
179:14
**arrival** 132:3
**arrived** 149:24
**arthritis** 51:10,12
71:18 76:11 77:18
77:20 80:13,17
83:23 84:10 86:6
86:10,17,21,22
88:7,17 99:16,17
99:20,20,23 100:9
102:18,22 175:2,7
175:8,9,12,15,20
176:5

**artist** 171:15
**artl** 1:8 2:15 131:4
139:23 141:1
143:22 163:5
164:3
**artl's** 140:4,5,21
**asked** 6:18 26:22
33:9 36:5 46:7
49:12 50:24,24
51:3 56:16 58:13
76:23,23 78:13,18
84:2 88:19 98:11
110:17 112:12,13
112:16 119:1
120:14 121:16
122:11 124:17,22
128:10,18 130:10
130:15 140:8
142:23 143:2,6
**asking** 15:5,6
16:16 59:22 66:22
81:1 83:6 84:1
89:4,10,11 99:20
116:22 119:11
123:12 124:12
149:16 167:24
168:24 170:13
**asks** 56:13 72:23
166:15 170:16
**ass** 153:17
**assessment** 62:23
76:5,7 80:8,16
81:10 82:19 83:11
83:14 85:17 102:1
102:14
**assigned** 132:17
**assignment** 180:2
181:2 182:2
**associating** 100:8
**assume** 6:17 8:20
53:1 69:19 97:10

147:15 163:5
**assumed** 69:20

**assuming** 4:19
9:21 11:10 18:17
18:20,20 39:5
47:4,17 50:5
51:12 62:11 77:16
115:7 138:2
**asymptomatic**
81:19
**atg.state.il.us** 2:14
**attached** 181:7
**attempted** 144:5
**attention** 26:24
135:22 138:3
141:17 145:9
146:15 148:11
169:12
**attorney** 2:11 4:12
93:21,24 96:3,24
98:8 170:16
**august** 86:15
90:16,24 92:2
113:8,16 115:10
137:13 141:24
142:1,2,5 148:12
**authored** 138:24
**authority** 42:1
159:13
**authorize** 165:16
165:19 181:11
**available** 179:12
**ave** 179:1
**aware** 4:10 26:18
27:22,24 72:21
81:1,3 96:4,9
100:23 129:8
131:15 140:1,3,5,6
173:22

**b**

**baby** 154:20
159:23
**back** 13:13 23:10
23:13 24:15,18
25:18,22 26:1
30:23 42:6 43:8
43:13,17 45:22
46:5,6 50:11
55:13 58:13 60:4
74:2,10,15,17
77:13 81:7 85:2
88:12 90:8 97:12
97:19 98:21
103:18 106:18,23
106:24 109:4
111:18 117:23
118:6 120:2
121:13,21 124:18
126:2 132:13
133:16 134:1,10
134:12 135:5
137:8,9 140:11
141:8 142:21
143:15 151:13,14
152:8 154:12,16
154:17 155:3,17
156:2,5,11,19,20
158:3,4 161:5,5,6
162:2,5 163:8,18
164:18 169:15
170:11 171:7
**backed** 100:24
**backtrack** 20:3
**backwards** 70:20
**bad** 25:20 56:17
171:4
**bald** 159:17,18
160:6,8,14 163:4

**band** 48:17
**bands** 48:7

**barely** 11:14
164:18 171:6
**barking** 150:15
**baseball** 171:13,21
172:22
**based** 79:9 125:18
138:6 147:7,15
164:24 166:24
169:24
**basic** 142:14
**basically** 5:10
12:13 14:3 25:15
60:12 61:1 71:22
108:17 118:9
143:16
**basis** 1:15 2:21
144:19 178:4,21
**bat** 119:14
**bates** 29:21,24
30:4 82:23 103:17
145:8
**bathroom** 159:24
160:1
**battery** 10:6
**bear** 127:5
**bearable** 158:19
**bed** 57:8
**beforewards** 62:7
**beginning** 131:11
**behalf** 2:5,10,15
**belief** 125:19
**believe** 22:24
52:14 61:11 65:13
66:12 72:3 100:3
105:24 113:6
131:14,23 135:14
135:18 136:21
137:1,11,19 138:8

**belligerent** 154:7
**bench** 53:9,13,15
53:21 54:5,7,10
55:16,21 77:1
158:1
**bend** 153:15,23
154:2
**beneficial** 84:21
**benton** 137:19
**best** 64:17
**better** 8:5 25:21
59:18 157:9
**beyond** 89:8
174:22
**big** 35:19 48:6
67:10 106:15
156:1 159:18,23
163:23,24 172:4
**biggest** 6:8
**bike** 48:5
**bilateral** 147:1
148:23
**bilaterally** 62:22
**birth** 8:23
**bit** 24:22 29:16
120:3 150:21
**black** 27:10 29:5
163:22
**blah** 19:4,4,4
**blank** 165:22
**blood** 77:3 118:16
118:18,19 169:3
**blue** 5:24 163:22
**board** 18:5 135:6
137:12 138:8
**body** 20:9,14
27:16 48:4 77:4
118:14,15,15,16
118:19,20 119:3
**booklet** 40:13

| | **ball** 48:6 | 165:1,23 175:23 | |

**books** 12:9
**boot** 10:6,8
**born** 9:1
**bottle** 172:3
**bottom** 43:1,3,9
  43:10 134:16
  136:18 138:4
**bounce** 48:6

**bounced** 10:17
**box** 15:17,21,24
  16:7,11 27:7,10
  29:5 109:1 116:1
  132:10,11 133:14
  134:23 135:8
  138:4
**boxes** 14:14
**braces** 147:1,3,4
  147:13,24 148:24
**break** 90:4,5 152:5
  170:8,9
**breaks** 160:1
**breathing** 160:3
**brian** 119:15
**briefly** 103:4
**bring** 43:7 111:18
  154:18
**bringing** 43:6
**brings** 141:13
**broadway** 1:20
**broom** 45:8,11
**brought** 62:15
  94:15 100:7 150:7
  151:19
**brush** 57:15
**bs** 89:17
**bubble** 59:17
**bunch** 10:17 57:11
  68:2 109:14
  113:18 150:12
  164:10

**bunk** 104:8 105:14
  107:6,10 108:2,12
  143:7
**burly** 159:18
**butt** 43:9,10
  153:18 154:3

**c**

**ca** 179:24
**call** 13:11,14 14:1
  14:3,5,7 39:15
  59:6 62:7,8 162:7
  162:11,16,17
  165:1,23 166:22
  167:15 179:13
**called** 4:5 13:10
  14:12 21:13 37:12
  38:8,15 39:5,15
  40:7 44:6 45:8,22
  46:14,15 48:14
  96:4 102:1,4,5
  152:20 158:23
**calls** 25:8 26:20
  31:8,14 74:3
  80:23 83:16,16,24
**camp** 10:6,8
**capacity** 119:16
**care** 13:12 62:16
  67:18 119:10
  174:16
**carpal** 149:1
**case** 4:20,22 5:2,8
  5:10 8:4 144:18
  144:18 167:22
  172:10 178:16
  179:6 180:3 181:3
**cases** 62:4 89:13
  97:1
**cassiday** 2:6
**cassiday.com** 2:9

**causally** 100:21
**causation** 88:24
**cause** 85:20,22,24
  86:9 97:7 178:7
**caused** 80:17 81:7
  83:12 97:19,22
  102:17,22 103:2
  165:8 166:4

**causing** 74:17
  75:13 85:18 163:8
  163:18
**cell** 13:22 16:9
  38:1,5,16 39:6
  40:15,22 44:9
  57:11,12 65:18
  66:7 87:14 149:24
  150:10,14,15
  151:10,11,13,14
  153:5 162:5
  166:19,21
**cellhouse** 150:11
**cellmate** 151:12
**cells** 37:24 87:22
**center** 9:24 119:8
**centralia** 11:3
**certain** 26:19
  28:18 97:21 99:1
  104:16 158:7
**certainly** 94:23
**certificate** 181:11
**certification** 180:1
  181:1
**certified** 1:15 2:22
  178:4 179:15
**certify** 178:6
**chain** 27:15,23
  51:21 104:5
  105:17 106:5,9
  107:6,10,19,20
  108:4,13,19,23

110:11,17 111:11
  111:15,19 112:3
  112:14,20,24
  113:20 114:3,8,22
  115:11,16,21
  116:1,4,5 117:21
  119:5 120:2,8,20
  121:14,18 122:6

124:17,23 125:3
  130:18 142:23,24
  143:6,9 144:8,15
  145:17,20 146:22
  146:23 147:1,6,8,9
  147:20,23 148:7
  148:16,20
**chains** 26:9 115:23
  118:22
**chance** 14:6
**change** 170:21
  181:8 182:3
**changed** 13:15
  14:13 15:18 16:6
  170:23
**changes** 91:20,22
  180:7 181:7,9
**channel** 16:24
**channels** 17:21
**check** 15:20,23
  169:4
**checkmark** 137:21
**checkmarked**
  105:19
**checks** 135:8
**cheeks** 154:3
**chest** 55:7
**chew** 59:16
**chicago** 2:3,8,13
  2:24 9:2,4 126:23
**chief** 17:8 137:7
  137:24

| | **caught**  5:2 | 109:6,22 110:2,6,9 | |

**choose** 112:22
**choosing** 100:3
**christina** 1:15
  2:21 178:4,21
**christopher** 1:9
  2:15 131:5 143:24
  163:3 164:3
**chronic** 80:21 81:3
  83:13 97:20 119:9
  121:2,8 122:18,23
**chronological**
  77:12
**circle** 137:21,21
**circulation** 74:18
  108:24 118:20
  163:24 164:18
**cite** 89:14
**civil** 1:18 180:5
  181:5
**claiming** 130:12
**clarifying** 81:24
**class** 46:16
**clear** 48:10 83:10
**clearcut** 72:24
**clearly** 144:21
**cleveland** 179:2
**clicking** 18:21,23
**client** 31:22 33:3,6
**clients** 89:18
**climb** 50:24
**clinic** 50:17,19
**closer** 155:20
  156:20 161:11,14
**clothes** 153:12,13
**clots** 77:3 118:16
  118:19
**coaching** 82:3
**coagulate** 118:15
**column** 74:22
**combination**
  80:12 84:10 88:7

100:9
**come** 28:16,19
  32:14 79:23 109:9
  130:9 143:15
  147:23 153:17
  158:9
**comes** 12:7 13:24
  29:1 74:14 102:14
  132:21
**coming** 100:21
**comma** 137:18,22
  137:23
**commander**
  140:10,16,24
  141:15
**commencing** 1:22
**comment** 115:21
**commission**
  180:19 181:25
  182:25
**common** 18:19
**communicated**
  84:18
**compatible** 41:15
**complaining** 78:7
  99:10 158:18
**complains** 29:10
  72:6
  **complaint** 8:4,12
  8:20 52:14 60:8
  75:18 96:3,3,4
  117:24 118:1
  123:10,15,19,20
  123:22 124:3
  125:1,5 128:5,6,8
  128:15 129:2,3,6
  129:11 130:12
  131:17 145:12
  150:2 159:9
  160:16 161:4
  164:8

**complaints** 124:24
  125:4 127:18,19
**complete** 34:16
  138:10
**completed** 179:12
**concerned** 49:19
  151:21
**concerning** 146:5
**concluded** 177:4
**concludes** 170:12
**condition** 21:12,19
  27:17 40:22 41:6
  41:15 44:14 61:16
  77:2 83:13 86:3
  97:20 98:1 112:1
  116:11 121:2,8,10
  143:14,15,17,18
  173:7,8,9,22
  175:18,21 176:6
**conditions** 80:21
  81:3,18 99:1
  173:19
**conduct** 170:2
**conducting** 168:11
**conferring** 125:14
**confident** 97:1
**confused** 62:2
**connective** 21:13
  69:22 77:3 85:21
  118:10 121:5
  174:1,5
**connects** 100:20
**consider** 91:22
**consideration**
  102:21
**consistent** 99:12
**constitutional**
  122:4,6
**contain** 26:4 128:8
**contained** 27:12
  117:10,20 127:19

127:19 128:14
  129:6,19 130:1,2
**contains** 68:2
**continue** 82:6
  84:20 153:11
  156:24
**continues** 97:6
**continuing** 97:11
  157:2
**contortionist**
  154:13
**contrast** 84:13,16
**control** 56:20
**convenient** 148:4
  179:14
**conversation**
  116:19
**cook** 178:2
**cool** 14:9
**copies** 30:14 64:19
**copy** 13:2,4 34:16
  58:9,14,18,20 64:1
  64:5,7,11,14,16
  70:15 71:2 96:6
  132:2 133:17
  137:17,22 142:10
  176:19
**corps** 9:15,24
**correct** 16:3,21
  28:22 43:23 47:19
  51:21 61:5 63:1
  65:4,15 67:2,24
  68:3 71:24 73:23
  74:2,7 83:4 86:4
  88:12 99:11 102:7
  104:3,6,7,16
  105:10 107:3
  111:12 113:8,18
  120:12 128:6,9,11
  128:12,13 131:17
  131:19 135:23

136:1 137:16
142:4 163:9
164:12,15 165:11
166:2 168:20
172:11 174:6
178:8
**correctional** 112:5
112:8,22 119:8
131:21 132:15,17
132:20,23 136:5
**corrections** 1:7
136:14 179:6
180:3 181:3,17
**correctly** 47:1
131:14
**correspondence**
137:13

**cortisone** 47:6,9
**counsel** 31:13
32:14 64:5 68:8
70:18 81:18,21
83:4 85:9 88:14
89:6 103:16
149:16 174:22
178:16
**counselor** 16:3,4
16:13 21:9 131:21
132:7,12,12,17,24
133:15 134:1
**counselor's** 134:2
137:19
**counselors** 132:15
**county** 4:23 5:4
178:2 180:10
181:15
**couple** 39:13
162:19,20 163:2
**course** 44:4
144:22
**court** 1:1 8:12,17

46:5 64:11 68:20
70:24 74:23 77:19
82:4,7 84:14
87:21 91:17 96:12
96:17,23 124:5
125:24 127:3,11
128:22 139:6
150:20 151:1
154:1 156:14
165:18 176:21,24
177:3 180:7
**covering** 140:20
**crazy** 153:16
**crest** 1:22
**crime** 5:1
**cruel** 119:13
**crush** 20:16,22

57:11,12,16,17
61:7 63:19 65:18
65:21,22 66:1,9
139:7,10 140:22
141:6,13 149:23
150:10,11,14
158:9 160:24
165:8
**csi** 91:23
**csr** 2:23 178:24
**ct** 22:11,14 90:20
92:14 93:5 94:11
125:21 126:4
**cuff** 49:22 50:4
54:14,17 76:12
80:13 84:11 88:8
91:5,13,15 109:15
154:14
**cuffed** 97:12,19
106:10 121:20
**cuffing** 99:7
100:20
**cuffs** 24:14,18

106:18 109:10
154:12 158:21
159:22,22 160:1,2
160:17,23 161:2,8
162:2,8 163:7
**cure** 174:4
**current** 52:14
56:20 100:19
**custody** 176:16
**cut** 57:10,10 74:18
109:2 118:18
143:4 163:24
**cutting** 108:24
**cv** 1:6
**cystic** 91:20

**d**

**d** 3:1
**daily** 47:21 57:14
104:20
**damage** 74:19
**damaged** 74:22,24
**daniel** 1:8 2:15
131:4 139:23
140:5,21 141:1
143:22 163:5
164:3
**danville** 10:10
**date** 8:23 18:24
19:3,7,8,11,12,19
19:20 20:5,6,8,9
20:10,14 21:4
34:1 35:8 51:15
53:13,20 56:3,23
57:7 58:15 65:8,9
65:10 66:8 70:13
71:19 80:4,7
99:11 114:9,11
115:19 120:16
126:18 129:9

181:3,13,25
182:20,25
**dated** 62:18 65:6,8
65:10 86:15 90:24
103:24 105:5
107:5,13,24 108:9
109:20 113:16
115:14 137:13
138:19 141:18
145:11 164:22
169:13
**dates** 65:7 108:19
**daughter** 12:5
171:14
**daughter's** 11:21
68:24
**day** 20:21 32:22

34:24 52:1 85:13
105:1 149:22
166:8,9,12,17
170:2 180:16
181:22 182:22
**days** 18:8,8,9,15
18:22,23 19:24
20:4,6 33:17
134:9 162:19,20
179:17
**deal** 146:10
**dealing** 7:8 12:1
**dealt** 146:11
**dear** 179:9
**deceased** 4:11
**december** 46:22
50:10 62:18
104:19 105:5
115:6,8,10 124:3
**decided** 43:22
144:7
**decision** 18:7
**decreased** 72:6

| | | | |
|---|---|---|---|
| 9:17 14:17 39:22 | 25:18,22,24 67:11 | 162:18 169:18 179:8 180:3,9,19 | 78:7,10 87:4 |

**deed** 180:14 181:20

**deem** 16:21

**deemed** 16:23 17:19 179:19

**defendant** 124:1 125:19 126:19,21 127:13

**defendant's** 97:7

**defendants** 1:12 4:13 131:3

**define** 12:13

**defines** 12:14

**definitely** 64:2

**definition** 72:24 173:17

**degenerates** 173:18

**degenerative** 173:11,12,14,23

**degree** 49:3

**delay** 148:2

**denied** 47:10 52:8 56:12

**denies** 47:16 72:2

**deny** 50:12

**dep** 62:15

**department** 1:7 136:14 179:6,22

**depending** 170:15

**depends** 72:14 77:2 133:21

**deponent** 125:14 149:15

**deposing** 149:16

**deposition** 1:14 4:15 6:6 8:1 81:23 82:7 85:8 129:10 131:12 156:10,18 177:4 179:8,10 180:1,3 181:1,3

**depositions** 1:20 4:17

**dept** 180:3 181:3

**describe** 14:23 21:10,11 48:15 66:2 170:23

**described** 108:20 109:16 164:2

**describes** 98:24

**description** 21:11

**designate** 20:13

**detail** 131:11

**deter** 168:9,11

**determine** 112:17

**determined** 104:15

**diagnosed** 23:1,22 90:11

**diagnosis** 23:23 61:14 76:9 81:11 86:2,6 88:9,23 94:11 102:3,15,17 102:22 155:5,8,10

**diagnostics** 101:22

**dictionary** 12:10 12:11

**died** 6:3 115:5,7

**difference** 7:15,17 15:19 133:22,23

**different** 27:6 37:15,24 74:20 103:5 144:1,3

**digits** 72:4

**dining** 154:15 157:16,17,19,21 157:22,24 158:2,3 158:5 161:9,24 162:3

**direct** 23:6 97:7 135:22 145:9

**directly** 35:5

**director** 22:13 60:23 92:12,17 110:14,21 111:10 119:6,18 120:10 121:7 122:1,24 123:3 124:4 144:24

**disagree** 18:9,12 75:6 132:5 175:20

**disbelieve** 176:7

**discovery** 1:14 125:22 126:23 127:16

**discretion** 146:13

**discussed** 79:12 137:14 163:12

**disease** 7:8 21:13 69:22 77:3 85:22 109:4 118:10 120:11 121:5 173:12 174:1,5 175:3,10,13,16

**dismissed** 5:9

**disorder** 77:3 85:22 118:11 174:1

**distinguish** 11:18 21:2

**distinguishable** 21:3,7

**district** 1:1,1 89:7

**division** 1:2

**dixon** 10:7

**dizzy** 160:3

**doc** 137:18,22

**doctor** 23:15,24 26:14,18 27:20 35:15,20,24 36:13 47:20 49:18 52:5 56:10 71:22 72:19

75:10,11 95:4,5,18 95:20 102:24 103:3 112:8 118:8 118:10 120:10 122:17 166:12,19 166:21 172:21 176:5

**doctor's** 83:11 85:5 94:23 144:22

**doctors** 23:18 44:19 95:21

**document** 29:19 59:4 60:7 84:1 88:22 89:1,3,8,11 89:12,17,21 96:5 96:17,18 98:10 132:11 145:16,21 147:7,14,15,22 148:7 152:10,12 152:13,15,16,22 153:9 164:24 166:24 169:24

**documented** 168:7

**documents** 29:24 71:3 89:5,18 153:6

**doe** 1:9,9

**doing** 14:7,15 35:16,16 36:12,16 36:19 37:18,21 38:12,15 47:20 48:1,2,13 49:8 52:5 53:4 56:23 71:22,23 79:2 82:4,6 99:7 101:22 106:8 133:6 171:2,11 173:3 176:13

**door** 57:18 150:12 151:19

[double - exhibit]

**double** 106:11,12
**downstairs** 16:6
**downstate** 18:3,5
**dr** 4:10 5:21 6:4
  22:13 41:17,20,23
  46:24 50:3,7
  51:15 52:1 75:12
  77:14 91:3 92:2,9
  92:10,16 93:8,16
  94:2 104:12,15
  105:9 107:14
  108:10 112:6
  113:6,12,18
  115:21 116:7,8,20
  117:2,13,17 118:1
  118:2,23 120:7,9
  121:15,17,24
  124:1,14,24 125:4
  127:18 130:21
  144:11,12,12,14
  166:10 168:8
  169:19
**drafted** 142:5
**draw** 171:13
**dropped** 54:14
**drugs** 7:1
**dude** 159:17,18
**dudes** 160:24
**due** 73:22 76:11
  91:21
**dumb** 85:15
**dumbbells** 39:6,8

**e**

**e** 3:1 176:24
**earlier** 77:23
  123:21 131:10
  144:2 152:23
  156:10,18 161:12
  161:13,23 164:8
  173:6

**early** 13:16
**easier** 84:7 145:9
**eastern** 1:2
**easy** 21:2 85:14
**education** 9:20
**edward** 2:7 4:9
**either** 27:6,15
  42:13 55:3 83:18
  88:12 106:19
  108:13 113:21
  147:5 153:5
**ekhatskin** 2:9
**email** 2:4,9,14
  59:5
**emergency** 3:16
  15:13,14,19,20,23
  16:14,15,16,18,21
  16:23 17:11,20
  133:22 134:18,19
  134:23 135:8,24
  136:11,19 138:9
**employed** 124:2
**employee** 136:10
**employees** 136:5
  136:13,14 139:3
  139:13
**encounter** 71:23
**encouraged** 76:14
  84:20
**encyclopedia**
  12:16
**ended** 5:23 6:2
  153:12
**ends** 128:3
**engage** 49:5
**enlargement** 72:4
**enter** 12:22
**entered** 65:18 66:7
  181:9
**entire** 21:24 180:5
  181:5

**entirety** 79:11
**entitled** 33:15
  120:23 152:6
  178:7
**entity** 65:21
**equals** 24:18
**errata** 179:17
  181:7,10,18 182:1
**escape** 114:19,20
  144:5
**escaped** 144:17
**essentially** 16:2
  48:10,13 80:19
  83:23 86:10 120:7
  127:18
**established** 138:6
**estate** 1:10 4:10,11
**estimate** 161:9
**et** 179:6 180:3
  181:3
**eval** 84:13,17
**event** 18:15,16
  21:3,7 22:18 23:3
  23:6 163:1,2
**events** 126:20
  127:2,10 145:12
  149:19
**everybody** 20:21
  21:8 29:9 114:22
  158:18 159:7
**everybody's**
  114:21,23
**evidence** 100:12
  100:19
**exact** 31:11 124:18
  152:15 162:18
**exactly** 65:12
  93:16 144:13
  159:20 165:2
**examination** 3:5,6
  3:7,8,9 4:7 51:4

**101:22 131:1**
  168:12,13 170:17
  171:19 172:16
**examined** 4:5
  43:22 44:2 166:9
  168:1
**example** 19:16
  20:16 28:21
  155:10 172:2
**exchanged** 87:22
**excruciating**
  171:8
**excuse** 68:19
**executed** 181:10
**execution** 180:14
  181:19
**executor** 1:10
**exercise** 33:22
  36:3 38:1,12,16
  40:7,22 41:23
  42:2,5,11 43:19
  44:8 45:9,15,23
  48:5 53:2,3
**exercises** 34:1
  35:10,11,16,17,22
  35:22,24 36:6,11
  36:13,18 37:4,6,11
  37:16,21 38:4
  40:17,20,23 41:9
  41:14,17,19 43:22
  43:23 44:1 47:21
  48:1 49:7 50:14
  51:5 55:7 87:15
**exhaust** 136:22
**exhausted** 17:7
  135:3,11
**exhaustion** 138:10
**exhibit** 3:12,13,15
  3:16,18 30:17,20
  63:21,24 64:4,13
  64:22 65:2 70:12

70:18,21,24
103:10,11,14
135:17,18,19,23

135:23 137:10
138:18 141:18
145:5,10 153:7
164:21
**exhibits** 176:16
**expect** 67:14
**expectation** 67:22
69:17 117:2
**expected** 44:17
67:9,23 154:4
**experience** 12:8,9
69:11 100:16
**expertise** 130:7
**expiration** 180:19
181:25 182:25
**expire** 105:24
**expired** 106:3
111:6
**expires** 111:2,2,4
**expiring** 145:14
**explain** 62:4
151:24 152:2
166:15
**explained** 6:7
122:16 126:19
127:1,6,8
**explaining** 21:9
57:22
**explains** 61:2
**explanatory** 28:2
**explore** 131:11
**explored** 131:10
**express** 75:20
**expressly** 179:12
**extend** 38:19
**extending** 38:9
43:5

**extent** 97:15

**f**

**face** 151:14 158:12
**faced** 151:15
**facility** 12:23
**facing** 156:7
**fact** 26:3 97:24
138:11 145:19
147:21 164:9,10
**factual** 8:19
**failed** 125:21
148:7
**failure** 121:17
122:3 148:18
**failures** 120:7
123:2
**fainted** 163:10
**fair** 19:5 26:23
29:13 38:3 50:22
51:20 65:9 67:9
78:24 80:19,22
81:7 83:13 85:19
92:3 93:23 95:9
100:21 117:13
129:5,8,23
**fairly** 120:13
**false** 68:16 111:16
**familiar** 12:7,18
12:19 13:1,10
14:21 30:7,13
103:22 173:11
**family** 69:3
**far** 42:24 49:18
88:16 118:13,13
172:20
**fast** 13:18 90:10
94:19
**favor** 84:14 124:5
127:3 150:20

**february** 107:5
**federal** 1:18 82:4
89:7

**feel** 7:15,19 15:2
21:4 44:20,22,24
45:4 119:24
121:24
**feeling** 119:2
**feels** 97:21
**figure** 55:6 78:23
120:6 124:8
**file** 144:23
**filed** 5:13,15 96:11
96:13,17,22 128:5
128:6,22 133:10
136:1 140:23
141:1,4,8 142:5
143:16
**files** 90:13 169:18
**filing** 141:5
**fill** 19:14 134:22
158:10,12
**filled** 58:3 60:12
60:18
**film** 95:1,7
**find** 60:9 84:21
95:11 120:23
125:6 140:12
144:10
**finding** 141:2
**findings** 62:21
75:17
**fine** 59:21 63:23
94:21
**finger** 154:5
**fingers** 72:2,4
73:15,22 74:17
126:21 127:13
153:14,19
**fingertips** 73:11

**finish** 41:11 67:3
149:9 156:15
**fired** 92:11

**first** 10:3 13:5
15:6 47:1 57:13
73:15 91:12 96:4
98:10 117:23
118:21 125:5
128:15 129:6,11
130:12 131:19,22
131:23,24 132:6,8
133:1,1,4,5,8
136:3 145:9
149:24 151:12
162:6,10,15
**five** 151:17
**flare** 174:13
**flexible** 154:12
**flip** 75:23 115:13
**floor** 2:12
**flow** 118:18
**follow** 17:24 60:20
125:18,20 170:15
171:18
**following** 165:22
**follows** 4:6
**football** 171:12,21
172:5,21
**footballs** 172:2
**force** 111:23
**forced** 74:14
**foregoing** 178:7
180:13 181:18
**forgot** 67:15 163:2
**form** 3:14 15:10
16:2 17:15,16
19:11,13 35:11
58:3 60:15,18
61:1,4,7,11,12,23
62:9,18 63:18,21

| | **feasible** 111:17 | 163:21,23 | 65:4,7,12,17 66:10 |
|---|---|---|---|

66:13 67:9,13,23
67:23 68:2 69:8

69:18 70:1,4,6
82:5 152:19
164:22 165:3
169:13
**formal** 11:18 59:2
**formed** 118:16
**forward** 13:18
90:10 107:1
153:15 166:10
**found** 72:12
129:23 130:1
140:21 144:3
**foundation** 83:16
175:24
**four** 9:5 73:6,9
101:3 102:9
**frame** 49:22,23,24
55:14 56:4
**frames** 138:6
**franklin** 2:23
**free** 180:14 181:20
**front** 48:18,22,24
49:1 51:2 57:18
106:18 150:13,14
151:10 156:7
158:2 160:1
**frozen** 24:12,17
25:8 44:6
**full** 21:11 91:10,15
116:8,12 118:20
168:11,13 169:2,9
169:11 170:3,5
**fully** 97:1
**further** 3:8,9
121:9 122:8,10
171:19 172:15,16
176:9

### g

**gallery** 57:16,17
104:8 105:14
107:6,10 108:2,12
143:7
**gasparini** 5:4
**gate** 157:7
**ged** 9:21,22,23,23
69:19,21
**general** 2:11
173:14
**general's** 4:12
**generally** 21:11
**gentleman** 163:4
**getting** 5:23 6:2
36:16 47:11 93:5
142:24 168:9
**gh** 91:21
**ghaliah** 1:9
**ghosh** 5:21,22 6:4
**gist** 142:14
**give** 8:1 14:1 32:18
35:4,5 39:5 50:4
53:20 58:13 59:5
64:5 96:6 109:10
112:3 113:20
114:8,12,24
117:21 120:19
121:17 142:13,23
144:16 150:3
161:9 167:9
168:16,17,21
173:17
**given** 4:17 13:4
137:1 165:23
**gives** 35:4 113:18
143:7
**giving** 41:14
118:21 120:8

**glenohumeral**
76:11 80:13 84:11

88:8
**gloves** 108:6,7,12
**go** 6:8 8:5,11 9:10
9:15 13:14,15,22
14:9 19:10 22:10
22:10 28:15 30:23
31:14 32:14,20
33:1,16 35:3,13
36:3,8 37:10,22
38:6,14 39:14
42:4,24 44:5 45:7
45:21 46:21 48:4
48:16,19 49:1
50:1,6 51:1,10
52:2,2,17 55:13
58:8 59:15,23,24
60:2,13,20,21
65:24 67:6 70:10
72:24 74:21 75:23
75:24 77:4,10,11
80:3 81:13 82:7
86:14,21 87:7,10
88:2 90:5 91:5
95:5,22 98:17
100:6 103:4,18
104:18 105:8
106:18,23 107:5,9
107:17,22 108:9
108:15,16,23
109:1,8 114:2,13
114:16 115:1,5
117:12,23 118:4
119:12,17,23
121:13 125:8
126:21,24 127:14
136:22 143:2,10
145:8 147:4 148:1
151:13 154:21

162:15 165:3
166:14,16,23

167:9,13,15 168:8
169:8,15,22
170:11 171:6
172:2
**god** 168:19
**goes** 15:1 16:6,18
27:5 48:20 117:4
118:15 134:24
135:1 141:14
**going** 4:13 12:15
26:5,17,21 27:15
30:16 32:18 33:1
41:16 42:10 44:13
44:15 47:9 51:9
56:8 59:14 60:16
60:17,19,24 61:2
67:4,16 70:21
74:10 82:15 83:10
83:19 85:13,21,22
85:23 86:22 89:17
103:10,16,17
105:24 110:1
111:18,22 112:1,2
116:13,14,15
119:3 121:1,2,3
122:19,22 126:12
127:5 129:1 130:6
130:7,23 131:9
132:10,11,12
133:2 134:8,10
137:5 140:11
141:8 142:15,22
143:17 144:18
148:1,2,3,12
149:10,11,15
150:19 151:3,18
153:18,19 158:9
158:11,12 159:24

| | 122:6 144:15 | 157:5,10 158:11 | 163:4 164:10 |

[going - hitting]

166:4,10,15,16,19
166:22 167:18,18
167:19 168:7,21
168:23 169:3,4
**golconda** 9:16,18
9:24
**good** 11:17 44:20
44:22,24 56:20
81:6 151:19
171:15
**governs** 20:10
**grab** 42:22 43:1,2
43:3
**grabbed** 151:18
154:16
**grabbing** 42:8
**graduate** 9:14
**graduates** 69:20
**grandmother**
11:23
**grandparents** 9:6
**great** 33:14 38:14
**grievance** 3:16
14:21,23 15:1,3,7
15:10,13,16,17
16:15 17:1,1,6,14
17:16 18:1,7,16,24
19:6,11,13 20:1,4
20:9,10,11,14 21:5
24:8,9,11 129:20
130:6 131:12,20

131:24 132:6,9,11
132:14 133:3,5,9
133:10,15,17,18
133:19,20,21,22
133:23,24 134:1,5
134:7,8,12,12,18
134:20,22,23
135:1,9,24 136:3,4
136:6,11,15,18,20

137:24 138:9,19
138:23 139:2,4,16
139:18,19,24
141:1,4,9,18 142:4
142:7,9,14,24
143:16,19 144:23
145:24 146:4,7,24
**grievances** 17:7
19:10 129:19
140:23 141:5
**grieve** 129:15,23
131:16 145:19
146:1,22 147:21
148:6,18
**grieving** 19:22
**ground** 6:7
**grow** 9:4
**gs** 91:22
**guess** 29:14
**gum** 59:17
**gums** 154:5
**guy** 38:1,8 67:10
114:19 120:13
144:17 159:5
160:6,8,9,14
**guys** 57:9 64:18,18
70:15 71:2 141:15
150:14 158:10
170:13

**h**

**h** 91:21
**half** 148:3 162:4
167:7,9
**hall** 161:9,24
**hand** 14:2 16:2,4
38:19 39:21 42:8
42:8 74:21 120:2
150:18 154:17
172:8,9,14

**handcuff** 106:12
**handcuffed** 23:9
27:6,20 28:22
29:1 73:3 74:15
74:16 81:7 85:1
85:19 88:12 101:3
102:8,19 103:2
111:18 149:3
153:4 156:11,19
157:14
**handcuffing** 75:13
**handcuffs** 23:13
26:4 28:10,12,16
28:19 70:1,3
73:23 106:11
109:3,7 111:24
112:3,11 147:2,4
147:11 148:1
156:2 163:16
164:14
**handed** 135:17
171:13 172:7,7
**hands** 42:23
106:17 109:2
156:2 163:17,21
163:23
**handwrite** 8:3
**handwriting** 8:6
8:10
**happen** 6:21 34:8
55:2 89:19 166:5

167:18
**happened** 19:1,4,7
19:24 20:4,15
51:18 57:5,7
61:21 62:1,2 63:2
63:5,11 65:14
85:18 89:21,22
97:23 101:2,5
114:18 134:21

158:14,16 162:6
**happening** 49:17
**happens** 62:6,8,10
62:24 109:11
132:21 133:13
134:4,6,11 135:1
151:12 167:12,13
167:17 168:24
**hard** 156:1
**harm** 122:20
167:8
**hawkins** 62:22
**he'll** 14:8 64:17
67:18
**head** 38:10 51:3
**headed** 159:17,18
160:6,8 163:4
**health** 1:7 2:10
7:13
**hear** 31:24 57:9
123:4 150:9
151:20 155:4
**heard** 57:10 85:11
150:8 173:12,15
**heavy** 76:15 84:20
160:4
**helmets** 140:20
**help** 37:18
**helpful** 150:22
**helping** 70:18,19
**hero** 158:15,19

**hey** 13:24 137:9
154:9
**high** 9:10 45:12
51:1,3 69:19
**hill** 1:22
**hippocratic** 122:1
122:4
**hit** 78:14,15,19
**hitting** 150:17

| 137:3,12,14,18,22 | **handbook** 12:18 12:22 | 144:4 149:23 | |

hold  48:6,18 91:11
  114:23 116:18
  125:6 126:12
  134:8 144:14
holding  161:23
hole  153:18
holler  14:7
hollering  162:13
home  33:21 36:8
hopefully  37:10
hoping  15:3
hospital  9:2 11:22
  11:23 22:11 26:6
  28:15,21 50:1
  57:22 58:9 109:8
  110:3 118:24
  126:22 127:15
  142:15 143:10,13
  143:14,18 152:15
  165:15 166:16,23
  167:14,19,20,21
  168:10,14 169:16
host  49:9
hour  67:1 148:3
  161:12,13 162:4
hours  73:6,9 101:3
  102:9 161:10,11
  161:11,14,19,24
  162:1,4
house  57:12,12
  150:10 166:20,21
huh  48:3 54:15
  93:6 113:8
hundred  169:22
hundreds  96:24
hurt  42:3 44:13
  54:14 56:17 72:15
  77:1 154:18
  155:15 170:24
  171:5,6

hurting  42:22 54:9
  56:14,15 72:18
  97:15,22 99:13
  119:2,11 154:20
  163:17
hurts  45:3 78:5
  155:18
hypothetically
  147:24

**i**

ice  104:10,24
idea  94:20 128:16
identification
  30:21 64:23
  103:12 135:20
  145:6
idoc  4:13 5:21
  15:3 30:2 65:21
  131:3 136:5,10
  138:14 139:3,13
  145:10 146:16
  148:11 153:7
  164:21 169:12
il  180:3 181:3
illinois  1:1,7,22
  2:3,8,11,13,24 9:3
  9:7,16,17 10:18
  126:22 127:15
  178:1 179:6
illness  119:9,9
  122:18,23
immediate  51:17
immediately  45:6
  104:2
impact  7:2 10:7
impacted  7:19,22
  7:23
important  31:7
  57:24
impossible  20:24

impressive  54:12
inaccuracies  31:3
  32:2,9 33:8,10
inaccurate  83:15
inaudible  126:19
  126:23 140:11
  154:3
incarcerated  10:3
incarceration  10:7
incident  19:7,12
  19:20 51:18 53:17
  97:23 98:2 99:7
  100:20 104:3
  120:1 154:10
  162:16 165:7
  170:21 171:3
including  137:18
  137:23
incorporated
  181:12
incorrect  72:9,10
incorrectly  72:19
  72:22
independent  1:10
index  51:9
indicating  10:15
  125:16
inflamed  72:4
influence  7:1
information  14:2
  102:13 125:19
  138:7
informed  44:23
informs  60:23
initially  65:12
  108:21 168:4
injection  47:4
injections  47:4
injured  5:9 47:12
  55:1 72:14 121:9
  122:8,10 134:21

154:10
injuries  120:11
  123:7
injury  55:2 81:19
  116:9,10 118:22
  121:23 122:7
  167:8 172:10
injustice  15:2
inmate  12:18 29:3
  29:9 131:16,19,20
inmates  28:3
  150:8
inside  38:1 49:10
  81:13 112:19,24
  141:13 143:11
  152:24 154:5,5
  172:3 173:5
institution  20:21
  21:1 141:14
  143:11 144:18
instruct  17:20
  41:3
instructed  41:1,2
  137:2
instructing  31:22
  160:17
instruction  41:14
instructions  50:7
intake  62:23
intend  82:13
intended  8:20
interested  49:11
  178:14
interfering  144:21
intermittent  73:10
interpretation
  142:11
interpreting  94:24
interprets  73:1
interrogatory
  33:19

**interrupting** 66:21
157:2

**involve** 47:17
**issue** 14:8 16:20
74:6 76:14 104:3
124:23 125:3,22
127:16 130:18
131:16 142:22
144:1 155:1
174:12
**issues** 78:2 87:1
117:12 129:15
132:24 170:20
**it'll** 108:16 154:21
157:9

**j**

**jackowiak** 2:2,2
3:7 23:1 26:20
27:1,3 29:19 30:7
30:9,12 31:8,13,17
31:24 32:4,14,20
33:1,4,10,13,16
34:11,14,18,20
52:18,21 58:23
59:1,5,11 62:1,12
62:16 63:23 64:6
64:9,14,17 66:17
66:20,24 67:3
68:8,13 70:19
74:3,20,24 75:3
79:23 80:4,7,23
81:18,22,24 82:2,8
82:10,15 83:15,24
84:2 85:4,12,15
86:2 88:14,19,22
89:4,10,15 94:7,9
94:12,15,17,21,24
95:7,10,22 96:8
101:18 106:24
125:16 138:21

152:3 170:18
171:17 174:22
175:12,15,24
176:10,14 177:2
179:5
**jackowiaklaw.c...**
2:4
**jackson** 9:2,2
**jailhouse** 138:12
138:14
**jammed** 120:2
**job** 9:15,24
**jobs** 111:24
**jog** 37:11,15
**jogging** 36:16
**john** 1:9,9
**join** 59:7 98:9
**joint** 47:16 52:8
56:12 76:12 80:13
84:11 88:8 91:21
91:22 173:12
**jose** 41:17,20,23
173:3
**judge** 89:6,6
**july** 3:16 20:17,19
22:4,19 23:7 24:9
24:17 51:18 57:5
65:18 66:10 73:3
105:12 106:3
136:1,15 137:14
138:20,24 139:18
139:23 140:23
149:20 156:22
162:19,20 164:22
165:1,13 166:24
167:24 169:5,10
169:13 170:21
**june** 1:22 19:16
22:15 145:11,14
156:21 179:4

**k**

**keep** 30:15 40:18
66:21 71:11 83:10
119:21 157:2,4
176:17,18
**keeping** 156:20
**keeps** 79:19
**kept** 102:6 119:7
154:16,18
**khatskin** 2:7 3:5,9
4:1,8,9 9:19 14:18
14:20 23:2 26:23
27:2,8 29:21 30:1
30:3,8,10,14,22
31:9,16,18,22 32:1
32:6,8,16 33:3,6
33:12,14,18,20
34:12,19,21,22
39:1,23 40:2
43:20 46:6,9
52:22 53:19 59:2
59:8,14,18,21,23
60:2,4,5 62:3,5,14
62:17 63:21,24
64:4,8,10,13,24
65:1,23 66:5,6,19
66:22 67:2,4,7,8
68:11,15,17,22
69:1 70:9,14,17
71:7,11,13,15 74:5
75:2,6,9 77:21
80:1,2,6,8,9 81:1,2
81:21,23 82:1,3,9
82:12,17,24 83:3
83:21 84:1,4,6,22
85:7,14,16 86:4,5
88:1,18,21 89:1,6
89:13,16 90:1,3,5
90:8,9 91:19 92:1
94:14,16,20,22

98:7,13 101:19,20
103:7,10,13 107:1
107:2 118:4,6,7
124:7 126:8 127:9
127:17 130:23
139:9 149:5,10,13
149:15 151:4,7
152:6,18,20,22
153:2 157:10
172:17 174:24
175:1,14,17 176:2
176:9,11,15,18,22
**kicked** 10:8
**kidding** 6:15
**killing** 159:21
**kin** 178:16
**kind** 6:8 7:5 18:19
18:24 37:22 38:9
41:20,24 42:5,10
45:11 47:24 48:20
60:8,9,15 82:11,11
100:18 103:17
111:1 122:20
153:20 154:7
155:8 167:8
**kite** 14:12,17,18
**knee** 47:12
**knew** 26:14 37:3
116:9,12,14
118:13,22 119:1,3
120:11 122:7
139:8 140:3,15,15
140:16 143:16
149:11
**know** 7:15,17
11:15,19,19 12:2
20:14 24:17 26:17
27:4 29:15 31:11
33:14,18,23 35:3
36:22 40:17,23,23
41:6,7,8,13 45:4,4

| | | | |
|---|---|---|---|
| 141:23 149:9,17 | | 95:3,9,12 96:1,10 | |

48:15 50:21 54:7
60:15,17 61:19

67:7,19 68:20
69:12,14 75:16
86:12,20 87:7,8
91:21 93:22 94:2
94:3,4,6,18 96:21
97:17,18,21 99:23
100:1 107:21
108:21 111:21
112:2 113:24
115:19 117:17
126:6 127:3
130:11 133:2,9,9
135:2 136:4
138:18 139:3,14
146:5 149:5
150:16 153:20
156:14 160:22
161:17,18,21,21
161:22 164:5
165:2,24 169:19
173:24 174:8,9,20
175:2,5,5,6,6,11
175:18 176:3,4
**knowing** 88:15
122:18
**knowledge** 12:6
18:19 68:3 69:5
69:13,14 75:4
94:17,20 114:16
115:2 116:8,12
117:20 131:15
173:7 176:3
**known** 11:21
88:16 139:11
**knows** 20:21 21:8
84:2,4 106:14,17
118:16 121:8
143:14

**l**

**l** 168:8
**lady** 147:3
**laid** 171:4
**language** 61:1
**lasts** 81:4 119:9
**laterally** 48:21
**law** 2:2
**lawrence** 2:2,2
179:5
**lawsuit** 5:3,12,17
5:19 21:12,15,17
21:20,24
**lawsuits** 5:15
**lawyer** 67:16
89:20 117:15
125:14 138:12,14
145:3
**laying** 57:8
**lead** 172:14
**leaned** 160:3
**leave** 16:9 51:5
112:15
**leaving** 111:12
**lecture** 83:5
**led** 120:7
**left** 9:15 40:3
42:17 43:6,7
44:13 45:19 47:17
54:20 72:7 76:2
78:3,5 80:12
83:12 84:9,13,16
85:18 86:9 87:2
88:4,5,9 99:8,11
99:17 100:8 126:4
146:13 155:20
156:20 161:7
162:3 171:13
172:7,8,10,14

**legal** 179:1 182:1
**legs** 49:11

**leslie** 160:21
**letter** 14:19 33:19
179:18
**letters** 146:5
**level** 9:20 56:15
130:5 162:24
**life** 11:10 29:13
60:21 121:3
174:11
**lift** 51:3 54:16,23
54:24 55:5,5
72:11,13 87:5,6,11
87:12 171:5
**lifted** 76:24
**lifting** 45:12 54:19
55:4 56:1,9 72:8
76:19 78:12,13,18
100:4
**light** 55:5 57:18,19
150:16,19,23,23
150:24 151:3,9
**lighter** 55:9,18
**lightheaded** 160:3
**lights** 150:18,18
**likes** 29:12
**limited** 25:5,13
62:22,23 69:23
119:1 142:18
155:3,14 171:2
**line** 99:6 129:21
129:22 181:7
182:3
**lines** 91:9
**list** 14:4 37:22
**listed** 181:7,17
**listening** 119:20
**listing** 181:7
**little** 24:21 29:16

152:5 153:13
**lived** 11:22
**ljackowiak** 2:4
**llp** 2:6
**locate** 60:7
**location** 179:14
**lockdown** 162:24
**locked** 36:3,8 53:9
**long** 23:22 67:5
83:4 120:17 133:6
161:5,9 162:2
**longer** 18:2 81:4
87:6 119:10
161:18
**look** 30:7,12 34:13
59:1 62:14,15
80:10 90:21 98:23
103:22 109:18
113:5 142:7 145:1
145:2 154:9
162:18 172:24
**looking** 29:20 33:7
59:15,19 63:14
94:18 95:7 126:9
129:1
**looks** 60:9
**loosen** 160:17,23
161:1
**lopsided** 171:16
**lost** 5:10 54:3
**lot** 27:12 37:2,15
40:21 44:14 49:14
49:15,16 69:7
72:23 87:23
111:21,24,24
117:12 157:9
**loud** 142:12
**low** 104:8,8
105:14,14 107:6,6
107:10,10 108:2,2

| | **leg** 48:2 49:9 | 120:3 150:21 | 108:12,12 143:7,7 |

**lydia** 162:17
**lying** 18:11

**m**

**ma'am** 4:3 176:22
**machine** 48:17
  49:9 178:6
**madam** 179:9
**mail** 133:14
  134:17 135:5
**main** 119:24
**making** 129:9
**male** 99:1
**man** 59:18 71:12
  123:11 151:16
  153:17 154:19,20
  161:16 166:4
  169:17
**management** 47:4
**mandate** 112:23
**manner** 135:10
  136:20 137:3
**manual** 132:3,5
**march** 148:13
**mark** 30:17 63:24
  64:6,10,13 134:23
  135:18
**marked** 30:20
  64:22 65:2 103:11
  108:4 135:17,19
  138:4 145:5 153:6
**married** 12:4
**matter** 32:23
  131:4 136:15
  146:13 167:20
  179:11
**mean** 7:4 11:15
  12:24 18:12 19:6
  21:9 28:2 33:23
  34:4 42:2,20
  48:20 53:9 54:19
  61:22 62:1,12

64:15 69:7 75:16
78:16 94:17,18
95:5 106:14
108:15 116:10
126:5 130:1 143:2
143:4 145:2
155:10 157:1,19
161:15
  **meaning** 99:14
  110:2 121:4,7
  175:21
**means** 17:7 18:2
  20:9 24:14 93:11
  96:19 110:1
  135:10 148:24
  173:18
**mechanism** 29:12
**med** 145:10
  146:16 158:21,21
  158:22 159:1
  160:9,11 162:13
  164:5,7,21 166:14
  166:14 169:12
**medical** 3:12,13
  3:15,18 11:12,16
  11:19,20 12:6,6,9
  12:10,11 13:11
  21:12,19 22:5,8,13
  24:1,5,5 25:21,24
  26:3 30:8,10,16,24
  30:24 31:4 32:2,3
  32:11,15,18 33:7
  33:11,13 34:11,12
  34:15,17 35:17
  41:6 44:2,20 50:8
  51:17 56:20 58:4
  58:6 60:11,23
  61:4,9,12,14,16,18
  61:19 62:6,8 63:3
  65:3 68:3 69:5,13
  69:14,18 70:10

74:3,6,8,12 75:2,3
75:4,6 79:9 80:24
82:19 83:15,16
86:11 90:13 92:12
92:16 97:17 100:3
100:12,19,23
101:1,9 102:6
103:1,15,20
104:20 105:3,9,15
107:3 110:14,16
110:21 111:10
117:5,20 118:22
119:6,18 120:9
121:7,24 122:24
123:3 124:4
125:22 126:1
127:16 130:6,7
143:7 145:1,10
146:11,12,13,18
147:16,23 148:12
153:5 155:5,8,10
159:10 164:6,22
167:10 169:13,18
172:18,24 173:7
**medication** 7:4,8
  102:5 174:12
**medications** 12:15
  99:3 174:10
**medin** 1:9 2:15
  131:5,6,7 136:7,9
  139:8,10 143:24
  158:15 159:2,8,9
  159:19,20,20
  163:3 164:3
**medin's** 140:17
  158:16
**meds** 7:5
  **memory** 7:19 35:9
  37:11
  **menard** 10:9

**mental** 7:13 8:1
**mention** 70:3,6
  83:12 88:11
  136:13 143:19,22
  143:24
**mentioned** 68:10
  75:10,12,14 85:1
  103:1 127:10
  136:6,7,9,11
  173:15 174:19
**merck's** 12:10,11
**messed** 54:16,17
**metal** 158:1
**methotrexate** 7:6
**middle** 71:22
  101:15
**midwest** 182:1
**mind** 62:14 81:13
  150:1,3
**mine** 29:22 64:3
  71:6 123:23 126:7
**minute** 80:23
  170:8
**minutes** 72:2
  150:9 151:17
  161:7,14 164:16
**misinterpretation**
  126:14
**misquote** 162:18
**missing** 108:18
**misspeak** 155:12
**mistake** 79:17
  142:2
**mistaken** 81:16
**misunderstanding**
  79:19
**mixing** 71:3
**mom** 9:5 11:21
  68:24
**moment** 136:21
  139:2 145:4 152:8

170:7
month 140:13,14
　140:22 145:11
　167:8
months 9:5 11:1
　72:11 81:5 119:10
moreso 73:13

morning 36:16
　73:16 150:8
motion 25:9,13
　50:13 72:6 77:7
　78:7 87:4 97:3
mouth 153:19
　154:5,6
move 81:22 87:23
　155:19
moveable 56:17
movement 25:5
　69:23 142:18
　155:3,14 171:3,3
moving 155:16
mri 79:5 84:12,16
　126:5
multiple 35:15
　120:7 123:2
murder 11:8
muscle 49:5 50:14

**n**

n 3:1
naked 151:16
nalfonso 2:14
name 4:9 5:5 42:4
　47:1 48:15 92:9
　134:16 139:4,8,13
　139:14,15,19,23
　140:3,4,5,17,20
　141:2 165:22
　179:6 180:3,4,15
　181:3,4,21
named 139:5,7,7

names 140:1
narrative 152:4
narrow 161:15,17
nature 61:12
near 171:15
necessarily 19:8
need 13:14 21:4,11
　59:2 64:11 84:12
　89:13 91:16,18
　123:17 125:22
　126:23 127:15,24
　128:22 143:12,13
　158:21,21 159:10
　159:21 164:6
needed 104:16
　119:5 144:7 159:1
　164:6
nerve 74:19
nerves 74:20
never 25:18 40:9
　40:15 44:22 45:15
　68:7,10 89:19,20
　89:21 109:3,10,10
　112:11 115:10
　126:5 141:1,4,8
　150:6 153:16
　155:24 166:19,20
　166:21 167:2
new 64:5 101:10
　110:19 130:9
nice 8:7
nicholas 2:12
nick 4:11 130:23
nonemergency
　15:20
nonsense 164:11
normal 134:23
　135:10 136:20
　137:3,9
north 2:23

northern 1:1
nose 151:13,15
notary 179:24
　180:10,18 181:15
　181:23 182:23
notations 117:10
note 51:11,12
　71:18 72:22 77:18
　77:20 78:20,23
　81:6 83:22 84:19
　86:17,21,22 102:5
　164:23
noted 50:16 72:19
　76:21
notes 52:4 61:20
　71:22 76:2 78:1
　80:3 84:5 87:5,12
notice 8:7 117:24
　129:10
numb 163:21
number 3:12,13
　3:15,16,18 6:8
　30:20 64:22 82:23
　103:11 135:19
　145:5 179:7
numbered 29:24
　138:19
numbering 29:21
　103:17
numbers 70:20
　103:15 181:7
numbness 73:11
　126:20 127:13
　149:1 171:1
numerous 117:22
nurse 11:22,23
　13:13,23,24 14:7
　14:10 58:13 69:3
　160:16,18,19,20
　160:21 162:17
　164:9,12,14 165:1

165:23 168:1,11
　168:16,17 169:1,9
　170:1
nurses 12:2,7 68:6
　68:18,23

**o**

o 91:21 92:9
o'clock 150:7
oa 91:22
oath 122:2,4
obaisi 1:10,11 2:10
　50:3 104:12,15
　105:9 107:14
　108:10 112:6
　113:6,12,18
　115:21 116:7,8,20
　117:2,13,17 118:1
　118:2,3 120:7,9
　121:15,17,24
　124:2,14,24 125:4
　125:17,19 126:5
　126:19,21 127:13
　127:18 130:21
　142:21 144:11,12
　144:12,14
obaisi's 4:10
object 82:5 149:6
　149:10,15
objected 85:9
objecting 89:17
　149:5,7
objection 26:20
　31:8,16,17,19
　65:20 66:4 74:3
　82:11,13 83:15,24
　84:3 85:4 88:19
　175:24
objections 63:22
　82:13 89:8
objective 75:17

| 159:8 | | | 101:18,19,21,24 |
|---|---|---|---|

**observations**
101:16,21 102:14
**obtain** 125:22
126:1 127:16
**obviously** 71:2
104:15
**occ** 52:11,14,20
**occasions** 109:16
**occurred** 77:5
154:10
**october** 109:20
111:4 115:14
126:2 141:19,23
**offender** 135:9
136:19
**offender's** 137:17
137:22
**offered** 171:21,23
**office** 2:11 4:12
27:1 39:16,22
130:6 133:17,18
133:19,20,21
134:5,7,8,12 138:5
179:13
**officer** 17:8 35:4
35:14 106:14
112:9,22 130:6
132:14,20 133:15
136:10,12 137:7
155:13,16,24
156:21 159:4,8,20
159:20
**officer's** 137:24
138:1
**officers** 10:7 57:18
66:1 69:12 109:9

111:21 112:5
136:5,13 139:3
150:13 153:5
157:15 160:17

**offices** 2:2
**official** 180:15
181:21
**oh** 41:16 48:23
59:14 63:16
104:24 105:2
123:11 153:22
164:1 168:19
169:17
**ohio** 179:2
**okay** 4:14 7:5 8:23
10:5 11:17 12:5
13:8,10 15:15
16:5,8 18:6 20:13
20:23 23:21 28:14
31:6 33:12,24
34:10 35:1 36:15
37:1 41:6,8,24
45:5 46:23 49:21
50:12,20 51:12
54:2 55:9 56:6,19
59:2 61:11 62:3
64:8 66:18 67:21
68:11 69:2 73:2
75:23 79:9 80:11
82:8 84:24 85:8
86:19,24 87:19
88:10,18 89:10
92:5 94:21 96:21
98:22 99:17 100:2
100:15 101:12
104:8 105:20
107:22 112:7
113:11,23 114:4,6
115:1,13,20 116:7
117:23 120:4,19

121:7,11 123:9
125:3,8 126:10,17
128:3,14,17,21
129:4 132:2,5

135:16 136:8
138:14,17 139:15
140:2,9,18 141:22
142:16,20 144:20
144:23 145:4
146:3,6,12 147:12
148:6,9,22 149:19
149:21 152:14,21
153:22 155:16
156:24 157:17
158:5,16 159:3,19
160:5 161:4,20
162:5,9,15,23
163:11,14 164:12
164:17 165:5,9
166:18 168:3
169:21 170:7
172:13,15 173:16
176:11,15 177:3
**okazi** 22:13 92:9
92:10,16 93:8
**old** 9:6 98:24
129:2 145:1
**omissions** 97:8
**once** 17:8 18:1
19:8 51:2 56:7
57:17 58:8 68:21
78:11 109:4
118:15 133:16,24
136:21 137:4,5,6
140:8 142:8,17
150:14 151:2,9
154:4,15 158:5,9
160:7 162:5
166:14,15,22
168:4 169:1

**ones** 30:5 33:15
**opinion** 16:21 74:4
74:6,8,12 75:2,3,7
75:20 80:24 83:17

**opportunity** 67:16
**opposed** 149:3
155:22
**opposite** 31:12
**option** 169:7
**orange** 20:16,22
57:11,12,16,17
61:7 63:19 65:18
65:21,22 66:1,9
139:7,10 140:22
141:6,13 149:23
150:10,11,14
158:9 160:24
165:8
**order** 18:21,22
77:12 78:15
**ordered** 176:21
**orientation** 132:3
**original** 8:3,10
55:13 64:19
123:19,20,22
124:24 128:5
130:12 150:1
**outside** 26:5 28:15
31:3 50:1 109:8
110:2 118:24
139:10 143:13,14
143:17 147:4
**outstretched**
156:7
**outward** 156:8
**overall** 71:22 99:7
**ow** 154:19
**oxygen** 118:18

**p**

**p.m** 164:23
**p.m.** 177:4
**page** 32:21,23,23
33:2,2,16,17 34:13

| | | | |
|---|---|---|---|
| 166:4 | 133:7 134:15 | 86:11 88:23 94:23 | 37:10 38:6,7,14 39:4,15 40:8 42:4 |

[page - physical]                                                        Page 19

44:5 45:8,21
46:15,21 51:9,10
52:2,2 70:11
71:16 75:23 77:10
77:11 80:3 82:24
83:2 86:14 88:2
90:21,22 98:20,21
100:6 103:14,19
104:18 105:8
106:23 107:5,9,22
108:16,16 109:18
111:4 113:5
115:13 125:10,11
126:13 128:2,2,3
135:22,23 137:10
138:18 145:9
146:15 153:7
160:19,19,20
164:21 181:7
182:3
**pages** 38:7 130:14
141:18
**pain** 27:12,16
43:15 45:4 47:4
47:10 49:18 52:8
56:12 72:7 76:3
78:8 80:12,16
81:6 83:12 84:10
85:18 86:1,6,9
87:4 88:5,9 97:6
97:12,18,21,22
100:7,8,20 102:17
102:22 103:1
111:23 116:13,14
116:14,16 122:20
122:22 134:22
158:20 163:8,18
171:8
**painful** 29:7,9
44:15

**pains** 126:20
127:12
**paint** 47:16
**pair** 111:23
154:11
**pairs** 108:6 112:3
**palm** 150:17
**palms** 156:7,8
**pamphlet** 37:7,9
**paper** 13:23 36:6
60:9 89:2 155:9
**paperwork** 84:18
116:2,3,23,23,24
117:1,3,5 125:21
142:22
**paragraph** 80:10
83:11 84:8 88:4
97:4 100:13
126:15 127:20,24
128:1,3
**pardon** 71:9
141:12,24 156:22
164:1
**park** 9:2,2
**part** 13:9 29:12
102:8 137:20,23
181:9
**partial** 91:10,16
92:6
**partially** 40:5
**parties** 178:16
**parts** 137:18
**passed** 9:5
**patel** 126:3
**patel's** 125:20
**patient** 122:1
165:22
**patient's** 98:1
**pay** 165:3,7,15
166:2,2,3,11,11
167:3,4,7,9,12,12

167:16,17,17,17
168:5,9,18,18,24
168:24 169:1,1,6,6
169:20 170:3,4
**paying** 26:24
138:2 165:7 166:3
**pcp** 84:12,18
**pendulum** 40:7
**penmanship** 8:7
**people** 4:23 6:7
57:11 119:17
146:11 150:9,12
158:8,11
**perfect** 38:6 41:20
76:2
**perform** 169:9
**performance**
165:17,21
**period** 55:22 81:4
**periodically** 28:1
111:2
**permit** 3:18 49:22
50:4 51:21 61:4,9
104:5,19 105:9,17
106:5,13,20 107:3
107:7,10,20
108:13,18,19,23
109:7,12,20
110:10,11,17
111:1,3,6,11,15
112:13,14,20,23
113:20 114:8,21
115:11,16 116:5
117:21 118:22
119:5 120:8,20
121:14,18 122:6
130:18 142:23
143:1,7 145:11,17
145:20 146:18,21
146:23 147:16,17
147:20,20,22

148:7,12,15
151:18,20 152:18
152:20 153:6
**permit's** 148:18
**permits** 103:5,20
104:16 107:19
109:14,15 113:18
114:22 144:8,15
146:12
**perpendicular**
38:19
**person** 22:11
119:7 141:7 159:9
166:22
**personally** 180:11
181:15
**personnel** 146:13
**pertaining** 1:18
**pertinent** 31:6
**pfister** 1:8 2:15
131:4 136:17
139:15,19,20,21
140:15 141:5,9,11
141:12 143:20
144:4,6,7,21,24
159:17 160:5,8,11
163:4 164:3
**phone** 2:4,8,13,24
59:6 179:3
**physical** 34:1
41:16 44:14,20,23
44:24 45:3 47:8
47:20,22,23,24
49:7 51:4 56:7,23
56:24 57:3 77:6,8
87:7,8,10,15 91:23
101:21 102:4
134:22 168:5
169:2,10,11 170:3
170:5 173:2

pick  157:7
picture  38:8
pictures  171:13
piece  60:9 67:19
  89:2 172:3
pip  72:3
pissed  163:15
pits  153:14
place  18:15 22:18
  36:17 56:13 98:2
plaintiff  1:5 2:5
  97:6 125:20,22,24
  126:4,4,18,21,23
  126:24 127:7,14
  127:15
plaintiffs  126:2
plan  27:1 80:8
  82:19 102:4,4
play  171:12,12
  172:5,21
please  31:20 82:4
  84:8,15 89:23
  90:8 91:8 118:1
  136:4 138:18
  139:3 150:21
  153:11 156:14,15
  156:15 165:18,18
  176:15 179:13
plus  161:10
point  13:4 52:15
  108:17 110:9
  161:5,8
pointed  77:23
points  117:16
police  10:6 153:1
policy  144:24
pop  172:3
portion  71:21
  79:10,15,20 81:12
  82:19 86:19,24
  101:8,11,14 102:9

103:15
position  43:15
  74:1 124:4 140:21
positive  62:21
possession  58:19
  65:17
possible  95:1,4,5
post  163:1
pounds  53:16 77:1
  78:11 111:17
practical  106:21
practice  13:17
practiced  13:16
practicing  56:9
  89:22
precise  161:21
prefer  118:19
  179:15
prepared  25:17
  65:13 96:3 104:12
  129:14
prescribe  102:5
prescribed  144:22
present  153:5,9
press  39:5 55:7,16
  55:21 77:1
pressure  169:3
pretty  171:9
prevent  121:9
  122:7,9,19,20,22
prevented  120:1
previous  4:19
prinzi  1:15 2:21
  178:4,21
prior  51:18 53:17
  72:17 76:24 88:15
  97:15 99:11,20,23
  107:18 108:15,18
  108:19 109:9
  111:10,11,15
  112:14 113:2

153:4 171:2,3,7
prison  12:23 29:13
  53:10,14 135:11
prisoner  26:14
  27:5
prisoners  26:18
  28:10
prisons  10:18 28:3
probably  46:11
  53:22 54:2,11
  56:24 57:3 87:20
  87:21,22 106:1
  134:9 140:13
  145:1 161:10,13
  169:17,22
problem  66:5
problems  170:19
  170:20 171:11
procedure  1:18
  15:17 131:20
  132:6 166:13
  180:5 181:5
procedures  131:12
  131:16
proceedings  30:19
  60:3 64:21 71:14
  90:7 94:13 95:24
  103:9 118:5
  157:12 178:6,8
process  13:11
  14:11,21,23 15:1,6
  134:19 137:6,9
  166:17
produce  30:17
  103:16
produced  118:14
production  59:3
  179:22
professional  1:16
  2:22 22:5,8 178:5

program  10:8
  33:22 41:2,4,13,14
programs  40:21
  41:3
progresses  173:19
  173:19 174:6,6
progressive
  174:20 175:3,5,6,9
  175:11,18,21
  176:6
promise  64:5
pronouncing
  46:24
proper  41:14
  119:4
properly  141:16
prosecuting  4:24
protein  118:14
provide  71:2
  137:17,21 138:5
  145:17 146:21,24
  148:7,15,20
  160:11
provided  10:1
  30:6 129:10 138:7
  145:20 146:23
  147:8,9,15,17
proximate  97:7
psychotic  7:12
pt  84:19,21
pt's  84:19
public  180:10,18
  181:15,23 182:23
pull  153:18
pulling  154:19,19
  156:19
punishment
  119:13
purchased  179:16
purpose  15:5
  69:18

**pursuant** 1:16
**push** 37:12,13
**pushed** 56:18
**put** 5:3 14:3 16:7
  16:11 18:24 19:7
  19:8 20:4,5,6,6,8
  20:10 21:4 51:2
  54:20 67:11,18
  73:1 83:18,19
  85:3,6,20,23 97:3
  106:18 110:1
  111:23 112:2,11
  114:23 124:23
  125:4 132:9,10
  133:5,14 134:14
  134:16 144:14
  147:5,10 148:3
  151:13,15 153:19
  154:4,11 155:2
  156:1 160:1 161:4
  161:5,6 162:2

  172:3
**puts** 106:17
  117:24
**putting** 38:9 42:5

**q**

**qualified** 94:22
**question** 6:9 17:10
  25:20,21 27:3,19
  31:14,19,21,24
  32:4 33:4,5 41:11
  41:12 45:16 50:3
  51:4 55:14 56:16
  66:17,22,24 67:16
  75:5 79:24 81:24
  82:6,11,18 83:22
  85:15 88:13 89:8
  89:15,20 92:16
  93:8 96:2,16
  100:11 102:24

122:5,11 124:12
124:13,14,19,21
124:22 137:1
141:8 145:12,19
146:22 147:14
148:23 149:17
150:6 152:9
156:15 174:5
**questions** 6:12
  56:14 59:14 64:7
  66:20 72:23 82:16
  82:16 83:7 85:9
  89:3,4,24 90:2
  130:24 149:16
  163:2 170:12,14
  174:23 176:9
**quick** 125:7 152:9
**quite** 50:21 116:3
**quote** 137:16

**r**

**radiologist** 94:24
  95:3
**raise** 38:15 48:8
  50:24
**raised** 9:6,8
**randolph** 2:12
**randy** 1:8 2:15
  131:4 139:15,19
  141:4,9 143:20
  144:4 163:4 164:3
**range** 25:9,13
  50:13 53:20 72:6
  77:7 78:7 87:4
**ray** 84:12
**rayed** 79:4
**rays** 79:8
**reached** 151:17
**reaching** 119:22
**read** 8:9,13 12:9
  13:8 17:14,16

67:23 69:7 79:11
84:8 85:1 89:11
91:8 94:22,23
117:2 118:3
123:16,17 124:1,8
124:10,13 125:15
126:13 127:23,24
128:18,19,23
136:4 138:1 139:2
142:7,12,13,22
150:1 151:5 157:7
157:8 180:5,6,12
181:5,6,17
**readily** 21:3,6
**reading** 70:16
  126:14 127:7
  142:8 176:12
  179:11,18
**real** 57:23 85:14
  85:15 125:7
**realize** 21:1
**really** 88:3 94:19
  116:21 138:2
  143:11 171:4
**rear** 151:11
**reask** 31:20
**reason** 18:9,12
  34:7 50:12 60:19
  61:2 72:21 175:20
  176:7 181:8 182:3
**reasoning** 61:18
  61:19
**reasons** 114:5
  117:22 119:14,24
  122:12,13,14,16
**recall** 34:4,5,7,9
  131:14 146:9
  156:10
**receipt** 179:18
**receive** 12:22
  125:21 146:6

**received** 107:19
  132:2
**receiving** 33:21
**recess** 170:10
**recognize** 112:1
**recollection** 150:4
  150:5
**recommend** 77:6
  166:22 168:7
**recommendation**
  125:18
**recommendations**
  125:20 126:3
**recommended**
  77:9 126:5
**record** 25:21,23
  25:24 26:3 30:18
  30:19 31:15 38:7
  38:18,22 48:9
  59:23,24 60:2,3
  64:20,21,24 67:18
  71:13,14 76:22
  77:10 79:9 82:6
  82:19,22 84:8
  85:12 86:1,14
  88:3,12 90:6,7,24
  91:8 94:12,13
  95:22,24 100:3
  103:1,8,9 105:9
  117:16,16 118:4,5
  118:6 128:18,20
  129:20 149:6
  156:6 157:10,12
  181:9
**records** 3:12,15
  24:1,5,6 30:8,11
  30:16,24,24 31:4
  32:2,3,11,15,19
  33:2,7,11,13 34:11
  34:12,16,17 35:18
  46:21 50:6 51:10

| 112:12,13 114:11 | 32:23 66:12 67:9 | | |
|---|---|---|---|

58:5,6 70:12
77:11 94:14
100:23 101:1,9
102:6 103:16
107:18,21 110:16
117:6,8,10,12,20
125:23 126:1
127:16 130:2,3
145:2 172:18,24
**recreational**
171:21
**redundant** 133:8
**refer** 166:16
**reference** 137:11
139:4 179:7 180:2
181:2
**referenced** 179:10
180:11 181:15
**referral** 3:14 65:3
65:14
**referred** 36:19,19
60:16 62:19 63:5
63:10 65:11,15,20
152:9
**referring** 13:16
26:5 29:20 35:23
40:18 47:11 60:8
63:13 65:13 82:22
124:17 152:12
164:21
**reflect** 156:6
**refrain** 84:20
**refusal** 164:22
169:13
**refuse** 165:12,14
**refused** 114:8,12
117:21 164:24
165:11,14,16,19
166:1,11 167:1,2,3
168:18 169:6
170:3

**regards** 134:18
**regimen** 56:20
**registered** 1:16
2:22 178:5
**regular** 15:16
16:24 17:1,21
133:23,24 147:10
**related** 68:18,23
69:4 100:21
**relating** 75:17
88:11
**relation** 140:22
**relevance** 85:4,10
**relevant** 124:3
**rely** 129:2
**relying** 129:10
**remedies** 135:11
136:23 138:10
**remedy** 15:3 149:2
**remember** 7:3
11:2 13:7 18:18
24:9,12 25:1
33:21 36:5,10,12
37:18 38:12,15
39:18 47:24 50:7
50:11,12,22 51:7
51:14 72:17 77:17
81:8,8 104:13
106:8 108:18
112:6 124:22
160:18,22
**remove** 160:22
161:1
**removed** 164:15
**rep** 48:19
**repair** 95:14,15
**repeat** 47:3
**repetition** 78:10
**rephrased** 124:18
**report** 3:14 25:15
25:17 57:21,24

58:16 59:9 65:4
84:12 93:4,4,7,18
93:19,23 94:1,2,9
94:22 95:2,10
98:8 117:4 118:23
**report's** 94:18
**reported** 178:6
**reporter** 1:16,16
2:22,22 9:17
14:17 39:22 46:5
64:12 68:20 71:1
74:23 77:19 84:14
87:21 91:17 124:5
125:24 127:3,11
139:6 150:20
151:1 154:1
156:14 165:18
176:21,24 177:3
178:5,5 180:7
**reports** 97:24 98:3
**represent** 4:10,11
112:6 131:3
**representing** 4:13
**request** 13:11 14:5
58:4 59:2,7 84:11
98:7,9 160:11,14
181:9,11
**requested** 58:6
59:3 162:7,10
**requests** 60:12
**required** 179:24
**resend** 17:1
**reserve** 176:14
**reserved** 178:12
**response** 16:13
134:2 137:13,20
137:22 138:1
146:6,9 152:4
**responsible** 119:6
123:4

**rest** 60:21 107:16
107:17,18 121:3
140:19 174:11
**restrain** 82:4
**restrained** 26:18
27:24 28:4,5
163:8
**restraint** 26:11
**restraints** 70:7
147:5
**restrictions** 62:13
**restroom** 163:13
163:19
**resubmit** 137:2
**result** 5:8 22:21
23:12 34:24 65:14
134:13 166:6
**resulted** 121:20,23
**retract** 71:9
**retreat** 36:24
**return** 137:12
**returned** 138:9
179:17
**returning** 136:18
**returns** 136:21
**reverse** 77:12
**review** 30:23 94:9
96:11,17,19,22
100:6 137:12
138:8 144:7
179:13 180:1
181:1
**reviewed** 30:24
144:16,19
**reviewing** 114:21
**rheumatoid** 86:21
175:7,9
**rheumatologist**
24:19,20,22 25:3
35:4 84:9 116:15
116:18,20 117:3

117:11 126:6
127:1,7
**rheumatology**
62:19
**ride** 48:5
**right** 4:19 5:8,12
6:13,16,19 7:10,14
7:16 8:3 9:1 10:22
10:24 11:8,24
13:17 15:8,10,12
15:21,22 16:1,14
16:24 17:14 18:14
18:22 19:1,10,19

21:2,10,14,19,24
22:5,8 23:7,23
24:24 25:12,22
26:3,4,9,12,13
28:4,12,24 29:4,9
29:11,15,17 30:3
31:1 34:8,23 35:2
35:8,13,22 36:2,5
36:12,18,23 37:10
37:17,21 38:2,11
38:14,21 39:2,7,9
39:13,21 40:1,9,12
40:13 41:5,13
42:14,15 43:2,6,7
43:14,24 44:6,12
44:17,18,21 45:9
45:18 46:3,16,21
46:22 47:15,16,24
48:11,14,19 49:12
49:20 50:4,5,5
51:11,18 52:13,16
52:19,19 53:13
54:5,17 55:1,15
56:5,12,17,18,22
57:23 58:5,10,15
60:9,11,13 61:4,6
61:12,15,17,21

63:3,6,12,14,14
65:9 66:1 67:13
67:19 68:2,5,16
70:1,17 71:4,7,16
71:21 72:16,21
73:3,13,14 76:1,3
76:6,8,10,13 77:5
77:14,18,20 78:4,8
78:9,21,22,24 79:3
79:10,16,18,20
80:1,12,15,18,20
81:10 82:18,20,21
83:12 84:9 85:2,8

85:18 86:7,9,15,16
86:18,23 87:2,3,13
88:4,4,5,5,9,9,10
88:18 89:9 90:16
91:6 92:4,17,18,20
92:22,24 93:7,10
93:13,15,18,20
94:15 95:13,18
96:16 97:14,22
99:1,2,4,9,13,24
100:4,8,9,10,18
101:23 102:2,8,10
102:12,16 103:6
103:17,20,24
104:2,17,20 105:5
105:14,21,23
106:4,8,12,21,23
107:7,9,11,16,23
108:4,5,9,14
109:11,13,18,19
110:9,10 111:7,14
112:4,10,20 113:1
113:2,3,6,21,22
115:4,6,20 116:6
117:17 119:14,24
121:8,14 122:17
122:21 123:23

126:16 129:7,12
129:15 130:17,19
132:9 133:10
135:10 137:15
138:1,16 141:7
145:13,15,18
147:3,11 148:14
148:17,24 149:2
150:24 151:20
152:24 154:14
155:20 156:20
162:13 163:6,22
165:2 166:12

167:10,15,23
168:6 169:19
172:7,9,24 173:4,7
173:21 174:2,10
174:16 177:2
**rights** 5:3 122:6
**ring** 163:22,23
**rn** 12:5
**rnsc** 165:1,22
167:1
**ro** 139:8,10
**robbery** 10:23
**robert** 1:4,14 3:4
4:4 178:10 179:6
179:8 180:3,4,9
181:3,4,13 182:20
**rockford** 9:7,8,12
**rom** 50:13
**room** 27:19 87:14
154:15 157:16,17
157:19,21,24
158:2,3,5 159:6
162:3
**rooms** 157:22
**rotation** 62:23
**rotator** 54:14,17
76:12 80:13 84:11

**rounds** 132:22
**rule** 6:8 17:23 92:7
92:19 93:9,15
**ruled** 93:16
**rules** 1:18 6:7
135:4 180:5 181:5
**run** 27:1 141:16
**rundown** 169:2,10
169:11 170:3,5
**running** 57:16,17
140:10 150:13,13

**s**

**s** 181:8,8 182:3
**safety** 119:7 123:5
**saffold** 1:4,14 3:4
4:4,9 5:22 30:23
41:11 59:10 60:6
65:2 67:15 82:18
84:7 96:16 131:3
132:14 138:23
157:14 170:19
178:10 179:6,8
180:3,4,9 181:3,4
181:13 182:20
**saleh** 1:11 2:10
124:1
**sat** 157:23 158:7
**saw** 46:24 77:14
164:14
**saying** 17:23 18:1
20:11 22:23 23:3
23:9 30:12,13
36:10 53:15 57:9
81:10 95:1 97:10
100:20 119:17
120:15 122:22
135:7 147:8
153:17 158:22
**says** 17:11,19

| 62:10,18,19,20,24 | 124:16,18 125:13 | 88:8 91:5,13,15 | 19:12 25:22,23,24 34:23 35:1 41:23 |
|---|---|---|---|

47:16 50:19 51:12
52:11 63:17 71:18
72:7,10 73:3
78:20 84:9 86:2
87:1,2,16 88:7
89:16 91:5,10,15
95:3,4 99:3,7
100:2,3,4 109:22
115:20,21 124:1
126:1 135:8
136:19 137:16
138:4 147:1
148:23 165:16
167:1 169:18
scale  56:15
scan  22:11,14
90:20 92:14 93:5
94:11 125:21
126:4
schade  2:6
scheduled  126:21
127:14
school  9:10 69:20
scope  174:22
scratch  45:22 46:5
46:6
screaming 57:9
screw  70:20
seal  180:15 181:21
search  57:19
seated  157:24
158:13
second  30:18 50:6
59:11 60:1 64:20
80:4 95:23 116:18
135:23 137:20
154:23 157:11
169:15
seconds  115:18
section  52:4

security  114:5
see  18:11 22:10,10
24:22 26:5,23
27:20 28:16 32:23
34:23 37:9,11
39:13 42:5 46:22
51:1 52:8,12,13,16
52:18,23 59:19
62:21 71:16,19
73:3 76:12 81:13
82:21 86:21 87:2
90:19 91:1,6
95:20 97:4,23
98:24 100:2
103:14 105:18,22
108:2 109:23
110:21 115:16,20
123:21 125:13
126:21,24 127:7
127:14,16 136:18
140:17 141:13
145:16 150:12
151:16 153:17
160:9 164:7,12
166:10,12,13,14
166:19,21,21,22
168:8 169:17,17
174:13,17
seeing  111:10
169:18
seen  24:19,20 40:9
40:10 45:15 51:14
63:8 65:11 94:11
99:14 107:21
110:14 123:20
126:3 137:4
159:16,16 162:17
164:9 168:1,6
170:1,2
sees  83:20 106:14

seg  153:22
self  28:2
semantics 95:8
send  14:11 15:13
15:16 16:24 17:9
17:12,20 18:1,3,4
59:5 84:19 130:5
130:6 132:1,12,13
133:17,17 134:5,6
134:10 135:4,5,11
136:22 167:19,19
171:14
sending  118:24
138:8
sends  133:16
134:12
sense  6:10,23
124:12 143:12
157:1
sent  22:13 58:24
92:14 96:7 118:23
126:18 135:13
137:8,8 145:2
165:15 167:21
sentence  10:11,13
10:20
september 70:11
70:14 98:18
107:13 126:24,24
146:19,19
sergeant  14:8
159:5
series  56:13
service  57:21
117:4 118:23
services  3:13
57:24 58:16 59:9
60:12 65:3 151:18
152:10,19 164:22
169:13

session  50:8
set  37:24
seven  161:7
164:16
shakedown  110:5
149:23 153:14
shape  70:3
share  30:15
sharp  45:4
shawnee  10:9
she'll  14:2 73:1
sheet  13:22 155:9
172:3 181:7,10,18
182:1
shenanigans
164:11
sheriff  4:23,24 5:4
5:6
shift  162:14
shirt  140:17
168:22
shorthand  1:15
2:22 178:4,6
shortly  131:10
shot  47:6
shots  47:9
shoulder  21:21,22
22:1,3,6,21,23
23:4,12,16,18 24:3
24:12,18 25:6,6,8
39:5 42:22 43:16
44:6 47:12,14,15
47:18 49:5,14,15
49:16 54:9,22
69:24 72:7,18
74:21 76:3 77:7
78:3,5,8 79:4,8
80:12,17 81:6
83:12 84:10,13,16
85:18 86:1,9 87:5
88:5,9,16 90:11

92:3,5 95:14,19
99:8,18 100:8
102:17 103:1
119:1,2 126:4,20
127:12 142:19
154:11 155:1,3,14
155:15 159:21
163:8,18,20
170:19,20,24
171:4,16 172:10
**shoulders** 27:13
49:13,18 52:12
56:11 62:21 78:2
87:1
**show** 24:8 35:1,6
35:17 36:2 48:10
61:9,23 89:14
151:19 154:5
**showed** 35:24
36:22 37:5,23
38:4 39:24 61:7
66:11 165:6
**shower** 104:20,20
105:3,15 107:3
147:23 148:4
171:6
**showers** 143:8
**showing** 35:9
**shown** 50:16,19,23
**shut** 150:9
**sic** 17:11 37:24
44:22 57:17 62:7
69:4 72:11 73:1
99:8 101:14
119:15 126:2
135:4 147:6 150:6
158:19
**sick** 5:23 6:2 13:11
13:14 14:1,3,5,7
54:3 108:21 162:7
162:10,15,17

165:1,23 166:21
167:15
**side** 38:15 48:20
48:21 109:3
156:21
**sign** 13:24 14:6
132:13 134:16
135:13 137:5
162:21 165:14
167:3 168:5,8
169:19,23
**signature** 17:11
18:2 178:10,20
179:13
**signed** 13:6 17:13
18:2 135:15 137:6
137:7 180:13
181:18
**significant** 52:8
56:12
**significantly** 98:1
98:15
**signing** 176:12,12
179:11,18
**signs** 17:6,8 135:3
135:7
**silently** 142:8
**silly** 89:9
**simple** 10:23
41:16 120:13
**simplify** 120:13
**simply** 138:8
**sincerely** 179:21
**single** 32:21 86:22
109:10
**sir** 65:9 86:14
100:19 101:8
102:24 103:20
109:12 113:10
116:10 120:6
121:2 122:4 179:9

**sister** 68:14 69:4
**sisters** 68:6
**sit** 36:16 158:7,8
158:10
**situated** 157:18,20
**situation** 13:15
15:4 20:13 77:5
**situations** 28:18
**six** 81:5 119:10
158:8,11
**skip** 39:13
**skipping** 77:13
**slightly** 151:7
**sloppy** 8:11 127:5
**slow** 84:15 124:6
127:9 150:21
151:4 154:1,1
**slower** 151:7
**soap** 102:5
**solutions** 179:1
182:1
**somebody** 4:24
8:11 33:24 41:1
43:21 44:1 54:13
**soon** 161:7 162:8,8
**sophomore** 9:15
9:20
**sorry** 25:20 38:7
68:18 74:23 77:19
82:24 88:14 90:1
104:24 107:1
114:13 119:19
125:24 138:19
139:6 146:17
154:23 175:14
**sort** 16:20 47:5
95:1 131:10
**sound** 90:16
**sounds** 95:2
**source** 69:5

**sources** 1:8 2:10
**south** 1:20
**space** 38:2,3
**speak** 14:10 89:1,2
131:20 132:20
133:4 151:7
**speaks** 85:12
88:22 117:16,17
**special** 3:13 57:21
57:24 58:15 59:9
60:11,11 65:3,3
117:4 118:23
151:18 152:10,19
**specialist** 28:16
92:17 125:20
126:3,22 127:14
142:17,18
**specialist's** 125:18
**specialty** 86:23
**specific** 19:3 24:22
59:4 147:14
**specifically** 31:15
59:3 137:2
**specifics** 154:24
**speculate** 93:21
**speculating** 94:1
**speculation** 26:20
31:8,14 80:24
83:16,24 84:3
**speech** 158:15,16
158:19
**spells** 60:18 61:14
**spending** 85:13
**spinal** 74:21
**spoke** 142:17,21
**spoken** 132:23
**spot** 17:19
**spread** 153:15
154:3
**springfield** 17:9
17:12 137:8,8

**[springs - system]**                                    Page 26

springs 10:7
square 137:21
ss 178:1
stagnant 174:15
stamped 145:8
standing 65:19
66:3
standpoint 15:20
stands 52:14
start 18:21,23 56:8
56:8 91:14,23
93:3 97:22 98:23
103:19 126:12,12
126:14 127:6
128:2 131:9
134:19
started 57:16
149:22,23 150:5
153:16 154:9,10
158:18,20
starting 145:11
148:12 160:2
starts 91:11
174:13
state 8:1 65:19,22
167:7,9 178:1
180:10 181:15
stated 164:8
statement 71:9
180:13,14 181:19
181:19
states 1:1 73:4
stateville 18:3
60:23 111:12,14
111:16 112:15,19
112:24 119:8
130:5 132:3
171:22
stay 18:3
stays 88:4 174:15

step 131:19,22,23
131:24 132:6,8
133:1,2
steps 119:4 122:19
sticks 150:17
stiffness 52:11
56:11
stop 14:15 45:6
57:18,23 76:15
89:17,23 119:19
122:21 150:13,14
151:23 154:23
158:24 174:16
stopped 55:4
72:10,12 174:12
story 143:3 152:2
152:3 153:11
156:24
straight 15:14
17:9,12 134:24
straightened
154:15
street 2:3,7,12,23
strengthening
50:14
stretch 35:19 45:8
stretching 49:14
49:15,16
strip 57:19
stroke 118:20
stuff 8:19 18:24
20:15 31:6 37:22
53:2 57:15 62:6,8
62:9 67:17,19
81:11 101:15
108:24 109:3
114:23,23 118:3
130:20 168:6
169:23 172:1
subject 21:12,15
21:16,19 31:19

149:16
subjected 119:12
subjective 52:3
71:21 81:11 86:19
86:24 98:24 101:8
101:11,14,17,24
102:9
subjectively 78:1
submit 135:9
136:20
submitted 8:12,17
138:24
subscribed 180:10
181:14 182:21
subsequent 35:17
164:1
substantiate
172:18
substantiated
135:9 136:19
sudden 57:9
sued 5:6 6:4
suffer 22:3 97:6,11
167:8
suffered 74:18
97:6,11
suffering 97:7,11
97:18
suggest 37:12
43:23
suggested 43:21
44:1 50:13
suing 116:7,8
117:19,22,24
118:2,8 120:6,9
121:16,17 122:3,4
122:12 123:2
124:14,15 130:15
130:20
suite 2:3,7,23
179:2

summarize 130:9
suncica 46:24
superior 179:1
support 84:18
100:12
supposed 13:11
16:10,24 17:3,5
18:16 41:19 66:12
109:1 115:24
116:1 119:10
121:9 122:18,23
134:11 141:14,15
sure 6:6 7:24 8:13
14:16 18:8 19:17
25:9 34:19 49:13
60:22 64:16 77:24
90:12 95:10 110:9
111:3 114:1 121:8
122:2 125:9
145:22,23,24
146:4 173:18
174:3
swayed 150:6
swear 4:1
swell 109:2
swelling 47:10,16
49:18 72:3
swollen 163:24
sworn 180:10,13
181:14,18 182:21
sx 91:16,19
symptomatic
81:19,20
symptoms 12:15
56:19 118:13
syndrome 149:1
synovitis 91:22
system 26:11

| t |
|---|
| **table** 158:1,8,10 |
| 158:12 |
| **tables** 158:8,13 |
| **tackle** 172:5 |
| **tactical** 28:24 |
| 65:20,22 66:7 |
| 69:12 71:23 110:5 |
| 110:7 139:11 |
| 140:22 149:24 |
| **tag** 140:17 |
| **tags** 140:20 |
| **take** 7:4,5 12:15 |
| 40:15 41:24 45:22 |
| 48:18 62:14 64:15 |
| 67:18 68:21 71:1 |
| 90:4,5 101:7 |
| 108:16 119:10 |
| 122:18 137:9 |
| 139:2 142:7 148:2 |
| 148:4 153:12,22 |
| 157:21 158:21 |
| 159:9 168:22 |
| 170:8 172:2 |
| 174:10,11 176:15 |
| **taken** 1:15,16 4:15 |
| 157:15 159:22 |
| 161:8 170:10 |
| 179:10 |
| **takes** 27:16 52:4 |
| 56:13 102:13 |
| **talk** 13:23 14:8 |
| 29:15 41:12 67:1 |
| 85:17 88:3 114:16 |
| 132:7 133:3,8 |
| 136:3,17 137:10 |
| 138:17 149:19 |
| 164:20 167:9 |
| **talked** 5:19 29:5 |
| 52:1,5 103:3 |
| 123:13 131:12 |

152:13,23
**talking** 34:20
35:23 37:6 53:1
55:22 57:24 67:12
67:12 68:13 71:7
76:7 79:12 83:6
85:5 87:9 98:16
98:18,19 101:19
109:12 111:3
112:5 116:2 117:9
119:21 120:23
121:14,15 123:18
127:4 133:19,20
149:3,8 159:19
**talks** 99:3 160:16
**teach** 33:24
**team** 28:24 65:20
110:5,8 139:11
140:22 149:24
**tear** 22:3,21,23
23:12 24:3 84:13
84:17 90:11 91:10
91:16 92:3,5,6
95:1,4,4,13,14,14
95:19
**tech** 158:21,22,22
159:1,10 160:10
160:12 162:14
164:5,7 166:14,15
**teeth** 57:15
**tell** 13:13,24 22:8
31:5,10 44:22
56:10 66:18 67:15
81:11 87:6 89:7
89:20 92:23 93:1
101:2,13 116:15
116:19 118:1
141:15,19 142:8
143:2 144:13
149:22 150:19,19
152:3 155:5,7,16

155:19 156:21,23
157:4 158:24
159:6 160:8 164:2
164:6 172:21
**telling** 19:11,13
20:8 22:18 23:15
25:3 33:15 78:24
79:20 117:11
138:11 147:10
150:16 154:9,10
154:16 158:20
164:1,6,9 167:2
**tells** 45:3 151:2
168:4
**temperature**
118:16 169:4
**tempo** 124:6
150:21
**tendinitis** 25:6
80:14,19 83:23
84:11 86:7,10
88:8 100:9 102:18
102:22 174:18,19
**tendonitis** 76:12
**term** 25:9
**terminate** 82:7
**terms** 12:13,14
78:10 133:24
**terrible** 6:12
**test** 62:22
**testified** 4:6
123:21 144:2
155:13 156:18
161:23 163:3
166:1 169:1
172:19
**testify** 173:6 176:5
**testifying** 81:21
**testimony** 131:14
180:6,7 181:6,9,12

**thank** 38:23 39:3
71:12 84:23 86:13
113:4 127:11
131:9 149:13
151:1
**theory** 100:24
**therapist** 44:23
45:3 47:8 56:7
173:2
**therapy** 41:17
44:14,20,24 47:21
47:23 48:1 49:7
56:23,24 57:3
77:6,9 87:7,8,10
87:15 102:4
**thereof** 1:18
**thickness** 91:10,15
**thing** 6:21 29:7
39:4 57:13 67:15
82:5,10,20 102:1,3
106:21 124:19
151:21 154:14
168:5
**things** 8:19 120:21
120:22,23 121:19
140:19
**think** 5:4 18:8
22:14 24:23 28:8
28:10 34:7 38:8
38:18 44:5 48:13
49:14 53:22 58:17
58:22 59:11 74:18
88:17 90:12 92:2
92:5,9 93:18,19
98:11 101:2 103:7
105:12 149:2
153:18,19 158:8
160:21 173:24
174:1 176:17
**thinking** 45:2

**third** 5:16,17 72:3
**thirty** 179:17
**thought** 83:1,6
  123:21 143:4
  151:18,24 154:6
  166:1 170:9
**threatened** 153:21
**three** 5:16 19:24
  20:4,6 72:11
  73:15 74:20 75:1
  77:9,9 157:22
  161:24 166:17
**throw** 172:5,8
**tie** 172:4
**tight** 73:23 160:2
  163:7,17
**time** 13:4 18:6,21
  18:23 23:22 47:13
  47:22 48:1 49:8
  49:21,22,23,24
  50:3 51:20 53:4
  53:14 55:14 56:3
  57:1,4,16,21 59:17
  60:12 61:10 67:11
  72:11,12 74:15
  78:14,15,19 81:16
  84:19 86:20 99:13
  99:14 106:6
  108:17 109:4,8
  110:12,15 111:22
  114:10 116:16
  119:12 120:10,17
  128:24 133:6
  138:6 139:8,14
  140:1 144:9 148:2
  150:12 151:17
  153:4 154:18
  159:11,14,17
  161:21 162:6,10

173:19 174:6
175:22 176:6
**times** 26:19 28:4
  35:16 72:23 77:9
  77:9 116:5 124:3
**tingling** 73:11,22
  74:17 75:13
  126:20 127:13
  171:1
**tissue** 21:13 69:22
  77:3 85:22 121:5
  174:5
**today** 7:3,20 19:16
  20:1 50:16,19
  67:17 110:19
  129:9,14 144:2
**today's** 20:5
**told** 18:9 22:5
  23:15,18,24 25:4,5
  31:11 35:15 36:13
  41:17 44:19 47:3
  47:8,20 49:17
  52:5 56:19,22
  68:5,24 72:17
  73:2,20 75:20
  76:17,24 78:11,13
  78:18 81:8,8
  87:18 92:19 93:9
  95:18 99:6 102:18
  114:13 115:18
  119:2,3 122:17,17
  138:12,14 142:18
  142:22 144:12,21
  146:12 151:12
  153:12 154:12,24
  155:2,9,13,15,24
  158:7 159:10,17
  159:21,22,23,23
  160:2,5,22 161:1

173:5
**top** 19:6,18 20:10
  38:9 43:2 77:20
  103:15 127:4
  160:7
**tops** 174:1
**tore** 23:3
**torn** 21:21,22,24
  22:6 23:16,19
  88:16
**total** 161:24
**totally** 74:4
**touch** 16:10
**tough** 150:17
**traditional** 156:4
**training** 10:1
  11:12,15,16,18
  12:6 44:2 47:22
  91:23 97:18
**tran** 176:24
**transcribed** 180:7
**transcript** 127:5
  178:8 179:10,15
  180:5,12 181:5,11
  181:17
**traveling** 28:21
**treated** 166:6,7
**treater's** 31:4
**treatment** 44:21
  144:22 163:1
  164:20 165:11,14
  165:22 167:1,2,10
**tried** 50:23 96:24
  154:17 171:5
**true** 8:21,22 178:8
**truth** 7:16,16,17
  7:18 74:4
**truthful** 8:14,16
  96:15,22

**trying** 7:24 26:23
  35:8 54:16 55:6
  78:23 86:13 111:9
  112:17 113:4
  114:19 120:5,6,12
  121:13 124:8
  143:3 150:16
  155:4 157:4
  161:15,17
**tunnel** 149:1
**turn** 57:18,19
  81:20 141:17
  146:15 148:11
  150:16,18,18,19
  150:23,23,24
  151:2,9 153:17,21
  153:22 169:12
**turned** 61:23
  124:16 153:23
  154:4
**tv** 37:2 41:13
**twice** 79:17 104:24
**twisted** 154:17
  156:4
**two** 10:17 27:6
  30:14 38:7 57:17
  67:11 68:6 91:9
  91:12 106:18,19
  108:6,7 112:3
  141:18 150:13,14
  154:11 157:15
  161:10,11,14,19
  162:4 166:17
  170:8
**type** 36:12 53:2
  82:12 151:4
**types** 82:13

**u**

| 162:15 164:18<br>170:12 171:8 | 163:3,11,13,16,20<br>164:5 166:9 173:2 | **try** 42:3 57:14,14<br>148:2 | **uh** 48:3 54:15 93:6<br>113:8 |
| --- | --- | --- | --- |

**uic** 3:12 22:11
24:5 25:1 29:21
29:23 30:8,24
32:11 34:13 43:21
44:1,19 57:22
60:13,15,17,19,21
60:23 62:19 70:12
94:14 117:6 126:2
127:1,6,8,15
142:15,23 143:10
152:15
**uic's** 117:20
**unable** 87:5
**unbearable**
158:20
**unbelievable**
123:11
**uncuffed** 162:6
**underlined** 137:19
137:23
**underlying** 85:21
**undersigned**
178:14
**understand** 6:9,14
6:19,22 8:16
21:13,16 36:10
41:5 60:6 66:3
67:23 68:4 69:8
69:21,23 80:22
87:9 100:19 101:9
109:12 111:20
152:1 167:21
**understanding**
16:3 17:12
**understood** 6:17
69:18
**undifferentiated**
69:22 77:2 118:10
173:24
**unit** 65:22 66:7
69:12 71:24

139:10 141:7
**united** 1:1
**universe** 130:20
**university** 126:22
127:14
**unpack** 120:3,12
**unusual** 119:13
**upper** 48:4
**ups** 36:16 170:15
174:13
**upset** 153:20
**urinate** 57:14
**urine** 57:14
**use** 25:9 163:13,19
**usually** 57:13
61:20 115:24

**v**

**v** 2:2,2,12 179:5,6
180:3 181:3
**vague** 31:13
**van** 114:20
**varies** 48:4
**verifiable** 100:12
**verify** 96:14
**veritext** 179:1,7
182:1
**version** 58:10,11
64:19
**vests** 140:19
**violate** 122:5
**violated** 5:3
**violation** 122:5
**visit** 56:14 84:19
85:6
**volkov** 46:24 50:7
51:15 52:1 75:12
77:14 91:3 92:2
93:16 94:2 118:23
**vs** 1:6 4:23 5:22

**w**

**waist** 26:9 27:15
27:23 49:22 50:4
51:21 70:6 103:5
104:5 105:17
106:5,9 107:6,10
107:19,20 108:4
108:13,19,23
109:6,15,15,22
110:1,6,9,11,17
111:11,15,18
112:3,14,19,24
113:20 114:3,8,22
115:11,16,21,23
115:24 116:4,5
117:21 118:21
119:5 120:2,8,19
121:14,18 122:6
124:17,23 125:3
130:18 142:23,24
143:6,9 144:8,15
145:17,20 146:22
146:23 147:1,6,8,9
147:20,22 148:7
148:16,20 153:15
153:24 154:2
**wait** 76:19 80:23
**waived** 179:12,19
**waives** 176:12
**walk** 39:15 59:16
**walked** 27:19
**walking** 159:7,17
159:18
**wall** 13:23 37:12
37:13 39:15 48:6
51:1 151:13,15
**want** 6:20,21,22
31:15 33:14 47:3
47:7 52:15 57:19
67:19 71:3 77:23
93:21 95:8 103:4

107:17 108:15,17
113:24 117:14
119:11,12,19,21
119:21 124:19
127:23 130:8,9
131:11 135:22
136:3 138:17
141:17 142:11,12
142:13 143:10
145:9 146:15
148:11 149:19
151:16,20 152:9
153:17 154:24
156:16 157:3,5
162:18 164:20
168:8 169:12
176:24
**wanted** 11:17,17
37:16 67:22 78:19
96:2 131:9 143:9
151:5,10,11,24
153:15,20,23
154:2,3,4 157:6,6
**wants** 67:1 152:3
176:17
**warden** 15:14
16:18,20 17:6,8,10
18:2 114:3,14,17
114:20,24 115:1,5
134:24 135:2,3,7
136:17 141:13
144:9,17,24
**warden's** 140:3
**wash** 57:15 171:6
**washington** 2:3
**watch** 37:2 40:21
41:3
**watching** 41:12
**water** 57:10,10
150:8

**way** 14:5 18:22
40:4,5 48:23
57:14 70:3 126:13
132:8 134:23
144:3 151:14,15
156:3,3,4,12 157:7
163:20 168:4
**ways** 27:6 83:19
**we've** 30:16 59:6
**weak** 173:5
**wearing** 28:12
**week** 78:11
**weigh** 111:17
**weight** 54:4,14
55:18
**weightlifting** 53:2
53:4,8,12 76:15
78:11 79:10,14,19
84:20 117:11
**weights** 55:9 56:1
56:9 72:8 76:24
78:12,13,18 87:5,6
87:8,11,12 100:4
**went** 10:7,8,9
22:10,10 36:24
39:24 51:2 90:19
109:14 114:24
116:3 124:18
126:2,24 127:7
151:12,14 168:13
**west** 2:3,7,12
**wexford** 1:7 2:10
124:2 136:14

**whatsoever** 26:11

**wide** 65:22
**wiggle** 153:14
**williams** 166:10
168:8 169:19
**wing** 132:15
**winnebago** 4:23

**withdraw** 45:6
**witness** 4:1,2,3,5
9:18 14:19 27:5
31:21 32:7,18,22
33:9 34:15 38:23
39:24 43:18 46:7
52:19 53:17 58:22
58:24 59:13,16,19
59:22 64:2,15,18
65:24 67:6 68:10
68:12,14,16,23
70:8,15,23 71:4,6
71:10,12 75:8
77:20 82:3 83:1
83:18 84:17 85:5
87:22 88:15 89:24
90:2,4 91:20 94:8
94:10 96:9 98:10
116:19 125:13,15
125:17 126:1
127:10,12 139:7
142:1 149:7,11,14
150:24 151:2,5,9
152:19,21,24
154:2 170:9,13
178:10 179:8
180:1,4,11 181:1,4
181:15
**woke** 149:12,12,14
**woofing** 150:15
**word** 26:4 101:7
157:8,8 173:11,14
**words** 79:21,22

91:12

**work** 20:24 53:14
77:4 101:9 111:24
**worked** 76:23
**working** 56:8
112:1 117:10
**works** 75:21

**worse** 47:9 72:7
73:15 98:1,15
99:8,10,14,14,15
173:19,20 174:6,7
175:21 176:6
**worsening** 174:14
174:17
**worsens** 91:22
**wow** 71:10
**wrist** 27:13 109:1
147:1,2 148:1,24
163:22 165:6
**wrists** 148:24
149:1 163:17
168:6 170:2
**writ** 109:22
**write** 14:2 15:3,7
18:16 19:8,18
31:5 101:5 131:24
133:3,9 172:8
**writes** 31:6 101:13
**writing** 24:9
**writs** 115:21,23
116:4
**writted** 110:2,10
**written** 137:17
**wrong** 15:2 19:4
135:24 137:17
171:4
**wrote** 8:10 31:11
63:4 101:2 146:5

| x |
| --- |

**x** 3:1 79:4,8 84:12

| y |
| --- |

**yard** 54:13 172:5
**yeah** 7:17 12:12
12:24 13:5 19:15
20:18 21:9 26:7
27:9,11,14 31:7

37:20 38:17,20
39:17,23 42:9,14
42:16 43:4,9,11
44:4,9,11,16 45:8
45:13,15,18 46:16
46:18 47:8 49:16
49:24 51:12,19
52:13,21 53:5
56:24 58:12,21
61:13 62:11 63:4
63:7 68:22 69:15
69:19 74:9,10
75:15,21 76:4
77:16 78:17 79:21
90:5 91:14 94:3,5
94:10 96:8,9 97:5
98:14 105:2
106:16 108:22
111:8 112:16
113:13 117:14
118:12,17 120:21
121:17,19,24
123:6,8,24 124:11
125:12 129:1
132:4 136:7
138:12 139:21
144:9 149:13
155:2,15 158:15
163:13 166:3
167:6 169:3 170:5
171:24 173:8
174:19
**year** 9:15 22:13
90:14 98:24
110:23
**years** 10:17,24
11:22 12:1,24
111:21 132:4
166:20
**yelling** 57:9,11
150:8,9,15

| | 152:24 153:1 | 34:12 35:7 36:14 | |
| --- | --- | --- | --- |

**yep**  11:9 51:14
**yoga**  35:11,17,22
36:19,20,22,24
37:2,3 40:21 41:2
41:3,4,13,14 46:16
47:21 56:23 79:2

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness;  Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that  the
transcript or recording is available in  which:

(A)  to review the transcript or recording;  and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making  them.

(2)  Changes Indicated in the Officer's  Certificate.
The officer must note in the certificate prescribed by
Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day  period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES  ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE  INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.