```
 1       IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF ILLINOIS
 3                 EASTERN DIVISION
 4  ROBERT SAFFOLD,           )
              Plaintiff,      )
 5    vs.                     )
    ILLINOIS DEPARTMENT OF    )
 6  CORRECTIONS, WEXFORD      ) No. 18 CV 3301
    HEALTH SOURCES, INC.,     )
 7  DANIEL ARTL, RANDY        )
    PFISTER, CHRISTOPHER      )
 8  MEDIN, JOHN DOE #1, JOHN  )
    DOE #2, GHALIAH OBAISI,   )
 9  Independent Executor of   )
    the Estate of SALEH       )
10  OBAISI,                   )
              Defendants.
11       The discovery deposition of SUNCICA
12  VOLKOV, M.D., taken in the above-entitled cause,
13  before Dina M. Crivellone, a notary public of
14  Cook County, Illinois, on October 22, 2019 at
15  835 South Wolcott, Chicago, Illinois, at the
16  hour of 2:01 p.m., pursuant to notice.
17
18
19
20
21
22
23  Dina M. Crivellone
24  License No.: 084-004157
                                                    1
```

```
 1  APPEARANCES:
 2      LAW OFFICES OF LAWRENCE V. JACKOWIAK.
 3      By:  Lawrence V. Jackowiak, Esq.
 4      111 West Washington Street
 5      Suite 1500
 6      Chicago IL 60602
 7      (312) 795-9595
 8      ljackowiak@jackowiaklaw.com
 9          Representing the Plaintiff;
10
11      OFFICE OF THE ILLINOIS ATTORNEY GENERAL
12      MR. NICHOLAS V. ALFONSO, Esq.
13      General Law Bureau
14      100 West Randolph Street
15      13th Floor
16      Chicago IL 60601
17      (312) 814-7201
18      nalfonso@atg.state.il.us
19          Representing The Illinois Department
20          of Corrections;
21
22
23
24
                                                    2
```

```
 1  APPEARANCES: (CONTINUED)
 2      CASSIDAY SCHADE, LLP
 3      BY:  MR. EDWARD A. KHATSKIN
 4      222 West Adams Street, Suite 2900
 5      Chicago, Illinois  60606
 6      (312) 641-3100
 7      ekhatskin@cassiday.com
 8          Representing Wexford;
 9
10      ANDERSON RASOR & PARTNERS, LLP,
11      BY:  MS. MILLIE M. KOPPEAN,
12      150 South Wacker Drive
13      Suite 350
14      Chicago, Illinois  60606
15      (312) 673-7800
16      millie.koppean@arandpartners.com
17          Representing the Deponent.
18
19
20
21
22
23
24
                                                    3
```

```
 1                I N D E X
 2  WITNESS                          EXAMINATION
 3  SUNCICA VOLKOV, M.D.
 4    By Mr. Khatskin                    5, 53
 5    By Mr. Alfonso                    45, 55
 6
 7
 8
 9
10              E X H I B I T S
11  NUMBER                         MARKED FOR ID
12  VOLKOV Deposition
13    Exhibit No. 1                      5
14    Exhibit No. 2                      5
15
16
17
18
19
20
21
22
23
24
                                                    4
```



```
 1           (Whereupon, VOLKOV Deposition
 2             Exhibit No. 1-2 were marked for
 3             identification.)
 4           (Whereupon, the witness was
 5             duly sworn.)
 6             SUNCICA VOLKOV, M.D.,
 7   called as a witness herein, was examined and
 8   testified as follows:
 9                    EXAMINATION
10   BY MR. KHATSKIN:
11       Q.   Dr. Volkov, my name is Edward Khatskin.  I
12   represent defendants Wexford defendants Dr. Obaisi.
13   To the left of me is Mr. Nicholas Alfonso, he's
14   with the attorney general's office, he represents
15   the Illinois Department of Correction employees,
16   and to his left is Lawrence Jackowiak, and he
17   represents the plaintiff.
18           We're going to be taking your deposition
19   today.  I'm going to start, and then these
20   gentlemen might have some questions for you as
21   well.
22           Have you ever had your deposition taken
23   before?
24       A.   No.
                                                         5
```

```
 1       Q.   First one?
 2       A.   Yeah.
 3       Q.   Great.
 4           Since you haven't had your dep taken
 5   before, let's go over some ground rules.  Your
 6   answers should be verbal with a yes, no, any other
 7   verbal response.  You can't nod your head or shake
 8   your head as you're doing right now, because the
 9   court reporter is taking down everything you're
10   saying, and she really can't record a nod or shake
11   of the head.  Does that make sense?
12       A.   Yes.
13       Q.   And if I see you doing that, and if I
14   catch you, I'll clarify with you is it a yes or no.
15       A.   Okay.
16       Q.   If you don't understand a question, and
17   sometimes I ask terrible questions, please let me
18   know that you don't understand the question, and
19   I'll ask it in a different way.  We're asking
20   medical questions, so we're not medically trained,
21   so sometimes I ask something really silly.  And you
22   let me know if it doesn't make sense, and I'll ask
23   it in a different way.  If you answer a question
24   that I ask, can I assume that you understood it?
                                                         6
```

```
 1       A.   Yes.
 2       Q.   And I always -- I have to ask this, I'm
 3   sure the answer is no.  Are you under the influence
 4   of any drugs or alcohol today that would prevent
 5   you from remembering or testifying truthfully?
 6       A.   No.
 7       Q.   All right.  Where were you born?
 8       A.   In Serbia.
 9       Q.   You grew up in Serbia, I'm assuming?
10       A.   Yes.
11       Q.   You attended medical school there as well?
12       A.   Yes.
13       Q.   Did you attend residency there as well?
14       A.   Pediatric residency.  But my residency in
15   internal medicine was done here.
16       Q.   In internal medicine.  Okay.
17           And are you --
18       MR. JACKOWIAK:  Where was your residency in
19   internal medicine?
20       THE WITNESS:  It was done here.
21       MR. JACKOWIAK:  UIC?
22       THE WITNESS:  No. I mean in Chicago.  It was at
23   Weiss Memorial Hospital, which was associated with
24   University of Chicago.  I did my fellowship in
                                                         7
```

```
 1   rheumatology at the University of Chicago.
 2   BY MR. KHATSKIN:
 3       Q.   And you have a fellowship in rheumatology?
 4       A.   Correct.
 5       Q.   Any experience in orthopaedics?
 6       A.   No.
 7       Q.   All right.  Did you take any classes on
 8   orthopaedics while you were in med school or in
 9   your rotations?
10       A.   Probably in the medical school, that's
11   all.
12       Q.   Okay.  I'm going to mark this as Exhibit
13   No. 2.
14           Dr. Volkov, this is your CV.  Is
15   this -- you can look at it.  Is this current and up
16   to date?
17       A.   Yes.
18       MR. KHATSKIN:  Okay.  I'm not going to ask her
19   any more questions.  Can we stipulate that
20   everything in there is accurate?
21       MR. JACKOWIAK:  Sure.
22   BY MR. KHATSKIN:
23       Q.   Everything is accurate in there?
24       A.   That's correct.
                                                         8
```



1    Q.   Any updates to this CV?
2    A.   No.
3    Q.   How long have you been treating patients
4  at UIC? How long have you been employed here?
5    A.   Treating.
6        MR. ALFONSO: Treating or cheating? You said
7  cheating.
8        MR. KHATSKIN: Treating. I have an accent
9  also.
10       THE WITNESS: I understood.
11            So since 2006.
12  BY MR. KHATSKIN:
13   Q.   Do you know how long you've been treating
14  Mr. Saffold?
15   A.   Since 2009, apparently.
16   Q.   Okay. So you're somewhat familiar with
17  Mr. Saffold?
18   A.   Yes.
19   Q.   Do you remember him outside of what you've
20  noted in the medical records?
21   A.   I don't understand what you mean.
22   Q.   Sure. Thank you.
23            Do you remember Mr. Saffold based on your
24  memory, or can you only rely on your medical

9

1  records
2    A.   I remember him and medical records also
3  are beneficial.
4    Q.   All right. Generally speaking, the
5  subjective portion of the progress notes that you
6  made, is that -- are those notes taken
7  contemporaneously with him telling you things?
8    A.   That's correct.
9    Q.   Okay. I'll narrow my example a little bit
10  more.
11            There are several places, and we'll go
12  through them, where you note that he's
13  weightlifting, and you tell him to stop
14  weightlifting?
15   A.   Correct.
16   Q.   The notation, is that based on him telling
17  you hey, Doc, I'm weightlifting?
18   A.   That's correct.
19   Q.   Generally speaking, what is his condition
20  as far as his shoulders are concerned? What is his
21  medical condition?
22       MS. KOPPEAN: When? What time period.
23  BY MR. KHATSKIN:
24   Q.   Since 2009. It's the same.

10

1    A.   Well, the reason I saw him for the first
2  time was not really related to the shoulder
3  initially. It was --
4    Q.   What did you see him for?
5    A.   It was related to autoimmune disease where
6  he presented with skin disease and swelling in his
7  joints.
8    Q.   Okay. And what disease was that?
9    A.   We call it undifferentiated connective
10  tissue disease, where there are bits of immune
11  abnormalities, but you cannot name it with a
12  specific diagnosis because it doesn't fulfill the
13  criteria for either one diagnosis.
14   Q.   And does that disease in any shape or form
15  impact his shoulder or affect his shoulders?
16   A.   Generally speaking, potentially it can
17  because eventually he developed swelling in his
18  hands.
19   Q.   In his hands?
20   A.   Correct.
21   Q.   Okay. As far as his -- what is his
22  underlying -- when did you diagnose his condition
23  whatever his shoulder condition is?
24   A.   I will have to look at the notes. I don't

11

1  remember that.
2    Q.   Okay. Do you know what condition of the
3  shoulders he has, what you've been treating him
4  for?
5    A.   So initially it was tendonitis,
6  inflammation of the tendons.
7    Q.   Okay. And do you remember when
8  approximately that happened, generally?
9        MS. KOPPEAN: You can --
10  BY MR. KHATSKIN:
11   Q.   You can look absolutely. You don't have
12  to guess. If you need to review your notes, let me
13  know.
14   A.   That I didn't review, so I don't remember
15  exactly when it started. And it will take me
16  probably a long time to review this.
17  BY MR. KHATSKIN:
18   Q.   Sure.
19            What is Raynaud's disease?
20   A.   It's the change in the fingertips when
21  there is a cold exposure.
22   Q.   And that has nothing to do with shoulders
23  or --
24   A.   No.

12

**Page 13**

1  Q.  And what is rheumatoid arthritis?
2  A.  That's an inflammatory condition of the
3  joints usually effecting small joints.
4  Q.  Did that impact his shoulders?
5  A.  I am not sure because we never evaluated
6  his shoulder for that condition.
7  Q.  Okay.  So let me take you to March 3rd,
8  2015.  Let's start with that.
9  MS. KOPPEAN:  That's Page 103.
10  BY MR. KHATSKIN:
11  Q.  It's 102, for the record.  It starts with
12  102.  That's going to be Exhibit 1, 102.  So for
13  the record, for your reference, there's a page
14  number on the bottom left corner.
15  A.  Left corner?
16  Q.  Yeah.  That's -- I'm sorry.  Strike all
17  that.  We have a different page reference.
18      Do you have March 3rd?
19  MS. KOPPEAN:  March 3rd, 2015?
20  MR. KHATSKIN:  Yeah.
21  MS. KOPPEAN:  It's Page 103.
22  MR. KHATSKIN:  We're looking at this page right
23  here.
24  MS. KOPPEAN:  Understood.  So Bates stamp 106.

**Page 14**

1  MR. KHATSKIN:  The Bates numbering is 106.
2  Thank you.
3  BY MR. KHATSKIN:
4  Q.  So his PMH, does that stand for, I'm
5  assuming, diagnosis/prognosis?
6  A.  That's medical history.
7  Q.  Okay.  And you noted undifferentiated
8  connective tissue disease, Raynaud's, that's you
9  described something that impacts his hands, digital
10  ulcers, I'm assuming that's also with his hands,
11  synovitis, what's that?
12  A.  Inflammation of the joints.
13  Q.  Does that impact his shoulders?
14  A.  At that time, he really had only joint --
15  hand joint involvement.
16  Q.  Okay.  So he had no complaints of joint
17  pain as of March 3rd, 2015?
18  MS. KOPPEAN:  If you want to look at the notes,
19  you can.
20  THE WITNESS:  So by looking at my notes on
21  physical exam, it was focus on synovitis and
22  swelling in the joints and hands, but he had
23  decreased range of motion in shoulders as well.
24

**Page 15**

1  BY MR. KHATSKIN:
2  Q.  All right.  And what was your diagnosis or
3  assessment of the decreased range of motion in his
4  shoulders?
5  A.  At that time, it looks like he was not
6  complaining much about it, so we did not in the
7  final assessment mention that.
8  Q.  All right.  Is that -- and is that
9  basically the first time that you seen any
10  complaints relating to his shoulders?
11  A.  Longstanding -- we have to go further
12  back.
13  MR. KHATSKIN:  Off the record.
14      (Whereupon, a discussion
15      was had off the record.)
16  THE WITNESS:  Based on the records -- based on
17  the records that I'm looking at, it looks like that
18  on Page 123 --
19  BY MR. KHATSKIN:
20  Q.  This is Bates 123?
21  A.  Yes.  There was a mention of decreased
22  range of motion in shoulders on the exam.
23  Q.  That's as of 2012, correct?
24  A.  Yes.

**Page 16**

1  Q.  Is there any diagnosis associated with
2  that?
3  A.  We didn't address that at that time.
4  Q.  Let's go to May 19th, 2015.
5      And you have a diagnosis here for his
6  shoulder, is that correct, Doctor?
7  A.  There's on Page 105, left shoulder pain.
8  Q.  And it looks like, if I'm correct,
9  arthritis of the -- I'm going to mispronounce
10  this -- glenohumeral joint?
11  A.  Right.
12  Q.  Okay.  Can you describe what that is,
13  please, Doctor.
14  A.  So it looks like there is a combination of
15  the tendon problem, which is rotator cuff
16  tendonitis and the joint itself, the glenohumeral
17  joint.
18  Q.  So in that condition, does the tendon
19  become inflamed?
20  A.  It looks like he had inflammation of the
21  tendon even before we found that there was joint
22  involvement as well.
23  Q.  And when you say joint involvement, what
24  does that just generally mean?

**Page 17**

1  A. Arthritis.
2  Q. Yeah.
3  A. Right.
4  Q. If you can describe it please, just for
5  the record.
6  A. So there are two ways of the shoulder
7  joint to be affected in his situation. One way is
8  due to longstanding inflammation of the tendon, and
9  the other way is inflammation from inside, from the
10 joint itself due to inflammatory arthritis,
11 rheumatoid arthritis.
12 Q. Are we talking about tissues being
13 inflamed?
14 A. Lining of the joint.
15 Q. Does that condition, is that a progressive
16 condition, meaning it gets worse with time?
17 A. Potentially. We try to intervene with
18 medications.
19 Q. Okay. Are the medications designed to
20 decrease the inflammation of the joint?
21 A. Of the joint, yes.
22 Q. All right. Is there any medication that
23 he takes to somehow manage the tendon inflammation?
24 A. Generally speaking, you can use

**Page 18**

1  antiinflammatory medications like Ibuprofen. I
2  have to look at his notes and see whether he had
3  any.
4  Q. Okay.
5  A. I believe he did, but ...
6  Q. I guess, what happens with the tendon as
7  the disease progresses, typically?
8  A. It depends what happens. So, again,
9  generally speaking, a lot of people have transient
10 inflammation of the tendons. If it is related to
11 some injury and they do physical therapy,
12 the -- they strengthen the muscles and tendons
13 around the tendon that is affected, and it gets
14 better.
15 Q. Okay. Is there any type of treatment
16 outside of medication that you would recommend to a
17 patient that has this condition?
18 A. Regarding the inflammation of the tendon,
19 right?
20 Q. Yes.
21 A. You can use antiinflammatory medication,
22 like non-steroidal medication, such as Ibuprofen,
23 and definitely physical therapy, you can do the
24 injections, corticosteroid injections.

**Page 19**

1  Q. And when you say physical therapy, what
2  kind of physical therapy usually helps?
3  A. Can you explain?
4  Q. Sure. Physical therapy involves, I'm
5  assuming, movement of the patient's shoulder, arms.
6  Is there any type of a limitation on the movement
7  that -- something that he's not allowed to do with
8  this condition?
9  A. In physical therapy?
10 Q. Yes.
11 A. Usually that is assessed by the therapist.
12 Depending on the severity of the disease, they can
13 start working only on range of motion.
14 Q. Okay.
15 A. But the goal is to do muscle strengthening
16 exercises.
17 Q. Okay. Is there any prohibition about the
18 patient putting his hands behind his back?
19 A. I'm not really aware of anything like
20 that.
21 Q. Okay. When Mr. Saffold -- and if you
22 remember, when Mr. Saffold would see you, do you
23 know did he come in wearing handcuffs?
24 A. Yes, usually he does. Most of

**Page 20**

1  the incarcerated patients do.
2  Q. And he's -- do you remember if he was
3  cuffed behind his back?
4  A. That I don't remember.
5  Q. Okay. Do you know in your medical records
6  have you ever made a recommendation that he would
7  not be handcuffed behind his back?
8  A. I don't recall making any recommendation.
9  Q. Is that something -- if you thought that
10 was a serious issue, was that something you would
11 note in the medical records?
12 A. Not necessarily, because I'm not -- I
13 don't consider myself an expert in taking care of
14 patients that are incarcerated, so I don't know the
15 routine.
16 Q. My question is more along the lines of you
17 would have seen him with his arms behind his back
18 and his body would be in a certain position, for
19 you to look at him as a physician, would you be
20 able to say, hey, you shouldn't be in this position
21 like this?
22 A. That is hard to say.
23 MR. ALFONSO: If you were to have made a
24 recommendation at any time that he not be



**Page 21**

1  handcuffed behind his back, would that be something
2  that would have been noted in your medical records?
3      THE WITNESS: Probably. But I would -- but I
4  would have to be kind of asked to make an opinion
5  about it to do it. You know what I mean?
6      MR. ALFONSO: If Mr. Saffold ever asked you to
7  render an opinion about being handcuffed behind his
8  back, would --
9      THE WITNESS: I don't remember.
10     MR. ALFONSO: Would it be noted in your
11 records?
12     MS. KOPPEAN: Or your recommendation that you
13 sent him back to --
14     THE WITNESS: Would we try to do usually
15 whatever our patients request from us, especially
16 for incarcerated patients, and then we feel that
17 they may benefit from it, we would put in
18 recommendations, either in the papers that are sent
19 back to the facility or in our notes
20     MR. ALFONSO: So that's what I'm asking, more
21 or less. If this was something that was discussed
22 or recommended for documentation purposes, would it
23 be documented as part of his record?
24     THE WITNESS: Probably

**Page 22**

1      MR. ALFONSO: Okay.
2      THE WITNESS: It's hard to tell.
3  BY MR. KHATSKIN:
4      Q.  He just took all my questions.
5          Do you remember if you made my
6  recommendations for Mr. Saffold?
7      A.  Regarding?
8      Q.  Any course of medical treatment.
9      MS. KOPPEAN: Well, are we talking about the
10 shoulder or?
11     MR. KHATSKIN: Just the shoulder.
12     THE WITNESS: Yes. Treatment wise,
13 definitely -- outside of the UIC, right, outside my
14 office?
15 BY MR. KHATSKIN:
16     Q.  Yes.
17     A.  Physical therapy.
18     Q.  I think at some point in time you
19 requested an MRI as well?
20     A.  Yes. But that's not for treatment
21 purposes necessarily.
22     Q.  It's for diagnostic?
23     A.  Right.
24     Q.  I'm just trying to establish that you

**Page 23**

1  do in the course of treating a patient, if you
2  feel that something else besides him seeing you
3  needs to be done, you note that in the medical
4  record?
5      A.  That is correct.
6      Q.  And there are certain things that we've
7  asked you about, they're not in the medical
8  records, and, therefore, that's something that you
9  haven't noted?
10     A.  Right.
11     Q.  Okay. Let's go to August 26th, 2015. For
12 the record, it's 97.
13         And from what I understand, Mr. Saffold
14 told you that he was, in fact, doing physical
15 therapy?
16     A.  Yes, that's correct.
17     Q.  And I believe he complained about a left
18 shoulder pain, is that right?
19     A.  That's correct.
20     Q.  And then your diagnosis was, again,
21 arthritis of the glenohumeral joint?
22     A.  Throughout our records we mentioned that
23 this likely is the combination of the two
24 conditions, glenohumeral joint and rotator cuff.

**Page 24**

1      Q.  All right.
2      A.  So here as well.
3      Q.  So, again, as you put it in layman terms
4  before, it's a condition of the tendon and a
5  condition of the joint itself?
6      A.  Yes.
7      Q.  No notations in this record that
8  Mr. Saffold is limited in any type of range of
9  motion, meaning not that he has range of motion
10 issues, but you're not instructing him, hey, do not
11 do this with your arms?
12     A.  I don't see any condition like that.
13     Q.  Okay.
14     A.  However, I -- we did make a note that his
15 condition regarding the shoulder improved, and then
16 we recommended to continue physical therapy.
17     Q.  Okay. And, generally speaking, and I
18 believe I asked you this earlier, physical therapy
19 partially would involve him exercising to increase
20 his range of motion, correct?
21     A.  Correct.
22     Q.  Let's go to December 9th, 2015.
23     MS. KOPPEAN: Bates stamp 92.
24

**Page 25**

1  BY MR. KHATSKIN:
2      Q.  I believe Mr. Saffold told you that his
3  symptoms were under good control with current
4  medications?
5      A.  Yes. That he was mostly -- in the
6  records is --
7      Q.  Yeah.
8      A.  Mostly referring to his undifferentiated
9  connective tissue disease, and then the arthritis.
10     Q.  Okay. He also denied joint pain swelling
11 elsewhere?
12     A.  Yes.
13     MR. ALFONSO: The second sentence of the second
14 paragraph is objective?
15     THE WITNESS: Yes.
16 BY MR. KHATSKIN:
17     Q.  So I'm presuming that that would involve
18 his shoulder as well, that he denied pain in his
19 shoulder?
20     A.  Yes and no. Because most of our focus
21 regarding treatment of the rheumatoid arthritis is
22 in small joints of the hand.
23     Q.  Okay. So this does not pertain to the
24 shoulder? Do you remember at this time?

**Page 26**

1      A.  Subjective, it's hard to tell. So it's a
2  subjective statement. But on the exam, he still
3  has decreased range of motion in the left shoulder.
4      Q.  Doctor, if he would have complained about
5  his shoulder to you during that encounter, would
6  you have noted that in your subjective notes?
7      A.  That is correct.
8      Q.  Let's go to May 16th, 2016. That's Page
9  87, for the record.
10     MR. ALFONSO: 87 through 91, for the record.
11 BY MR. KHATSKIN:
12     Q.  Page 88, there's the subjective portion of
13 the progress note. It says, states that he is
14 doing very well, denies significant joint pain.
15         What is OCC?
16     A.  Occasionally. I didn't find that sentence
17 though. But usually it stands for occasionally.
18     Q.  It says OCC stiffness after activity in
19 shoulders.
20     A.  Occasional stiffness.
21     Q.  After activity. Do you remember what you
22 meant by activity? Was that weightlifting, or is
23 that physical therapy?
24     A.  That is really hard to say.

**Page 27**

1      MS. KOPPEAN: If you recall.
2  BY MR. KHATSKIN:
3      Q.  Only if you know.
4      A.  Yeah.
5      Q.  And I understand, Doctor, this is several
6  years ago.
7          Are any of the medications that he has, is
8  MTX something that is designed to treat arthritis
9  of the glenohumeral joint
10     A.  MTX is Methotrexate, it's used to treat
11 rheumatoid arthritis. So if the part of his
12 glenohumeral joint was related to rheumatoid
13 arthritis, then yes.
14     Q.  Are there any other medications that are
15 designed specifically to treat glenohumeral joint
16 arthritis that he was taking at the time?
17     A.  I see on the medication list that there
18 was Prednisone and then hydroxychloroquine or
19 Plaquenil, which is also for the treatment of
20 rheumatoid arthritis.
21     Q.  What is Prednisone? Is that a --
22     A.  Steroid.
23     Q.  And that's essentially designed to be an
24 antiinflammatory?

**Page 28**

1      A.  Decrease inflammation.
2      Q.  Next encounter is September 19th, 2016.
3  This is Page 83 through 86, for the record.
4          So this is the one I want to ask you
5  about.
6          Middle of the subjective it says, still
7  lifting weights, stopped it three months ago, but
8  having had time to lift it.
9          Do you know what that means?
10     A.  I'm not sure exactly what it means, but it
11 sounds like at some point he did stop and then
12 resume it.
13     Q.  Okay. This is the first time you noted
14 it. Does that sound -- the reason -- well, since
15 you've noted it in this medical record, did he
16 report to you that he recently resumed it?
17     A.  I don't remember if he reported it in such
18 a manner. All I can see is what's written in here.
19     Q.  Okay. Well, he said -- so it says in
20 parentheses, stopped it three months ago. So as of
21 September 19th, 2016, going back three months, that
22 would be approximately middle of June. Does that
23 make sense? So he stopped it in the middle of
24 June, and then recently resumed it? Is that a fair

**Page 29**

1  way to read this?
2      A.  I assume so.
3      Q.  Did he tell you on this day about that he
4  was handcuffed behind his back for a prolonged
5  period of time?
6      A.  Well, it says here states that in July
7  2016, he was handcuffed for four hours and ever
8  since then, he has intermittent numbness in
9  fingertips.
10     Q.  And what was your diagnosis on that day?
11     A.  So we -- regarding the shoulder, we
12 continued to state that he has a condition of the
13 shoulder that is involving joint and tendon, that
14 it's ongoing issue, and he was encouraged to stop
15 heavy weightlifting and resume physical therapy.
16     Q.  So two things.
17         Number one, if you're encouraging him to
18 stop weightlifting, does that mean that he reported
19 to you that he was recently weightlifting?
20     A.  That's correct.
21     Q.  If he had told you, Doctor, I stopped
22 weightlifting six months ago, would you tell him
23 don't lift weights?
24     A.  That would not make sense.

**Page 30**

1      Q.  All right.  Thank you.
2          Another question, Doctor, he told you that
3  he was handcuffed for four hours behind his back.
4  But your diagnosis on that date is the same as it
5  has been for every other medical encounter that
6  we've discussed so far.  Is that fair?
7      MS. KOPPEAN:  Regarding the shoulder?
8  BY MR. KHATSKIN:
9      Q.  Regarding the shoulder.  Thank you.
10     A.  That's correct.
11     Q.  Your diagnosis did not change at all based
12 on those subjective complaints?
13     A.  No.
14     Q.  His medical condition did not change based
15 on those subjective complaints?
16     A.  The ones that I'm treating him for, no.
17     Q.  Okay.  Did he appear -- did he present
18 with an acute injury on that date?
19     A.  If I can go back to his subjective
20 statement.
21         No.  It was just that complaint.
22     Q.  I guess my question, Doctor, from a
23 medical standpoint, did you assess him of having
24 anything other than a chronic condition that he has

**Page 31**

1  had for over two years at this point in time?
2      A.  I mean, it's a continuation of the same
3  issue with the shoulder.
4      Q.  And that's what I'm talking about, Doctor,
5  is the glenohumeral joint.
6          That is something that was present in his
7  body prior to July of 2016, correct?
8      A.  That's correct.
9      Q.  He also complained about -- I believe you
10 also assessed him with carpal tunnel syndrome?
11     A.  Correct.
12     Q.  Is carpal tunnel also a degenerative
13 condition, as far as I understand it?
14     A.  It's more complex than that.  It's -- the
15 etiology of it can be various.  I don't want to go
16 into too much detail, but it could be related to
17 overuse, that's a classic one that we think about
18 carpal tunnel.
19     Q.  Sure.
20     A.  Could be typing.  But also it could be
21 related to diabetes, the thyroid.  Whenever there
22 is a swelling in the wrist, so let's say rheumatoid
23 arthritis, the patient has swelling in the wrist
24 and may develop symptoms because of that.

**Page 32**

1      Q.  So because he has rheumatoid arthritis, is
2  it fair to say he's more likely to develop carpal
3  tunnel?
4      A.  Potentially if the rheumatoid arthritis is
5  not well controlled.
6      Q.  Okay.  Why did you tell him to stop
7  lifting weights, heavy weights?
8      A.  Potentially making the tendon inflammation
9  worse.
10     Q.  As tendon inflammation gets worse, is
11 there a risk that the tendon may tear?
12     A.  Correct.
13     Q.  Can someone tear a tendon while lifting
14 weights?
15     A.  Yes.
16     Q.  And I believe you considered prescribing
17 gabapentin, which I believe it's a nerve pain
18 medication, is that right?
19     A.  That's correct.
20     Q.  Is that just to treat the carpal tunnel?
21     A.  Well, in his situation, yes.  It can be
22 used to treat the pain in general.
23     Q.  Okay.  Nerve type pain, right?
24     A.  Correct.

**Page 33**

1   Q.  Okay.  Then we're going to go to April
2  3rd, 2017.
3       MR. ALFONSO:  That's Page 78 and then 81 -- or
4  82.
5  BY MR. KHATSKIN:
6   Q.  Based on your notes, did Mr. Saffold again
7  tell you that he was lifting weights?
8   A.  So in the subjective part it says that --
9  it states decreased repetition in terms of the
10 weightlifting 225 pounds to once a week.
11  Q.  So based on this note, can you just tell
12 me what you remember him telling you or what you
13 think he told you?
14  A.  Well, based on the notes, that, you know,
15 he's lifting a lot.
16  Q.  Okay.  But he's decreased the frequency,
17 he only does it once a week now?
18  A.  Correct.
19  Q.  Okay.
20  A.  How often does he do it, I don't know.
21  Q.  Well, he said decreased repetition --
22 well, you said once a week.  Does that mean he told
23 you he's only lifting once a week now?
24  A.  Or he's lifting this heavy weight only

**Page 34**

1  once a week.
2   Q.  Okay.  I understand.  Is lifting 225
3  pounds once a week bad for the tendons in his
4  condition?
5   A.  I am really not an expert on that, but it
6  does make sense that it's too much.
7   Q.  Did you -- did you ask him to stop doing
8  that again?
9   A.  The patient was encouraged to refrain from
10 the heavy weight lifting.
11  Q.  Fair to say since you have to instruct him
12 to stop lifting weights now more than once, he's
13 kind of not following your recommendations?
14  A.  Well, at least not to the extent I wanted
15 him to follow.
16  Q.  Yeah, and let me be a little more
17 specific.  Thank you.  That was a really broad
18 question.
19      As far as lifting weights, you recommended
20 to him not to lift weights at this point in time --
21 as of September 2017, you asked him -- so as
22 of -- let me start that again.
23      As of September 19th, 2016, you have now
24 asked him more than once to stop lifting weights,

**Page 35**

1  is that fair?
2   A.  That's correct.
3   Q.  Since you had to ask him more than once,
4  is it fair to say that as far as lifting weights
5  is concerned, he's not following your
6  recommendations?
7   A.  That is correct.
8   Q.  What was the diagnosis pertaining to his
9  shoulder on that date?
10  A.  So, again, we continue to address it as a
11 problem that is in the joint, shoulder joint, and
12 the tendon.  He told us that he had x-rays done
13 with his primary care doctors, they want to review
14 that and request the records.  And we wanted him to
15 have the MRI of the shoulder to evaluate for the
16 tear.
17  Q.  Okay.
18      MR. ALFONSO:  And that was as of April 3rd of
19 2017 or --
20      MR. KHATSKIN:  We're on 2016.  We're still in
21 September.
22 BY MR. KHATSKIN:
23  Q.  But now let's go to April 3rd, 2017.
24      Doctor, did Mr. Saffold again tell you

**Page 36**

1  that he's lifting weights only once a week?
2      MS. KOPPEAN:  I'm confused.  Are --
3      MR. KHATSKIN:  We're on April 3rd, 2017.
4      MS. KOPPEAN:  Are we going back over this note?
5      MR. KHATSKIN:  We were on --
6      MR. ALFONSO:  That's what I was trying to
7  clarify.
8      MR. KHATSKIN:  We were on a different note
9  before.
10     MR. ALFONSO:  We had referred back to September
11 19th of 2016 when he was -- April of 2017 was the
12 second time he was instructed to stop lifting
13 weights.
14     THE WITNESS:  That's correct.
15     MR. KHATSKIN:  I'll clear that up.  Strike my
16 questions, because I had those questions already.
17 BY MR. KHATSKIN:
18  Q.  Did you request an MRI on that date for
19 Mr. Saffold, April 3rd, 2017?
20  A.  So yes, now our assessment we said that he
21 will need the MRI of the shoulder.
22  Q.  Why did you request an MRI on that date?
23  A.  We wanted to evaluate for the tear of the
24 tendon.

**Page 37**

1   Q.  Why did you suspect there may be a tear?
2   A.  Just based on the exam.  I can go back to
3   the exam.  His shoulder, range of motion had
4   significantly decreased, especially on the left
5   side, and his abduction, which was 60 degrees in
6   December of 2015 is now 45 degrees.
7   Q.  Did you suspect that his weightlifting
8   caused the shoulder tear?
9   MS. KOPPEAN:  Only if you know.
10  BY MR. KHATSKIN:
11  Q.  I'm asking about your suspicions.  I'm
12  talking about what you thought about at the time.
13  A.  Well, again, it's hard to tell because he
14  already had issues in the past.  But weightlifting
15  is potentially a risk factor for the tear.
16  Q.  Okay.  And were you aware that he had
17  bullets in his body when you requested the MRI?
18  A.  It is hard to say.  Probably not, because
19  we requested the MRI.
20  Q.  If you knew that he had bullets in his
21  body on that date, would you have requested an MRI?
22  A.  I probably would have requested something
23  different.
24  Q.  Would that be a CT scan?

**Page 38**

1   A.  CAT scan, right.
2   Q.  Do you know when Mr. Saffold's MRI was
3   actually approved by Wexford?
4   A.  I don't know when it was --
5   Q.  It's not in your records.  If you
6   personally know.
7   A.  No.
8   Q.  Next record is August 7th, 2017.  On this
9   date -- and this is Page 73, for the record,
10  plaintiff told you that he is unable to lift
11  weights anymore?
12  A.  That's correct.
13  Q.  Do you remember or do you know if he told
14  you when he stopped actually lifting weights?
15  A.  I don't remember.
16  Q.  Did he tell you that he has not received
17  his MRI?
18  A.  That's correct.
19  Q.  Did Mr. Saffold ever tell you that he has
20  bullets in his body?
21  A.  I don't recall.
22  Q.  All right.  If he would have told you, is
23  that something you would have noted in the medical
24  records?

**Page 39**

1   A.  Probably.
2   Q.  At that point in time, would you
3   have -- because I think this note says that you're
4   again requesting that he gets an MRI.  If he would
5   have told you I have bullets in my body, would you
6   have still requested the MRI?
7   A.  No.  I would have requested something
8   different still to evaluate.
9   Q.  Okay.  On September 14th, 2017, that's the
10  next notation, and that's on Page 73.
11      So this one was taken by a nurse.  And I'm
12  only asking if you know anything about it.  Do you
13  know anything about that UIC received a phone call
14  from Barbara Johnson requesting that the MRI be
15  done as far fast as possible
16  A.  It's hard to tell if it's not recorded
17  because our nurse made a notation that Barbara
18  called and requested the order.
19  Q.  Do you know anything about this outside of
20  this medical record?  Do you remember anything?
21  A.  I don't remember.
22  Q.  So I'll take you to Page 206.  I'm sorry
23  we're jumping around, but the records are not
24  chronological sometimes.

**Page 40**

1       So there's an order for October 6th, 2017.
2   It says MRI shoulder without contrast, and it says
3   cancelled.  Do you know, is there anything else I
4   could look at to find the reasoning behind the
5   cancellation?
6   A.  I don't have any recommendation beyond
7   that.
8   Q.  All right.  What is shoulder dash HS 10, 5
9   mean?
10  A.  No idea.
11  Q.  Okay.  Then let's go to Page 71.
12      So I believe this is -- this is a record
13  dated 10/17/2017.  It starts on Page 67.  I'm
14  looking at Page 71 because this is where you
15  ordered a left shoulder CT without contrast.
16  A.  So on Page 71 in our assessment, we're
17  seeing left shoulder CT without contrast was
18  ordered.
19  Q.  Exactly.  My question is if you have any
20  recollection now, do you know why you ordered this
21  CT on this date?
22  A.  I don't remember the specifics.
23  Q.  Okay.  Do you remember Mr. Saffold telling
24  you that there's bullets in his body?

```
 1    A.   No.
 2    Q.   Would it be somebody else informing you
 3  that the MRI was cancelled, this is the reason, and
 4  then you ordered the CT?
 5    A.   Probably.
 6    Q.   Do you know who would inform you?
 7    A.   So whoever cancelled the order.
 8    Q.   Is there any way to find out who cancelled
 9  the order?
10    A.   I don't know.  It was the radiology
11  resident, I think.  It was ordered on the 14th of
12  September.
13    Q.   You don't know?
14    MS. KOPPEAN:  If you don't know, you can say
15  you don't know.
16    THE WITNESS:  No, I'm not sure.  Probably
17  someone in the radiology department.  Usually
18  radiology residents.
19  BY MR. KHATSKIN:
20    Q.   Do they typically take an x-ray before
21  they do an MRI?
22    A.   Typically.
23    Q.   So they took an x-ray and found that
24  there's bullets in his body, so they would
                                                     41
```

```
 1  scratch the MRI, is that kind of reasonable to
 2  assume that?
 3    A.   I don't think so because he already had
 4  the x-ray done by his primary care doctor.
 5    Q.   Okay.  And then his MRI was taken, I
 6  believe Mr. Saffold's MRI was -- I'm sorry, his CT
 7  scan was taken on April 23rd, 2018.  Is that
 8  correct?
 9    A.   That's correct.
10    Q.   All right.  The CT findings, did they rule
11  out a tear, or what was the result?
12         It's Page 261, for the record?
13    A.   So of the report, it says that there was
14  no definitive full thickness rotator cuff tear,
15  although, they couldn't rule out partial thickness
16  tear or full thickness tear due to technique.
17    Q.   Okay.  And then you saw him on August 6th,
18  2018, and that's Page 61.
19         And the assessment I'm talking about the
20  rotator cuff, no full thickness or partial tear, no
21  need for SX.
22         Does SX stand for surgery?
23    A.   For surgery.  Based on the report, I
24  didn't see that full thickness tear that would
                                                     42
```

```
 1  require surgery.
 2    Q.   Okay.  Now, I also -- the next sentence
 3  says, however, with cystic changes in GH joint,
 4  most likely due to HO synovitis, now OA changes,
 5  could you kind of break that down for us.
 6    A.   Sure.  So on the CT of the shoulder, they
 7  noted that he has a lot of changes in the
 8  joint -- shoulder joint that potentially could be
 9  related to rheumatoid arthritis, and now he's left
10  with the osteoarthritis.  So I said it could be two
11  conditions, chronic inflammation -- I mean
12  tendonitis and then also his rheumatoid arthritis.
13    Q.   Okay.  And these are both progressive
14  degenerative conditions?
15    A.   Not necessarily.  I mean, it depends what
16  you do or you don't do.  So if you continue to
17  exercise and strengthen the muscles around the
18  tendon, the muscle that is affected, you may
19  stabilize the disease or get better.  For the
20  glenohumeral joint itself, you want to control
21  rheumatoid arthritis.  He does have some changes
22  that are already to some degree permanent, which is
23  osteoarthritis.
24    Q.   And those changes you said are permanent,
                                                     43
```

```
 1  the osteoarthritic changes?
 2    A.   Yes.
 3    Q.   And what are those changes, more
 4  specifically?
 5    A.   Well, so these cystic changes, we found
 6  that it was related more so now once upon time I
 7  had inflammation and now it's more osteoarthritis,
 8  wear and tear.
 9    Q.   Okay.  Is being handcuffed behind his back
10  in 2016 the cause of any of these conditions?
11    MS. KOPPEAN:  If you know.
12  BY MR. KHATSKIN:
13    Q.   If you know.
14    A.   I mean, as a physician, we're more focused
15  on the disease itself.  So I see the reason for him
16  to have these conditions based on his past medical
17  history.
18    Q.   Okay.  So not an acute event?
19    A.   Well, this is chronic.
20    Q.   Okay.  This is chronic?
21    A.   This is chronic.
22    Q.   Okay.
23    MR. ALFONSO:  What does chronic mean?
24    THE WITNESS:  Longstanding, over years
                                                     44
```



```
                                                         45
 1        MR. ALFONSO:  So occurring over time?
 2        THE WITNESS:  Yeah
 3   BY MR. KHATSKIN:
 4        Q.   Let me specify that a little more.
 5             Occurring over time earlier than July of
 6   2016?
 7        A.   That's correct.
 8        Q.   THEN let's go to November 26th, 2018.  And
 9   that is Page 53 for the record.  This is page 55,
10   not 53.  And then on Page 59 is where you have the
11   assessment.  And I just wanted to ask you about the
12   left shoulder pain.
13             It says CT of shoulder reviewed, likely
14   multifactorial cause of pain.  Wrote for physical
15   therapy.  When you say multifactorial, what did you
16   mean by that in this record?
17        A.   So rheumatoid arthritis, osteoarthritis
18   and inflammation of the tendon.
19        Q.   Okay.  And all three of these conditions
20   are the chronic conditions that we just discussed?
21        A.   That's correct.
22        Q.   As these conditions progress, can a
23   shoulder tear happen?
24        A.   Yes.
```

```
                                                         46
 1        Q.   Do you know if Mr. Saffold had a torn left
 2   shoulder?
 3        A.   I don't know.
 4        Q.   No opinion on that?
 5        A.   No.
 6        Q.   Just a few more questions and I'm almost
 7   done.
 8             Mr. Saffold's shoulder condition or the
 9   multifactorial issues with the shoulder, can they
10   cause nerve damage?
11        MS. KOPPEAN:  If you know.
12        THE WITNESS:  Yeah, I'm not sure.
13   BY MR. KHATSKIN:
14        Q.   You're not sure?
15        A.   I'm not sure.
16        MR. KHATSKIN:  Thank you.  I have nothing
17   further.
18        MR. JACKOWIAK:  I have nothing.
19        MR. ALFONSO:  I just have a couple, not too
20   much.
21                      EXAMINATION
22   BY MR. ALFONSO:
23        Q.   I want to turn your attention to Pages 83
24   and 85.  This is the September 19th, 2016 diagnosis
```

```
                                                         47
 1   under assessment or note, I guess, overall.
 2             Taking a step back, I want to talk to you
 3   about Raynaud's syndrome.  What again is Raynaud's
 4   syndrome or disease?
 5        A.   Okay.  So the way it presents is the color
 6   in the fingertips changes, it becomes blue or
 7   white.  But behind it is the spasms, the thinning
 8   of the blood vessels as a reaction to cold or
 9   stress.
10        Q.   Okay.  So stiffening of the blood vessels,
11   does that deal then with circulation?
12        A.   Right.  But those are small blood vessels.
13        Q.   Okay.  When you lose circulation to a body
14   part, are there any symptoms associated with that
15   loss of circulation that a person would feel?
16        A.   In Raynaud's condition specifically, you
17   will have like numbness, tingling, pain in the
18   fingertips.
19        Q.   So numbness, tingling and pain
20   intermittently, would that be a symptom of
21   Raynaud's syndrome?
22        A.   Only with cold exposure.
23        Q.   Okay.  So if somebody with Raynaud's was
24   sitting in a cold gym for hours, would they feel
```

```
                                                         48
 1   numbness or tingling in their fingers?
 2        A.   Potentially.
 3        Q.   So earlier you stated that -- let me see
 4   here.  Between -- if I may have a moment.  I want
 5   to make sure I got this right.
 6             So if you recall, when was it that you
 7   first recommended the MRI?  Was it on April 3rd of
 8   2017, if I have that right, or was it earlier than
 9   that?
10        A.   We mentioned on April 17th.
11        Q.   Okay.  So based on Page 78 and the
12   records we've also gone through here today, if the
13   records would know show that you recommended an MRI
14   before April 3rd, and they now show that on April
15   3rd you did recommend one, is it safe to say that
16   the first time you recommended an MRI was on April
17   3rd, 2017?
18        A.   I have to go back to the other notes.
19        Q.   Well, I mean, if that's what the records
20   show.  So if there's no notation in any records
21   before April 3rd, and then on April 3rd there is
22   one for an MRI, would that mean the first time you
23   recommended an MRI was April 3rd, 2017?  This way
24   we don't have to actually go back through.
```

#### Page 49

1  A. Okay. So on Page 83, I mentioned consider
2  left shoulder MRI. So when I say consider, I want
3  to explain that, is that I don't recommend it at
4  the moment, but consider it in the future if the
5  symptoms persist.
6  Q. Okay. Earlier you said that as of April
7  3rd, 2017, his shoulder symptoms has gotten worse,
8  like markedly worse is I believe what you said
9  earlier. What did you base that off of it? And
10 correct me if I'm wrong, but was his range of
11 motion decreasing between September and April?
12 A. Right. So on Page 80 in the physical exam
13 I mentioned that his range of motion was
14 significantly worse on the left, where the range of
15 motion is 45 degrees now.
16 Q. And what was his range of motion as of
17 September of 2016?
18 A. I'm not sure if I recorded it then.
19 MS. KOPPEAN: September 16th or 19th?
20 THE WITNESS: 19th.
21 BY MR. ALFONSO:
22 Q. Okay. I want to talk about the result of
23 the MRI, Bates stamp 206.
24 MS. KOPPEAN: That's Page 261.

#### Page 50

1  BY MR. ALFONSO:
2  Q. I want to go through your understanding of
3  the findings here.
4      So the first sentence, there's marked
5  degenerative changes with the subchondral cystic
6  change and profound collar osteophyte formation
7  along the humeral head. What does that sentence
8  mean?
9  A. There is -- degenerative changes means
10 wear and tear arthritis, wear and tear changes in
11 the joint itself, and there are osteophytes, which
12 are spurs, on the collarbone.
13 Q. How do osteophytes or spurs form, if you
14 know?
15 A. Well, it's a hallmark of osteoarthritis,
16 so you start developing extra bones.
17 Q. Is there -- if you know, why would a
18 person develop extra bone?
19 A. Most the time it's related to
20 osteoarthritis. It can happen in some other
21 conditions as well.
22 Q. Are there any other known causes for
23 osteoarthritis?
24 A. It's considered to be wear and tear

#### Page 51

1  arthritis, aging arthritis. However, injury,
2  inflammation can lead to it.
3  Q. Okay. The next sentence is advanced
4  subchondral cystic changes also noted within the
5  glenoid. What, if anything, does that sentence
6  mean?
7  A. So literally what it means, the little
8  holes in the socket of the shoulder joint.
9  Q. Okay. So the little holes, do you
10 mean -- do you have any idea what the little holes
11 would come from?
12 A. It could be related to osteoarthritis or
13 inflammatory arthritis, like rheumatoid arthritis.
14 Q. Okay. So that would be related to the
15 preexisting conditions that he already had?
16 A. Correct.
17 Q. We spoke earlier about there being no full
18 thickness tear, but there being possibly a partial
19 tear that wasn't noticed. So I'll skip that.
20 A. Well, they say they could not rule out.
21 Q. That's what I mean. So they couldn't rule
22 out a partial tear based on the CT results.
23    The next sentence is small fragmented
24 osteophyte or loose body noted in the anterior

#### Page 52

1  joints measuring up to five millimeters. What
2  would that mean for the laymen?
3  A. So what literally it says, I can just kind
4  of translate what it says, the small fragments of
5  the osteophytes, the osteophyte is that extra bone
6  that you make when you have osteoarthritis, that
7  got chipped off, and then now it's kind of a loose
8  body.
9  Q. Okay. How, if you know, would an
10 osteophyte then get chipped off?
11 A. It's hard to tell.
12 Q. All right. I want to talk about the
13 records generally, just sort of your opinions as a
14 physician here.
15    In some of the records it is noted
16 that Mr. Saffold complained about being handcuffed
17 behind his back, and it causing him shoulder
18 stiffness, shoulder pain, things like that.
19    If you as his physician thought that that
20 was making his symptoms worse, would you have made
21 a recommendation that he no longer be handcuffed
22 behind his back?
23 A. So my problem is that I really don't
24 know the dynamics in the jail, so I would not dare



```
 1  to make any recommendation of such a nature,
 2  whether that particular person needs to be
 3  handcuffed for safety or not.
 4      Q.  Okay.  So even if you knew that he was
 5  being handcuffed behind his back and it was hurting
 6  him, you wouldn't put in his note that, okay, maybe
 7  you should consider handcuffing him differently?
 8      A.  I would have actually made a notation if
 9  there is an option for him to be, like, whatever
10  handcuffed in some other way, that it's not
11  injuring him if it was injuring him.
12      MR. ALFONSO:  That's all I have.
13      MR. KHATSKIN:  I have several more questions,
14  Doctor.  Sorry.
15             FURTHER EXAMINATION
16  BY MR. KHATSKIN:
17      Q.  Page 22 of Exhibit 1.
18          So 22 is -- yeah.  So this is -- it looks
19  like these are notes of various physical therapy
20  exercises that Mr. Saffold was to do.  Is my
21  understanding correct, that this is something that
22  would have been shown to him or somebody would have
23  told him these are the exercises you need to do?
24      MS. KOPPEAN:  If you know.
                                                    53
```

```
 1  BY MR. KHATSKIN:
 2      Q.  If you know.
 3      A.  I assume.
 4      Q.  These are different ones, there's
 5  different ones if you look through them.
 6      A.  Uh-huh.
 7      Q.  Am I to understand that on Page 22,
 8  there's some sort of a range of motion exercise
 9  where Mr. Saffold would be holding his arms behind
10  his back?
11      A.  That's correct.
12      Q.  If that movement was not clinically
13  recommended or was medically dangerous, would
14  somebody recommend this movement to Mr. Saffold?
15      A.  The goal of physical therapy is to
16  increase the range of motion in each patient and
17  adjust these exercises to their -- his or her
18  condition.  So if he feels comfortable, he can do
19  any of these exercises.
20      Q.  My question is slightly different.  I
21  appreciate that.
22          My question is if objectively this is
23  something that is dangerous for an individual with
24  his condition, would somebody recommend it?
                                                    54
```

```
 1      A.  No.
 2      MR. KHATSKIN:  Thank you, Doctor.
 3      MR. ALFONSO:  Let me follow up on that.  I
 4  wasn't sure about assuming this was something that
 5  he was given.
 6             FURTHER EXAMINATION
 7  BY MR. ALFONSO:
 8      Q.  So as a matter of record keeping in a
 9  hospital, does a patient file -- if somebody is
10  prescribed for physical therapy, would the file
11  include physical therapy that he wasn't prescribed?
12      A.  I'm sorry?
13      Q.  So --
14      MS. KOPPEAN:  I would object.  She's not a
15  keeper of the records, I don't think she can
16  competently testify to the hospital's recordkeeping
17  policies.
18      MR. KHATSKIN:  I'll join.
19      MR. ALFONSO:  That's fine.  Then I have nothing
20  further.
21      MS. KOPPEAN:  I just ask that if this does go
22  to trial, you give the doctor a copy of her
23  deposition transcript before.
24      MR. KHATSKIN:  Of course.
                                                    55
```

```
 1      MS. KOPPEAN:  Do you want to waive or would you
 2  like to review --
 3      THE WITNESS:  What do you recommend?
 4      MS. KOPPEAN:  I believe she's competent at her
 5  job.  I think she did a great job.
 6          You want to waive it?
 7      THE WITNESS:  We can waive it.
 8      MR. KHATSKIN:  Order it, please.  Condensed,
 9  full, please retain exhibits.
10      MR. ALFONSO:  Can I order too, a PDF format.
11      MR. JACKOWIAK:  No copy.
12              (whereupon, the deposition concluded
13                 at 3:14 p.m.)
14
15
16
17
18
19
20
21
22
23
24
                                                    56
```

```
 1   STATE OF ILLINOIS    )
 2                        )  SS:
 3   COUNTY OF C O O K    )
 4        I, Dina M. Crivellone, a notary public
 5   within and for the County of Cook County and State
 6   of Illinois, do hereby certify that heretofore,
 7   to-wit, on October 22, 2019, personally appeared
 8   before me, at 835 South Wolcott, Chicago, Illinois,
 9   SUNCICA VOLKOV, M.D., in a cause now pending and
10   undetermined in the Circuit Court of Cook County,
11   Illinois, wherein ROBERT SAFFOLD is the Plaintiff,
12   and ILLINOIS DEPARTMENT OF CORRECTIONS, WEXFORD
13   HEALTH SOURCES, INC., DANIEL ARTL, RANDY PFISTER,
14   CHRISTOPHER MEDIN, JOHN DOE #1, JOHN DOE #2,
15   GHALIAH OBAISI, Independent Executor of the Estate
16   of SALEH OBAISI, are the Defendants.
17        I further certify that the said SUNCICA
18   VOLKOV, M.D. was first duly sworn to testify the
19   truth, the whole truth and nothing but the truth in
20   the cause aforesaid; that the testimony then given
21   by said witness was reported stenographically by me
22   in the presence of the said witness, and afterwards
23   reduced to typewriting by Computer-Aided
24   Transcription, and the foregoing is a true and
                                                      57
```

```
 1   correct transcript of the testimony so given by
 2   said witness as aforesaid.
 3        I further certify that the signature to
 4   the foregoing deposition was waived by counsel for
 5   the respective parties.
 6        I further certify that the taking of this
 7   deposition was pursuant to notice and that there
 8   were present at the deposition the attorneys
 9   hereinbefore mentioned.
10        I further certify that I am not counsel
11   for nor in any way related to the parties to this
12   suit, nor am I in any way interested in the outcome
13   thereof.
14        IN TESTIMONY WHEREOF:  I have hereunto set
15   my hand and affixed my notarial seal this 10th day
16   of November, 2019.
17
18
19
20              _____
21
22              NOTARY PUBLIC, COOK COUNTY, ILLINOIS
23              LIC. NO. 084-004157
24
                                                      58
```



**Exhibits**

**Volkov Exhibit 1**
 4:13 13:12 53:17
**Volkov Exhibit 2**
 4:14 8:12,13

**1**

**1**
 13:12 53:17
**1-2**
 5:2
**10**
 40:8
**10/17/2017**
 40:13
**102**
 13:11,12
**103**
 13:9,21
**105**
 16:7
**106**
 13:24 14:1
**123**
 15:18,20
**14th**
 39:9 41:11
**16th**
 26:8 49:19
**17th**
 48:10
**19th**
 16:4 28:2,21 34:23 36:11 46:24 49:19, 20

**2**

**2**
 8:13
**2006**
 9:11
**2009**
 9:15 10:24
**2012**
 15:23
**2015**
 13:8,19 14:17 16:4 23:11 24:22 37:6
**2016**
 26:8 28:2,21 29:7 31:7 34:23 35:20 36:11 44:10 45:6 46:24 49:17
**2017**
 33:2 34:21 35:19,23 36:3,11,19 38:8 39:9 40:1 48:8,17,23 49:7
**2018**
 42:7,18 45:8
**206**
 39:22 49:23
**22**
 53:17,18 54:7
**225**
 33:10 34:2
**23rd**
 42:7
**261**
 42:12 49:24
**26th**
 23:11 45:8

**3**

**3:14**
 56:13

**3rd**
 13:7,18,19 14:17 33:2 35:18,23 36:3, 19 48:7,14,15,17,21, 23 49:7

**4**

**45**
 37:6 49:15

**5**

**5**
 40:8
**53**
 45:9,10
**55**
 45:9
**59**
 45:10

**6**

**60**
 37:5
**61**
 42:18
**67**
 40:13
**6th**
 40:1 42:17

**7**

**71**
 40:11,14,16
**73**
 38:9 39:10
**78**
 33:3 48:11
**7th**
 38:8

**8**

**80**
 49:12
**81**
 33:3
**82**
 33:4
**83**
 28:3 46:23 49:1
**85**
 46:24
**86**
 28:3
**87**
 26:9,10
**88**
 26:12

**9**

**91**
 26:10
**92**
 24:23
**97**
 23:12
**9th**
 24:22

**A**

**abduction**
 37:5
**abnormalities**
 11:11
**absolutely**
 12:11
**accent**
 9:8
**accurate**
 8:20,23
**activity**
 26:18,21,22
**acute**
 30:18 44:18
**address**
 16:3 35:10
**adjust**
 54:17
**advanced**
 51:3
**affect**
 11:15
**affected**
 17:7 18:13 43:18
**aging**
 51:1
**alcohol**
 7:4
**Alfonso**
 5:13 9:6 20:23 21:6, 10,20 22:1 25:13 26:10 33:3 35:18 36:6,10 44:23 45:1 46:19,22 49:21 50:1 53:12 55:3,7,19 56:10
**allowed**
 19:7
**answers**
 6:6
**anterior**
 51:24
**antiinflammatory**
 18:1,21 27:24
**anymore**
 38:11
**apparently**
 9:15
**approved**
 38:3
**approximately**
 12:8 28:22
**April**
 33:1 35:18,23 36:3, 11,19 42:7 48:7,10, 14,16,21,23 49:6,11
**arms**
 19:5 20:17 24:11 54:9
**arthritis**
 13:1 16:9 17:1,10,11 23:21 25:9,21 27:8, 11,13,16,20 31:23 32:1,4 43:9,12,21 45:17 50:10 51:1,13
**assess**
 30:23
**assessed**
 19:11 31:10
**assessment**
 15:3,7 36:20 40:16 42:19 45:11 47:1
**assume**
 6:24 29:2 42:2 54:3
**assuming**
 7:9 14:5,10 19:5 55:4
**attend**
 7:13
**attended**
 7:11

**attention**
 46:23
**attorney**
 5:14
**August**
 23:11 38:8 42:17
**autoimmune**
 11:5
**aware**
 19:19 37:16

**B**

**back**
 15:12 19:18 20:3,7, 17 21:1,8,13,19 28:21 29:4 30:3,19 36:4,10 37:2 44:9 47:2 48:18,24 52:17, 22 53:5 54:10
**bad**
 34:3
**Barbara**
 39:14,17
**base**
 49:9
**based**
 9:23 10:16 15:16 30:11,14 33:6,11,14 37:2 42:23 44:16 48:11 51:22
**basically**
 15:9
**Bates**
 13:24 14:1 15:20 24:23 49:23
**beneficial**
 10:3
**benefit**
 21:17
**bit**
 10:9
**bits**
 11:10
**blood**
 47:8,10,12
**blue**
 47:6
**body**
 20:18 31:7 37:17,21 38:20 39:5 40:24 41:24 47:13 51:24 52:8
**bone**
 50:18 52:5
**bones**
 50:16
**born**
 7:7
**bottom**
 13:14
**break**
 43:5
**broad**
 34:17
**bullets**
 37:17,20 38:20 39:5 40:24 41:24

**C**

**call**
 11:9 39:13
**called**
 5:7 39:18
**cancellation**
 40:5
**cancelled**
 40:3 41:3,7,8

**care**
 20:13 35:13 42:4
**carpal**
 31:10,12,18 32:2,20
**CAT**
 38:1
**catch**
 6:14
**caused**
 37:8
**causing**
 52:17
**change**
 12:20 30:11,14 50:6
**cheating**
 9:6,7
**Chicago**
 7:22,24 8:1
**chipped**
 52:7,10
**chronic**
 30:24 43:11 44:19, 20,21,23 45:20
**chronological**
 39:24
**circulation**
 47:11,13,15
**clarify**
 6:14 36:7
**classes**
 8:7
**classic**
 31:17
**clear**
 36:15
**clinically**
 54:12
**cold**
 12:21 47:8,22,24
**collar**
 50:6
**collarbone**
 50:12
**color**
 47:5
**combination**
 16:14 23:23
**comfortable**
 54:18
**competent**
 56:4
**competently**
 55:16
**complained**
 23:17 26:4 31:9 52:16
**complaining**
 15:6
**complaint**
 30:21
**complaints**
 14:16 15:10 30:12, 15
**complex**
 31:14
**concerned**
 10:20 35:5
**concluded**
 56:12
**Condensed**
 56:8
**condition**
 10:19,21 11:22,23 12:2 13:2,6 16:18 17:15,16 18:17 19:8 24:4,5,12,15 29:12 30:14,24 31:13 34:4 46:8 47:16 54:18,24
**conditions**
 23:24 43:11,14

**44**:10,16 45:19,20, 22 50:21 51:15
**confused**
 36:2
**connective**
 11:9 14:8 25:9
**considered**
 32:16 50:24
**contemporaneous
ly**
 10:7
**continuation**
 31:2
**continue**
 24:16 35:10 43:16
**continued**
 29:12
**contrast**
 40:2,15,17
**control**
 25:3 43:20
**controlled**
 32:5
**copy**
 55:22 56:11
**corner**
 13:14,15
**correct**
 8:4,24 10:8,15,18 11:20 15:23 16:6,8 23:5,16,19 24:20,21 26:7 29:20 30:10 31:7,8,11 32:12,19, 24 33:18 35:2,7 36:14 38:12,18 42:8, 9 45:7,21 49:10 51:16 53:21 54:11
**Correction**
 5:15
**corticosteroid**
 18:24
**couple**
 46:19
**court**
 6:9
**criteria**
 11:13
**CT**
 37:24 40:15,17,21 41:4 42:6,10 43:6 45:13 51:22
**cuff**
 16:15 23:24 42:14, 20
**cuffed**
 20:3
**current**
 8:15 25:3
**CV**
 8:14 9:1
**cystic**
 43:3 44:5 50:5 51:4

**D**

**damage**
 46:10
**dangerous**
 54:13,23
**dare**
 52:24
**dash**
 40:8
**date**
 8:16 30:4,18 35:9 36:18,22 37:21 38:9 40:21
**dated**
 40:13



| | | | | | |
|---|---|---|---|---|---|
| **day** 29:3,10 | 35:24 42:4 53:14 55:2,22 | **F** | **give** 55:22 | **hydroxychloroquine** 27:18 | **issues** 24:10 37:14 46:9 |
| **deal** 47:11 | **doctors** 35:13 | **facility** 21:19 | **glenohumeral** 16:10,16 23:21,24 27:9,12,15 31:5 43:20 | | **J** |
| **December** 24:22 37:6 | **documentation** 21:22 | **fact** 23:14 | | **I** | **Jackowiak** 5:16 7:18,21 8:21 46:18 56:11 |
| **decrease** 17:20 28:1 | **documented** 21:23 | **factor** 37:15 | **glenoid** 51:5 | **Ibuprofen** 18:1,22 | **jail** 52:24 |
| **decreased** 14:23 15:3,21 26:3 33:9,16,21 37:4 | **drugs** 7:4 | **fair** 28:24 30:6 32:2 34:11 35:1,4 | **goal** 19:15 54:15 | **idea** 40:10 51:10 | **job** 56:5 |
| **decreasing** 49:11 | **due** 17:8,10 42:16 43:4 | **familiar** 9:16 | **good** 25:3 | **identification** 5:3 | **Johnson** 39:14 |
| **defendants** 5:12 | **duly** 5:5 | **fast** 39:15 | **great** 6:3 56:5 | **Illinois** 5:15 | **join** 55:18 |
| **definitive** 42:14 | **dynamics** 52:24 | **feel** 21:16 23:2 47:15,24 | **grew** 7:9 | **immune** 11:10 | **joint** 14:14,15,16 16:10, 16,17,21,23 17:7,10, 14,20,21 23:21,24 24:5 25:10 26:14 27:9,12,15 29:13 31:5 35:11 43:3,8,20 50:11 51:8 |
| **degenerative** 31:12 43:14 50:5,9 | **E** | **feels** 54:18 | **ground** 6:5 | **impact** 11:15 13:4 14:13 | |
| **degree** 43:22 | **earlier** 24:18 45:5 48:3,8 49:6,9 51:17 | **fellowship** 7:24 8:3 | **guess** 12:12 18:6 30:22 47:1 | **impacts** 14:9 | |
| **degrees** 37:5,6 49:15 | **Edward** 5:11 | **file** 55:9,10 | **gym** 47:24 | **improved** 24:15 | |
| **denied** 25:10,18 | **effecting** 13:3 | **final** 15:7 | **H** | **incarcerated** 20:1,14 21:16 | **joints** 11:7 13:3 14:12,22 25:22 52:1 |
| **denies** 26:14 | **employed** 9:4 | **find** 26:16 40:4 41:8 | **hallmark** 50:15 | **include** 55:11 | **July** 29:6 31:7 45:5 |
| **dep** 6:4 | **employees** 5:15 | **findings** 42:10 50:3 | **hand** 14:15 25:22 | **increase** 24:19 54:16 | **jumping** 39:23 |
| **department** 5:15 41:17 | **encounter** 26:5 28:2 30:5 | **fine** 55:19 | **handcuffed** 20:7 21:1,7 29:4,7 30:3 44:9 52:16,21 53:3,5,10 | **individual** 54:23 | **June** 28:22,24 |
| **Depending** 19:12 | **encouraged** 29:14 34:9 | **fingers** 48:1 | | **inflamed** 16:19 17:13 | **K** |
| **depends** 18:8 43:15 | **encouraging** 29:17 | **fingertips** 12:20 29:9 47:6,18 | **handcuffing** 53:7 | **inflammation** 12:6 14:12 16:20 17:8,9,20,23 18:10, 18 28:1 32:8,10 43:11 44:7 45:18 51:2 | **keeper** 55:15 |
| **deposition** 5:1,18,22 55:23 56:12 | **essentially** 27:23 | **focus** 14:21 25:20 | **handcuffs** 19:23 | | **keeping** 55:8 |
| **describe** 16:12 17:4 | **establish** 22:24 | **focused** 44:14 | **hands** 11:18,19 14:9,10,22 19:18 | | **Khatskin** 5:10,11 8:2,18,22 9:8,12 10:23 12:10, 17 13:10,20,22 14:1, 3 15:1,13,19 22:3, 11,15 25:1,16 26:11 27:2 30:8 33:5 35:20,22 36:3,5,8, 15,17 37:10 41:19 44:12 45:3 46:13,16 53:13,16 54:1 55:2, 18,24 56:8 |
| **designed** 17:19 27:8,15,23 | **etiology** 31:15 | **follow** 34:15 55:3 | **happen** 45:23 50:20 | **inflammatory** 13:2 17:10 51:13 | |
| **detail** 31:16 | **evaluate** 35:15 36:23 39:8 | **form** 11:14 50:13 | **happened** 12:8 | **influence** 7:3 | |
| **develop** 31:24 32:2 50:18 | **evaluated** 13:5 | **format** 56:10 | **hard** 20:22 22:2 26:1,24 37:13,18 39:16 52:11 | **inform** 41:6 | |
| **developed** 11:17 | **event** 44:18 | **formation** 50:6 | | **informing** 41:2 | |
| **developing** 50:16 | **eventually** 11:17 | **found** 16:21 41:23 44:5 | **head** 6:7,8,11 50:7 | **initially** 11:3 12:5 | |
| **diabetes** 31:21 | **exam** 14:21 15:22 26:2 37:2,3 49:12 | **fragmented** 51:23 | **heavy** 29:15 32:7 33:24 34:10 | **injections** 18:24 | |
| **diagnose** 11:22 | **EXAMINATION** 5:9 46:21 53:15 55:6 | **fragments** 52:4 | **helps** 19:2 | **injuring** 53:11 | **kind** 19:2 21:4 34:13 42:1 43:5 52:3,7 |
| **diagnosis** 11:12,13 15:2 16:1,5 23:20 29:10 30:4,11 35:8 46:24 | **examined** 5:7 | **frequency** 33:16 | **hey** 10:17 20:20 24:10 | **injury** 18:11 30:18 51:1 | **knew** 37:20 53:4 |
| **diagnosis/ prognosis** 14:5 | **exercise** 43:17 54:8 | **fulfill** 11:12 | **history** 14:6 44:17 | **inside** 17:9 | **KOPPEAN** 10:22 12:9 13:9,19, 21,24 14:18 21:12 22:9 24:23 27:1 30:7 36:2,4 37:9 41:14 44:11 46:11 49:19, 24 53:24 55:14,21 56:1,4 |
| **diagnostic** 22:22 | **exercises** 19:16 53:20,23 54:17,19 | **full** 42:14,16,20,24 51:17 56:9 | **HO** 43:4 | **instruct** 34:11 | |
| **differently** 53:7 | **exercising** 24:19 | **future** 49:4 | **holding** 54:9 | **instructed** 36:12 | |
| **digital** 14:9 | **Exhibit** 5:2 8:12 13:12 53:17 | **G** | **holes** 51:8,9,10 | **instructing** 24:10 | |
| **discussed** 21:21 30:6 45:20 | **exhibits** 56:9 | **gabapentin** 32:17 | **hospital** 7:23 55:9 | **intermittent** 29:8 | **L** |
| **discussion** 15:14 | **experience** 8:5 | **general** 32:22 | **hospital's** 55:16 | **intermittently** 47:20 | **Lawrence** 5:16 |
| **disease** 11:5,6,8,10,14 12:19 14:8 18:7 19:12 25:9 43:19 44:15 47:4 | **expert** 20:13 34:5 | **general's** 5:14 | **hours** 29:7 30:3 47:24 | **internal** 7:15,16,19 | **layman** 24:3 |
| | **explain** 19:3 49:3 | **generally** 10:4,19 11:16 12:8 16:24 17:24 18:9 24:17 52:13 | **HS** 40:8 | **intervene** 17:17 | **laymen** 52:2 |
| **Doc** 10:17 | **exposure** 12:21 47:22 | **gentlemen** 5:20 | **humeral** 50:7 | **involve** 24:19 25:17 | **lead** 51:2 |
| **doctor** 16:6,13 26:4 27:5 29:21 30:2,22 31:4 | **extent** 34:14 | **GH** 43:3 | **hurting** 53:5 | **involvement** 14:15 16:22,23 | **left** 5:13,16 13:14,15 16:7 23:17 26:3 37:4 40:15,17 43:9 45:12 46:1 49:2,14 |
| | **extra** 50:16,18 52:5 | | | **involves** 19:4 | |
| | | | | **involving** 29:13 | |
| | | | | **issue** 20:10 29:14 31:3 | |



| | | | | | | |
|---|---|---|---|---|---|---|
| **lift**<br>28:8 29:23 34:20<br>38:10<br>**lifting**<br>28:7 32:7,13 33:7,<br>15,23,24 34:2,10,12,<br>19,24 35:4 36:1,12<br>38:14<br>**limitation**<br>19:6<br>**limited**<br>24:8<br>**lines**<br>20:16<br>**Lining**<br>17:14<br>**list**<br>27:17<br>**literally**<br>51:7 52:3<br>**long**<br>9:3,4,13 12:16<br>**longer**<br>52:21<br>**longstanding**<br>15:11 17:8 44:24<br>**loose**<br>51:24 52:7<br>**lose**<br>47:13<br>**loss**<br>47:15<br>**lot**<br>18:9 33:15 43:7<br><br>**M**<br><br>**M.D.**<br>5:6<br>**made**<br>10:6 20:6,23 22:5<br>39:17 52:20 53:8<br>**make**<br>6:11,22 21:4 24:14<br>28:23 29:24 34:6<br>48:5 52:6 53:1<br>**making**<br>20:8 32:8 52:20<br>**manage**<br>17:23<br>**manner**<br>28:18<br>**March**<br>13:7,18,19 14:17<br>**mark**<br>8:12<br>**marked**<br>5:2 50:4<br>**markedly**<br>49:8<br>**matter**<br>55:8<br>**meaning**<br>17:16 24:9<br>**means**<br>28:9,10 50:9 51:7<br>**meant**<br>26:22<br>**measuring**<br>52:1<br>**med**<br>8:8<br>**medical**<br>6:20 7:11 8:10 9:20,<br>24 10:2,21 14:6<br>20:5,11 21:2 22:8<br>23:3,7 28:15 30:5,<br>14,23 38:23 39:20<br>44:16 | **medically**<br>6:20 54:13<br>**medication**<br>17:22 18:16,21,22<br>27:17 32:18<br>**medications**<br>17:18,19 18:1 25:4<br>27:7,14<br>**medicine**<br>7:15,16,19<br>**Memorial**<br>7:23<br>**memory**<br>9:24<br>**mention**<br>15:7,21<br>**mentioned**<br>23:22 48:10 49:1,13<br>**Methotrexate**<br>27:10<br>**middle**<br>28:6,22,23<br>**millimeters**<br>52:1<br>**mispronounce**<br>16:9<br>**moment**<br>48:4 49:4<br>**months**<br>28:7,20,21 29:22<br>**motion**<br>14:23 15:3,22 19:13<br>24:9,20 26:3 37:3<br>49:11,13,15,16 54:8,<br>16<br>**movement**<br>19:5,6 54:12,14<br>**MRI**<br>22:19 35:15 36:18,<br>21,22 37:17,19,21<br>38:2,17 39:4,6,14<br>40:2 41:3,21 42:1,5,<br>6 48:7,13,16,22,23<br>49:2,23<br>**MTX**<br>27:8,10<br>**multifactorial**<br>45:14,15 46:9<br>**muscle**<br>19:15 43:18<br>**muscles**<br>18:12 43:17<br><br>**N**<br><br>**narrow**<br>10:9<br>**nature**<br>53:1<br>**necessarily**<br>20:12 22:21 43:15<br>**nerve**<br>32:17,23 46:10<br>**Nicholas**<br>5:13<br>**nod**<br>6:7,10<br>**non-steroidal**<br>18:22<br>**notation**<br>10:16 39:10,17<br>48:20 53:8<br>**notations**<br>24:7<br>**note**<br>10:12 20:11 23:3<br>24:14 26:13 33:11<br>36:4,8 39:3 47:1<br>53:6 | **noted**<br>9:20 14:7 21:2,10<br>23:9 26:6 28:13,15<br>38:23 43:7 51:4,24<br>52:15<br>**notes**<br>10:5,6 11:24 12:12<br>14:18,20 18:2 21:19<br>26:6 33:6,14 48:18<br>53:19<br>**noticed**<br>51:19<br>**November**<br>45:8<br>**number**<br>13:14 29:17<br>**numbering**<br>14:1<br>**numbness**<br>29:8 47:17,19 48:1<br>**nurse**<br>39:11,17<br><br>**O**<br><br>**OA**<br>43:4<br>**Obaisi**<br>5:12<br>**object**<br>55:14<br>**objective**<br>25:14<br>**objectively**<br>54:22<br>**OCC**<br>26:15,18<br>**Occasional**<br>26:20<br>**occasionally**<br>26:16,17<br>**occurring**<br>45:1,5<br>**October**<br>40:1<br>**office**<br>5:14 22:14<br>**ongoing**<br>29:14<br>**opinion**<br>21:4,7 46:4<br>**opinions**<br>52:13<br>**option**<br>53:9<br>**order**<br>39:18 40:1 41:7,9<br>56:8,10<br>**ordered**<br>40:15,18,20 41:4,11<br>**orthopaedics**<br>8:5,8<br>**osteoarthritic**<br>44:1<br>**osteoarthritis**<br>43:10,23 44:7 45:17<br>50:15,20,23 51:12<br>52:6<br>**osteophyte**<br>50:6 51:24 52:5,10<br>**osteophytes**<br>50:11,13 52:5<br>**overuse**<br>31:17<br><br>**P**<br><br>**p.m.**<br>56:13 | **Pages**<br>46:23<br>**pain**<br>14:17 16:7 23:18<br>25:10,18 26:14<br>32:17,22,23 45:12,<br>14 47:17,19 52:18<br>**papers**<br>21:18<br>**paragraph**<br>25:14<br>**parentheses**<br>28:20<br>**part**<br>21:23 27:11 33:8<br>47:14<br>**partial**<br>42:15,20 51:18,22<br>**partially**<br>24:19<br>**past**<br>37:14 44:16<br>**patient**<br>18:17 19:18 23:1<br>31:23 34:9 54:16<br>55:9<br>**patient's**<br>19:5<br>**patients**<br>9:3 20:1,14 21:15,16<br>**PDF**<br>56:10<br>**Pediatric**<br>7:14<br>**people**<br>18:9<br>**period**<br>10:22 29:5<br>**permanent**<br>43:22,24<br>**persist**<br>49:5<br>**person**<br>47:15 50:18 53:2<br>**personally**<br>38:6<br>**pertain**<br>25:23<br>**pertaining**<br>35:8<br>**phone**<br>39:13<br>**physical**<br>14:21 18:11,23 19:1,<br>2,4,9 22:17 23:14<br>24:16,18 26:23<br>29:15 45:14 49:12<br>53:19 54:15 55:10,<br>11<br>**physician**<br>20:19 44:14 52:14,<br>19<br>**places**<br>10:11<br>**plaintiff**<br>5:17 38:10<br>**Plaquenil**<br>27:19<br>**PMH**<br>14:4<br>**point**<br>22:18 28:11 31:1<br>34:20 39:2<br>**policies**<br>55:17<br>**portion**<br>10:5 26:12<br>**position**<br>20:18,20 | **possibly**<br>51:18<br>**potentially**<br>11:16 17:17 32:4,8<br>37:15 43:8 48:2<br>**pounds**<br>33:10 34:3<br>**Prednisone**<br>27:18,21<br>**preexisting**<br>51:15<br>**prescribed**<br>55:10,11<br>**prescribing**<br>32:16<br>**present**<br>30:17 31:6<br>**presented**<br>11:6<br>**presents**<br>47:5<br>**presuming**<br>25:17<br>**prevent**<br>7:4<br>**primary**<br>35:13 42:4<br>**prior**<br>31:7<br>**problem**<br>16:15 35:11 52:23<br>**profound**<br>50:6<br>**progress**<br>10:5 26:13 45:22<br>**progresses**<br>18:7<br>**progressive**<br>17:15 43:13<br>**prohibition**<br>19:17<br>**prolonged**<br>29:4<br>**purposes**<br>21:22 22:21<br>**put**<br>21:17 24:3 53:6<br>**putting**<br>19:18<br><br>**Q**<br><br>**question**<br>6:16,18,23 20:16<br>30:2,22 34:18 40:19<br>54:20,22<br>**questions**<br>5:20 6:17,20 8:19<br>22:4 36:16 46:6<br>53:13<br><br>**R**<br><br>**radiology**<br>41:10,17,18<br>**range**<br>14:23 15:3,22 19:13<br>24:8,9,20 26:3 37:3<br>49:10,13,14,16 54:8,<br>16<br>**Raynaud's**<br>12:19 14:8 47:3,16,<br>21,23<br>**reaction**<br>47:8<br>**read**<br>29:1<br>**reason**<br>11:1 28:14 41:3<br>44:15 | **reasonable**<br>42:1<br>**reasoning**<br>40:4<br>**recall**<br>20:8 27:1 38:21 48:6<br>**received**<br>38:16 39:13<br>**recently**<br>28:16,24 29:19<br>**recollection**<br>40:20<br>**recommend**<br>18:16 48:15 49:3<br>54:14,24 56:3<br>**recommendation**<br>20:6,8,24 21:12 40:6<br>52:21 53:1<br>**recommendations**<br>21:18 22:6 34:13<br>35:6<br>**recommended**<br>21:22 24:16 34:19<br>48:7,13,16,23 54:13<br>**record**<br>6:10 13:11,13 15:13,<br>15 17:5 21:23 23:4,<br>12 24:7 26:9,10<br>28:3,15 38:8,9 39:20<br>40:12 42:12 45:9,16<br>55:8<br>**recorded**<br>39:16 49:18<br>**recordkeeping**<br>55:16<br>**records**<br>9:20 10:1,2 15:16,17<br>20:5,11 21:2,11<br>23:8,22 25:6 35:14<br>38:5,24 39:23 48:12,<br>13,19,20 52:13,15<br>55:15<br>**reference**<br>13:13,17<br>**referred**<br>36:10<br>**referring**<br>25:8<br>**refrain**<br>34:9<br>**related**<br>11:2,5 18:10 27:12<br>31:16,21 43:9 44:6<br>50:19 51:12,14<br>**relating**<br>15:10<br>**rely**<br>9:24<br>**remember**<br>9:19,23 10:2 12:1,7,<br>14 19:22 20:2,4 21:9<br>22:5 25:24 26:21<br>28:17 33:12 38:13,<br>15 39:20,21 40:22,<br>23<br>**remembering**<br>7:5<br>**render**<br>21:7<br>**repetition**<br>33:9,21<br>**report**<br>28:16 42:13,23<br>**reported**<br>28:17 29:18<br>**reporter**<br>6:9<br>**represent**<br>5:12<br>**represents**<br>5:14,17 |



**request**
  21:15 35:14 36:18,
  22
**requested**
  22:19 37:17,19,21,
  22 39:6,7,18
**requesting**
  39:4,14
**require**
  43:1
**residency**
  7:13,14,18
**resident**
  41:11
**residents**
  41:18
**response**
  6:7
**result**
  42:11 49:22
**results**
  51:22
**resume**
  28:12 29:15
**resumed**
  28:16,24
**retain**
  56:9
**review**
  12:12,14,16 35:13
  56:2
**reviewed**
  45:13
**rheumatoid**
  13:1 17:11 25:21
  27:11,12,20 31:22
  32:1,4 43:9,12,21
  45:17 51:13
**rheumatology**
  8:1,3
**risk**
  32:11 37:15
**rotations**
  8:9
**rotator**
  16:15 23:24 42:14,
  20
**routine**
  20:15
**rule**
  42:10,15 51:20,21
**rules**
  6:5

---

**S**

**safe**
  48:15
**safety**
  53:3
**Saffold**
  9:14,17,23 19:21,22
  21:6 22:6 23:13 24:8
  25:2 33:6 35:24
  36:19 38:19 40:23
  46:1 52:16 53:20
  54:9,14
**Saffold's**
  38:2 42:6 46:8
**scan**
  37:24 38:1 42:7
**school**
  7:11 8:8,10
**scratch**
  42:1
**sense**
  6:11,22 28:23 29:24
  34:6
**sentence**
  25:13 26:16 43:2

**September**
  28:2,21 34:21,23
  35:21 36:10 39:9
  41:12 46:24 49:11,
  17,19
**Serbia**
  7:8,9
**severity**
  19:12
**shake**
  6:7,10
**shape**
  11:14
**shoulder**
  11:2,15,23 13:6
  16:6,7 17:6 19:5
  22:10,11 23:18
  24:15 25:18,19,24
  26:3,5 29:11,13
  30:7,9 31:3 35:9,11,
  15 36:21 37:3,8
  40:2,8,15,17 43:6,8
  45:12,13,23 46:2,8,9
  49:2,7 51:8 52:17,18
**shoulders**
  10:20 11:15 12:3,22
  13:4 14:13,23 15:4,
  10,22 26:19
**show**
  48:13,14,20
**shown**
  53:22
**side**
  37:5
**significant**
  26:14
**significantly**
  37:4 49:14
**silly**
  6:21
**sitting**
  47:24
**situation**
  17:7 32:21
**skin**
  11:6
**skip**
  51:19
**slightly**
  54:20
**small**
  13:3 25:22 47:12
  51:23 52:4
**socket**
  51:8
**sort**
  52:13 54:8
**sound**
  28:14
**sounds**
  28:11
**spasms**
  47:7
**speaking**
  10:4,19 11:16 17:24
  18:9 24:17
**specific**
  11:12 34:17
**specifically**
  27:15 44:4 47:16
**specifics**
  40:22
**spoke**
  51:17
**spurs**
  50:12,13
**stabilize**
  43:19

**stamp**
  13:24 24:23 49:23
**stand**
  14:4 42:22
**standpoint**
  30:23
**stands**
  26:17
**start**
  5:19 13:8 19:13
  34:22 50:16
**started**
  12:15
**starts**
  13:11 40:13
**state**
  29:12
**stated**
  48:3
**statement**
  26:2 30:20
**states**
  26:13 29:6 33:9
**step**
  47:2
**Steroid**
  27:22
**stiffening**
  47:10
**stiffness**
  26:18,20 52:18
**stipulate**
  8:19
**stop**
  10:13 28:11 29:14,
  18 32:6 34:7,12,24
  36:12
**stopped**
  28:7,20,23 29:21
  38:14
**strengthen**
  18:12 43:17
**strengthening**
  19:15
**stress**
  47:9
**Strike**
  13:16 36:15
**subchondral**
  50:5 51:4
**subjective**
  10:5 26:1,2,6,12
  28:6 30:12,15,19
  33:8
**SUNCICA**
  5:6
**surgery**
  42:22,23 43:1
**suspect**
  37:1,7
**suspicions**
  37:11
**swelling**
  11:6,17 14:22 25:10
  31:22,23
**sworn**
  5:5
**SX**
  42:21,22
**symptom**
  47:20
**symptoms**
  25:3 31:24 47:14
  49:5,7 52:20
**syndrome**
  31:10 47:3,4,21
**synovitis**
  14:11,21 43:4

---

**T**

**takes**
  17:23
**taking**
  5:18 6:9 20:13 27:16
  47:2
**talk**
  47:2 49:22 52:12
**talking**
  17:12 22:9 31:4
  37:12 42:19
**tear**
  32:11,13 35:16
  36:23 37:1,8,15
  42:11,14,16,20,24
  44:8 45:23 50:10,24
  51:18,19,22
**technique**
  42:16
**telling**
  10:7,16 33:12 40:23
**tendon**
  16:15,18,21 17:8,23
  18:6,13,18 24:4
  29:13 32:8,10,11,13
  35:12 36:24 43:18
  45:18
**tendonitis**
  12:5 16:16 43:12
**tendons**
  12:6 18:10,12 34:3
**terms**
  24:3 33:9
**terrible**
  6:17
**testified**
  5:8
**testify**
  55:16
**testifying**
  7:5
**therapist**
  19:11
**therapy**
  18:11,23 19:1,2,4,9
  22:17 23:15 24:16,
  18 26:23 29:15
  45:15 53:19 54:15
  55:10,11
**thickness**
  42:14,15,16,20,24
  51:18
**things**
  10:7 23:6 29:16
  52:18
**thinning**
  47:7
**thought**
  20:9 37:12 52:19
**thyroid**
  31:21
**time**
  10:22 11:2 12:16
  14:14 15:5,9 16:3
  17:16 20:24 22:18
  25:24 27:16 28:8,13
  29:5 31:1 34:20
  36:12 37:12 39:2
  44:6 45:1,5 48:16,22
  50:19
**tingling**
  47:17,19 48:1
**tissue**
  11:10 14:8 25:9
**tissues**
  17:12
**today**
  5:19 7:4 48:12

**told**
  23:14 25:2 29:21
  30:2 33:13,22 35:12
  38:10,13,22 39:5
  53:23
**torn**
  46:1
**trained**
  6:20
**transcript**
  55:23
**transient**
  18:9
**translate**
  52:4
**treat**
  27:8,10,15 32:20,22
**treating**
  9:3,5,6,8,13 12:3
  23:1 30:16
**treatment**
  18:15 22:8,12,20
  25:21 27:19
**trial**
  55:22
**truthfully**
  7:5
**tunnel**
  31:10,12,18 32:3,20
**turn**
  46:23
**type**
  18:15 19:6 24:8
  32:23
**typically**
  18:7 41:20,22
**typing**
  31:20

---

**U**

**Uh-huh**
  54:6
**UIC**
  7:21 9:4 22:13 39:13
**ulcers**
  14:10
**unable**
  38:10
**underlying**
  11:22
**understand**
  6:16,18 9:21 23:13
  27:5 31:13 34:2 54:7
**understanding**
  50:2 53:21
**understood**
  6:24 9:10 13:24
**undifferentiated**
  11:9 14:7 25:8
**University**
  7:24 8:1
**updates**
  9:1

---

**V**

**verbal**
  6:6,7
**vessels**
  47:8,10,12
**Volkov**
  5:1,6,11 8:14

---

**W**

**waive**
  56:1,6,7
**wanted**
  34:14 35:14 36:23

**ways**
  17:6
**wear**
  44:8 50:10,24
**wearing**
  19:23
**week**
  33:10,17,22,23 34:1,
  3 36:1
**weight**
  33:24 34:10
**weightlifting**
  10:13,14,17 26:22
  29:15,18,19,22
  33:10 37:7,14
**weights**
  28:7 29:23 32:7,14
  33:7 34:12,19,20,24
  35:4 36:1,13 38:11,
  14
**Weiss**
  7:23
**Wexford**
  5:12 38:3
**white**
  47:7
**wise**
  22:12
**working**
  19:13
**worse**
  17:16 32:9,10 49:7,
  8,14 52:20
**wrist**
  31:22,23
**written**
  28:18
**wrong**
  49:10
**Wrote**
  45:14

---

**X**

**x-ray**
  41:20,23 42:4
**x-rays**
  35:12

---

**Y**

**years**
  27:6 31:1 44:24

**45:11**

